UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 06-cv-11620-JLT

JOE W. KUEFLER, Individually and on
Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

WEBLOYALTY.COM, INC. and
FANDANGO, INC. d/b/a
FANDANGO.COM,

            Defendants.

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants, Webloyalty.com, Inc. and Fandango, Inc., hereby respectfully request that the Court allow them an additional 30 days in which to answer or otherwise respond to the Complaint. In support of this motion, the defendants state as follows:

1. Defendants and their counsel require additional time in order to conduct the factual and legal research necessary to respond to the Complaint. The Complaint raises complicated factual allegations and novel legal issues which require additional time to analyze and respond to. The Complaint was served on or around September 21, 2006.

2. Counsel for plaintiff has assented to the granting of this motion and no party will be prejudiced by allowing the extension.

WHEREFORE, defendants respectfully request that the Court grant them until November 13, 2006 to answer or otherwise respond to the Complaint.

Dockets.Justia.com

Respectfully submitted,

WEBLOYALTY.COM, INC.
FANDANGO, INC.

By Their Attorneys


/s/ Gabrielle R. Wolohojian_____
John J. Regan, BBO # 415120
Gabrielle R. Wolohojian, BBO # 555704
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000
Email:  gabrielle.wolohojian@wilmerhale.com

Certificate of Service

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 4th day of October, 2006.

   /s/Gabrielle R. Wolohojian         _