UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Docket No: 06 CA 11620 JLT |
| vs. | ) ) | |
| WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | ) ) ) | FILING FEE PAID:_____ RECEIPT # 75426 AMOUNT S 150 BY DPTY CLK _____ DATE 10-3-06 |

## MOTION TO ADMIT STUART A. DAVIDSON *PRO HAC VICE*

NOW COMES Andrew J. Garcia, attorney for the Plaintiff in the above-captioned action

and hereby moves this Honorable Court to grant Stuart A. Davidson's Application for Leave to

Practice, *Pro Hac Vice* before this Court in the above-captioned action. As grounds in support of

this motion, counsel states:

1.    Stuart A. Davidson is a member of the law firm of LERACH COUGHLIN STOIA

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                                        Doc. 3

GELLER RUDMAN & ROBBINS, LLP of Boca Raton, Florida.

2.    Mr. Davidson is in good standing in all jurisdictions in which he has been admitted and

there are no disciplinary proceedings against him. He has familiarized himself with the

Local Rules of the U.S. District Court for the District of Massachusetts.

3.    I am member of the Bar of the U.S. District Court for the District of Massachusetts and

am an attorney licensed in the Commonwealth of Massachusetts. There are no

disciplinary proceedings pending against me in any jurisdiction in which I have been

admitted.

WHEREFORE, counsel hereby requests that this Court grant Stuart A. Davidson's

1

Application for Leave to Practice, *Pro Hac Vice*.

Respectfully submitted,

Andrew J. Garcia, MA BBO# 559084
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)
agarcia@phillipsgarcia.com