UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Docket No: 06 CA 11620 JLT |
| vs. | ) ) ) |
| WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | ) ) |

**APPLICATION AND CERTIFICATE TO BE**
**ADMITTED BEFORE THE COURT *PRO HAC VICE***

NOW COMES Stuart A. Davidson, a member of the firm of LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP and hereby applies for admission before this Court, *pro hac vice*. In support of this application, the Applicant certifies as follows:

1. I am a member in good standing of the Bar of the State of Florida and in every jurisdiction in which I have been admitted to practice.

2. I certify that there are no disciplinary proceedings against me pending in the jurisdiction of Florida or any jurisdiction in which I have been admitted to practice.

3. I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation    Doc. 3 Att. 1

I HEREBY CERTIFY that the information contained herein is true and accurate this 13th day of September, 2006.

/s/ Stuart A. Davidson
Stuart A. Davidson
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
(561) 750-3000
(561) 750-3364 (facsimile)

sdavidson@lerachlaw.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

In Re: 84824
Stuart Andrew Davidson
Lerach Coughlin Stoia Geller Rudman & Robbins
197 S Federal Hwy Ste 200
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 18TH day of September, 2006.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/sm/R10