UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | )<br>)<br>)<br>)  Docket No: 06 CA 11620 JLT<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT ERIC A. LEE *PRO HAC VICE*

NOW COMES Andrew J. Garcia, attorney for the Plaintiff in the above-captioned action and hereby moves this Honorable Court to grant Eric A. Lee's Application for Leave to Practice, *Pro Hac Vice* before this Court in the above-captioned action. As grounds in support of this motion, counsel states:

1.  Eric A. Lee is a member of the law firm of LEE & AMTZIS, P.L. of Boca Raton, Florida.

2.  Mr. Lee is in good standing in all jurisdictions in which he has been admitted and there are no disciplinary proceedings against him. He has familiarized himself with the Local Rules of the U.S. District Court for the District of Massachusetts.

3.  I am member of the Bar of the U.S. District Court for the District of Massachusetts and am an attorney licensed in the Commonwealth of Massachusetts. There are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted.

WHEREFORE, counsel hereby requests that this Court grant Eric A. Lee's Application for Leave to Practice, *Pro Hac Vice*.

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation        Doc. 5

Respectfully submitted,

*[signature]*

Andrew J. Garcia, MA BBO# 559084
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)
agarcia@phillipsgarcia.com