UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Docket No: 06 CA 11620 JLT |
| vs. ) ) | |
| WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM ) ) | |

**FILED CLERKS OFFICE 2006 OCT -2 P 2: 41 U.S. DISTRICT COURT DISTRICT OF MASS**

### APPLICATION AND CERTIFICATE TO BE ADMITTED BEFORE THE COURT *PRO HAC VICE*

Eric Lee, a member of the firm of LEE & AMTZIS, P.L. and hereby certifies as follows and hereby applies for admission before this Court, *pro hac vice*. In support of this application, the Applicant certifies as follows:

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation    Doc. 5 Att. 1

1. I am a member in good standing of the Bar of the State of Florida and in every jurisdiction in which I have been admitted to practice.

2. I certify that there are no disciplinary proceedings against me pending in the jurisdiction of Florida or any jurisdiction in which I have been admitted to practice.

3. I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

I HEREBY CERTIFY that the information contained herein is true and accurate this 14th day of September, 2006.

_____
Eric Lee
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33432
(561) 981-9988
(561) 981-9980 (facsimile)
lee@leeamlaw.com



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida        )

County of Leon         )

        In Re: 961299
        Eric Allan Lee
        Lee & Amtzis, P.L.
        5550 Glades Rd Ste 401
        Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 1992.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 20th day of September, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/sm/R10