# UNITED STATES DISTRICT COURT

Eastern                                          District of    Massachusetts

Joe W. Kuefler

V.

Webloyalty. Com, Inc and
Fandango, Inc. d/b/a Fandango.Com

SUMMONS IN A CIVIL CASE

CASE NUMBER: **06 CA 11620 JLT**

TO: (Name and address of Defendant)

Fandango, Inc. d/b/a Fandango.Com
12200 West Olympic Blvd, Suite 150
Los Angeles, CA  90064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phillips & Garcia, P.C.
13 Ventura Drive
North Dartmouth, MA 02747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  September 11, 2006

[Seal: United States District Court, District of Massachusetts]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br> PHILLIPS & GARCIA <br> 13 VENTURA DRIVE <br> NORTH DARTMOUTH, MA  02747 <br><br> TELEPHONE NO.(Optional) (508) 998-0800   FAX NO.(Optional) (508) 998-0919 <br> EMAIL ADDRESS(Optional): <br> ATTORNEY FOR(Name): | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF:** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: , <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER:  KUEFLER <br> DEFENDANT/RESPONDENT:  WEBLOYALTY.COM | CASE NUMBER: <br> 06CA11620JLT |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 0SP07008-01 |

(Separate proof of service is required for each party served)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents)*:
   SUMMONS IN A CIVIL CASE; CLASS ACTION LAWSUIT

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   FANDANGO, INC. D/B/A FANDANGO.COM

   b. Person Served: other *(specify name and relationship to party named in item 3a)*: RICK BUTTLER
      AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS
      Physical Description:
      AGE: 50'S           HAIR: BLK           HEIGHT: 6'           RACE: CAUC
      SEX: MALE                               WEIGHT: 170

4. Address where the party was served:     12200 W. OLYMPIC BLVD., SUITE 150
                                            LOS ANGELES, CA 90064    **(Business)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): September 18, 2006 (2) at (time): 03:42 pm

Judicial Council of California POS-010 <br>
[Rev. July 1, 2004] <br>
Form adopted by rule 982.9 <br>
**PROOF OF SERVICE SUMMONS** <br>
Code of Civil Procedure, § 417.10 <br>
41A/0SP07008-01

| PETITIONER: KUEFLER | CASE NUMBER: |
| --- | --- |
| RESPONDENT: WEBLOYALTY.COM | 06CA11620JLT |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.    on behalf of:
   FANDANGO, INC. D/B/A FANDANGO.COM
      under:
   [XX] CCP 416.10 (corporation)

7. **Person who served papers**

   a. Name: JOHN J. GONZALEZ
   b. Address: 15759 Strathern Street, Van Nuys, CA 91406
   c. Telephone: (818) 787-0422
   d. *The fee* for service was: $ 110.00
   e. I am:
      (i) ___Employee or _X_Independent Contractor
      (ii) Registration No.: 2971
      (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    September 24, 2006

JOHN J. GONZALEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)             (SIGNATURE)

Page 2 of 2

| Judicial Council of California POS-010 [Rev. July 1, 2004] Form adopted by rule 982.9 | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |

41A/0SP07008-01