# UNITED STATES DISTRICT COURT

Eastern      District of      Massachusetts

Joe W. Kuefler

V.

Webloyalty.Com, Inc. and
Fandango, Inc. d/b/a Fandango.Com

FILED
CLERKS OFFICE

2006 OCT -6  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 06 CA 11620 JLT

TO: (Name and address of Defendant)

> Webloyalty.Com, Inc.
> 101 Merritt 7, Seventh Floor
> Norwalk, CT  06851

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Phillips & Garcia, P.C.
> 13 Ventura Drive
> North Dartmouth, MA  02747

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation     Doc. 7

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

September 11, 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: September 20, 2006 at 3:24PM |
| NAME OF SERVER (PRINT): Gary Williams | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 101 Merritt 7, Seventh Floor, Norwalk CT by serving Webloyalty.com, Inc. by service upon Vincent R. D'Agostino, President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 21, 2006
              Date

Signature of Server
Gary Williams

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.