| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-CA-11620-JLT<br><br>CLASS ACTION<br><br>NOTICE OF CHANGE OF ADDRESS |

TO:  CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTE that the Florida office of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its address to the following:

> LERACH COUGHLIN STOIA GELLER
>  RUDMAN & ROBBINS LLP
> 120 East Palmetto Park Road, Suite 500
> Boca Raton, Florida  33432
> Telephone:  561/750-3000
> 561/750-3364 (fax)

| | |
|---|---|
| DATED:  October 30, 2006 | PHILLIPS & GARCIA, P.C.<br>CARLIN J. PHILLIPS<br>ANDREW J. GARCIA |

/ s / Andrew J. Garcia
[ATTORNEY SIGNATURE]

13 Ventura Drive
North Dartmouth, MA  02747
Telephone:  508/998-0800
508/998-0919 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE
STUART A. DAVIDSON
MARISA N. DEMATO
MICHAEL GREENWALD
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone:  561/750-3000

561/750-3364 (fax)

LEE & AMTZIS, P.L.
ERIC A. LEE
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone:  561/ 981-9988
561/981-9980 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 30th day of October, 2006, to the following:

John J. Regan
Gabrielle R. Wolohojian
WILMER CUTLER PICKERING
   HALE & DORE, LLP
60 State Street
Boston, MA  02109
Telephone:  617/526-6000
617/526-5000 (fax)

                          / s / Andrew J. Garcia
                          [ATTORNEY SIGNATURE]

G:\WPDocs\Cases & Clients A-L\Kuefler, Joe v. Webloyalty.com\Pleadings\Change of Address.doc