UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOE W. KUEFLER, Individually and on )
Behalf of All Others Similarly Situated )
                                        )
           Plaintiff,                   )
                                        )
    v.                                  )    CIVIL ACTION NO. 06-cv-11620-JLT
                                        )
WEBLOYALTY.COM, INC. and                )
FANDANGO, INC. d/b/a                    )
FANDANGO.COM                            )
                                        )
           Defendants.                  )
_____)

## MOTION TO ADMIT ANNE M. STERBA PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) and on behalf of the defendants, Webloyalty.com, Inc. ("Webloyalty") and Fandango, Inc., d/b/a Fandango.com ("Fandango"), Gabrielle Wolohojian moves for the admission *pro hac vice* of Anne M. Sterba, and states as follows:

1. I am a member of the bar of this Court in good standing.

2. Anne M. Sterba graduated from George Mason Law School and is admitted to practice law in the following United States District Courts:

    - United States District Court Eastern District of Virginia

    - United States District Court District of Columbia

3. Anne M. Sterba is an attorney at Rothwell, Figg, Ernst & Manbeck, 1425 K Street N.W., Suite 800, Washington D.C. 20005.

4. Anne M. Sterba is a member in good standing of the Virginia and District of Columbia bar.

Dockets.Justia.com

5.     There are no disciplinary proceedings against Anne M. Sterba and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Gabrielle Wolohojian requests that Anne M. Sterba of Rothwell, Figg, Ernst & Manbeck, 1425 K Street N.W., Suite 800, Washington D.C. 20005 be admitted to practice before this Court for all purposes in connection with the representation of the defendants in this proceeding.

                    Respectfully submitted,

                     /s/ Gabrielle Wolohojian
                    Gabrielle Wolohojian (BBO #555704)
                    Gabrielle.Wolohojian@wilmerhale.com
                    Wilmer Cutler Pickering Hale and Dorr LLP
                    60 State Street
                    Boston, MA  02109
                    Phone:  617-526-6000
                    Fax:  617-526-5000

Dated:  October 31, 2006

## Certificate of Service

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 31st day of October, 2006.

                    /s/ Gabrielle Wolohojian

## **RULE 7.1(A)(2) STATEMENT**

Counsel for Defendants has conferred with counsel for Joe W. Kuefler and all parties consent to this motion.

/s/ Gabrielle Wolohojian

## **CERTIFICATE OF GOOD STANDING**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Anne M. Sterba hereby certify that:

1. I was admitted to the bar of the State of Virginia, and the bar for the District of Columbia in 1999.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

> Anne M. Sterba
> Rothwell, Figg, Ernst & Manbeck
> 1425 K Street N.W. Suite 800
> Washington D.C. 20005
> (202)783-6040

Dated: October 27, 2006

/s/ Anne M. Sterba