## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

In re:

WEBLOYALTY PRIVACY LITIGATION            MDL Docket No. _____
_____/

### SCHEDULE OF ACTIONS IN SUPPORT OF MASSACHUSETTS PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                    Doc. 12 Att. 2

**LERACH COUGHLIN STOIA GELLER**  
**RUDMAN & ROBBINS LLP**  
Paul J. Geller  
David J. George  
Stuart A. Davidson  
120 E. Palmetto Park Road, Suite 500  
Boca Raton, FL 33432  
Telephone: (561) 750-3000  

**LEE & AMTZIS, P.L.**  
Eric A. Lee  
5550 Glades Road, Suite 401  
Boca Raton, FL 33431  
Telephone: (561) 981-9988  

**PHILLIPS & GARCIA, LLP**  
Carlin J. Phillips  
Andrew J. Garcia  
13 Ventura Drive  
North Dartmouth, MA 02747  
Telephone: (508) 998-0800  

*Counsel for Massachusetts Plaintiffs*

1. *JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY, INC. and FANDANGO, INC. d/b/a FANDANGO.COM*

    Filed:              September 11, 2006

    Civil Action No.    06-CA-11620-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. A (Kuefler Complaint and Docket Sheet)

2. *ALCIDES MELO, on behalf of himself and all others similarly situated v. WEBLOYALTY.COM, INC., and VALUECLICK, INC., a Delaware corporation, d/b/a 123INKJETS.COM*

    Filed:              October 4, 2006

    Civil Action No.    CV 06-06329-DSF (JCx)

    Assigned Judge:     The Honorable Dale S. Fischer

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. B (Melo Complaint and Docket Sheet)

3. *KIM CROUSE, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY, INC. and PRICELINE.COM, INC. d/b/a PRICELINE.COM*

    Filed:              October 11, 2006

    Civil Action No.    06-CA-11834-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. C (Crouse Complaint and Docket Sheet)

4. *MONICA STAAF, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY, INC., NELSON SHANE GARRETT, Individually and d/b/a JUSTFLOWERS.COM and GIFTBASKETSASAP.COM; and MAXIM O. KHOKHLOV, Individually and d/b/a JUSTFLOWERS.COM and GIFTBASKETSASAP.COM*

    Filed:              October 11, 2006

    Civil Action No.    06-CA-11835-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

(See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. D (Staaf Complaint and Docket Sheet))

Respectfully submitted,

DATED: November 1, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PAUL J. GELLER
DAVID J. GEORGE
STUART A. DAVIDSON

_____
Stuart A. Davidson

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

PHILLIPS & GARCIA, LLP
CARLIN J. PHILLIPS
ANDREW J. GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: 508/998-0800
508/998-0919 (fax)

LEE & AMTZIS, P.L.
ERIC A. LEE
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/ 981-9988
561/981-9980 (fax)

***Attorneys for Massachusetts Plaintiffs***

I:\Webloyalty (General)\SCHED Actions MDL MOTION for Transfer-FINAL.doc