BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

In re:

WEBLOYALTY PRIVACY LITIGATION          MDL Docket No. _____
_____/

CERTIFICATE OF SERVICE

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                    Doc. 12 Att. 7

| | |
|---|---|
| **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>Paul J. Geller<br>David J. George<br>Stuart A. Davidson<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000 | **LEE & AMTZIS, P.L.**<br>Eric A. Lee<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>Telephone: (561) 981-9988<br><br>**PHILLIPS & GARCIA, LLP**<br>Carlin J. Phillips<br>Andrew J. Garcia<br>13 Ventura Drive<br>North Dartmouth, MA 02747<br>Telephone: (508) 998-0800 |

*Counsel for Massachusetts Plaintiffs*

I, Janet Dennis, hereby declare as follows:

I am employed by Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 120 E. Palmetto Park Rd., Suite 500, Boca Raton, Florida 33432. I am over the age pf eighteen years and not a party to this action. On November __, 2006, I served the following documents:

1. **MASSACHUSETTS PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407;**

2. **MASSACHUSETTS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407;**

3. **SCHEDULE OF ACTIONS IN SUPPORT OF MASSACHUSETTS PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407; and**

4. **CERTIFICATE OF SERVICE.**

on:

### SEE ATTACHED SERVICE LIST "A"

__X__ by placing the document(s) listed above for collection and mailing following the firm's ordinary business practices in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Boca Raton, Florida addressed as set forth on the attached service list.

I further certify and declare that I caused the above documents to be delivered by the same means to the clerks of the following courts affected by the Motion for Transfer and Consolidation:

### SEE ATTACHED SERVICE LIST "B"

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct, executed this ___ day of November, 2006, at Boca Raton, Florida.

_____
Janet Dennis

2

## In re Webloyalty Privacy Litigation

### SERVICE LIST "A"

| | |
|---|---|
| Paul J. Geller<br>David J. George<br>Stuart A. Davidson<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>Eric A. Lee<br>**LEE & AMTZIS, P.L.**<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>Telephone: (561) 981-9988<br>Facsimile: (561) 981-9980<br><br>Carlin J. Phillips<br>Andrew J. Garcia<br>**PHILLIPS & GARCIA, LLP**<br>13 Ventura Drive<br>North Dartmouth, MA 02747<br>Telephone: (508) 998-0800<br>Facsimile: (508) 998-0919<br><br>*Attorneys for the Massachusetts Plaintiffs* | Gabrielle R. Wolohojian<br>John J. Regan<br>**WILMER CUTLER PICKERING HALE AND DORR**<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>*Attorneys for Defendants Webloyalty, Inc. and Fandango, Inc.* |

Melo v. Webloyalty, Inc., et al.
Case No. CV06-06329-DSF (JCx)
USDC, Central District of California

| | |
|---|---|
| Mark J. Tamblyn<br>**WEXLER TORISEVA WALLACE LLP**<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: (916) 569-1100<br>Facsimile: (916) 568-7890 | Nathan L Walker<br>**WILMER CUTLER PICKERING HALE AND DORR**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Defendants Webloyalty, Inc. and Valueclick, Inc.* |

| | |
|---|---|
| Kenneth A. Wexler<br>**WEXLER TORISEVA WALLACE LLP**<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br><br>Charles M. McCallum<br>R. Brent Irby<br>**McCALLUM HOAGLUND COOK & IRBY LLP**<br>2062 Columbiana Road<br>Vestavia Hills, AL 35216<br>Telephone: (205) 824-7767<br>Facsimile: (205) 724-7768<br><br>Robert S. Green<br>Jenelle Welling<br>Charles D. Marshall<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710<br><br>*Attorneys for Plaintiff Alcides Melo* | |

## In re Webloyalty Privacy Litigation

### SERVICE LIST "B"

| CASE | CLERK |
|------|-------|
| Kuefler v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11620-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Krouse v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11834-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Staff v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11835-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Melo v. Webloyalty, Inc., et al.<br>Case No. CV06-06329-DSF (JCx)<br>USDC, Central District of California | USDC, Central District of California<br>G-8 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |

I:\Webloyalty (General)\CERT Service MDL MOTION for Transfer-FINAL.doc