# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>        Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

## FANDANGO'S, INC.'S RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Fandango, Inc. does not have a parent corporation. Regal Cinemas, a publicly traded corporation, owns 15+% of Fandango, Inc.'s equity. No other publicly traded corporations own 10% or more of Fandango, Inc.'s stock.

FANDANGO, INC.

By Their Attorneys

/s/ Gabrielle R. Wolohojian_____
Gabrielle R. Wolohojian, BBO # 555704
John J. Regan, BBO # 415120
Joan S. Mitrou, BBO # 664499
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000

- 2 -

Samuel Broderick-Sokol
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363

Steven Lieberman, *pro hac vice*
Anne M. Sterba, *pro hac vice*
C. Nichole Gifford, *pro hac vice*
Rothwell, Figg, Ernst & Manbeck P.C.
1425 K Street NW
Washington, DC 20005
Tel: 202-783-6040
Fax: 202-783-6031

Dated: November 13, 2006

- 2 -

- 3 -

**Certificate of Service**

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 13th day of November, 2006.

/s/ Gabrielle Wolohojian

US1DOCS 5924399v1