UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

**WEBLOYALTY.COM, INC.'S RULE 7.3
CORPORATE DISCLOSURE STATEMENT**

Webloyalty Holdings, Inc. is the parent corporation of Webloyalty.com, Inc. No publicly held company owns 10% or more of Webloyalty.com, Inc.'s stock.

WEBLOYALTY.COM, INC.
By Their Attorneys

/s/ Gabrielle R. Wolohojian_____
Gabrielle R. Wolohojian, BBO # 555704
John J. Regan, BBO # 415120
Joan S. Mitrou, BBO # 664499
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000

- 2 -

                                  Samuel Broderick-Sokol
                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                  1875 Pennsylvania Avenue NW
                                  Washington, DC 20006
                                  Tel:  202-663-6000
                                  Fax: 202-663-6363

                                  Steven Lieberman, *pro hac vice*
                                  Anne M. Sterba, *pro hac vice*
                                  C. Nichole Gifford, *pro hac vice*
                                  Rothwell, Figg, Ernst & Manbeck P.C.
                                  1425 K Street NW
                                  Washington, DC 20005
                                  Tel:  202-783-6040
                                  Fax: 202-783-6031

Dated:  November 13, 2006

- 3 -

**Certificate of Service**

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 13th day of November, 2006.

/s/ Gabrielle Wolohojian

- 3 -

US1DOCS 5923375v1