# Exhibit 4

# RESERVATION • REWARDS

**Print Dining coupons now!** ▶

    

Dining Coupons | Store Coupons | Movie Discounts | Attraction Coupons | Travel Benefits

Member #: 3502555029
**Reservation Rewards**

Dear Silvio Dante,

I hope you're enjoying your Reservation Rewards benefits.

I just want to remind you of the **Buy-1-Get-1-On Us Dining Coupons** available to you right now on the web site at **www.ReservationRewards.com.** As a member of Reservation Rewards you are entitled to special dining discounts not available to the general public — worth up to 50% OFF!



**Print 50% OFF Dining Coupons Now!**

Whether you're dining out tonight or planning ahead for the weekend, you can **get coupons right now** for 2-for-1 meals and other great discounts at over 35,000 restaurants.

**Get dining discounts in and around Newark NOW!**

**Click here to go directly to the Dining Discounts Center at www.ReservationRewards.com**, enter your zip code and instantly locate dining discounts in and around Newark — everything from local pizzerias, fast food places and delicatessens to popular national chains like Bennigan's, International House of Pancakes, Planet Hollywood and more.

**Plus, get dining discounts all across the USA!**

The next time you plan a vacation, plan to **save BIG money on meals** with Reservation Rewards. Visit the site before you leave town, print out coupons for restaurants along your travel route, and pack your bags! Our nationwide network will help you locate great restaurants with BIG discounts wherever your travels take you.

**Don't Wait — Enjoy Dining Discounts NOW!**

Take the family to your favorite pizza place tonight or discover a new romantic spot for just the two of you... it's easier than ever to do! Visit **www.ReservationRewards.com**, print some coupons and treat yourself to great savings right away. Enjoy!

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
**Reservation Rewards**

**Contact Reservation Rewards**

**P.S. Because you're already a member, you can access the special dining discounts directly from the site at www.ReservationRewards.com. Click here now!**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. ©2004, webloyalty.com, inc. 867.8-04.v1

**Print Dining coupons now!** ▶

    

Dining Coupons | Store Coupons | Movie Discounts | Attraction Coupons | Travel Benefits

FAQ - Frequently Asked Questions | Email Customer Service