# Exhibit 5



Click for Benefits! ▶


$10 Cash Back


Store Coupons


Dining Coupons


Movie Discounts


Travel Benefits

Member #: 7157945021
**Reservation Rewards**

Dear Silvio Dante,

I'm sure you'll want to take advantage of all your valuable benefits from Reservation Rewards. Especially your $10.00 Cash Back Award on your next Fandango purchase for joining Reservation Rewards. If you haven't already claimed your Thank-you Reward, now's the time to do so.

**It's easy to get your $10.00 CASH BACK AWARD**

Just make a purchase at Fandango any time you want within the next 10 weeks. To get your $10.00, simply email your Fandango purchase confirmation receipt within 30 days of making your purchase at Fandango to **cashbackaward@reservationrewards.com**

**IMPORTANT: PLEASE SEND YOUR ORDER CONFIRMATION TO CASHBACKAWARD@RESERVATIONREWARDS.COM. DO NOT SEND YOUR ORDER CONFIRMATION TO Fandango FOR YOUR CASH BACK.**

 Make sure your order number and purchase date are included. We'll then send you a check for $10.00 in 4 to 6 weeks. We cannot open attachments in email, so please do not include attachments in your confirmation email. Your $10.00 Cash Back Award is a one-time only, non-transferable offer. One per household, please.

**Cash Back: One of many ways to save with Reservation Rewards!**

Here's the rest of the story in a nutshell:
- **SAVE at Leading Retailers Close to You**
- **SAVE at Top Attractions**
- **SAVE on Dining — Buy-1-Get-1 on Us**
- **SAVE on Movie Tickets**

Thanks again for being a Reservation Rewards member where you can get $10.00 Cash Back on your next Fandango purchase, enjoy deep discounts at leading retailers, save up to 50% at top attractions and get discounts on dining and movie tickets. Plus, valuable travel protection that means peace of mind for you and your family.

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
**Reservation Rewards**

P.S. Hurry! Your Cash Back Award expires in 75 days so make your purchase *today!*

**Contact Reservation Rewards**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. ©2004, webloyalty.com, inc. 865.7-04.v1

Click for Benefits! ▶


$10 Cash Back


Store Coupons


Dining Coupons


Movie Discounts


Travel Benefits

FAQ - Frequently Asked Questions | Email Customer Service