Customer Order #1



