UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>Defendants. | No. 06-CA-11620-JLT<br><br><u>CLASS ACTION</u><br><br>MOTION FOR EXTENSION OF TIME |

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to defendants', Webloyalty.com, Inc. and Fandango, Inc. d/b/a Fandango.com (collectively, "Defendants"), Motion for Summary Judgment. The Court, having carefully considered the Motion for Extension of Time, noting the agreement of the parties, and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff's Rule 56(f) Motion shall be filed on or before December 1, 2006. Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed on or before the later of: (1) 30 days from the date of any

denial of Plaintiff's anticipated Rule 56(f) Motion; or (2) 30 days from the date of the completion of any discovery permitted as a result of the Rule 56(f) Motion.

DONE AND ORDERED, in Chambers at Boston, Massachusetts, this 17th day of November, 2006.

JOSEPH L. TAURO
DISTRICT COURT JUDGE

*Copies furnished to:*
All Counsel of Record (see attached service list)

## SERVICE LIST

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DAVID J. GEORGE
Florida Bar No. 0898570
*dgeorge@lerachlaw.com*
STUART A. DAVIDSON
Florida Bar No. 0084824
*sdavidson@lerachlaw.com*
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: 561/750-3000
561/750-3364 (fax)

PHILLIPS & GARCIA, LLP
CARLIN J. PHILLIPS
ANDREW J. GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: 508/998-0800
508/998-0919 (fax)

LEE & AMTZIS, P.L.
ERIC A. LEE
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/ 981-9988
561/981-9980 (fax)

*Attorneys for Plaintiff and the Class*

John J. Regan
Gabrielle R. Wolohojian
WILMER CUTLER PICKERING
HALE & DORE, LLP
60 State Street
Boston, MA 02109
Telephone: 617/526-6000
617/526-5000 (fax)

*Counsel for Defendants*