BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

In re:

WEBLOYALTY PRIVACY LITIGATION             MDL Docket No. _____
_____/

-REVISED-
SCHEDULE OF ACTIONS IN SUPPORT OF MASSACHUSETTS
PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE
OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                                           Doc. 23

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Paul J. Geller
David J. George
Stuart A. Davidson
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000

LEE & AMTZIS, P.L.
Eric A. Lee
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 981-9988

PHILLIPS & GARCIA, LLP
Carlin J. Phillips
Andrew J. Garcia
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: (508) 998-0800

*Counsel for Massachusetts Plaintiffs*

1. *JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM*

    Filed:              September 11, 2006

    Civil Action No.    U.S. District Court, District of Massachusetts, 06-CA-11620-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. A (Kuefler Complaint and Docket Sheet)

2. *ALCIDES MELO, on behalf of himself and all others similarly situated v. WEBLOYALTY.COM, INC., and VALUECLICK, INC., a Delaware corporation, d/b/a 123INKJETS.COM*

    Filed:              October 4, 2006

    Civil Action No.    U.S. District Court, Central District of California, CV 06-06329-DSF (JCx)

    Assigned Judge:     The Honorable Dale S. Fischer

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. B (Melo Complaint and Docket Sheet)

3. *KIM CROUSE, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY.COM, INC. and PRICELINE.COM, INC. d/b/a PRICELINE.COM*

    Filed:              October 11, 2006

    Civil Action No.    U.S. District Court, District of Massachusetts, 06-CA-11834-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

    (See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. C (Crouse Complaint and Docket Sheet)

4. *MONICA STAAF, Individually and on Behalf of All Others Similarly Situated v. WEBLOYALTY.COM, INC., NELSON SHANE GARRETT, Individually and d/b/a JUSTFLOWERS.COM and GIFTBASKETSASAP.COM; and MAXIM O. KHOKHLOV, Individually and d/b/a JUSTFLOWERS.COM and GIFTBASKETSASAP.COM*

    Filed:              October 11, 2006

    Civil Action No.    U.S. District Court, District of Massachusetts, 06-CA-11835-JLT

    Assigned Judge:     The Honorable Joseph L. Tauro

(See Exhibits to Massachusetts Plaintiffs' Schedule of Related Actions, Ex. D (Staaf Complaint and Docket Sheet)

Respectfully submitted,

DATED: November 3, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PAUL J. GELLER
DAVID J. GEORGE
STUART A. DAVIDSON

*David J. George*
David J. George

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

PHILLIPS & GARCIA, LLP
CARLIN J. PHILLIPS
ANDREW J. GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: 508/998-0800
508/998-0919 (fax)

LEE & AMTZIS, P.L.
ERIC A. LEE
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/ 981-9988
561/981-9980 (fax)

***Attorneys for Massachusetts Plaintiffs***

I:\Webloyalty (General)\SCHED Actions MDL MOTION for Transfer[AMD]-FINAL.doc

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

In re:

WEBLOYALTY PRIVACY LITIGATION                    MDL Docket No. _____
_____/

-REVISED-
CERTIFICATE OF SERVICE

| | |
|---|---|
| **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** <br> Paul J. Geller <br> David J. George <br> Stuart A. Davidson <br> 120 E. Palmetto Park Road, Suite 500 <br> Boca Raton, FL 33432 <br> Telephone: (561) 750-3000 | **LEE & AMTZIS, P.L.** <br> Eric A. Lee <br> 5550 Glades Road, Suite 401 <br> Boca Raton, FL 33431 <br> Telephone: (561) 981-9988 <br><br> **PHILLIPS & GARCIA, LLP** <br> Carlin J. Phillips <br> Andrew J. Garcia <br> 13 Ventura Drive <br> North Dartmouth, MA 02747 <br> Telephone: (508) 998-0800 |

*Counsel for Massachusetts Plaintiffs*

I, Janet Dennis, hereby declare as follows:

I am employed by Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 120 E. Palmetto Park Rd., Suite 500, Boca Raton, Florida 33432. I am over the age of eighteen years and not a party to this action. On November 3RD, 2006, I served the following documents:

1. **MASSACHUSETTS PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407;**

2. **MASSACHUSETTS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407;**

3. **SCHEDULE OF ACTIONS IN SUPPORT OF MASSACHUSETTS PLAINTIFFS' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS UNDER 28 U.S.C. § 1407; and**

4. **CERTIFICATE OF SERVICE.**

on:

**SEE ATTACHED SERVICE LIST "A"**

__X__ by placing the document(s) listed above for collection and mailing following the firm's ordinary business practices in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Boca Raton, Florida addressed as set forth on the attached service list.

I further certify and declare that I caused the above documents to be delivered by the same means to the clerks of the following courts affected by the Motion for Transfer and Consolidation:

**SEE ATTACHED SERVICE LIST "B"**

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct, executed this 3RD day of November, 2006, at Boca Raton, Florida.

Janet Dennis

2

## In re Webloyalty Privacy Litigation

### SERVICE LIST "A"

| | |
|---|---|
| Paul J. Geller<br>David J. George<br>Stuart A. Davidson<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>Eric A. Lee<br>**LEE & AMTZIS, P.L.**<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>Telephone: (561) 981-9988<br>Facsimile: (561) 981-9980<br><br>Carlin J. Phillips<br>Andrew J. Garcia<br>**PHILLIPS & GARCIA, LLP**<br>13 Ventura Drive<br>North Dartmouth, MA 02747<br>Telephone: (508) 998-0800<br>Facsimile: (508) 998-0919<br><br>***Attorneys for the Massachusetts Plaintiffs*** | Gabrielle R. Wolohojian<br>John J. Regan<br>**WILMER CUTLER PICKERING HALE AND DORR**<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>***Attorneys for Defendants Webloyalty.com, Inc. and Fandango, Inc.***<br><br>**NELSON SHANE GARRETT**, Individually and d/b/a JustFlowers.com and Giftbasketsasap.com<br>10958 Weyburn Avenue<br>Los Angeles, CA 90024<br><br>**MAXIM O. KHOKHLOV**, Individually and d/b/a JustFlowers.com and Giftbasketsasap.com<br>11035 Ohio Avenue<br>Los Angeles, CA 9002<br><br>**PRICELINE.COM, INC.**<br>d/b/a Priceline.com<br>800 Connecticut Avenue<br>Norwalk, CT 06854 |

Melo v. Webloyalty.com, Inc., et al.
Case No. CV06-06329-DSF (JCx)
USDC, Central District of California

| | |
|---|---|
| Mark J. Tamblyn<br>**WEXLER TORISEVA WALLACE LLP**<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: (916) 569-1100<br>Facsimile: (916) 568-7890<br><br>***Attorneys for Plantiff Alcides Melo*** | Nathan L Walker<br>**WILMER CUTLER PICKERING HALE AND DORR**<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>***Attorneys for Defendants Webloyalty.com, Inc. and Valueclick, Inc.*** |

| | |
|---|---|
| Kenneth A. Wexler<br>**WEXLER TORISEVA WALLACE LLP**<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br><br>Charles M. McCallum<br>R. Brent Irby<br>**McCALLUM HOAGLUND COOK & IRBY LLP**<br>2062 Columbiana Road<br>Vestavia Hills, AL 35216<br>Telephone: (205) 824-7767<br>Facsimile: (205) 724-7768<br><br>Robert S. Green<br>Jenelle Welling<br>Charles D. Marshall<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710<br><br>*Attorneys for Plaintiff Alcides Melo* | |

4

## In re Webloyalty Privacy Litigation

### SERVICE LIST "B"

| CASE | CLERK |
|---|---|
| Kuefler v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11620-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Krouse v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11834-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Staaf v. Webloyalty.com, Inc., et al.<br>Case No. 06-CA-11835-JLT<br>USDC, District of Massachusetts | USDC, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>Suite 2300<br>One Courthouse Way<br>Boston, MA 02210-3002 |
| Melo v. Webloyalty.com, Inc., et al.<br>Case No. CV06-06329-DSF (JCx)<br>USDC, Central District of California | USDC, Central District of California<br>G-8 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |

I:\Webloyalty (General)\CERT Service MDL MOTION for Transfer[AMD]-FINAL.doc