## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similar Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>      Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S RULE 56(f) MOTION

Defendants hereby respectfully request that the Court extend by one week the time in which to respond to Plaintiff's Motion for Rule 56(f) Discovery. The extended deadline would be December 22, 2006. The deadline is requested because of defense counsel's schedules and the extension will not prejudice plaintiff.

Plaintiff likewise requests that the Court permit any reply to Defendants' response to Plaintiff's Motion for Rule 56(f) Discovery to be filed by January 10, 2007. The deadline is requested because of counsel's schedules and the holidays.

Wherefore, the parties respectfully request that the Court extend until December 22, 2006, the time in which to respond to Plaintiff's Motion for Rule 56(f) Discovery, and that the Court permit any reply to Defendants' response to be filed by January 10, 2007.

Respectfully submitted,
WEBLOYALTY.COM, INC.
FANDANGO, INC.

By Their Attorneys

/s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian, BBO # 555704
John J. Regan, BBO # 415120
Joan S. Mitrou, BBO # 664499
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000

Samuel Broderick-Sokol
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  202-663-6000
Fax: 202-663-6363

Steven Lieberman, *pro hac vice*
Anne M. Sterba, *pro hac vice*
C. Nichole Gifford, *pro hac vice*
Rothwell, Figg, Ernst & Manbeck P.C.
1425 K Street NW
Washington, DC 20005
Tel:  202-783-6040
Fax: 202-783-6031

Certificate of Service

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 13th day of December, 2006.

  /s/Gabrielle R. Wolohojian