

 

## BBB Reliability Report

### The Better Business Bureau®
### Serving Connecticut

94 South Turnpike Road
Wallingford, CT 06492-4322
(203) 269-2700
www.connecticut.bbb.org
www.ctbbb.org

### Webloyalty.com, Inc.

101 Merritt Seven, 7th Floor
(Corporate Offices)
Norwalk, CT  06851
Fax: (203) 846-4100

*The BBB reports on members and non-members. If a company is a member of the BBB, it is stated in this report.*

| | |
|---:|:---|
| **Original Business Start Date:** | January 1999 |
| **Principal:** | Ms. Marie Defelice, Manager, CS |
| **Customer Contact:** | Ms. Marie Defelice, Manager, CS |
| **Incorporated:** | January 1999 |
| **TOB Classification:** | Buying Clubs & Group Purchasing Service, Internet Shopping Services, Travel Clubs |
| **BBB Membership:** | This company is not a member. |

## Additional DBA Names

Webloyalty.com, Inc.
Reservation Rewards

Shopper Discounts and Rewards
travelvaluesplus.com
reservationrewards.com

## Nature Of Business

This company markets its services to the public at the point of purchase or registration on other companies' Web sites. The firm offers its services on a free trial basis for a specified period of time. Consumers who accept free trial memberships, by providing their electronic signature and clicking a "yes" button to accept the offer terms and conditions, must also agree to have their memberships continue on an ongoing basis until such time that the consumers choose to notify the company to cancel their memberships.

The company has informed the Better Business Bureau that it sends at least three email notices to each consumer during the free trial period, including a billing reminder message before it bills the first service fee. If the consumer does not cancel his/her membership by the end of the free trial period, the company automatically renews the membership and charges a monthly or an annual fee to the consumer's credit card. The company continues to renew the consumer's membership unless canceled by the consumer.

## Customer Experience

Based on Better Business Bureau files, this company has an **unsatisfactory record** with the Bureau due to a **pattern** of complaints concerning deceptive marketing/selling practices and unauthorized charges to consumers' credit cards. Although the company has **resolved** all complaints brought to its attention by the BBB by canceling consumers' program memberships and by providing refunds, the firm has failed to correct the underlying reasons for the complaints.

The company had been in discussion with the BBB and attempted to address marketing concerns. The company modified its marketing materials in an attempt to make clearer to consumers that they are signing up for a fee based program, not just receiving a cash back bonus.

To date, the BBB continues to receive the same patterns of complaint activity.

According to the company, a consumer may cancel the membership either online, by email, or by phoning a toll free number. The company maintains that it has a "no-resell" policy.

If you have a complaint against this company, we suggest that you directly contact the company's customer service department by calling: Travel Values Plus at 1-800-890-4892; Buyer Assurance at 1-800-890-4895; PC Protection Plus at 1-888-688-4525; Reservation Rewards at 1-800-732-7031; Walletshield at 1-800-250-6037; or Member Specials at 1-800-361-1786. The company's customer service department is open: Monday through Friday from 8:00 a.m. to 11:00 p.m. Eastern Standard Time; Saturday from 9:00 a.m. to 6:00 p.m. Eastern Standard Time; and, Sunday from 9:00 a.m. to 5:00 p.m. Eastern Standard Time. If you have e-mail capabilities, the company may be emailed at customerservice@webloyalty.com.

In the event your complaint is not satisfied directly with the company, we suggest that you file a complaint with the Better Business Bureau by completing a complaint form which may be accessed through our Web site at www.ctbbb.org, or by sending a letter to the Better Business Bureau Complaint Department, 821 North Main Street Extension, Wallingford, Connecticut, 06492.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

The Bureau processed a total of 714 complaints about this company in the last 36 months, our standard reporting period. Of the total of 714 complaints closed in 36 months, 269 were closed in the last year.

### Advertising Issues
#### Resolved
- 98 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.
- 389 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.
- 1 - Company offered a partial (less than 100%) settlement which the consumer failed to acknowledge acceptance to the BBB.
- 2 - Company resolved the complaint issues, but not within the Bureau's timeframe.

#### Administratively Closed
- 4 - BBB determined the company made a reasonable offer to resolve the issues, but the consumer did not accept the offer.
- 1 - BBB determined the company provided proper verification that indicated there was no obligation to resolve the issues of the complaint.

### Contract Issues
#### Resolved
- 1 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Billing or Collection Issues
#### Resolved
- 51 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.
- 3 - Company offered a partial (less than 100%) settlement which the consumer accepted.
- 64 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

#### Administratively Closed
- 4 - BBB determined that despite the company's reasonable effort to address complaint issues, the consumer remained dissatisfied.
- 1 - BBB determined the company provided proper verification that indicated there was no obligation to resolve the issues of the complaint.

### Sales Practice Issues
#### Resolved
- 30 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.
- 45 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

#### Administratively Closed
- 1 - BBB determined that despite the company's reasonable effort to address complaint issues, the consumer remained dissatisfied.
- 2 - BBB determined the company made a reasonable offer to resolve the issues, but the consumer did not accept the offer.

### Delivery Issues
#### Resolved
- 2 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.

### Repair Issues
#### Resolved
- 1 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Service Issues
#### Resolved
- 1 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Refund or Exchange Issues
#### Resolved
- 4 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.
- 8 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Issue Not Defined
#### Resolved
- 1 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.

## Competency Licensing

The BBB has the following licensing information on file for this company:

Type: unknown

## Company Management

Additional company management personnel include:

- Mr. Alex Sherman - Administrative Contact
- Mr. Matt Yurek - Technical Contact
- Mr. Vincent D'Agostino - President
- Marie Defelice

## Additional DBA's, Addresses, Telephone Numbers, and Fax Numbers

### Additional DBA Names

buyerassurance.com

walletshield.com

memberspecials.com

shopperdiscountsandrewards.com

reservation rewards

official nascar members club, onmc

### Additional Addresses

6 Corporate Drive, Suite
Shelton, CT  06484

101 Merritt Seven, 7th Floor
(Corporate Offices)
Norwalk, CT  06851

P.O. Box 855
Shelton, CT  06484

P.O Box 855
Shelton, CT  06484

6 Corporate Drive
(Customer Service Offices)
Shelton,  06848

P.O. Box 855
Shelton, CT  06484
Ms. Marie Defelice, Manager, CS

### Additional Phone Numbers

Tel:  (203) 846-3300
Tel:  (203) 846-3300
Tel:  (800) 732-7031
Tel:  (800) 889-8776
Tel:  (203) 846-3300
Tel:  (800) 732-7031

**Additional Fax Numbers**
Fax: (203) 926-8520
Fax: (203) 846-4100

# Industry Tips

**Buying Clubs**

The Bureau suggests that if you are considering membership in a buying club, first compare the prices and services of the club to retail stores and other such services. Consider the amount of merchandise you would have to buy at the club's discounted prices to make up for the cost of the membership. Understand the policies of the organization with regard to the following: how you order merchandise, methods of payment, finance charges, delivery and service charges, refunds and exchanges and warranty rights.

Visa Secure & Better Business Bureau: Online Shopping Tips
Cybershopping - What You Need to Know
Online Auctions
Returning Merchandise Purchased Online
Discount Buying Clubs: What You Order is Not Always What You Get
Shopping Safely Online
"BBB Publishes New Consumer Info Brochure
Purchasing a Car Online

---

Report as of January 2, 2007
Copyright© 2007 Better Business Bureau®, Inc.

*BBB reports may not be reproduced for sales or promotional purposes.*

*The information in this report has either been provided by the company or has been compiled by the Bureau from other reliable sources.*

*As a matter of policy, the Better Business Bureau does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.*