UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

## DECLARATION OF GABRIELLE R. WOLOHOJIAN

I, Gabrielle R. Wolohojian, declare as follows:

1. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Webloyalty.com, Inc. and Fandango, Inc. d/b/a Fandango.com, in the above-captioned action. I am an attorney in good standing admitted to the bars of the Commonwealth of Massachusetts, the State of New York, and this Court.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a November 20, 2006, Letter from Gabrielle Wolohojian to David George.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a January 30, 2007 Email from David George to Gabrielle Wolohojian.

4. Attached hereto as Exhibit 3 is a true and accurate copy of an email string sent by Elizabeth A. Alquist of Day Pitney LLP to Gabrielle Wolohojian on January 31, 2007, which

1

forwards email communications among counsel for the Connecticut Better Business Bureau, counsel for the Plaintiff, and the Connecticut Better Business Bureau.

     5. Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of a January 31, 2007 Email from Gabrielle Wolohojian to David George.

     6. Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of a February 1, 2007 Letter from David George to Gabrielle Wolohojian (without exhibits to avoid duplication).

     7. Attached hereto as <u>Exhibit 6</u> is a true and accurate copy of a February 5, 2007 Letter from Gabrielle Wolohojian to David George.

     8. Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of a February 6, 2007 Letter from David George to Gabrielle Wolohojian.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 20th DAY OF FEBRUARY, 2007.

                                                       /s/ Gabrielle R. Wolohojian
                                                    Gabrielle R. Wolohojian