# EXHIBIT 3

**Wolohojian, Gabrielle**

| | |
|---|---|
| From: | Alquist, Elizabeth A. [eaalquist@daypitney.com] |
| Sent: | Wednesday, January 31, 2007 10:14 AM |
| To: | Wolohojian, Gabrielle |
| Subject: | FW: Subponea in regards to Joe W. Kuefler v. Webloyalty.com, Inc., No. 06 CA 11620 JLT (D. Mass.) |

Gabrielle,

Please see below.

Beth

-----Original Message-----
From: Stuart Davidson [mailto:sdavidson@lerachlaw.com]
Sent: Friday, January 26, 2007 10:33 AM
To: Harris, Richard D.
Cc: Pisani, Lois D.; Alquist, Elizabeth A.; pnh@ctbbb.org; agarcia@phillipsgarcia.com
Subject: RE: Subponea in regards to Joe W. Kuefler v. Webloyalty.com, Inc., No. 06 CA 11620 JLT (D. Mass.)

Rick:

I would like to talk with you today about production of the paper complaints and some of the issues raised in your January 24, 2007 letter. I might as well let you know some of our thoughts on the letter now, so you can have some time to digest them before we speak:

First, to protect the "identifiable consumer information" from disclosure, we will agree to "(2)" at the top of page 2 of your letter, provided that: (a) the un-redacted copies are bates labeled; and (b) the BBB agrees to maintain the bates labeled unredacted copies upon their return to the BBB until the conclusion of the case. If the BBB is not willing to do this, then we propose to keep the unredacted copies ourselves and promise not to touch them without notice to the BBB and giving the BBB the opportunity to object.

Second, with respect to "(4)" at the top of page 2 of your letter, we would add the phrase "that is redacted" between the words "information" and contained" on the last line.

Third, with respect to the production of electronic complaints, as we discussed, we are willing, for the time being, to receive the copies of the paper complaints now, with the understanding and agreement that, if we believe that it is necessary to obtain copies of the electronic complaints, we will work you you and the BBB to figure out the most practical way of obtaining those documents. For example, we have offered to send someone from our firm to the BBB's offices to sit in front of the computer and print out the electronic complaints without requiring an employee of the BBB to spend the time doing that. We would, of course, agree to reimburse the BBB for the cost of printing the electronic documents (e.g., paper, toner). However, since we have agreed, for the time being, to not seek from you the electronic complaints, we would appreciate it if the BBB could produce 2-3 examples of the electronic complaints so that we can at least see what the format look like.

Fourth, in the event that we do not believe that it is necessary to obtain the electronic documents, and, thus, not obtain all 906 complaints on file with the BBB, we would think that the appropriate thing to do would be to have someone from the BBB execute an affidavit or declaration attesting to the existence of the 906 complaints. If the BBB does not feel comfortable doing this, we will probably have to obtain all of the electronic complaints at some point.

Finally, with respect to the self-critical analysis privilege the BBB has interposed with respect to multiple categories of documents, we will look at that issue and get back to you on our thoughts.

I will try to contact you later today to discuss these issues.

Regards,

Stuart

-------------------------------------------------
Stuart A. Davidson, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel. (561) 750-3000
Fax (561) 750-3364
Email: sdavidson@lerachlaw.com
Web: www.lerachlaw.com

---

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 USC 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (561) 750-3000, delete the message and return the original message to us at sdavidson@lerachlaw.com Thank you.

---

**From:** Harris, Richard D. [mailto:rdharris@daypitney.com]
**Sent:** Thursday, January 25, 2007 1:23 PM
**To:** Stuart Davidson
**Cc:** Pisani, Lois D.; Alquist, Elizabeth A.; pnh@ctbbb.org; agarcia@phillipsgarcia.com
**Subject:** BBB: Subponea in regards to Joe W. Kuefler v. Webloyalty.com, Inc., No. 06 CA 11620 JLT (D. Mass.)
**Importance:** High

Stuart:

Consistent with our telephone discussion, attached is a formal response to the Webloyalty subpoena served on BBB. We should talk by telephone to schedule delivery of copies of the consumer complaints at a convenient time.

Thanks,

Richard D. Harris, Esq. ("Rick")
Day Pitney LLP
One Audubon Street, 6th Floor | New Haven CT 06511
| t (203) 752 5094 | f (203) 752-5001 | c (860) 655 0609
RDHarris@DayPitney.com　　　www.DayPitney.com

*******************************
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

Note: Effective January 1, 2007, Day, Berry & Howard LLP and Pitney Hardin LLP merged to form Day Pitney LLP. Please revise my e-mail address and firm website URL, as described above. Our merged firm will have close to 400 lawyers with offices located throughout the Northeast from Washington, D.C. to Boston, MA. For more information on Day Pitney LLP, see our website at www.daypitney.com.

> -----Original Message-----
> **From:** Stuart Davidson [mailto:sdavidson@lerachlaw.com]
> **Sent:** Tuesday, January 23, 2007 9:57 AM
> **To:** Harris, Richard D.
> **Subject:** RE: Webloyalty
>
> Rick:
>
> Please let me know where we are on the CT BBB's response to the subpoena and getting us the information we discussed about last week.
>
> Thanks
>
> Stuart

---

Stuart A. Davidson, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel. (561) 750-3000
Fax (561) 750-3364
Email: sdavidson@lerachlaw.com
Web: www.lerachlaw.com

---

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 USC 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (561) 750-3000, delete the message and return the original message to us at sdavidson@lerachlaw.com Thank you.

---

**From:** Stuart Davidson
**Sent:** Tuesday, January 16, 2007 5:11 PM
**To:** 'rdharris@daypitney.com'
**Cc:** David George
**Subject:** Webloyalty

Rick:

Good talking to you. Below is my contact information. You can reach David George at the same numbers and address, or at dgeorge@lerachlaw.com. We look forward to hearing from you soon.

Regards,

Stuart

---

Stuart A. Davidson, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel. (561) 750-3000
Fax (561) 750-3364
Email: sdavidson@lerachlaw.com
Web: www.lerachlaw.com

---

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 USC 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (561) 750-3000, delete the message and return the original message to us at sdavidson@lerachlaw.com Thank you.