UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-CA-11620-JLT<br><br><u>CLASS ACTION</u> |
| KIM CROUSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-CA-11834-JLT<br><br><u>CLASS ACTION</u> |
| MONICA STAAF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-CA-11835-JLT<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' NOTICE OF FILING TRANSFER ORDER OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND REQUEST FOR STATUS CONFERENCE**

Dockets.Justia.

Plaintiffs Joe W. Kuefler, Kim Crouse, and Monica Staaf (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file in each of the above-captioned cases the Judicial Panel on Multidistrict Litigation's (the "MDL Panel") Transfer Order in MDL No. 1820, styled *In re Webloyalty.com, Inc. Marketing & Sales Practices Litig.*, a true and correct copy of which is attached hereto and incorporated herein by reference as **Exhibit A**.

In addition, in light of the ruling by the MDL Panel transferring these cases, as well as the related action[1] and all future related actions, to this Court pursuant to 28 U.S.C. § 1407 for centralization, Plaintiffs hereby request a status conference before the Court to, among other things, discuss ways in which these cases can be streamlined, duplicative discovery can be eliminated, and, more generally, how the resources of the parties, counsel and the Court can be conserved. Plaintiffs also wish to discuss with the Court the timing for the submission of a proposed Pretrial Order No. 1.

Plaintiffs' counsel have conferred with counsel for Alcides Melo ("Melo"), plaintiff in the *Melo* Action, regarding their request for a status conference before the Court, and counsel for Melo agrees that a status conference would be very helpful at this stage. Plaintiffs' counsel have also conferred with counsel for each of the defendants in these actions, and the defendants did not agree to the form and content of this notice.

Plaintiffs' counsel and Melo's counsel are available for a status conference at the Court's convenience.

---

[1] The related action is as follows: *Melo v. Webloyalty.com, Inc., et al.*, C.A. No. 2:06-6329 (C.D. Cal.) (the "*Melo* Action").

Respectfully submitted,
On behalf of the Plaintiff and the Class,

PHILLIPS & GARCIA, P.C.
Carlin J. Phillips
Andrew J. Garcia


*s/ Andrew J. Garcia*
Andrew J. Garcia
13 Ventura Drive
North Dartmouth, MA  02747
Telephone: (508) 998-0800
(508) 998-0919 (facsimile)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
David J. George
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
(561) 750-3364 (facsimile)

LEE & AMTZIS, P.L.
Eric A. Lee
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/ 981-9988
(561) 981-9980 (facsimile)

**Attorneys for Plaintiffs and Each Class**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/ Andrew J. Garcia_
Andrew J. Garcia

# Mailing Information for a Case 1:06-cv-11620-JLT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stuart A. Davidson**
  sdavidson@lerachlaw.com e_file_fl@lerachlaw.com

- **Andrew J. Garcia**
  agarcia@phillipsgarcia.com dmedeiros@phillipsgarcia.com;info@phillipsgarcia.com

- **David J. George**
  dgeorge@lerachlaw.com e_file_fl@lerachlaw.com

- **Eric A. Lee**
  lee@leeamlaw.com zallen@leeamlaw.com;leeamlawecf@gmail.com

- **Joan S. Mitrou**
  Joan.Mitrou@wilmerhale.com

- **Carlin J Phillips**
  cphillips@phillipsgarcia.com dmedeiros@phillipsgarcia.com;info@phillipsgarcia.com

- **John J. Regan**
  john.regan@wilmerhale.com

- **Gabrielle R. Wolohojian**
  gabrielle.wolohojian@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005

Michael L. Greenwald
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005

Anne M. Sterba
```

Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005