## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING TRANSFER ORDER OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND REQUEST FOR STATUS CONFERENCE

Defendants agree with Plaintiffs that a status conference would be useful at this stage in the litigation. However, Defendants believe that the conference should first address the scheduling of a hearing regarding Defendants' pending Motion for Summary Judgment and related motions, including Plaintiff's Motion for Rule 56(f) Discovery and Defendants' Motion for Sanctions, which were filed in the *Kuefler* action. Defendants believe that resolution of these motions should precede the normal Rule 16 Conference and related events under Rule 26, since it is those motions that should determine the scope of the action that would be addressed at the Rule 16 Conference.

Respectfully submitted,

WEBLOYALTY.COM, INC.
FANDANGO, INC.

1

US1DOCS 6075759v1

Dockets.Justia.com

By Their Attorneys

/s/ Gabrielle R. Wolohojian_____
Gabrielle R. Wolohojian, BBO # 555704
John J. Regan, BBO # 415120
Joan S. Mitrou, BBO # 664499
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000

Samuel Broderick-Sokol
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  202-663-6000
Fax: 202-663-6363

Steven Lieberman, *pro hac vice*
Anne M. Sterba, *pro hac vice*
C. Nichole Gifford, *pro hac vice*
Rothwell, Figg, Ernst & Manbeck P.C.
1425 K Street NW
Washington, DC 20005
Tel:  202-783-6040
Fax: 202-783-6031

Dated:  February 23, 2007

### Certificate of Service

I, Joan S. Mitrou, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 23rd day of February, 2007.

__/s/  Joan S. Mitrou____