

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Stuart A. Davidson
sdavidson@lerachlaw.com

February 1, 2007

<u>VIA FACSIMILE NO. (860) 275 0343</u>

Beth Alquist
Day Pitney LLP
CityPlace I
Hartford, CT 06103

Re: *Kuefler v. Webloyalty, et al.*
Case No. 06 CA 11620 JLT (D. Mass.)

Dear Beth:

As we discussed this morning, in light of an error by us, having prematurely served the subpoena on the Connecticut Better Business Bureau ("BBB"), we are requesting that the BBB abate the production of any documents in response to the subpoena until further notice from us. We will either resolve any issues relating to the BBB subpoena with defense counsel now, or will address them with the Court at the appropriate time. In any event, we expect that we will be in a position to reach out to you within the next few weeks.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to give me a call, or you can speak directly with David George.

Best regards.

Cordially,

Stuart A. Davidson

SAD:jd
cc: David J. George
Andrew Garcia

I:\Webloyalty (General)\Corres\Alquist 020107.doc

120 East Palmetto Park Road, Suite 500 • Boca Raton, Florida 33432-4809 • 561.750.3000 • Fax 561.750.3364 • www.lerachlaw.com

202 • 115

Dockets.Justia.com