

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Stuart A. Davidson
sdavidson@lerachlaw.com

February 1, 2007

<u>VIA FACSIMILE NO. (860) 275 0343</u>

Beth Alquist
Day Pitney LLP
CityPlace I
Hartford, CT 06103

Re:   *Kuefler v. Webloyalty, et al.*
      Case No. 06 CA 11620 JLT (D. Mass.)

Dear Beth:

Further to our conversation this morning regarding the subpoena served on the Connecticut Better Business Bureau ("BBB") in the above-referenced action, and in light of our error and defendants' request that we withdraw the subpoena, please consider this letter as a formal withdrawal of the subpoena. In the event we are permitted by the Court to re-issue and re-serve the subpoena at a later date, I will contact you or Rick Harris at the appropriate time to request that your firm accept service.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to give me a call, or you can speak directly with David George.

Best regards.

Cordially,

*/s/ Stuart A. Davidson/*

Stuart A. Davidson

SAD:jd
cc:   David J. George
      Andrew Garcia

I:\Webloyalty (General)\Alquist #2 020107.doc

120 East Palmetto Park Road, Suite 500 • Boca Raton, Florida 33432-4809 • 561.750.3000 • Fax 561.750.3364 • www.lerachlaw.com

Dockets.Justia.com