UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similar Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM,<br><br>     Defendants. | CIVIL ACTION NO. 06-cv-11620-JLT |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS**

Defendants Webloyalty.com, Inc. and Fandango, Inc. d/b/a Fandango.com hereby respectfully request leave of this Court to file a brief reply in response to Plaintiff's Opposition to Defendants' Motion for Sanctions. The reply is attached as Exhibit 1 to this Motion.

In support of their Motion, the Defendants state that: (1) a reply is necessary to address new issues raised in the Plaintiff's Opposition; (2) the reply is only 5 pages long; and (3) a reply will assist the Court in reaching an informed and just decision with respect to this matter.

Respectfully submitted,

WEBLOYALTY.COM, INC.
FANDANGO, INC.

By Their Attorneys

/s/ Gabrielle R. Wolohojian_____

        Gabrielle R. Wolohojian, BBO # 555704
        John J. Regan, BBO # 415120
        Joan S. Mitrou, BBO # 664499
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        Tel:  617-526-6000
        Fax:  617-526-5000

        Samuel Broderick-Sokol
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        Tel:  202-663-6000
        Fax: 202-663-6363

        Steven Lieberman, *pro hac vice*
        Anne M. Sterba, *pro hac vice*
        C. Nichole Gifford, *pro hac vice*
        Rothwell, Figg, Ernst & Manbeck P.C.
        1425 K Street NW
        Washington, DC 20005
        Tel:  202-783-6040
        Fax: 202-783-6031


<u>Certificate of Service</u>

    I, Joan Mitrou, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 15th day of March, 2007.


            /s/ Joan Mitrou

US1DOCS 6108780v1