UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM, INC., MARKETING PRACTICES AND SALES PRACTICES LITIGATION | MDL No. 07-01820-JLT |

### ORDER

March 21, 2007

TAURO, J.

This court hereby orders that:

1. All related civil actions are to be consolidated as Civil Action Number: 06-11620.

2. All filings from this date forward must be identified as Civil Action Number 07-01820.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge