UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: WEBLOYALTY.COM LITIGATION          MDL 07-01820
                                          Lead case: 06-11620-JLT

ORDER

April 10, 2007

TAURO,J.,

     A status conference will be held on April 24,   2007 at 2:15 p.m.
One week before the conference each counsel shall submit a proposed
agenda, that has been shared with all counsel, of topics, including, but
not limited to:

a) current status of case
b) outstanding issues needing immediate resolution
c) suggestions on how to proceed, including the possibility of filing a
   consolidated complaint
d) time frame for discovery and filing of motions
e) pending motions

By the Court,

/s/
 Zita Lovett, Deputy Clerk