UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: WEBLOYALTY.COM, INC., MARKETING PRACTICES AND SALES PRACTICES LITIGATION | * * * * * * MDL No. 07-01820-JLT |

ORDER

April 24, 2007

TAURO, J.

After a Status Conference held on April 24, 2007, the court hereby orders that:

1. Defendants' Motion for Sanctions [#30] is DENIED.

2. By May 25, 2007, Plaintiffs shall file a Motion for Leave to File a Consolidated Class Action Complaint. Defendants shall respond by June 15, 2007.

3. By agreement of the parties, and as discussed in court, after a decision on the Motion for Leave to File a Consolidate Class Action Complaint, the case will be referred to a discovery master who shall have the power to issue Reports and Recommendations as to dispositive motions and to decide all other motions. All pending motions, namely Defendants' Motion for Summary Judgment [#16] and Plaintiff Kuefler's Motion for Discovery [#24] will also be referred, either in the present form or as re-filed should the court allow the filing of a consolidated complaint.

IT IS SO ORDERED.        /s/ Joseph L. Tauro
                United States District Judge