UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | Docket No: 06 CA 11620 JLT |

### MOTION TO ADMIT KENNETH A. WEXLER *PRO HAC VICE*

NOW COMES Andrew J. Garcia, attorney for the Plaintiff in the above-captioned action and hereby moves this Honorable Court to grant Kenneth A. Wexler's Application for Leave to Practice, *Pro Hac Vice* before this Court in the above-captioned action. As grounds in support of this motion, counsel states:

1. Kenneth A. Wexler is a member of the law firm of WEXLER TORISEVA WALLACE LLP based in Chicago, Illinois.

2. Mr. Wexler is in good standing in all jurisdictions in which he has been admitted and there are no disciplinary proceedings against him. He has familiarized himself with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. I am member of the Bar of the U.S. District Court for the District of Massachusetts and am an attorney licensed in the Commonwealth of Massachusetts. There are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted.

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation        Doc. 46

WHEREFORE, counsel hereby requests that this Court grant Kenneth A. Wexler's Application for Leave to Practice, *Pro Hac Vice*.

Respectfully submitted,

_____
Andrew J. Garcia, MA BBO# 559084

PHILLIPS & GARCIA, P.C.
13 Ventura Drive
Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)
agarcia@phillipsgarcia.com

## CERTIFICATE OF COMPLIANCE AND SERVICE

In accordance with Local Rule 7.1(A)(2), counsel for the Plaintiffs, Andrew J. Garcia, hereby certifies that he did confer with counsel for the Defendants on April 27, 2007 and that counsel has indicated that there is no objection to the foregoing motion. Further, I hereby certify that a true copy of the foregoing motion was served on all attorneys appearing on the attached service list by first-class mail, postage pre-paid on April 30, 2007.

_____
Andrew J. Garcia
PHILLIPS & GARCIA, LLP
13 Ventura Drive
Dartmouth, MA 02747
(508) 998-0800
agarcia@phillipsgarcia.com