UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Docket No: 06 CA 11620 JLT |
| vs. | ) ) ) | |
| WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | ) ) | |

**APPLICATION AND CERTIFICATE TO BE
ADMITTED BEFORE THE COURT *PRO HAC VICE***

NOW COMES Kenneth A. Wexler, a member of the firm of WEXLER TORISEVA WALLACE LLP and hereby applies for admission before this Court, *pro hac vice*. In support of this application, the Applicant certifies as follows:

1. I am a member in good standing of the Bar of the State of Illinois and in every jurisdiction in which I have been admitted to practice.

2. I certify that there are no disciplinary proceedings against me pending in the jurisdiction of Illinois or any jurisdiction in which I have been admitted to practice.

3. I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

I HEREBY CERTIFY that the information contained herein is true and accurate this 26th day of February, 2007.

                                                          Kenneth A. Wexler

WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wtwlaw.us