UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOE W. KUEFLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Docket No: 06 CA 11620 JLT |
| vs. | ) ) | |
| WEBLOYALTY.COM, INC. and FANDANGO, INC. d/b/a FANDANGO.COM | ) ) ) | |

**APPLICATION AND CERTIFICATE TO BE
ADMITTED BEFORE THE COURT *PRO HAC VICE***

NOW COMES Mark J. Tamblyn, a member of the firm of  WEXLER TORISEVA

WALLACE LLP and hereby applies for admission before this Court, *pro hac vice*.  In support of

this application, the Applicant certifies as follows:

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                                        Doc. 47 Att. 1

1.    I am a member in good standing of the Bar of the State of California and in every

jurisdiction in which I have been admitted to practice.

2.    I certify that there are no disciplinary proceedings against me pending in the jurisdiction

of California or any jurisdiction in which I have been admitted to practice.

3.    I further certify that I am familiar with the Local Rules of the U.S. District Court for the

District of Massachusetts and that my application for leave to practice before this Court is

made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a

member of the Bar of this Court.

1

I HEREBY CERTIFY that the information contained herein is true and accurate this 16th

day of February, 2007.

Mark J. Tamblyn

WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890
mjt@wtwlaw.us

2