# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-01820<br><br>Lead Case: 06-11620-JLT |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT

Plaintiffs hereby respectfully request that the Court grant Plaintiffs' leave to file a Consolidated Amended Complaint (the "Consolidated Complaint"), a copy of which is attached hereto as Exhibit "A," and in support thereof, state as follows:

On March 21, 2007, the Court ordered the consolidation of four related actions underlying *In Re Webloyalty.com, Inc. Marketing and Sales Practices Litigation*. As underscored by the Judicial Panel on Multidistrict Litigation's centralization and transfer of these actions under 28 U.S.C. § 1407, there are common issues of fact and law among the actions that comprise this litigation. A consolidated complaint is a common and effective device for managing multidistrict litigation. Operating under a master pleading will bring added efficiencies to this litigation, reducing unnecessary costs and delays.

In addition, the Consolidated Complaint was not delayed in that it responds to the Court's recent consolidation Order of March 21, 2007, and Plaintiffs have moved promptly in accordance with the Court's April 24, 2007 Order. Defendants will not be prejudiced by the filing of the Consolidated Complaint because this litigation is in its early stages – no discovery has taken place and this Court only recently consolidated these actions. Rules 15(a) and 42(a) of the Federal Rules of Civil Procedure, together, provide broad authority for the Court to grant permit Plaintiffs to file the Consolidated Complaint.

For these reasons, and the reasons more fully articulated in the accompanying

1

Dockets.Justia.com

memorandum of law, Plaintiffs respectfully request that the Court grant this Motion and permit them to file the Consolidated Complaint.

Dated: May 24, 2007                    Respectfully submitted,

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
DAVID J. GEORGE
STUART A. DAVIDSON
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

*/s/ David J. George*
DAVID J. GEORGE

*Proposed Co-Lead Counsel for Plaintiffs and the Class*

**PHILLIPS & GARCIA, LLP**
CARLIN J. PHILLIPS
ANDREW J. GARCIA
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: 508/998-0800
508/998-0919 (fax)

*Proposed Liaison Counsel for Plaintiffs and the Class*

**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: 916/568-1100
916/568-7890 (fax)

**WEXLER TORISEVA WALLACE LLP**
KENNETH A. WEXLER
MARK R. MILLER
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: 312/346-2222
312/346-0022 (fax)

*Proposed Co-Lead Counsel for Plaintiffs and the Class*

**LEE & AMTZIS, P.L.**
ERIC A. LEE
GINA GREENWALD
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/ 981-9988
561/981-9980 (fax)

**McCALLUM HOAGLUND COOK & IRBY LLP**
CHARLES M. MCCALLUM
R. BRENT IRBY
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Telephone: 205/824-7768
205/824-7767 (fax)

**GREEN WELLING LLP**
ROBERT S. GREEN
CHARLES D. MARSHALL
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: 415/477-6700
415/477-6710 (fax)

*Counsel for Plaintiffs*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, David J. George, hereby certify that plaintiffs' counsel have conferred with counsel for the defendants and attempted in good faith to resolve or narrow the issues discussed in this motion and that we were unable to do so.

/s/ David J. George

3

**CERTIFICATE OF SERVICE**

  I, David J. George, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 24th day of May, 2007.

                         */s/ David J. George*