# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-01820<br><br>Lead Case:  06-11620-JLT |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT

Having considered Plaintiffs' Motion for Leave to File Consolidated Amended Complaint (the "Consolidated Complaint"), it is hereby ORDERED:

1. Plaintiffs are granted leave to file their Consolidated Complaint and shall file it upon receipt of this Order.

2. Defendants shall respond to the Consolidated Complaint within twenty (20) days of the date it is filed.

Dated:  June __, 2007

_____
Hon. Joseph L. Tauro
United States District Judge