# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-01820 - JLT <br><br> Lead Case: 06-11620-JLT |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT

Defendants hereby notify the Court that they do not oppose the filing of Plaintiff's Proposed Consolidated Amended Complaint, while preserving all rights to contest the legal and factual sufficiency of the Proposed Amended Complaint once it is approved for filing by the Court.

Respectfully submitted,

WEBLOYALTY.COM, INC, FANDANGO, INC., VALUECLICK,INC., E-BABYLON, INC., PRICELINE.COM, INC., SHANE NELSON GARRETT, AND MAXIM O. KHOKHLOV

By Their Attorneys

 /s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian, BBO # 555704
John J. Regan, BBO # 415120
Joan S. Mitrou, BBO # 664499
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:  617-526-6000
Fax:  617-526-5000

US1DOCS 6228712v1

        Steven Lieberman, *pro hac vice*
        Anne M. Sterba, *pro hac vice*
        C. Nichole Gifford, *pro hac vice*
        Rothwell, Figg, Ernst & Manbeck P.C.
        1425 K Street NW
        Washington, DC 20005
        Tel: 202-783-6040
        Fax: 202-783-6031

Dated: June 15, 2007

### Certificate of Service

I, Gabrielle R. Wolohojian, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 15th day of June, 2007. I also certify that I caused the above document to be served by mail upon the counsel listed on the attached Service List who do not receive electronically Notices of Electronic filing.

        /s/ Gabrielle R. Wolohojian

- 2 -

# SERVICE LIST
# 1:07-md-01820-JLT

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.
• **Ethan J. Brown**
ethan.brown@lw.com
• **Stuart A. Davidson**
sdavidson@lerachlaw.com e_file_fl@lerachlaw.com
• **Andrew J. Garcia**
agarcia@phillipsgarcia.com dmedeiros@phillipsgarcia.com;info@phillipsgarcia.com
• **David J. George**
dgeorge@lerachlaw.com e_file_fl@lerachlaw.com
• **Eric A. Lee**
lee@leeamlaw.com zallen@leeamlaw.com;leeamlawecf@gmail.com
• **Joan S. Mitrou**
Joan.Mitrou@wilmerhale.com
• **Carlin J Phillips**
cphillips@phillipsgarcia.com dmedeiros@phillipsgarcia.com;info@phillipsgarcia.com
• **John J. Regan**
john.regan@wilmerhale.com
• **Kenneth A. Wexler**
kaw@wtwlaw.us ehs@wtwlaw.us;amn@wtwlaw.us;ecf@wtwlaw.us
• **Gabrielle R. Wolohojian**
gabrielle.wolohojian@wilmerhale.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

```
Michael L. Greenwald
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

Steven Lieberman
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005
```

- 4 -

**Mark R. Miller**
Wexler, Toriseva, Wallace
One North LaSalle Street
Suite 2000
Chicago, IL 60602

**Mark J. Tamblyn**
Wexler, Toriseva, Wallace
1610 Arden Way
Suite 290
Sacramento, CA 95815

- 4 -