In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation
Case 1:07-md-01820-JLT    Document 54    Filed 07/16/2007    Page 1 of 1
Doc. 54

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. MDL 07-01820<br><br>Lead Case: 06-11620-JLT |

### SCHEDULING ORDER CONCERNING DEFENDANTS' RESPONSE TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND STATUS CONFERENCE

Counsel for the parties conferred telephonically on June 21, 2007, and the Special Master adopted the following Scheduling Order.

1. Plaintiffs reported that they would file, and have since filed, Plaintiffs' Consolidated Amended Complaint on June 22, 2007.

2. Defendants shall file any response to the Plaintiffs' Consolidated Amended Complaint on or before Friday, July 20, 2007.

3. If, as anticipated, all or part of Defendants' response consists of a Rule 56 motion, Plaintiffs shall file any response thereto, including any response under Rule 56(f), on or before Wednesday, August 1, 2007.

4. Defendants shall file any response to Plaintiffs' August 1, 2007 filing on or before Wednesday, August 8, 2007.

5. The Special Master will hold the Rule 16 conference in the case on Tuesday, August 21, 2007, at 10 a.m. Further information regarding the courtroom in which the conference will be held will be provided.

Dated: July 16, 2007

*Gael Mahony*

Gael Mahony, Special Master