# Exhibit 4



**RESERVATION REWARDS**

...a Special Reward for priceline.com customers!


## Congratulations...
click YES below to register for Reservation Rewards and get your Money-Saving Discounts up to 50%... plus your $10.00 Cash Back Award!

**Thank You... sign up to claim your rewards!**
To thank you for your request at Priceline.com today, click YES below to get your $10.00 Cash Back Award on your next Priceline.com reservation plus sign up for all the money-saving benefits of Reservation Rewards, our premier online travel discounts and protection program **(see Offer Details below)**!

Get your $10.00 Cash Back Award on your next Priceline.com reservation just for trying Reservation Rewards plus enjoy all this...

**$10.00 Cash Back Award**
Good for your next Priceline.com reservation!
**Click YES Below to sign up now!**
See offer details below

### Discounts up to 50% at leading Retailers you know and trust
Get discounts up to 50% on products and services you use every day from top retailers nationwide like participating Sears Portrait Studios, The Sports Authority, Pearle Vision locations and more. These include nationwide retailers... plus plenty of local stores and service providers right where you live.

### Discounts up to 50% at Top Attractions
You save up to 50% at more than 17,000 top attractions nationwide and close to home. Get discounts at theme parks, museums, aquariums, zoos and more. Enjoy discounts at top name locations like Six Flags and many more! Plus save money at lots of local attractions in your hometown and state!

### Dining Discounts -- Buy 1 Get 1 FREE
Get great "Buy 1 Get 1 FREE" deals at over 35,000 popular family restaurants and fast food chains. These discounts are great when on a cross-country trip or even in your own neighborhood. Save at popular national chains like participating Pizza Hut, Planet Hollywood, Bennigan's, McDonalds, International House of Pancakes restaurants and many more! Plus save at local restaurants too!

### Extra Reward -- $10.00 Cash Back Award on your next Priceline.com reservation
As a member of Reservation Rewards you get your $10.00 Cash Back Award good for your next Priceline.com reservation. Just make a reservation anytime in the next 3 months, send Reservation Rewards your reservation confirmation and Cash Back Award coupon and we'll send you the Cash! It's that easy and no minimum purchase is required! So, go ahead and save money on your next reservation from Priceline.com... go anywhere you want... it's up to you! Click here for full details on your $10.00 Cash Back Award


$10.00 Cash Back Award!

**So claim all your Reservation Rewards benefits... plus get your $10.00 Cash Back Award!**
You'll get your $10.00 Cash Back Award Coupon and instructions on the next page so you can access the site and start saving today! Plus we'll send your Membership Kit email to you at your email address. Try all the benefits for the next 30 days for only $9 and see how much you save! There's no obligation to continue. If you are completely satisfied, do nothing and you'll enjoy ongoing savings for only $9 a month and of course you have our Money-Back Guarantee as described in the Offer Details! You can print out up to 100 discount coupons every year for your favorite places whenever you want!

**Money-Saving Discounts only $9 a month!**

**PLUS** Plus you get even more than discounts... you also get valuable Travel Protection with Trip Delay Protection, Hotel Over-Booking Protection, 24-Hour Road & Tow Protection and more!

Click here for more benefit information.

**Offer Details:**
Get your $10.00 Cash Back Award on your next Priceline.com reservation, Money-Saving Discounts for the next 30 days plus all the valuable benefits of Reservation Rewards for only $9, billed to the credit or debit card you used at Priceline.com today. It's a Special Reward for your request at Priceline.com today! If you are 100% satisfied during the next 30 days, do nothing. All your Reservation Rewards discounts and protection will automatically continue for just $9 a month billed by Reservation Rewards to the credit card or deducted from the debit card you used at Priceline.com today. For your convenience Reservation Rewards will use the contact and credit or debit card information you provided to Priceline.com today for billing and benefit processing. In the event your monthly membership fee were to ever change, you would be notified before you are billed. Reservation Rewards benefits may be enhanced or modified at any time without prior notice. And, you have our Money Back Guarantee! If at anytime you are not completely satisfied, simply call Reservation Rewards toll free at 1-888-688-5995 to let us know you wish to cancel your monthly membership benefits. If you cancel during the first 30 days you owe nothing further. If you cancel after the first 30 days, let us know if you wish to receive a refund of the current month's fee and owe nothing further. All your benefits and access will then be canceled immediately. All the money you save is yours to keep!

Consent to receive electronic disclosures. Please read carefully and save or print a copy for your records. Reservation Rewards will communicate your benefit and other membership information to you, including payment authorization made by clicking Yes, by electronic communications, including email and electronic postings on our site. Your Membership Kit email will also include a copy of the Offer Details for your convenience. In order to view this membership and benefit information in electronic form, you need to have access to a computer with Internet browser version IE 5.5 or Netscape 4.7 or higher. In order to receive Reservation Rewards you must agree to receive these communications electronically and by clicking Yes you consent to do so. You may withdraw this consent by canceling the service. Of course if you would also like a printed copy of any membership information you can email us at customerservice@reservationrewards.com to request it and we will be happy to send it at no charge. You can update your email address on the Reservation Rewards profile page.

**Reservation Rewards Terms of Service**

 

**Enter your email address and click YES below**

By entering my email address as my electronic signature and clicking YES, I have read and agree to the Offer Details and authorize Priceline.com to securely transfer my name, address and credit or debit card information to Reservation Rewards for billing and benefit processing.

**Enter your email address here:**
[                    ]

**Verify email:**
[                    ]

**YES! Click here now**

**I want my Reservation Rewards discounts plus my $10.00 Cash Back Award!**

No thanks, please take me back to Priceline.com

Offer only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands and is not available to current Reservation Rewards members. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. Privacy Policy ©2003, webloyalty.com, inc. 20646-1003