# Exhibit 5

**RESERVATION REWARDS**

Member #: 12033613024

Go to **Reservation Rewards**
**Email Customer Service**

**Click here to claim your Thank You Reward for becoming a Reservation Rewards member today!**
[Continue]

## Print this page and click below to use your benefits - Click here to print

### Welcome to Reservation Rewards!
Just follow these simple steps to start using all your Money-Saving Discounts and valuable Travel Protection today!

---

**$10.00 Cash Back Award**

good for $10.00 Cash Back on your next Priceline.com reservation!

| | |
|---|---|
| Member # | 12033613024 |
| First Name | FNAME |
| Last Name | LNAME |
| Address | 123 Main St. |
| City | Anywhere |
| State | CT |
| Zip | 06851 |

**DO NOT REDEEM THROUGH PRICELINE.COM**

**To Get Your $10.00 Cash Back:**

1) Make any reservation from Priceline.com before 1/13/2007.

2) Within 30 days of your reservation, simply email your Priceline.com receipt from testmember6553_20646@0donnell.com to cashbackaward@reservationrewards.com (Online reservations do not require coupon to be mailed.)

3) Reservation Rewards will send you a $10.00 check to the address shown on coupon.

(To redeem by mail: Cut out and mail this coupon with your Priceline.com receipt to: Reservation Rewards - Cash Back Offer, c/o webloyalty, 6 Corporate Dr., Suite 450, Shelton, CT 06484.)

**DO NOT REDEEM THROUGH PRICELINE.COM. REDEEM ONLY THROUGH RESERVATION REWARDS. The $10.00 Cash Back Award is good on any one Priceline.com reservation. This offer is non-transferable and limited to one per household.**

---

FNAME, you've made a great decision to register for all the valuable benefits of Reservation Rewards, our premier travel discounts and protection program! You can save money every time you travel and right in your own neighborhood... plus see below for instructions on how to get your $10.00 Cash Back Award on your next Priceline.com reservation.

You'll also receive an email in a few minutes that is your Membership Kit. It will include more information for you. Please print this page and your Membership Kit email for future reference. If you cannot print now, that's okay because all the information you need will also be in your Membership Kit email for your records. Also for your convenience, answers to Frequently Asked Questions are on our Web site, or you can email us with questions at customerservice@reservationrewards.com

Just follow these simple steps to start saving:

1) Go to **www.reservationrewards.com**

2) Start saving money... you can review all your Reservation Rewards benefits plus start saving today! See below for a list of your money-saving discounts and protection.

\*\*\* Note: If you click on links on this page you'll be automatically logged in to our site and will not have to enter your Email Address or Password to login. If you type our Web site name in your Web browser, you'll need to enter your Email Address and Password to login.

Your Email Address to login:    **testmember6553_20646@0donnell.com**
Your Password:                  **PIN78NAP**

You can save money every time you travel and close to home... plus you get valuable Travel Protection. Login today and start enjoying all these money-saving benefits:

\*\*\*\* Savings at leading Retailers and Service Providers! Get fantastic discounts on a wide variety of products and services from top retailers nationwide like participating Sears Portrait Studios, The Sports Authority, Pearle Vision locations and more. Plus get discounts at plenty of local stores and service providers where you live. You need to print out your coupons at **Reservation Rewards**

\*\*\*\* Discounts up to 50% at Top Attractions! You save up to 50% at more than 17,000 top attractions nationwide and close to home. Enjoy discounts at top name locations like Six Flags and many more! You need to print out your coupons at **Reservation Rewards**

\*\*\*\* Dining Discounts! Get great "Buy 1 Get 1 FREE" deals at over 35,000 popular family restaurants and fast food chains. Save at participating locations of popular national chains like Pizza Hut, Planet Hollywood, Bennigan's, McDonalds, International House of Pancakes restaurants and many more! Plus save at local restaurants too! You need to print out your coupons at **Reservation Rewards**

\*\*\*\* Movie Ticket Discounts! Save when you see your favorite movies at leading theatre chains like Loews Cineplex, United Artists and Regal theatres. You need to order your tickets online at **Reservation Rewards**

\*\*\*\* Trip Delay Protection! Your expenses for emergency out-of-pocket costs are covered if your trip is delayed, even for just half a day. We'll reimburse your costs for any 1 delay per trip, up to $500.00 per year, for expenses like food, lodging and local transportation for trips delayed by airlines, lost or stolen passports, sickness, natural disasters and other causes. You can get claim instructions at **Reservation Rewards**

\*\*\*\* Hotel Over-Booking Protection! You get Cash Back any time a hotel in the U.S. where you have a confirmed reservation at is overbooked for any reason. If your hotel is overbooked when you check in, you can stay at another hotel and Reservation Rewards will reimburse you the quoted reservation rate of your original room rate for any 1 night per trip, up to $500.00 a year! You can get claim instructions at **Reservation Rewards**

\*\*\*\* Baggage Delay & Loss Protection! Your qualifying valuables are protected and extra expenses are covered if your checked luggage is delayed even for only half a day or ends up lost on any major airline. We'll cover any expenses beyond what the airline reimburses you up to $250.00 per trip, or $250.00 per year, if your luggage is delayed. If your luggage is lost, we'll cover any expenses beyond what the airline reimburses you up to $250.00 per trip and $500.00 per year. This extra protection covers valuable items and other expenses not covered by airlines! You can get claim instructions at **Reservation Rewards**

Plus you get much more! You can review all your benefits and print your Money-Saving Coupons or Claim Forms on the Reservation Rewards site anytime. Just click here **Reservation Rewards**

**HOW TO CLAIM YOUR $10.00 CASH BACK AWARD**
As a member of Reservation Rewards you're now entitled to a $10.00 Cash Back Award on your next reservation at Priceline.com anytime you want before 1/13/2007.

To get your $10.00 Cash Back Award, simply email your Priceline.com reservation confirmation receipt from testmember6553_20646@0donnell.com to **cashbackaward@reservationrewards.com** within 30 days of making your reservation. (Online reservations do not require coupon to be mailed. We can not open attachments in email, so please do not include attachments when you email your reservation confirmation receipt.)

Or if you prefer, you can redeem by mail. Simply print and cut out your $10.00 Cash Back Award Coupon and mail with your Priceline.com reservation confirmation receipt to: Reservation Rewards - Cash Back Offer, c/o webloyalty, 6 Corporate Dr., Suite 450, Shelton, CT 06484 within 30 days of making your reservation and include the email address testmember6553_20646@0donnell.com you used to join Reservation Rewards. Make sure your reservation number, receipt date and Reservation Rewards Member #: 12033613024 are included.

Reservation Rewards will then send you a check for $10.00 to the address shown on your coupon. If you need to make any changes to your personal information, please notify us in the email you send, or write changes on your coupon if you redeem by mail.

**YOUR PROFILE AND CONTACT INFORMATION**
Your current Profile and contact information is listed here. If any of your information is incorrect or incomplete, you can update it now or anytime on your Member Profile page at the Reservation Rewards Web site by clicking here
**Reservation Rewards**

| | |
|---|---|
| Member #: | 12033613024 |
| First Name: | FNAME |
| Last Name: | LNAME |
| Street Address: | 123 Main St. |
| City: | Anywhere |
| State: | CT |
| Zip Code: | 06851 |
| Email: | testmember6553_20646@0donnell.com |

**OFFER DETAILS -- CONFIRMATION FOR YOUR RECORDS**
For your records, this confirms the offer details for your membership in Reservation Rewards: Enjoy your $10.00 Cash Back Award on your next Priceline.com reservation, plus 30 days of all the money-saving discounts and valuable protection of Reservation Rewards through 11/12/06 for only $9, billed to the credit or debit card you authorized. It's a Special Reward! If you are 100% satisfied during the next 30 days, do nothing. All your Reservation Rewards discounts and protection will automatically continue for just $9 a month billed by Reservation Rewards to the credit or debit card you authorized (MasterCard, Last 4 digits: 5556). For your convenience Reservation Rewards will use the contact and credit or debit card information you authorized for billing and benefit processing. In the event your monthly membership fee were to ever change, you would be notified before you are billed. Reservation Rewards benefits may be enhanced or modified at anytime without prior notice. Your monthly fee will show up on your card statement as billed by WLI*RESERVATIONREWARDS.COM 888-688-5995 CT.

And you have our Money Back Guarantee! If at anytime you are not completely satisfied, simply call Reservation Rewards toll free at 1-888-688-5995 to let us know you wish to cancel your monthly membership benefits. If you cancel during the first 30 days you owe nothing further If you cancel after the first 30 days, let us know if you wish to receive a refund of the current month's fee and owe nothing further. All your benefits and access will then be canceled immediately. All the money you save is yours to keep!

Consent to receive electronic disclosures. Please read carefully and save or print a copy for your records. Reservation Rewards will communicate your benefit and other membership information to you, including payment authorization, by electronic communications, including email and electronic postings on our site. Your Membership Kit email will also include a copy of the Offer Details for your convenience. In order to view this membership and benefit information in electronic form, you need to have access to a computer with Internet browser version IE 5.5 or Netscape 4.7 or higher. In order to receive Reservation Rewards you must agree to receive these communications electronically. You may withdraw this consent by canceling the service. Of course if you would also like a printed copy of any membership information you can email us at customerservice@reservationrewards.com to request it and we will be happy to send it at no charge. You can update your email address on the Reservation Rewards profile page.

**CUSTOMER SERVICE -- WE'RE HERE TO HELP**
If you have any questions or comments, please click to contact **customerservice@reservationrewards.com** or call us toll free at 1-888-688-5995 (EST Monday - Friday 8:00 am to 11:00 pm, Saturday 9:00 am to 6:00 pm and Sunday 9:00 am to 5:00 pm).

We're confident you'll enjoy the savings and protection you get with our Reservation Rewards program.

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
Reservation Rewards
**customerservice@reservationrewards.com**

**Click here to claim your Thank You Reward for becoming a Reservation Rewards member today!**
[ Continue ]

P.S. Go to our Web site to print out your Money-Saving Coupons and anytime you need to make a claim! Click here
**www.reservationrewards.com**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV.
©2002 webloyalty.com, inc.20646-0404