In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                                                  Doc. 59 Att. 1

# Exhibit 1

Dockets.Justia.com

 *Customer Service Admin Tool*                                                                Version 3.0.4

Negative File Maintenance | Logout

**Search**

**Fandango Kuefler**
fandango@ridgeware.com

[Action Sheet] [Change Profile] [Negative File] **Voice Billing: Script 1 – COF**                                                            Canceled

| | | | |
|---|---|---|---|
| Member Number: | 9773456009 | Join Date: | 12/25/2005 |
| Transaction Id: | 12305688 | CREF: | 42312 |
| Product: | Reservation Rewards | Referring Member: | |
| Account: | Fandango (www.fandango.com) | Address: | , MA, US 01775 |
| Solicitation: | 56192-fan-rr-pob-cof-10cli-1mf-10m-rc350-530-T23 | | |
| Premium: | $10.00 Cash Back Award Coupon | | |
| Session Id from User Session: | 86e6bfae281a47c5c6f047d8f7924467 | | |
| Trial: | 30-Day, $0.00, 12/25/2005 to 1/23/2006 *** Non-Refundable *** | | |
| Bill Cycle: | 1-Month, $10.00, 1/24/2006 to 2/23/2006 *** Refundable *** **(Current)** | | |
| Password: | sail42star | | |

Canceled on 2/22/2006, effective immediately by CSEYMOUR: Member canceled

**Billing (Retail Membership)**
[Apply Refund Overrides]

| Transation Type | Bill Id | Bill Date | Process Date | Term | Bill Amount | Eligible Refund Amount | Credit Card | Status | User Created |
|---|---|---|---|---|---|---|---|---|---|
| Refund | 90543347 | 1/24/2006 | 2/23/2006 | Cycle 1 | ($10.00) | $0.00 | Visa - ************2089 (11/2006) | Processed | CSEYMOUR |
| Charge | 88284117 | 1/24/2006 | 1/24/2006 | Cycle 1 | $10.00 | $0.00 | Visa - ************2089 (11/2006) | Processed | |
| Auth | 86685853 | 12/25/2005 | 12/26/2005 | Auth | $1.00 | $0.00 | Visa - ************2089 (11/2006) | Processed | |

**Credit Cards: Visa - ************2089 (11/2006)**
[Show Full Number]

| Credit Card | Date Added | Added By |
|---|---|---|
| Visa - ************2089 (11/2006) | 12/25/2005 | WL1APPUSR |

**Communications**

| | |
|---|---|
| 7 Day Post Join Service Reminder | Comm_Template_Id: 19880 Attempted: 01/01/2006 04:04:52 AM Success |
| 13 Day Post Join Continuity Email | Comm_Template_Id: 19850 Attempted: 01/07/2006 01:55:03 AM Success |
| 14 Day Pre-Bill Notification | Comm_Template_Id: 30056 Attempted: 01/10/2006 05:14:32 AM Success |
| 30 Day Post Join Service Reminder | Comm_Template_Id: 19870 Attempted: 01/24/2006 02:25:43 AM Success |
| Cancel Confirmation | Comm_Template_Id: 30062 Attempted: 02/22/2006 03:48:19 PM Success |
| Cancel - Customer Service | Comm_Template_Id: 30081 Attempted: 02/22/2006 03:52:19 PM Success |
| Enrollment - Successful Join | Comm_Template_Id: 31025 Attempted: 12/25/2005 05:44:27 PM Success |

**Fulfillments**
**Premiums & Gifts:**

**Hard Communications:**

**Benefits**

| | |
|---|---|
| Shopping Discounts up to 50% | Get fantastic discounts on a wide variety of products and service from top retail locations nationwide. Plus get discounts at plenty of local stores and service providers where you live. |
| Attraction &amp; Leisure Discounts | You save up to 50% or more at more than 19,000 top attractions nationwide and close to home. Get discounts at theme parks, museums, aquariums, zoos and more! Plus save money at lots of local sports venues, from bowling alleys to batting cages to major-league sporting events! |
| Theme Park Discounts | Your membership entitles you to special discounts at top name locations like Disneyland Resort, SeaWorld San Diego, San Diego Zoo, Busch Gardens, Universal Studios Hollywood, Knott's Berry Farm, Cedar Point, and more! |
| Dining Discount Coupons | Save up to ½ off with over 85,000 deals to choose from, good at popular local family restaurants and participating national chains nationwide. These discounts are great when on a cross-country trip or even in your own neighborhood! |
| Movie Ticket Discounts up to 40% | Save when you see your favorite movies at leading theatre chains like Loews Cineplex, United Artists and Regal theatres. Order your tickets online and see your favorite shows for up to 40% off the regular ticket price! |
| 24-Hour Road &amp; Tow Protection | As a Member you are automatically entitled to 24-Hour Roadside Assistance. Wherever and whenever you drive, emergency service -- including one FREE tow every 120 days and plus other services like battery jumps, lockout assistance and fuel delivery, for instance--is only a toll-free phone call away. |
| Trip Delay Protection | Get reimbursed for emergency out-of-pocket expenses like food and lodging when your trip is delayed for more than 12 hours by the airlines, sickness, natural disaster and other causes -- up to 1 delay per trip and $500.00 per year! |
| Lost/Delayed Baggage | Your qualifying valuables are protected and expenses are covered if your luggage is delayed, lost or damaged on any major airline. We'll cover expenses beyond what the airline reimburses you, up to $250.00 per trip for clothing and incidental expenses, if your luggage is delayed more than 12 hours. And your protection is even greater if the airlines lose your bag entirely. |
| Hotel Over-Booking Protection | You get Cash Back any time you make confirmed reservations at a U.S. hotel and the hotel overbooks giving your room away. If your hotel is overbooked, you can stay at another hotel and Reservation Rewards will reimburse you the quoted reservation rate of your original room rate, up to $500.00 a year! |
| Credit Card Fraud Protection | Whether traveling or at home, you can shop over the Internet, telephone and anywhere else with confidence thanks to Reservation Rewards Credit Card Fraud Protection. If anyone makes unauthorized charges to your credit card or debit card, then we pay the bill beyond what your card carrier or other insurance covers up to your limit of liability. You're covered for up to $50.00 for each credit card and $500.00 for each debit card, up to $1,000 per year! |
| More Ways to Save | Get extra members-only deals and discounts from some of our partners! Save at top stores and locations. See what's new and how to save now! |