# Exhibit 2



**Click YES to claim your Optional Offer below.
Get your $10.00 Cash Back on your next Fandango purchase plus much more!**



| Purchase Tickets | SELECT TICKETS | PAYMENT >> | REVIEW ORDER | CONFIRMATION |

**Thanks for being a valued Fandango shopper...**
To thank you for being a valued Fandango shopper today, click YES below to sign up for all the money-saving benefits of Reservation Rewards, the premier online travel discounts and protection club! Plus get your $10.00 Cash Back Award just for trying Reservation Rewards. Enjoy all this FREE for the next 30 days and only $10 per month thereafter...

**Shopping Savings up to 50%** — Save at participating Portrait Studios, Sports Stores, Eyewear Stores and more. Choose from 70,000 locations!

**Savings at Top Attractions** — Save at popular locations like Theme Parks, Museums, Aquariums, Zoos and more than 15,000 locations!

**"Buy 1 Get 1 On Us" Dining Discounts** — Save at participating Family Restaurants, Fast Food Chains, Local Diners and many more. Over 70,000 locations!

**Plus get $10.00 Cash Back on your next Fandango purchase!** As a Reservation Rewards member just make another purchase anytime in the next 3 months, send Reservation Rewards your order confirmation and we'll send you the Cash. Details.



$10.00 Cash Back Award
Good for your next Fandango purchase!
Enjoy your $10.00 Cash Back Award just for trying Reservation Rewards.

**Get Money-Saving Discounts at...**
Portrait Studios   Sports Stores   Museums
Theme Parks   Zoos   Family Restaurants
Fast Food Chains   Plus more!

**Offer and Billing Details:**
Sign up for Reservation Rewards FREE for the next 30 days, with our compliments, and enjoy ongoing savings for only $10 a month thereafter. Plus get your $10.00 Cash Back Award on your next Fandango purchase. It's a Special Reward for being a valued Fandango shopper today! For your convenience until you call to cancel, we'll automatically continue your benefits for just $10 a month billed by Reservation Rewards to the credit card or deducted from the debit card you use at Fandango today. Reservation Rewards will also use the contact information you use at Fandango today for billing and benefit processing. Benefits may be modified without prior notice; but if we change your membership fee, you'll be notified before billing. If at anytime you are not satisfied, call Reservation Rewards at 1-800-732-7031 to cancel and owe nothing further.

Consent to receive electronic disclosures. Please read and save for your records. Reservation Rewards will convey your membership

Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com.

**Click here for more benefit information.**

- 30 days FREE plus only $10 a month thereafter
- E-mail reminder before first monthly charge
- Cancel anytime hassle-free online or by phone

**Sign up for Reservation Rewards by entering your e-mail address and clicking YES below**
By entering my e-mail address as my electronic signature and clicking YES, I have read and agree to the Offer and Billing Details and authorize Fandango to securely transfer my name, e-mail address and credit or debit card information to Reservation Rewards for billing and benefit processing.

**Enter e-mail address:**   **Confirm e-mail:**

○ **YES!** I want my Reservation Rewards benefits and $10.00 Cash Back Award!
○ No Thanks

Help with Purchasing Tickets                                    Continue with ticket purchase >

About Us | Partners | Affiliates | Advertising | Promo Codes | Policies | How Fandango Works | Help | Contact Us

Get Fandango on your wireless device!
Copyright © 2005 Fandango. All rights reserved.
Fandango, Inc., 12200 W. Olympic Blvd, Suite 150, Los Angeles, CA 90064

**Offer and Billing Details:**
Sign up for Reservation Rewards FREE for the next 30 days, with our compliments, and enjoy ongoing savings for only $10 a month thereafter. Plus get your $10.00 Cash Back Award on your next Fandango purchase. It's a Special Reward for being a valued Fandango shopper today! For your convenience until you call to cancel, we'll automatically continue your benefits for just $10 a month billed by Reservation Rewards to the credit card or deducted from the debit card you use at Fandango today. Reservation Rewards will also use the contact information you use at Fandango today for billing and benefit processing. Benefits may be modified without prior notice; but if we change your membership fee, you'll be notified before billing. If at anytime you are not satisfied, call Reservation Rewards at 1-800-732-7031 to cancel and owe nothing further.

Consent to receive electronic disclosures. Please read and save for your records. Reservation Rewards will convey your membership info and payment authorization via email and postings on our site. Your Membership Kit email will include a copy of the Offer and Billing Details. To view this info in electronic form you must have Internet browser version IE 5.5 or Netscape 4.7 or higher. To receive Reservation Rewards you must agree to receive communications electronically and by clicking Yes you consent to do so. You may withdraw consent by canceling the service. If you want a free printed copy of this information simply email us at customerservice@reservationrewards.com. You can update your email address on the Reservation Rewards profile page.

**Reservation Rewards Terms of Service**

Offer only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands and is not available to current Reservation Rewards members. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. **Privacy Policy**
©2005, webloyalty inc.