In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation Doc. 59 Att. 9

# Exhibit 9

Dockets.Justia.com



Customer Service Admin Tool

Version 3.5.4

Negative File Maintenance | | Logout

**Search**

**Kim Crouse**
**kcrouse@freshdelmonte.com**

Action Sheet | Change Profile | Negative File | **Voice Billing:**

**Script 1 - COF**

| | | | |
|---|---|---|---|
| **Member Number:** | 7222982007 | **Join Date:** | 1/11/2005 |
| **Transaction Id:** | 9754250 | **CREF:** | 16641CD811CC84301FACB80977597643B5CD08E2E741985B228F2DD721D5E68AF8366A24 |
| **Product:** | Reservation Rewards | **Referring Member:** | |
| **Account:** | Priceline Hotel (www.priceline.com) | **Address:** | 1406-1080 Kingston Rd<br>Toronto, FL, US 33326 |
| **Solicitation:** | 20646-prc-rr-pob-cof-10tra-1m9-9m-rc42-492-pichg | | |
| **Premium:** | $10 Cash Back at Client Travel | | |
| **Session Id from User Session:** | 309dd33eccea8fdf0fc1089fda146d65 | | |
| **Trial:** | 7-Day, $0.00, 1/11/2005 to 1/17/2005 *** Non-Refundable *** | | |
| **Bill Cycle:** | 1-Month, $9.00, 1/18/2006 to 2/17/2006 *** Refundable *** **(Current)** | | |
| **Password:** | penny39hat | | |

**Canceled on 2/8/2006, effective immediately by cdennis: Member canceled**

**Billing (Retail Membership)**

Apply Refund Overrides

| Transation Type | Bill Id | Bill Date | Process Date | Term | Bill Amount | Eligible Refund Amount | Credit Card | Status | User Created |
|---|---|---|---|---|---|---|---|---|---|
| Refund Override | 89586147 | 1/18/2005 | 2/9/2006 | Cycle 1 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586146 | 2/18/2005 | 2/9/2006 | Cycle 2 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586145 | 3/18/2005 | 2/9/2006 | Cycle 3 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586144 | 4/18/2005 | 2/9/2006 | Cycle 4 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586143 | 5/18/2005 | 2/9/2006 | Cycle 5 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586142 | 6/18/2005 | 2/9/2006 | Cycle 6 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586141 | 7/18/2005 | 2/9/2006 | Cycle 7 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586140 | 8/18/2005 | 2/9/2006 | Cycle 8 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89586139 | 9/18/2005 | 2/9/2006 | Cycle 9 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | TBATTISTA |
| Refund Override | 89585767 | 10/18/2005 | 2/9/2006 | Cycle 10 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | CDENNIS |
| Refund Override | 89585766 | 11/18/2005 | 2/9/2006 | Cycle 11 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | CDENNIS |
| Refund Override | 89585765 | 12/18/2005 | 2/9/2006 | Cycle 12 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | CDENNIS |
| Refund | 89585763 | 1/18/2006 | 2/9/2006 | Cycle 13 | ($9.00) | $0.00 | MasterCard - ************0736 (9/2007) | Processed | cdennis |
| Charge | 87869160 | 1/18/2006 | 1/18/2006 | Cycle 13 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 85876163 | 12/18/2005 | 12/18/2005 | Cycle 12 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 83981699 | 11/18/2005 | 11/18/2005 | Cycle 11 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 82299674 | 10/18/2005 | 10/18/2005 | Cycle 10 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 80682114 | 9/18/2005 | 9/18/2005 | Cycle 9 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 79071416 | 8/18/2005 | 8/18/2005 | Cycle 8 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 77427766 | 7/18/2005 | 7/18/2005 | Cycle 7 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 75800234 | 6/18/2005 | 6/18/2005 | Cycle 6 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 74162190 | 5/18/2005 | 5/18/2005 | Cycle 5 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 72559225 | 4/18/2005 | 4/18/2005 | Cycle 4 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 70930745 | 3/18/2005 | 3/18/2005 | Cycle 3 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 69328139 | 2/18/2005 | 2/18/2005 | Cycle 2 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Charge | 67589495 | 1/18/2005 | 1/18/2005 | Cycle 1 | $9.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |
| Auth | 67227982 | 1/11/2005 | 1/12/2005 | Auth | $1.00 | $0.00 | MasterCard - ************0736 (9/2007) | Processed | |

**Credit Cards: MasterCard - ************0736 (9/2007)**

PIN Codes (None)

**Communications**

| | |
|---|---|
| Service Join Email | ETP_ID: 20670 Attempted: 01/11/2005 07:35:12 PM SUCCESS |
| 6 day Pre-Bill Notification | Template: 18700, Attempted: 01/12/2005 01:01:45 AM: Success |
| 7 Day Post Join Service Reminder | Template: 18410, Attempted: 01/18/2005 02:25:24 AM: Success |
| 13 Day Post Join Continuity Email | Template: 12660, Attempted: 01/24/2005 01:53:35 AM: Success |
| Cancel Confirmation | Template: 30062, Attempted: 02/08/2006 08:17:05 AM: Success |
| Cancel - Customer Service | Template: 30081, Attempted: 02/08/2006 08:26:01 AM: Success |
| 30 Day Post Join Service Reminder | Template: 18440, Attempted: 02/10/2005 02:08:54 AM: Success |
| 60 Day Post Join Service Reminder | Template: 19900, Attempted: 03/12/2005 05:04:49 AM: Success |
| 150 Day Post Join Service Reminder | Template: 30041, Attempted: 06/10/2005 03:34:55 AM: Success |
| 240 Day Post Join Service Reminder | Template: 19870, Attempted: 09/08/2005 02:47:24 AM: Success |
| 330 Day Post Join Service Reminder | Template: 19900, Attempted: 12/07/2005 04:18:08 AM: Success |

Fulfillments (None)

**Benefits**

| | |
|---|---|
| Shopping Discounts up to 50% | Get fantastic discounts on a wide variety of products and service from top retail locations nationwide. Plus get discounts at plenty of local stores and service providers where you live. |
| Online Shopping Savings | Get instant discounts and cash-back rebates at over 500 of the most popular online stores including Best Buy, Gap, Dell, Circuit City and more! Save today in our Cash Back Network! |
| Attraction & Leisure Discounts | You save up to 50% or more at more than 13,000 top attractions nationwide and close to home. Get discounts at theme parks, museums, aquariums, zoos and more! Plus save money at lots of local sports venues, from bowling alleys to batting cages to major-league sporting events! |
| Theme Park Discounts | Your membership entitles you to special discounts at top name locations like Disneyland Resort, SeaWorld San Diego, San Diego Zoo, Busch Gardens, Universal Studios Hollywood, Knott's Berry Farm, Cedar Point, and more! |
| Dining Discount Coupons | Save up to ½ off with over 67,000 deals to choose from, good at popular local family restaurants and participating national chains nationwide. These discounts are great when on a cross-country trip or even in your own neighborhood! |
| Movie Ticket Discounts up to 40% | Save when you see your favorite movies at leading theatre chains like Loews Cineplex, United Artists and Regal theatres. Order your tickets online and see your favorite shows for up to 40% off the regular ticket price! |
| Credit Card Fraud Protection | Whether traveling or at home, you can shop over the Internet, telephone and anywhere else with confidence thanks to Reservation Rewards Credit Card Fraud Protection. If anyone makes unauthorized charges to your credit card or debit card, then we pay the bill beyond what your card carrier or other insurance covers up to your limit of liability. You're covered for up to $50.00 for each credit card and $500.00 for each debit card, up to $1,000 per year! |
| 24-Hour Road & Tow Protection | As a Member you are automatically entitled to 24-Hour Roadside Assistance. Wherever and whenever you drive, emergency service -- including one FREE tow every 120 days and plus other services like battery jumps, lockout assistance and fuel delivery, for instance--is only a toll-free phone call away. |
| Lost/Delayed Baggage | Your qualifying valuables are protected and expenses are covered if your luggage is delayed, lost or damaged on any major airline. We'll cover expenses beyond what the airline reimburses you, up to $250.00 per trip for clothing and incidental expenses, if your luggage is delayed more than 12 hours. And your protection is even greater if the airlines lose your bag entirely. |
| Hotel Over-Booking Protection | You get Cash Back any time you make confirmed reservations at a U.S. hotel and the hotel overbooks giving your room away. If your hotel is overbooked, you can stay at another hotel and Reservation Rewards will reimburse you the quoted reservation rate of your original room rate, up to $500.00 a year! |
| Trip Delay Protection | Get reimbursed for emergency out-of-pocket expenses like food and lodging when your trip is delayed for more than 12 hours by the airlines, sickness, natural disaster and other causes -- up to 1 delay per trip and $500.00 per year! |
| More Ways to Save | Get extra members-only deals and discounts from some of our partners! Save at top stores and locations. See what's new and how to save now! |