In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation
Case 1:07-md-01820-JLT   Document 59-11   Filed 07/20/2007   Page 1 of 2
Doc. 59 Att. 10

# Exhibit 10



### Your Hotel Information

**Park Central New York** ★ ★ ★

Upper Midtown - Central Park South
870 Seventh Avenue At 56th Street
New York, New York 10019
212-247-8000

See Hotel Website
View Map and Directions

Check-In Date: Sunday, November 14, 2004
Check-Out Date: Monday, November 15, 2004

### Reservation and Billing Information

| Reservation Information | | Payment Information | |
|---|---|---|---|
| Reservation Name: | Meghan M Lynch | Billing Name: | Meghan M Lynch |
| Check-In Date: | Sun, Nov 14, 2004 | Credit Card: | American Express xxxx-xxxx-xxx1000 (Expires 5/2008) |
| Check-In Time: | After 04:00 PM | | |
| Check-Out Date: | Mon, Nov 15, 2004 | Your Offer Price: | $100.00 |
| Check-Out Time: | 12:00 PM | Number of Rooms: | 1 |
| Confirmation No.: | 17505699 | Number of Nights: | 1 |
| Hotel Request No.: | 175-014-491-68 | Subtotal: | $100.00 |
| | | Taxes & Service Fees: | $22.21 |
| | | **Total Charges:** | **$122.21** |

### Important Hotel Check-In Details

Remember, your Priceline hotel reservation is non-refundable, non-transferable and non-changeable. If you have any questions or require further assistance, please visit our Customer Service area. You may also contact our Customer Service Department toll-free at 1-800-657-9168.

All rooms will **accommodate 2 adults**. Bed type requests (King, Queen, 2 Doubles, etc.) or other special needs such as a non-smoking or smoking room should be requested through your confirmed hotel, can not be guaranteed and are based on availability.

When you check-in, please present the confirmation number(s) printed above (one for each room) and your photo ID at the Front Desk. In addition, the hotel will require a major credit card to guarantee any additional taxes or incidental charges (phone calls, room service, parking, resort fees, energy charges, etc.) that you may incur while staying at the hotel. Should you have a special request, please contact your hotel directly at the number listed above to coordinate your arrangements.

All hotel rooms in New York City are subject to an additional hotel occupancy tax of $2.00 per room, per night ($4.00 per suite, per night). These charges will be added to your incidental bill.

**Click here to claim your Special Offer for your request today!**