# Exhibit 22

| | |
|---|---|
| **From:** | Reservation Rewards Customer Service [customerservice@reservationrewards.com] |
| **Sent:** | Thursday, October 26, 2006 8:39 PM |
| **To:** | testmember6553_56192@0donnell.com |
| **Subject:** | Membership Termination Information |

This notice confirms that your last charge for your Reservation Rewards Membership took place on and effective 01/02/2006 you will no longer be charged.

You can continue to use your Reservation Rewards Membership benefits until the end of the current paid term, which is 01/22/2006.

Your cancel confirmation number is: S-12298342.

Click here to go to the site **http://qa.www.reservationrewards.com/enter.asp?c=33B38373734323535383**

Your login information is your email address and password.

Your email address to login is:　testmember6553_56192@0donnell.com
Your password is:　tea27table

Please let us know if your request was resolved to your satisfaction. All responses submitted will go to our Customer Service Director for review because your feedback is important to us.

If you would like to provide feedback, please **click here.**

Sincerely,

The Reservation Rewards Team
**customerservice@reservationrewards.com**
1-800-732-7031

3003.11-04.v1

---

**From:** Reservation Rewards Customer Service [customerservice@reservationrewards.com]
**Sent:** Thursday, October 26, 2006 8:39 PM
**To:** testmember6553_56192@0donnell.com
**Subject:** Membership Cancel and Refund Confirmation

This notice confirms that your Membership in Reservation Rewards has been canceled as of 01/02/2006.

Your cancel confirmation number is: 12298342.

We have issued a refund of your Membership fee. This refund will appear as a credit to your account within the next 3-5 business days.

Please let us know if your request was resolved to your satisfaction. All responses submitted will go to our Customer Service Director for review because your feedback is important to us.

If you would like to provide feedback, please **click here.**

Sincerely,

The Reservation Rewards Team
customerservice@reservationrewards.com
1-800-732-7031

3009.01-05.v1