# Exhibit 24

