# Exhibit 27

## Welcome to RESERVATION • REWARDS







Member #: 12033616027
**Reservation Rewards**

### Here's your Membership Kit...

Welcome, FNAME LNAME!

You've made a great decision to sign up for Reservation Rewards discount benefits, the first of which is your $10.00 Reward Certificate toward your next purchase at flower.com. In addition, you now have access to over **80,000 money-saving discounts** in stores, restaurants, movie theatres and more.

**Click here to get discount coupons at www.reservationrewards.com**

This email is your Membership Kit and gives you full access to all the **www.reservationrewards.com** benefits. Make sure to save and print this email in case you need it for future reference. (You may even want to bookmark **www.reservationrewards.com** in your Favorites List -- so you can instantly locate coupons and discounts every time you shop, dine out, and travel.)

Here's how to start saving:

1) Click here to go to our Web site home page **www.reservationrewards.com**

2) See below for a list of discounts and other benefits

Note: If you click on links in this email you'll be automatically logged into our site and will not have to enter your Email Address or Password to login. (Or, you can type our Web site name in your Web browser, and enter your Email Address and Password to login.)

**Your Email Address to login:** testmember6553_54939@0donnell.com
**Your Password:** blue54door

When you joined Reservation Rewards, we assigned you this unique password. You can change this password anytime you like on the Change Password page.

If any of the links in this email are not clickable, just cut and paste them into your Web browser address field.

**Click NOW to enjoy Reservation Rewards**

*The Sharper Image*

- **PRINT STORE COUPONS NOW at Reservation Rewards** for discounts up to 50% off at leading retailers and service providers like participating Sports Authority, The Sharper Image, Pearle Vision, and more! Plus find plenty of local stores and service providers in and around Anywhere.

*Champs Sports*

- **PRINT DINING COUPONS NOW at Reservation Rewards** for "Buy-1 Get-1 on Us" deals at over 35,000 popular family restaurants and fast food chains like Pizza Hut, Planet Hollywood, Bennigan's, PLUS local restaurants too!

*Pearle Vision*

*Pizza Hut*

- **ORDER DISCOUNT MOVIE TICKETS NOW at Reservation Rewards.** Save up to 40% on tickets for leading movie theatres like Loews, United Artists, Regal, more. Why pay full price if you don't have to? Order now and save with Reservation Rewards.

*Bennigan's*

- **PRINT ATTRACTION COUPONS NOW at Reservation Rewards** for discounts up to 50% at over 17,000 top leisure attractions nationwide and close to home. Get discounts at zoos, museums, aquariums, golf ranges, sporting events, concerts and much more.

*Regal Cinemas*

- **PLUS GET UNIQUE TRAVEL BENEFITS at Reservation Rewards.** You get travel insurance beyond the norm (far more than typical credit cards or airlines provide) -- like Baggage Delay & Loss Protection, Trip Delay Protection, Credit Card Fraud Protection, more!

*Six Flags*

### HOW TO USE YOUR FLOWER.COM REWARD CERTIFICATE

As a member of Reservation Rewards you get a $10.00 Reward Certificate good for your next purchase at flower.com before 01/13/2007.

REWARD CERTIFICATE CODE: WLFBV1CWPENNLI7A507I

If your Reward Certificate Code is not showing up above, please call Reservation Rewards at 1-800-732-7031 to get your number.

Just select the products of your choice and add them to your flower.com shopping cart. Enter your Reward Certificate Code into the "Special Offer Code" found on the first page of the order form. Please enter the Reward Certificate Code exactly as it is displayed above.

Your Reward Certificate is good for a one-time discount of $10.00, good off the merchandise total only (shipping will not be discounted). Any unused amount will be forfeited. If your order exceeds the amount of your Reward Certificate, you must pay for the balance with a credit card.

Your $10.00 Reward Certificate is redeemable within 90 days. This offer is non-transferable and limited to one per household.

**YOUR PROFILE AND CONTACT INFORMATION**
Your current Profile and contact information is listed here. If any of your information is incorrect or incomplete, you can update it now or anytime on your Member Profile page at the Reservation Rewards Web site by clicking here **Reservation Rewards**

| | |
|---|---|
| Member #: | 12033616027 |
| First Name: | FNAME |
| Last Name: | LNAME |
| Street Address: | 123 Main St. |
| City: | Anywhere |
| State: | CT |
| Zip Code: | 06851 |
| Email: | testmember6553_54939@0donnell.com |

**OFFER AND BILLING DETAILS -- CONFIRMATION FOR YOUR RECORDS**
For your records, this confirms the Offer and Billing Details for your membership in Reservation Rewards: Enjoy your $10.00 Reward Certificate toward your next purchase at flower.com, plus 30 days of all the money-saving discounts and valuable protection of Reservation Rewards through 11/11/2006, with our compliments. It's a Special Reward! If you are completely satisfied during your trial, do nothing. All your Reservation Rewards discounts and protection will automatically continue for just $9 a month billed by Reservation Rewards to the credit or debit card you authorized (MasterCard, Last 4 digits: 3888). For your convenience Reservation Rewards will use the contact and credit or debit card information you authorized for billing and benefit processing. In the event your monthly membership fee were to ever change, you would be notified before you are billed. Reservation Rewards benefits may be enhanced or modified at anytime without prior notice. Your monthly fee will show up on your card statement as billed by WLI*RESERVATIONREWARDS 800-732-7031 CT.

And you have our Guarantee! If at anytime you are not completely satisfied during your trial or thereafter, simply call Reservation Rewards at 1-800-732-7031 to let us know you wish to cancel your monthly membership benefits and owe nothing further. All your benefits and access will be canceled. All the money you save is yours to keep!

Consent to receive electronic disclosures. Please read carefully and save or print a copy for your records. Reservation Rewards will communicate your benefit and other membership information to you, including payment authorization, by electronic communications, including email and electronic postings on our site. In order to view this membership and benefit information in electronic form, you need to have access to a computer with Internet browser version IE 5.5 or Netscape 4.7 or higher. In order to receive Reservation Rewards you must agree to receive these communications electronically. You may withdraw this consent by canceling the service. Of course if you would also like a printed copy of any membership information you can email us at customerservice@reservationrewards.com to request it and we will be happy to send it at no charge. You can update your email address on the Reservation Rewards profile page.

**CUSTOMER SERVICE -- WE'RE HERE TO HELP**
If you have any questions or comments, please click to contact customerservice@reservationrewards.com or call us at 1-800-732-7031 (EST Monday - Friday 8:00 am to 11:00 pm, Saturday 9:00 am to 6:00 pm and Sunday 9:00 am to 5:00 pm).

We're confident you'll enjoy the savings and protection you get with our Reservation Rewards program.

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
Reservation Rewards
customerservice@reservationrewards.com

**P.S. Go to our Web site to print out your Money-Saving Coupons 24-hours a day. Click here www.reservationrewards.com**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. ©2004, webloyalty.com, inc. 54939-0405-reh17

Click for Benefits ▶   Store Coupons   Dining Coupons   Movie Discounts   Attraction Coupons  Travel Benefits

FAQ - Frequently Asked Questions | Email Customer Service