# Exhibit 29



**Click for Benefits!** ▶

    

$10 Reward Certificate | Store Coupons | Dining Coupons | Movie Discounts | Travel Benefits

Member #: 12033616027
Reservation Rewards

Dear FNAME LNAME,

I'm sure you'll want to take advantage of all your valuable benefits from Reservation Rewards, especially your $10.00 Reward Certificate good toward your next flower.com purchase for joining Reservation Rewards. If you haven't already claimed your Special Reward, now's the time to do so.

**How to use your $10.00 Reward Certificate**

**YOUR REWARD CERTIFICATE CODE # IS: WLFBV1CWPENNLI7A507I**

If your Reward Certificate Code is not showing up above, please call Reservation Rewards at 1-800-732-7031 to get your number.

To use your $10.00 Reward Certificate online, just select the products of your choice and add them to your flower.com shopping cart. Enter your Reward Certificate Code from above into the "Special Offer Code" found on the first page of the order form. Your Reward Certificate is good for a one-time discount of $10.00, good off the merchandise total only (shipping will not be discounted). Any unused amount will be forfeited. If your order exceeds the amount of your Reward Certificate, you must pay for the balance with a credit card.

 Your $10.00 Reward Certificate is redeemable within 75 days. This offer is non-transferable and limited to one per household.

**Your $10.00 Reward Certificate: One of many ways to save with Reservation Rewards!**

Here's the rest of the story in a nutshell:
- SAVE at Leading Retailers Close to You
- SAVE at Top Attractions
- SAVE on Dining -- Buy-1-Get-1 on Us
- SAVE on Movie Tickets

Thanks again for being a Reservation Rewards member where you can get a $10.00 Reward Certificate good toward your next flower.com purchase, enjoy deep discounts at leading retailers, save up to 50% at top attractions and get discounts on dining and movie tickets. Plus, valuable travel protection that means peace of mind for you and your family.

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
Reservation Rewards

Contact Reservation Rewards

**P.S. Hurry! Your $10.00 Reward Certificate expires in 75 days so make your purchase today!**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. Copyright 2004, webloyalty.com, inc. 1098.9-05

**Click for Benefits!** ▶

    

$10 Reward Certificate | Store Coupons | Dining Coupons | Movie Discounts | Travel Benefits

FAQs - Frequently Asked Questions | Email Customer Service