In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation

# Exhibit 32

Doc. 59 Att. 32

Dockets.Justia.com

**RESERVATION • REWARDS**

Click for Travel Benefits Now! ▶

 Travel Benefits   Store Coupons   Dining Coupons   Attraction Coupons   Movie Discounts

Member #: 12033374029
**Reservation Rewards**

Dear FNAME LNAME,

I hope you won't need to take advantage of your Reservation Rewards Travel Protection benefits, including **Trip Delay Protection, Baggage Delay & Loss Protection and Credit Card Loss & Theft Protection.** Still, it's reassuring to know that as a Reservation Rewards member, you are automatically protected whenever you travel, anywhere in the world.



That's why I wanted to remind you about 3 programs that are protecting you every time you travel and one that's also at work while you're at home.

**TRIP DELAY**
Say your flight is delayed 12 hours and you need to stay in a hotel overnight. You're covered up to $100.00! Suppose you need to take local transportation to and from your hotel? Unless you're going by limousine, you're covered!

Imagine for a moment that you need to eat dinner the day of the delay and breakfast the next morning. You're covered! What if the reason for the delay is that you lost your passport? You're still covered! As you can see, coverage of any one delay per trip and up to $500.00 per year from Reservation Rewards reduces the inconvenience and the expense of travel delays.
**Click here for Trip Delay Protection details.**

**MISSING OR DELAYED BAGGAGE**
Picture this: you get to your destination and 12 hours later, your checked baggage still hasn't arrived. While your luggage may eventually catch up with you, you will need to buy clothes and sundries right away. While the airlines do offer some reimbursement for delayed baggage, Reservation Rewards covers your reasonable expenses beyond what the airlines offer you, up to $250.00 per year.

Now suppose your baggage is lost forever. We'll cover expenses NOT covered by the airlines, up to $250.00 per trip and $500.00 per year.
**Click here for Baggage Delay & Loss Protection details.**

**LOST OR STOLEN CREDIT CARDS**
Ever wonder what would happen if your credit or debit card was lost or stolen, or your credit card number fell into the wrong hands? Whether you're traveling or at home, online or offline, Reservation Rewards will cover you for unauthorized charges, for up to your limit of liability, up to $1,000.00 per year.
**Click here for Credit Card Loss & Theft Protection details.**

That's not all!

You're also covered round-the-clock with nationwide ROAD & TOW PROTECTION ONCE YOU REGISTER YOUR VEHICLE and activate your 24-Hour Road and Tow Protection.
**Click here to register your vehicle now.**

Staying protected at home and on the road has never been simpler! So rest assured, with Reservation Rewards, you're protected wherever you go. And, should the need arise, it's quick and easy to file a claim, right online.

Thanks again for being a Reservation Rewards member, where you can enjoy deep discounts on top attractions, dining and movie tickets. Plus, of course, travel protection that means peace of mind for you and your family.

Sincerely,



Marty Isaac
Senior Vice President
**Reservation Rewards**

**Contact Reservation Rewards**

**P.S. You must register your vehicle to activate your Road & Tow Protection.
Click here to register your vehicle now.** You don't need to do anything to activate your other Reservation Rewards Travel Protection benefits. That's just one more advantage of being a Reservation Rewards member!

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. ©2004, webloyalty.com, inc. 866.8-04.v1

 Click for Travel Benefits Now! ▶   Travel Benefits   Store Coupons   Dining Coupons   Attraction Coupons   Movie Discounts

FAQ - Frequently Asked Questions | Email Customer Service