# Exhibit 33



Member #: 12033326029
**Reservation Rewards**

Dear FNAME,

Just a reminder that Reservation Rewards gives you instant access to over 88,000 money-saving discounts in or around Anywhere and all across the U.S.A.

If you haven't visited ReservationRewards.com lately, now is a great time to check out all the ways you can save big money with these member benefits:



- **Shopping Discounts up to 50% OFF at stores in or around Anywhere and nationwide**
- **Dining Discounts for Buy-1-Get-1-on-Us deals at 40,000+ restaurants and fast food places**
- **Movie Discounts up to 40% OFF at top theatre chains**
- **Attraction Discounts up to 50% OFF for zoos, aquariums, sporting events, theme parks, skiing and much, much more!**
- **24-Hour Road and Tow Protection -- remember to register your vehicle information!**
- **Trip Delay Protection -- get reimbursed for emergency expenses**
- **And MORE member benefits!**

**Print coupons before you go!** Whether you're running errands in or around Anywhere, traveling cross-country or heading off to the mall, take a quick look at ReservationRewards.com to find and print your discount coupons for up to 50% OFF!

Thanks for being a member. I hope you enjoy all the money you save with ReservationRewards.com

Sincerely,



Marty Isaac
Senior Vice President
**Reservation Rewards**

**Contact Reservation Rewards**

**P.S. We're always adding new discounts and benefits to www.ReservationRewards.com, so be sure to visit the site often!**

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. Copyright 2005, webloyalty.com, inc. 1085.7-05

Click for Benefits!     
Store Coupons | Dining Coupons | Movie Discounts | Attraction Coupons | Travel Benefits

FAQs - Frequently Asked Questions | Email Customer Service