# Exhibit 36

