# Exhibit 42


     

**Member #: 12033374029**
**Reservation Rewards**

Dear FNAME LNAME,

I'm sure you'll want to take advantage of all your valuable benefits from Reservation Rewards. Especially your $10.00 Cash Back Award on your next 123inkjets.com purchase for joining Reservation Rewards. If you haven't already claimed your Thank-you Reward, now's the time to do so.

**It's easy to get your $10.00 CASH BACK AWARD**

Just make a purchase at 123inkjets.com any time you want within the next 10 weeks. To get your $10.00, simply email your 123inkjets.com purchase confirmation receipt within 30 days of making your purchase at 123inkjets.com to cashbackaward@reservationrewards.com

**IMPORTANT: PLEASE SEND YOUR ORDER CONFIRMATION TO CASHBACKAWARD@RESERVATIONREWARDS.COM. DO NOT SEND YOUR ORDER CONFIRMATION TO 123inkjets.com FOR YOUR CASH BACK.**

 Make sure your order number and purchase date are included. We'll then send you a check for $10.00 in 4 to 6 weeks. We cannot open attachments in email, so please do not include attachments in your confirmation email. Your $10.00 Cash Back Award is a one-time only, non-transferable offer. One per household, please.

**Cash Back: One of many ways to save with Reservation Rewards!**

Here's the rest of the story in a nutshell:
- SAVE at Leading Retailers Close to You
- SAVE at Top Attractions
- SAVE on Dining — Buy-1-Get-1 on Us
- SAVE on Movie Tickets

Thanks again for being a Reservation Rewards member where you can get $10.00 Cash Back on your next 123inkjets.com purchase, enjoy deep discounts at leading retailers, save up to 50% at top attractions and get discounts on dining and movie tickets. Plus, valuable travel protection that means peace of mind for you and your family.

Sincerely,

*Marty Isaac*
Marty Isaac
Senior Vice President
Reservation Rewards

P.S. Hurry! Your Cash Back Award expires in 75 days so make your purchase *today!*

Contact Reservation Rewards

Only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. ©2004, webloyalty.com, inc. 865.7-04.v1

    

FAQ - Frequently Asked Questions | Email Customer Service