# Exhibit 43

