# Exhibit 1

Customer Order #1



