# Exhibit 1



## priceline.com

Sign-In | My Profile | My Trips | Help | **Check Your Request**

**Hotels** — First Time Users

### ● Your Price Has Been Accepted!

Congratulations, you got your price of $100 for a hotel room, **and we've upgraded your hotel quality level to a 3-star hotel!**

See your complete hotel itinerary and receipt for your trip below. Be sure to print out a copy of this page for your records and have it with you at check-in.

- Printer Friendly Receipt
- E-mail Your Itinerary
- E-mail Customer Service

Your request is complete.
Click here to claim Special Offer!

[ Continue ]

Claim your offer from Reservation Rewards

---

**Add a name-brand rental car for your trip! Best prices guaranteed!**
- Mid-size Car - Add for **$50/day**
- Full-size Car - Add for **$51/day**
- Or - Name Your Own Price

**Air + Hotel Deals - Book Together and Save!**
- Pick Your Exact Hotel
- Get Round-Trip Airline tickets too
- More than...
- Name Your Own Price

### ● Your Hotel Information

**Park Central New York** ★★★

Upper Midtown - Central Park South
870 Seventh Avenue At 56th Street
New York, New York 10019
212-247-8000

See Hotel Website
View Map and Directions

Check-In Date: Sunday, November 14, 2004
Check-Out Date: Monday, November 15, 2004

### ● Reservation and Billing Information

| Reservation Information | | Payment Information | |
|---|---|---|---|
| Reservation Name: | Meghan M Lynch | Billing Name: | Meghan M Lynch |
| Check-In Date: | Sun, Nov 14, 2004 | Credit Card: | American Express xxxx-xxxx-xxx1000 (Expires 5/2008) |
| Check-In Time: | After 04:00 PM | Your Offer Price: | $100.00 |
| Check-Out Date: | Mon, Nov 15, 2004 | Number of Rooms: | 1 |
| Check-Out Time: | 12:00 PM | Number of Nights: | 1 |
| Confirmation No.: | 17505699 | Subtotal: | $100.00 |
| Hotel Request No.: | 175-014-491-68 | Taxes & Service Fees: | $22.21 |
| | | **Total Charges:** | **$122.21** |

### ● Important Hotel Check-In Details

Remember, your Priceline hotel reservation is non-refundable, non-transferable and non-changeable. If you have any questions or require further assistance, please visit our Customer Service area. You may also contact our Customer Service Department toll-free at 1-800-657-9168.

All rooms will **accommodate 2 adults**. Bed type requests (King, Queen, 2 Doubles, etc.) or other special needs such as a non-smoking or smoking room should be requested through your confirmed hotel, can not be guaranteed and are based on availability.

When you check-in, please present the confirmation number(s) printed above (one for each room) and your photo ID at the Front Desk. In addition, the hotel will require a major credit card to guarantee any additional taxes or incidental charges (phone calls, room service, parking, resort fees, energy charges, etc.) that you may incur while staying at the hotel. Should you have a special request, please contact your hotel directly at the number listed above to coordinate your arrangements.

All hotel rooms in New York City are subject to an additional hotel occupancy tax of $2.00 per room, per night ($4.00 per suite, per night). These charges will be added to your incidental bill.

**Click here to claim your Special Offer for your request today!**