# Exhibit 1

Dockets.Justia.com



GiftBasketsASAP.com: Order Preview - Microsoft Internet Explorer provided by iShop.com

File   Edit   View   Favorites   Tools   Help

Back   •   Search   Favorites

Address   https://www.shoppincart.com/order_finish.asp?do=step_preview&dom=giftbasketsasap.com&GUID=   Go

Google   Go   Bookmarks   PageRank   Settings

Links   CS   IRIS System   W   GF   YF   Task   FD   J   FI   V   Y   RT

**John, thank you for shopping at GiftBasketsASAP.com!**

John, thank you for shopping at giftbasketsasap.com!

Recording order to **Sue**... ...Done!
Your Order number is 2327883.

**Your purchase is complete.**
**Click here to claim your $10.00 Reward**
**Certificate for your next purchase!**

[ Continue ]

By clicking above, you can claim your reward from
the reward provider, Reservation Rewards

Would you like to place another order?

**PLACE ANOTHER ORDER** ▶

▶ Place Another Order

Create Account for Future Use

Username          Password (6-12 letters)

[                ]   [                ]   **CREATE AN ACCOUNT**

|  |  |
|---|---|
| Subtotal: | $51.99 |
| Handling: | $0.00 |
| Special Offer: | $0.00 |
| Shipping and Service Fee: : | $7.99 |
| Tax: | $0.00 |
| Total: | $59.98 |

All prices are in USA Dollars

Delivery & Pricing

Giftbasketsasap.com Home | Our Guarantee | Customer Service | Your Cart
Search | About Us | Security & Privacy | Delivery Info | International Orders

Internet