# Exhibit 2

Dockets.Justia.com



**RESERVATION • REWARDS**
*The premier online travel discounts & protection club*

...a preferred partner of flower.com!

<Client Logo Here>

## Congratulations...

click YES below to register for Reservation Rewards and get your Money-Saving Discounts up to 50%... plus your $10.00 Reward Certificate!

**Thank You... sign up to claim your rewards!**
To thank you for your purchase at flower.com today, click YES below to get your $10.00 Reward Certificate toward your next purchase at flower.com plus sign up for all the money-saving benefits of Reservation Rewards, our premier online travel discounts and protection club! Plus enjoy all this FREE for the next 30 days and only $9 per month thereafter...



$10.00 Reward Certificate
Good for your next flower.com purchase!
Enjoy your $10.00 Reward Certificate just for trying Reservation Rewards.

Get your $10.00 Reward Certificate! Plus get Money-Saving Discounts up to 50% at popular locations like participating...

*Sears Portrait Studio*

*Sports Authority*

*Pearle Vision*

*Six Flags*

*Pizza Hut*

*Planet Hollywood*

*Bennigan's*

*International House of Pancakes*

*Claire's*

*Deb Shops*

*Champs Sports*

*Molly Maid, Inc.*

Plus many more in our Money-Saving Discount Network!

**30 DAYS FREE plus only $9 a month thereafter**



Member Care Guarantee
• Email reminder before first monthly charge
• Cancel anytime hassle-free, online or by phone

### Discounts up to 50% at leading Retailers you know and trust
Get discounts up to 50% on products and services you use every day from top retailers nationwide like participating Sears Portrait Studios, Sports Authority, Pearle Vision locations and more. These include nationwide retailers... plus plenty of local stores and service providers right where you live.

### Discounts up to 50% at Top Attractions
You save up to 50% at more than 17,000 top attractions nationwide and close to home. Get discounts at theme parks, museums, aquariums, zoos and more. Enjoy discounts at top name locations like Six Flags and many more! Plus save money at lots of local attractions in your hometown and state!

### Dining Discounts -- Buy 1 Get 1 FREE
Get great "Buy 1 Get 1 FREE" deals at over 35,000 popular family restaurants and fast food chains. These discounts are great when on a cross-country trip or even in your own neighborhood. Save at popular national chains like participating Pizza Hut, Planet Hollywood, Bennigan's, International House of Pancakes restaurants and many more! Plus save at local restaurants too!

### Extra Reward -- $10.00 Reward Certificate toward your next purchase at flower.com
As a member of Reservation Rewards you get a $10.00 Reward Certificate toward your next purchase at flower.com anytime within the next 3 months. Just make a purchase at flower.com and enter your Reward Certificate Code into the "Special Offer Code" found on the first page of the order form. So go ahead and save money shopping for your favorite things at flower.com! **Click here for details.**



So claim all your Reservation Rewards benefits... plus get your $10.00 Reward Certificate! You'll get your $10.00 Reward Certificate and instructions on the next page so you can access the site and start saving today! Plus we'll send your Membership Kit email to you at your email address. Try all the benefits for the next 30 days FREE and see how much you save! There's no obligation to continue. If you are completely satisfied, do nothing and you'll enjoy ongoing savings for only $9 a month and of course you have our Guarantee as described in the Offer and Billing Details! You can print out up to 100 discount coupons every year for your favorite places whenever you want!

**Click here for more benefit information.**

 **PLUS** Plus you get even more than discounts... you also get valuable Travel Protection with Trip Delay Protection, Hotel Over-Booking Protection, 24-Hour Road & Tow Protection and more!

**Offer and Billing Details:**
Sign up for Reservation Rewards FREE for the next 30 days, with our compliments, and enjoy ongoing savings for only $9 a month thereafter. Get your $10.00 Reward Certificate toward your next purchase at flower.com, Money-Saving Discounts plus all the valuable benefits of Reservation Rewards. It's a Special Reward for your purchase at flower.com today! If you are 100% satisfied during your trial, do nothing. All your Reservation Rewards discounts and protection will automatically continue for just $9 a month billed by Reservation Rewards to the credit card or deducted from the debit card you used at flower.com today. For your convenience Reservation Rewards will use the contact and credit or debit card information you provided to flower.com today for billing and benefit processing. In the event your monthly membership fee were to ever change, you would be notified before you are billed. Reservation Rewards benefits may be enhanced or modified at any time without prior notice. And, you have our Guarantee! If at anytime you are not completely satisfied during your trial or thereafter, simply call Reservation Rewards toll free at 1-800-732-7031 to let us know you wish to cancel your monthly membership benefits and owe nothing further. All your benefits and access will be canceled. All the money you save is yours to keep!

Consent to receive electronic disclosures. Please read carefully and save or print a copy for your records. Reservation Rewards will communicate your benefit and other membership information to you, including payment authorization made by clicking Yes, by electronic communications, including email and electronic postings on our site. Your Membership Kit email will also include a copy of the Offer and Billing Details for your convenience. In order to view this membership and benefit information in electronic form, you need to have access to a computer with Internet browser version IE 5.5 or Netscape 4.7 or higher. In order to receive Reservation Rewards you must agree to receive these communications electronically and by clicking Yes you consent to do so. You may withdraw this consent by canceling the service. Of course if you would also like a printed copy of any membership information you can email us at customerservice@reservationrewards.com to request it and we will be happy to send it at no charge. You can update your email address on the Reservation Rewards profile page.

**Reservation Rewards Terms of Service**

**Enter your email address and click YES below**

By entering my email address as my electronic signature and clicking YES, I have read and agree to the Offer and Billing Details and authorize the secure transfer of my name, address and credit or debit card information used for my purchase at flower.com to Reservation Rewards for billing and benefit processing.

**Enter your email address here:**
[ ]
**Verify email:**
[ ]

**YES! Click here now**

**I want my Reservation Rewards discounts plus my $10.00 Reward Certificate!**

**No Thanks**



VeriSign Secure Site
Click to verify

reviewed by
TRUST-e
site privacy statement

Offer only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands and is not available to current Reservation Rewards members. Terms of Service apply. Reservation Rewards is owned and operated by webloyalty.com. All trademarks and or copyrights are the property of their respective owners, and unless otherwise noted, Reservation Rewards is not affiliated with the respective owners. Apple computer users need to print coupons using Netscape Navigator or Communicator. Merchants participating in this program vary by location. Reservation Rewards benefits cannot be accessed via WebTV. Privacy Policy ©2004, webloyalty.com, inc. 54939-0405