Printer Ink, Toner & More

| Ink Cartridges | Laser Toners | Ribbons | Solid Ink | Paper | Media | Cables | Memory | Recycle |

» Shopping Cart | My Account | H

**SHOP WITH CONFIDENCE**
1 Year Money Back Guarantee

1 Year **GUARANTEE** • Free **SHIPPING** • Free **RETURNS**

**3**
receipt

**Thank You for your order!**

An email confirming your order details will be sent to meghan.lynch@webloyalty.com

Print Receipt

Order # 541405

**Payment / Billing Information:**

Meghan Lynch
10 South Street 20
Danbury, CT 06810

**Shipping Information:**

Meghan Lynch
10 South Street 20
Danbury, CT 06810

**You Ordered:**

| Quantity | Product | Price |
|---|---|---|
| 1 | BCI-21Bk | $3.95 |
| 1 | BCI-21C | $6.95 |

Subtotal: $10.90
Discount: $0.00
Shipping: $0.00
Sales Tax: $0.00

Order Total: $10.90

**Refer a friend!**
At 123inkjets.com, we value all of our customers. We are happy to serve you and hope that you will refer your friends to buy their inkjet and toner cartridges from us.

Below is a 5% OFF coupon code you can use on your next purchase with us. Email it to all your friends and let them also enjoy the additional 5% OFF!

Coupon Code: 123friends

Coupon offers do not apply to OEM cartridges.

VeriSign Secured
VERIFY

Ask me about our new
1 Year
Money-Back
Guarantee
restriction applies

**Have any Questions?**
Simply call or e-mail us to get a return authorization number and we'll make it right.

123inkjets.com
25 E. Easy Street
Simi Valley, CA 93065
For customer service call:
(888) 465-7765
M-F 6am - 6pm PT

Please check out our
Return Policy.

Our products are guaranteed to give 100% satisfaction in every way. Return anything purchased from us if it proves otherwise. We will replace it or refund your purchase price. We do not want you to have anything from us that is not completely satisfactory. There are only two little restrictions.