# EXHIBIT B
# Part I

Dockets.Justia.com

# 159912



**TELEPHONE** 630.428.1876

E-Mail

ATTORNEY GENERAL'S
OFFICE

AUG 0 8 2006

CONSUMER FRAUD
• CHICAGO •

August 4, 2006

Illinois Attorney General
Attn:   Consumer Fraud Department
100 West Randolph Street
Chicago, IL 60601

Re:         wli*shopperdiscount

Dear Ms. Attorney General:

My son was reviewing his checking account register and several entries for $9.00 were
listed showing debits for the above listing.  He never authorized any automatic
withdrawals.  He looked into the listing and found the information below on a web site:

http://leblog.exuberance.com/2006/03/why_does_wlisho.html

http://adam.rosi-kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_a_scam
.html

My son thinks that he probably bought something from one of the businesses listed.  He
is a student at the University of Illinois in Champaign.  I would appreciate it if you would
look into this scam.  Please feel free to contact me if you have any questions or if we can
help you.  Thank you.

Very truly yours,



RAB/pb
cc:         Joseph Brom



01/17/2007

LMARASCO

**Transaction**

Ref No.:            9675166    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:          (Product Name: Reservations Rewards) WLI Reservation Rewards
                   has been charging my Visa Debit Card $10 a month since May
                   24, 2006 without my authorization or knowledge.

                   I called the company to dispute the charge, and they insisted
                   that I had signed up for some kind of rewards service when I
                   purchased clothing online from Chadwick's. I insisted that I
                   had never signed up for any such service, but they claimed
                   they had sent me emails confirming the service, which
                   apparently is a monthly subscription which gives you
                   discounts on some products or services online. I never
                   received the e-mails. Their e-mails must of went to my spam
                   folder.

                   They canceled the service but refused to give me a full
                   refund.

                   I researched Reservation Rewards online and found out I am
                   not the only person that has been scammed by this company.

                   Below is a link to an article from Consumer Reports-
                   http://www.consumerwebwatch.org/dynamic/ecommerce-
                   investigation-webloyalty.cfm

                   Please click on the link below to a blog that will show you
                   thousands of customers' experiences with Webloyalty.
                   http://adam.rosi-
                   kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_
                   a_scam.html

                   How can their business practices be legal?
                   Please investigate this company.

Created By:      JKIGHT                    Created Date:    12/29/06
Updated By:                                Updated Date:
Org Name:        PUBLIC USERS - CIS
Amt Requested:
Amt Paid:              80.00      Payment Method: Bank Account Debit
Agency Contact:  Internet         Complaint Date:   12/28/06

Initial Contact: Unknown          Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:

First: (b)(6)

Address:

City:        Newark                        State: DE Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                   Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:   20 - 29

**Company**

Company: webloyalty.com

Address: P.O. Box 855

City:    SHELTON                State: CT  Zip:  06484
Country: UNITED STATES
Email:   customerservice@reservationrewa    URL:http://home.reservationrewards.com/
         rds.com
Phone:   (800) 732-7031        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:           9783596    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:          CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                   TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                   INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                   ICCC Ref # I0612210847388601:Checking Online Statements at my
                   Bank, and noticed the $10 transaction which upset since I
                   have never heard of such a site or service. I printed out the
                   Banking information from the web page for my records.  The
                   Bank Statement indicates it was transacted on the Dec 11,
                   2006. (just over 1 week)

Created By:     IFCC                    Created Date:  12/21/06
Updated By:                             Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              10.00     Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:  12/21/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                      First: (b)(6)

Address:

City:           NEWFANE                              State: NY Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()                  Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address:

City:                                          State:  NR   Zip:

Country: LOCATION NOT REPORTED

Email:                                         URL:

Phone:   ()                          Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9766833    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 ICCC Ref # I061113121346041l:Honestly, I can't be too
                 specific. I have been charged a $10 fee every so often for
                 probably a year or more. Up until now I never took much
                 interest in what I was being charged for, but I have been
                 charged by pay-webjtcharge without consent and I finally
                 thought maybe this is the same thing.  The latest charge I
                 have received was $10 on 10/16/06. I typed in their company
                 name and found a website that allows people to write in about
                 rip-offs.  A lady had been charged illegally as well and has
                 pressed charges against the CEO, the pres., and the director.
                  The only documentation I have is my bank statement, and I'm
                 not sure exactly how much they have charged me.  Whatever
                 they are charging me for is, however, not authorized.
                 Apparently this company has grossed over $800 mil in the last
                 year scamming people.

Created By:      IFCC                       Created Date:    11/13/06
Updated By:                                 Updated Date:

Org Name:        Internet Fraud Complaint Center
Amt Requested:

Amt Paid:            70.00       Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:   11/13/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                              First: (b)(6)

Address:

City:        KNOXVILLE                          State: TN Zip: (b)(6)

Country:     UNITED STATES

Work phone   ()                    Ext:

Fax Number:  ()

Home Number: (b)(6)

Email:

Age Range:

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7, 7th Floor

City:    NORWALK                    State:  CT   Zip:   06851

Country: UNITED STATES

Email:                              URL:

Phone:   ()                    Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:  9760870    Contact Type:Complaint    Source: Consumer    TCS? Y

Comments:  CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0611071615050492:Dear FBI:  This is a case of
criminal activity.  I am being charged $10 per month for a
service I never signed up for--it is not one of those
incidents where I have simply forgotten.  I have never
associated with the company listed below--information
according to my bank account.  I have a bank account with
Wells Fargo.  CHECK CRD PURCHASE 09/19 WLI*RESERVATIONREWARDS
800-732-7031 CT 432378XXXXXX5600 264640005049431 ?MCC=5968
123006800DA    I have already contaced my bank, and I have
contacted WLI Reservationrewards and I am providing the
information that they relayed to me over the phone.  The
supervisor's name was Steven Dennis at the 8007327031.  He
and another kept asking for personal information--bank
account information, check card number, my name, my current
and all past addresses, my exact location, my e-mail address,
and everything else.  I am not worried about the money, and I
am not worried about cancelling a service that I never signed
up for in the first place.  I want to know who did this.  I
am in the process of filing for a legal separation from some
of my family members, specifically my sister (b)(6)
(b)(6) for reasons related to identity theft and other
problems--I need to do my part to assist law enforcement.  I
am not sure who is behind all this, but I need your help in
isolating the criminal who is responsible for this.  Most
sincerely, (b)(6)

Created By:  IFCC                    Created Date:   11/07/06
Updated By:                         Updated Date:

Org Name:    Internet Fraud Complaint Center
Amt Requested:

Amt Paid:            20.00    Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:  11/07/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                           First: (b)(6)

Address:

City:      ALHAMBRA                   State: CA  Zip: (b)(6)
Country:   UNITED STATES
Work phone   ()              Ext:
Fax Number:    ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: webloyalty.com

Address: 101 Merit Seven, 7th Floor

City:    NORWALK                State: CT  Zip:  06851
Country: UNITED STATES
Email:                          URL:
Phone:   (203) 8463300    Ext:

**Company Representative**

Rep Name: Dennis, Steven         Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        9629566    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
               TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
               INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
               ICCC Ref # I0610311749234731:On 10/06/06 I saw a $10 charge
               on my online bank statement from WLI*RESERVATIONREWARDS.  I
               hadn't ever heard of this company, and I have been disputing
               this charge with my bank. Another $10 charge showed up on
               10/30/06, and I have asked my bank to put a stop order on any
               charges from this company.  I did a Google search of this
               company today and found the Ripoff Report about this company.
                Apparently they buy credit card information (in my case,
               debit card) from other companies and begin charging you for a
               supposed service they offer on their website. I want these
               charges to stop. I am a student and don't have much money in
               the bank to begin with.

Created By:    IFCC                    Created Date:   10/31/06
Updated By:                            Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              20.00    Payment Method: Not Reported

Agency Contact:  External Agency      Complaint Date:  10/31/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:     (b)(6)                     First:  (b)(6)

Address:

City:          SEATTLE                    State: WA Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()              Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 101 Merritt 7 Floor 7

City:    NORWALK                          State:  CT   Zip:   06851
Country: UNITED STATES

Email:                                    URL:

Phone:   ()                    Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        9267007    Contact Type:Complaint      Source:Consumer    TCS? N

Comments:       (Product Name: reservation rewards) Complaint Description:
                I got this rebate check in the mail for $10 and had no idea
                why, so I looked up the website and learned it was from some
                kind of discount club. I never willing join these things, and
                the best I am imagine is that I was back ended into this when
                made another transaction. I think it may have been a people
                search site I used once. I recall some kind of rebate to come
                from them, but I had no idea it would cause me to be part of
                this club.

                Desired Resolution:
                I want any and all moneys charged to my credit card returned
                right away, and I want this membership to be canceled right
                away. I do not wish to be a part of this, I never wished to
                be a part of it and I did not knowingly give them any
                persmission to charge my credit card.

Created By:     RLOPER                 Created Date:   10/30/06

Updated By:                            Updated Date:

Org Name:       PUBLIC USERS - CIS
Amt Requested:        10.00

Amt Paid:                              Payment Method:

Agency Contact: Internet               Complaint Date:  10/28/06

Initial Contact: Unknown
                                       Transaction Date:

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:   FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                              First:    (b)(6)

Address:

City:           Mesa                        State: AZ  Zip:  (b)(6)
Country:        UNITED STATES
Work phone      ()                Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      30 - 39

**Company**

Company:  Webloyalty.com, Inc.

Address:  P.O Box 855

City:     Shelton                    State:  AZ   Zip:   06484
Country:  UNITED STATES
Email:    customerservice@reservationrewa   URL:http://www.reservationrewards.com/
          rds.com
Phone:    (800) 732-7031       Ext:

**Company Representative**

Rep Name: Unknown, Unknown              Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| Ref No.: | 9626130   Contact Type:Complaint        Source:Consumer    TCS? Y |
|---|---|

Comments:    CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0610251317099731:  This company charged my credit
card with an unauthorized charge of $10.00.  From what I
understand they are doing this to thousands of Americans.
This may be small but it is fraud and from what I understand
they are making millions.   President's name Vincent R.
D'Agostino CEO's name Richard J Fernandes Director's name
Stephen L. Green

Created By:      IFCC                    Created Date:   10/25/06
Updated By:                             Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                   10.00      Payment Method: Not Reported

Agency Contact:  External Agency       Complaint Date:  10/25/06


Initial Response:

 Product/Service: Other (Note in Comments)

 Statute/Rule:

 Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:       (b)(6)                      First:   (b)(6)

Address:

City:            JACKSONVILLE                State: FL Zip:  (b)(6)
Country:         UNITED STATES
Work phone       ()                 Ext:
Fax Number:      ()
Home Number:     (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 101 Merritt 7 Floor 7

City:    NORWALK                        State:  CT   Zip:   06851
Country: UNITED STATES

Email:                                  URL:

Phone:   (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent       Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9621067    Contact Type:Complaint       Source:Consumer    TCS? Y

Comments:         CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                  TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                  INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                  ICCC Ref # I0610161602441711:On October 16 I checked my
                  Wachovia checking account balance. I was informed that I had
                  been charged ten dollars to my account by WLI
                  ReservationRewards. This transaction took place without my
                  consent. I had not had any interaction with this company to
                  my knowledge. Nether had I made a purchase from them.

Created By:       IFCC                      Created Date:  10/16/06
Updated By:                                 Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                    10.00         Payment Method: Not Reported

Agency Contact:   External Agency          Complaint Date:  10/16/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:        (b)(6)                              First: (b)(6)

Address:

City:             CAMPOBELLO                    State: SC Zip: (b)(6)
Country:          UNITED STATES
Work phone        ()                    Ext:
Fax Number:       ()
Home Number:      (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 45 Turkey Hill rd.

City:    SOUTH WESTPORT                    State: CT   Zip:   06880
Country: UNITED STATES
Email:                                     URL:
Phone:    ()                      Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent              Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        9154738    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:    (Product Name: shopper discounts & rewards) On Feb3,2006 I
purchased flowers on FTD.COM during the checkout process I
was presented a link to a Shoppers Discount program. Under
the guise of a shoppers discount program that offered cash-
back discounts with a no obligation free trial, I was opted
into paying $10 a month, where I thought I was entering a
program that would help me save on future purchase.
After realizing unauthorized charges on my American Express
Card, I contacted customer service for Webloyalty.com, I was
informed that I failed to opt-out of the program after 30
days, after which I was charged on a monthly basis. To date,
I have been charged $80 and I have not recieved any services
or discounts.  This is a consumer rip-off program with a
cleverly disguised automatic opt-in designed to allow this
"vendor" to take money from my account without providing any
service. I contact FTD's customer service and they
acknowledge that the this vendor is linked to thier website
for the purpose of a cash-back program. I feel that they are
apart of this scam, as they knowingly allow thier customer to
fall prey to webloyalty.com.  I would be delighted to provide
any additional details you require.  I hope to hear from you.

Created By:    DBRAHLEK                Created Date:   10/11/06
Updated By:                            Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:            .00
Amt Paid:               80.00     Payment Method: American Express Credit
                                                  Card
Agency Contact: Internet          Complaint Date:  10/10/06

Initial Contact: Internet (Other)
                                  Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)                              First:  (b)(6)

Address:

City:         Plano                    State: TX Zip:  (b)(6)
Country:      UNITED STATES
Work phone    (b)(6)
Fax Number:
Home Number:
Email:
Age Range:     40 - 49

**Company**

Company: webloyalty.com a.k.a Shopper Discounts and Rewards

Address:

City:                              State:  NR   Zip:
Country: LOCATION NOT REPORTED

Email:    Shopper Discounts & Rewards      URL:webloyalty.com
          Customer Service
          [customerservice@shopperdiscoun
          tsandrewards.com]

Phone:    (800) 8898776        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

| | |
|---|---|
| Ref No.: | 9067374    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | (UPDATE) Two unautthorized charges on my credit card on August 22nd and September 22nd, 2006. |
| Created By: | NSHOUSE    Created Date: 09/26/06 |
| Updated By: | Updated Date: |
| Org Name: | PUBLIC USERS - CIS |
| Amt Requested: | |
| Amt Paid: | 20.00    Payment Method:Visa Credit Card |
| Agency Contact: | Internet    Complaint Date: 09/25/06 |
| Initial Contact: | Unknown    Transaction Date: |

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:   Telemarketing Sales Rule

Law Violation:  TSR: Unauthorized billing

## Consumer

| | |
|---|---|
| Complaining Company/Org.: | |
| Last name: | (b)(6) |
| Address: | |
| City: | YONKERS    State: NY Zip: (b)(6) |
| Country: | UNITED STATES |
| Work phone | (b)(6) |
| Fax Number: | |
| Home Number: | |
| Email: | |
| Age Range: | 50 - 59 |



01/17/2007

LMARASCO

**Company**

Company:  WEBLOYALTY.COM INC.

Address:  101 MERRITT SEVEN

7TH FLOOR (CORPORATE OFFICES)
City:  NORWALK                              State:  CT    Zip:    06851

Country:  UNITED STATES

Email:                                      URL:www.reservationrewards.com

customerservice@reservationrewards.com

Phone:  (800) 732-7031      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9610960    Contact Type:Complaint       Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 ICCC Ref # I060923001926421l:Business ID # 0612948 9/12/06 I
                 noticed a charge on my credit card summary from
                 WLI*ReservationRewards.com for $10.00 that I did not
                 recognize. I have no idea where they got my information and
                 how they got permission from me to charge. I will be calling
                 tomorrow 9/23/06 within office hours to find out from them
                 who gave them my information. I have contacted the credit
                 card company and they refunded the money. After researching
                 this issue on the internet I realized filing a complaint was
                 an option. I have the names and addresses of the executive
                 officers:  President Vincent R. D'Agostino 45 Turkey Hill Rd
                 South Westport, CT 06880  Richard J. Fernandes (CEO) 129
                 Quarter Horse Lane Fairfield, CT 06430  Stephen L. Green
                 (Director) 10 Chalmers Landing Westport, CT 06880  This is
                 deceitful and needs to be STOPPED IMMEDIATELY! Being under
                 the United States of America's goverment I am amazed this has
                 not been dealt with yet!

Created By:       IFCC                          Created Date:    09/23/06
Updated By:                                     Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              10.00          Payment Method: Not Reported

Agency Contact:   External Agency        Complaint Date:   09/23/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                              First: (b)(6)

Address:

City:       LARAMIE                     State: WY Zip: (b)(6)
Country:    UNITED STATES
Work phone  ()                    Ext:
Fax Number: ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7 Floor 7

City:     NORWALK                     State:  CT   Zip:  06851
Country:  UNITED STATES
Email:                                URL:
Phone:    (800) 7327031       Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        9037705    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:      (Product Name: Fraudulant Credit Card Charges) My mother
purchased flowers through ftd.com and recently my father
noticed $10 charges on their credit card, and just assumed my
mother was buying something. Yesterday when he was looking at
the statement, she was sitting there and he asked her what it
was, she did not know. He called the credit card company and
they said to call the business that was charging the card, he
did. It is called "Web Loyalty" a company that alledgly sends
you coupons for shopping at certain other companies. They
claim my mother signed up for while purchasing some flowers,
but she says she did not. I called FTD to inquire why they
would do this and the girl I spoke to did not even know what
I was talking about, she said they do not have any promotion
where they charge $10 per month, and I said well somebody is
using your name and saying that you are. So she asked her
supervisor and came back to the phone and was very brief,
said that they are not affiliated with this company and gave
me the phone number, and also said they would have just asked
for our email during our checkout process with ftd. So I said
then how can you not be affiliated with them and she repeated
herself very calmly, "We are not affiliated with this
company" and gave me the phone number and that was that.
Since the conversation with the FTD customer servcie rep took
such an odd turn when she found out what I was talking about
I did some research into "Web Loyalty" and to me it looks
like a total scam. We never gave FTD permission to give our
credit card or any other personal information to this
company, and we only agreed to pay the amount due for the
flowers through FTD. We will be searching for further action
to get my parents money back from "Web Loyalty" because they
have fraudulantly charged my parents credit card and should
be liable for all credit cards they have tricked people into
getting.

Created By:      DBRAHLEK                    Created Date:    09/21/06
Updated By:                                   Updated Date:
Org Name:        PUBLIC USERS - CIS
Amt Requested:          10.00
Amt Paid:                                     Payment Method:
Agency Contact:  Internet                     Complaint Date:  09/19/06

Initial Contact: Internet Web Site            Transaction Date:


Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:     (b)(6)

Address:

First:   (b)(6)

City:          Statesboro                    State: GA Zip:  (b)(6)
Country:       UNITED STATES
Work phone     ()                    Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     20 - 29

**Company**

Company: Webloyalty.com and Ftd.com

Address:

City:                                State:  NR   Zip:
Country: LOCATION NOT REPORTED
Email:                               URL:webloyalty.com  and ftd.com
Phone:      ()                    Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | |
|---|---|---|
| Ref No.: | 9606226    Contact Type:Complaint    Source:Consumer    TCS? Y | |

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0609191007372021:On 9/11/06 $10 was withdrawn
from my Suntrust debit account from the company Webloyalty
INC Reservation Rewards.  I have never had any type of
contact with this company and have only found their address
through the numerous websites from other people who have had
this prolblem.

Created By:      IFCC                       Created Date:  09/19/06
Updated By:                                 Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                  10.00      Payment Method: Not Reported

Agency Contact:  External Agency      Complaint Date:  09/19/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                    First:  (b)(6)
Address:

City:          GAINESVILLE                 State: FL Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()                    Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7 Floor 7

City:    NORWALK                         State:  CT   Zip:  06851
Country:  UNITED STATES
Email:                                   URL:
Phone:    ()                   Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        8985896    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:        (Product Name: Reservation Rewards at
www.reservationrewards.com) This company affiliates with
legitimate companies, in my case upon placing an order with
www.PETCO.com on 8/4/06, I received a PETCO.com order
confirmation email that contained a link for a $10.00
Promotion Code Award for a future PETCO.com purchase. I
clicked the $10.00 Promo. Code link and was directed to a
webpage which required signing up for a
www.reservationrewards.com membership to obtain the code.
Against my better judgement, I signed up, as it appeared to
be free.  I received a membership kit via email (same date
8/4/06) and now wish at the time I had thoroughly read
through the lengthy info it contained, because on 9/11/06, I
reviewed my VISA bill and discovered a 9/4/06 charge for
$10.00 from ¿reservationrewards.com" and I called them. They
won¿t refund the $10.00, but did cancel the membership. My
complaint is how they deceptively got me to signup, obtained
my credit card info to bill me, and the $10.00 they ripped
off. First, I never entered any credit card info during the
membership signup, so there was NO authorization for them to
bill me. I went back and thoroughly read the membership kit
email, and found a statement toward the bottom of the email
info stating my credit card ending in 5102 would be billed.
Second, this proves they must have obtained my credit card
info through my PETCO.com account (which I never authorized
PETCO.com to give out to ANYONE). To be fair, I did email
PETCO.com informing them I was filing this complaint.  Last,
$10.00 doesn't sound like a lot, but for "Webloyalty.com,
Inc.", keeping that initial $10.00 charge, which the innocent
person has NO idea he or she is being charged, because it is
posted a month later, adds up to a nice money-making scheme.
I checked the BBB website and ¿Webloyalty.com, Inc.¿ has a
very UNSATISFACTORY record (639 complaints over the past 36
months for the same complaint I¿m making).

Created By:      WFRIDAY                Created Date:    09/13/06

Updated By:                             Updated Date:

Org Name:        PUBLIC USERS - CIS

Amt Requested:              .00

Amt Paid:                 10.00    Payment Method: Visa Credit Card

Agency Contact:  Internet          Complaint Date:   09/11/06

Initial Contact: Internet/E-mail
                                   Transaction Date: 08/04/06

Initial Response:

Product/Service: Internet Access Services

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:

Address:

First: (b)(6)

City:          Chula Vista                      State: CA  Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()                    Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     40 - 49

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor
         Corporate Offices
City:    Norwalk                    State: CT   Zip:   06851
Country: UNITED STATES
Email:                              URL:www.webloyalty.com
Phone:   ()                  Ext:

**Company Representative**

**Associated Company**