# EXHIBIT B
# Part II

Dockets.Justia.com



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9601118    Contact Type:Complaint        Source: Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 ICCC Ref # I0609100531147651:I have never done business with
                 this company, I noticed in my bank statements that withdrawls
                 have occured a number of times, so I had my bank file a fraud
                 report. Upon further research I found that it has happened to
                 many other people as well. They take small amounts like $10
                 and hope that they will just slide by unnoticed, I guess. I
                 can imagine if they do this to thousands of people, they are
                 really striking it big!! Please make them liable for thier
                 actions! (b)(6)

Created By:      IFCC                              Created Date:  09/10/06
Updated By:                                       Updated Date:

Org Name:        Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                     20.00    Payment Method: Not Reported
Agency Contact:  External Agency       Complaint Date:  09/10/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:       (b)(6)                    First: (b)(6)

Address:

City:            HONOLULU                   State: HI Zip: (b)(6)
Country:         UNITED STATES
Work phone       ()              Ext:
Fax Number:      ()
Home Number:     (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7 7th Floor

City:     NORWALK                          State:  CT   Zip:   06850
Country:  UNITED STATES
Email:                                     URL:
Phone:    (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent  D'Agosti    Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        9590359    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:    CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
             TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
             INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
             ICCC Ref # I0609011434216762:1/27 purchased dvd.On 2/27
             charges from WLI*ShopperDiscount began. In mid July I noticed
             the $9 charge for the first time and phoned and asked that
             all charges be reversed as I had never signed on nor agreed
             to their services. The website I ordered from had a popup at
             the end of the transaction asking if I wanted to save $10. So
             I read but by clicking to 'next page' WLI electronically
             gained access to my information. There are tens of thousands
             of complaints concerning this firm which is the offspring of
             a company once named CUC which engaged in stock fraud and was
             fined over $300 million by the SEC. Cendant purchased this
             company and lost $15 billion. Half of Webloyalty's (parent of
             WLI)management team were employed with CUC so apparently they
             have learned to cheat without repercussions. I disputed every
             charge against my VISA card only to have them reversed
             because &quot;I waited too long.They sent me
             emails,etc.&quot; So if a bank teller embezzles a hundred
             bucks a month and it isn't caught within 30 days the auditor
             goes to jail? I asked them to produce any document with my
             signature on it. It hasn't happened but yet even after
             cancelling my card and getting a new one issued a charge is
             already attached. How can this happen if it isn't electronic
             theft? I know a little about electronics as I worked for the
             Intel Corp but it's beyond me as to how this is done unless
             there is someone helping them. Webloyalty is another
             incarnation of a slick thieving corporation. Their own
             website crows how they have &quot;grown&quot; 25000% over
             five years. 25 thousand per cent in five years and given an
             award for one of the Fast 500 in CT. Here are just two storie

Created By:    IFCC                          Created Date:    09/01/06
Updated By:                                  Updated Date:

Org Name:     Internet Fraud Complaint Center
Amt Requested:
Amt Paid:            63.00      Payment Method: Not Reported
Agency Contact: External Agency    Complaint Date:   09/01/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Page    31  of    184



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                          First: (b)(6)

Address:

City:        TURLOCK                State: CA Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                 Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: webloyalty.com

Address: P.O. Box 855

City:       SHELTON              State:  CT   Zip:   06484
Country:  UNITED STATES
Email:                           URL:
Phone:      ()              Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9589586    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 ICCC Ref # I060831113727452l:Charges of $9.00 a month had
                 appeared on my credit card statement since the first of the
                 year.  I had no contact with these people at all and have no
                 idea where these people acquired my information.  It was
                 small and I have had eye surgery and had overlooked these
                 charges. Please file fraud charges against: President Vincent
                 R. D'Agostino, 45 Turkey Hill Road, South, Westport, CT
                 06880 CEO Richard J. Fernandes, 129 Quarter Horse Lane,
                 Fairfield, CT  06430, Dir. Stephen L. Green, 10 Chalmers
                 Landing, Westport, CT 06880.

Created By:      IFCC                        Created Date:  08/31/06
Updated By:                                  Updated Date:

Org Name:        Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              72.00        Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:  08/31/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:       (b)(6)                      First: (b)(6)

Address:

City:            DALLAS                       State: TX Zip: (b)(6)
Country:         UNITED STATES
Work phone       ()                Ext:
Fax Number:      ()
Home Number:     (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards Bus. ID 0612948

Address: 101 Merritt 7

Floor 7

City:     NORWALK                         State: CT   Zip:   06851

Country: UNITED STATES

Email:                                    URL:

Phone:    (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent          Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 9571908   Contact Type:Complaint      Source:Consumer    TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I060801000154704l:While visiting a web site to purchase moive tickets was asked to take survey I completed survey and was informed that I would save on my next purchase and which time I cancelled the offer but have been charge there membership fee for approx5 months now. I have tried to cancel my membership but have been hung up on. I tried the automated cancelation they offer but that only takes you to customer service rep aw which time I was hung up on. Trying same thing after hours also does not work it take information then say looking up your info but then states transferring you to customer service rep. |

Created By:      IFCC                          Created Date:   08/01/06
Updated By:                                    Updated Date:

Org Name:        Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                    50.00      Payment Method: Not Reported

Agency Contact:  External Agency     Complaint Date:   08/01/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                                  First: (b)(6)

Address:

City:            CHESAPEAKE                    State: VA Zip: (b)(6)
Country:         UNITED STATES
Work phone       ()                     Ext:
Fax Number:  (b)(6)
Home Number:
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 45 Turkey Hill Road

City:     SOUTH WESTPORT                    State: CT   Zip:   06880
Country: UNITED STATES
Email:                                      URL:
Phone:    ()                    Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent              Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 9657796    Contact Type:Complaint        Source:Consumer     TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0607302021042041:Based on a Seattle Times newspaper article http://seattletimes.nwsource.com/html/makeitcount/2003005932_ keepyourmoney21.html, we discovered that this company has been scamming us since well before Feb 2002 My spouse and I believed the $7.00 and $72.00 charges on our credit card from various WLI* companies belonged to the other person. We NEVER sign up for any of these sorts of ridiculous on-line services, and have cancelled many pop-ups using the &quot;[X]&quot; in the upper right corner of the POP-UP, although the newspaper article explains that even using the &quot;[X]&quot; to cancel the POP-UP is the same as clicking &quot;[YES]&quot;. Furthermore, We my spouse and I have done online business with many of the companies listed at http://www.cheap56k.com/forums/archive/index.php/t-19269.html for which we have also had to cancel pop-ups. We had NO IDEA that companies like these, would associate themselves with scammers like &quot;Reservation Rewards&quot; (WLI* parent company).   We have since cancelled the credit card (that we have had for 10 years), and had a new one issued, and we have the MBNA CC company working a fraud case against this Reservation Rewards WLI* company. Needless to say, I am absolutely furious with these kinds of companies and hope that they are shut down, or are forced to pay hefty penalties for this fradulent business practice.   I contacted the Connecticut Better Business Bureau and filed a complaint.   I received a letter from Webloyalty, that attempted to claim that we accepted their POP web offers, which is FALSE (again, please refer to the Seattle Times Newspaper article).   I have crafted a response packet to send back to the |

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 07/30/06 |
| Updated By: | | Updated Date: | |

Org Name:        Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              736.00        Payment Method: Not Reported

Agency Contact:  External Agency      Complaint Date:  07/30/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                          First: (b)(6)

Address:

City:        NEWCASTLE                      State: WA  Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                   Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: webloyalty.com

Address: 101 Merritt 7

City:    NORWALK                    State: CT   Zip:   06851
Country: UNITED STATES
Email:                              URL:
Phone:   (203) 9295668      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9652970    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:         CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                  TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                  INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                  ICCC Ref # I0607211110229541:In June, I ordered 2 posters
                  from the website allposters.com, apparently during the
                  purchasing process, an offer popped up claiming that I could
                  receive 20% of my next purchase just my entering my email
                  address. I did so and entered my email address. Today, July
                  21st, looking at my bank account I noticed that I was being
                  charged $10 by &quot;WLI*RESERVATIONR&quot;. I googled this
                  information and found out that many people are being charged
                  monthly for a membership they never signed up for and somehow
                  their credit card information had been taken and charged to.
                  Many other companies allow this advertisement to pop up
                  during purchases but no where does it say that the company
                  you are actually purchasing from is allowing your credit card
                  information to be directly sent to this advertisement company
                  that is going to charge you $10 a month for a membership. I
                  contacted the Webloyalty INC customer service and was told
                  that I voluntarily put in my email address to receive 20%
                  off, and that meant that all my credit card information was
                  directly sent to this company. I asked when I was told this
                  during my purchase and the customer service employee told me
                  that it was in the fine print. But the problem I have is that
                  on the allposters.com website, who I also contacted about
                  this, said it was just an advertisement that they are not
                  affiliated with. I asked the customer service employee of
                  allposters.com if she knew that this advertisement company,
                  just by entering your email address, that the advertisement
                  company is basically reaching into the allposters.com
                  database, extracting the personal information that
                  allposters.com GUARANTEES and I quote directly from the

Created By:       IFCC                         Created Date:    07/21/06
Updated By:                                    Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                      10.00      Payment Method: Not Reported

Agency Contact:   External Agency     Complaint Date:    07/21/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:  (b)(6)                          First:  (b)(6)

Address:

City:        SPRINGFIELD              State: VA  Zip:  (b)(6)
Country:     UNITED STATES
Work phone   ()                  Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 101 Merritt 7 Floor

City:    NORWALK                  State:  CT   Zip:  06851
Country: UNITED STATES
Email:                            URL:
Phone:   ()              Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        8666069    Contact Type: Request for        Source: Consumer    TCS? N
Comments:                                   Information

                (Product Name: "phishing" of my credit card information )
Created By:     BSTURM                   Created Date:  07/20/06
Updated By:                             Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:
Amt Paid:                    54.00     Payment Method: Bank Account Debit
Agency Contact:  Internet              Complaint Date:  07/18/06

Initial Contact: Unknown               Transaction Date:


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

## Consumer

Complaining
Company/Org.:
Last name:    (b)(6)                    First:  (b)(6)

Address:

City:         Columbus                 State: GA Zip:  (b)(6)
Country:      UNITED STATES
Work phone    (b)(6)              :
Fax Number:
Home Number:
Email:
Age Range:    40 - 49



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty.com DBA WLI Shoppers Discounts Rewards

Address:  101 Merritt 7, Seventh Floor

City:     Norwalk                              State:  CT   Zip:   06851
Country:  UNITED STATES
Email:    see above                            URL:www.webloyalty.com
Phone:    (203) 846-3300         Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        8499854    Contact Type:Complaint        Source: Consumer    TCS? Y

Comments:      (Product Name: Unauthorized Charge on Credit Card) While
               making a purchase for movie tickets online,
               www.webloyalty.com somehow got my information and charged me
               $10 monthly for a membership that I was completely unaware
               of.  I am unaware why this company was able to get my
               information, this was a charge that was completely
               unauthorized.

               More information and complaints about this company can be
               found at
               http://adam.rosi-
               kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_
               a_scam.html

               Thanks for your help.

               (b)(6)

Created By:    NSHOUSE                        Created Date:   06/27/06
Updated By:                                   Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:          10.00
Amt Paid:               10.00      Payment Method: Visa Credit Card
Agency Contact:  Internet          Complaint Date:  06/23/06

Initial Contact: Unknown           Transaction Date: 06/23/06


Initial Response:

Product/Service: Buyers Clubs (not travel or lottery)

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)                                    First:  (b)(6)

Address:

City:         Westminster
Country:      UNITED STATES                    State: CO Zip:  (b)(6)
Work phone    (b)(6)
Fax Number:
Home Number:
Email:
Age Range:     20 - 29

**Company**

Company: Webloyalty.com, Inc.
Address: 101 Merritt Seven, 7th Floor
         (Corporate Offices)
City:    Norwalk                        State:  CT   Zip:   06851
Country: UNITED STATES
Email:   customerservice@webloyalty.com   URL:http://www.webloyalty.com/
Phone:   (203) 8463300           Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:           8471917    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:          (Product Name: Reservation Rewards) This company Reservation
                   Rewards, has a "pop up" window that appears on
                   MovieTickets.com after you have made a legitimate purchase of
                   movie tickets from MovieTickets.com.  It (Reservation
                   Rewards) pops up and offers you future savings, free tickets,
                   etc., if you sign up for a membership.  I did not sign up for
                   a membership yet somehow they got my debit card information
                   and made a pending charge of $10.00 to my account.  When I
                   called them to inquire about how they got my debit card
                   information, they claimed I signed up for a membership.  I
                   did not.  They then claimed that someone else with access to
                   my information must have signed up for me.  This did not
                   happen as there is no one that I'm aware of that has this
                   access or information.  I cancelled the membership and they
                   promised to reverse the charge but I still want to file a
                   complaint because I believe it is a scam and I believe they
                   are using people's credit/debit card information without
                   permission.

Created By:        BSTURM                    Created Date:  06/22/06

Updated By:                                  Updated Date:

Org Name:          PUBLIC USERS - CIS
Amt Requested:         10.00

Amt Paid:                  .00    Payment Method: Bank Account Debit

Agency Contact:  Internet          Complaint Date:  06/21/06

Initial Contact: Internet Web Site   Transaction Date:


Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)

First: (b)(6)

Address:

City:        HOLLYWOOD                   State: CA Zip: (b)(6)
Country:     UNITED STATES
Work phone   (b)(6)
Fax Number:
Home Number:
Email:
Age Range:    40 - 49

**Company**

Company: Webloyalty.com, Inc.

Address: P.O. Box 855

City:    Shelton                    State: CT   Zip:   06484
Country: UNITED STATES
Email:   customerservice@reservationrewa   URL:http://www.reservationrewards.com/d
         rds.com                            efault.asp
Phone:   (800) 7327031        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 9749763    Contact Type:Complaint | Source: Consumer | TCS? Y |

Comments:    CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0606201107324611:On February 27, 2006 I purchased
movie tickets from movietickets.com.  During this
transaction, a window opened that gave the appearance of
being a $10 rebate offer (either directly from
movietickets.com or through some affiliate).  As I recall, it
asked only for my email address, which I no doubt provided
without much concern.  As a fairly experienced Web-shopper, I
expected the outcome to be email specifying steps I'd have to
take to claim this &quot;rebate&quot; (and probably more
spam).  I gave it no further thought.  Beginning on March 12,
a $10 charge to &quot;WLI*SHOPPERDISCOUNT 800-889-8776
CT&quot; appeared on our credit card statement (on the 12th
of each month).  My wife normally pays the credit card bill,
so this didn't come to my attention until the secnod week of
June, when I started using Chase Online to update our records
in Quicken.  On June 16, I called WLI and asked for an
explanation of these charges.  I requested that they be
stopped, and also for a refund of the $40 WLI had taken to
date (my argument for a full refund was that I could hardly
&quot;take advantage of all the money-saving benefits&quot;
of a &quot;membership&quot; I didn't even know I HAD!).  The
WLI representative agreed that that since I was &quot;unaware
that I had agreed&quot; (now, THERE'S an interesting legal
concept) to their terms, they would &quot;make an exception
in my case&quot; and refund the entire $40.  On June 19, I
received email from Joni Miller-Greene at WLI, stating  that
at WLI they &quot;try to make all of our communications and
marketing material as clear as possible&quot; and explaining
that by entering my email address TWICE, I had provided an

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 06/20/06 |
| Updated By: | | Updated Date: | |

Org Name:      Internet Fraud Complaint Center
Amt Requested:

| | | | |
|---|---|---|---|
| Amt Paid: | 40.00 | Payment Method: | Not Reported |
| Agency Contact: | External Agency | Complaint Date: | 06/20/06 |

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)          First: (b)(6)

Address:

City:      HUDSON                State: WI Zip: (b)(6)
Country:   UNITED STATES
Work phone  ()              Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: WebLoyalty Inc. aka WLI

Address: 6 Corporate Drive

City:      SHELTON              State: CT  Zip:  06484
Country:   UNITED STATES
Email:                         URL:
Phone:     (203) 9295668       Ext:

**Company Representative**

Rep Name: Miller-Greene, Joni      Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        8431760    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:       (Product Name: Fraudulent credit card charges - never heard
                of this company) I purchased an item from AbsoluteHome.com on
                3-7-06.
                On the following dates: 4-9-06, 5-8-06, 6-6-06, I incurred a
                credit card charge from WLI ShopperDiscounts which I had
                never signed up for nor ever even heard of.
                I called this company at 800-889-8776 and they told me they
                had self initiated charging my credit card beginning with my
                AbsoluteHome.com purchase.
                They finally refunded my money but who will stop them from
                continuing this illegal practice.
                PLEASE SOMEONE STOP THEM.

Created By:     RBROWN1                  Created Date:    06/15/06
Updated By:                              Updated Date:
Org Name:       PUBLIC USERS - CIS
Amt Requested:          27.00
Amt Paid:               27.00    Payment Method:Visa Credit Card
Agency Contact: Internet         Complaint Date:  06/13/06

Initial Contact: Unknown         Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:     (b)(6)                    First:  (b)(6)

Address:

City:          Oklahoma City             State: OK Zip:  (b)(6)
Country:       UNITED STATES
Work phone     (b)(6)
Fax Number:
Home Number:
Email:
Age Range:      40 - 49



01/17/2007

LMARASCO

**Company**

Company:  WebLoyalty.com aka "WLI Shopper Discounts & Rewards"

Address:  webloyalty.com , Norw

City:     101 Merritt 7
          Norwalk                          State:  CT    Zip:   06851

Country:  UNITED STATES

Email:    privacy@webloyalty.com          URL:http://home.shopperdiscountsandrewa
                                              rds.com/

Phone:    (203) 846-3300       Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          9746384    Contact Type:Complaint     Source:Consumer   TCS? Y

Comments:         CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                  TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                  INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                  ICCC Ref # I0606141422209561:These charges were added to my
                  credit card: WLI*RESERVATIONREWARDS.CO800-732-7031 CT  $11.00
                  for at least two months.  I have never authorized them, nor
                  given my credit card number (VISA).  I researched the company
                  on the internet and found out that they routinely engage in
                  adding charges to credit cards.  It is NOT a mistake.

Created By:       IFCC                     Created Date:   06/14/06
Updated By:                                Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                  20.00      Payment Method: Not Reported

Agency Contact:   External Agency      Complaint Date:   06/14/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:        (b)(6)                          First:  (b)(6)
Address:

City:             HAMILTON                    State: NR Zip: L8S4E1
Country:          LOCATION NOT REPORTED
Work phone        ()                Ext:
Fax Number:       ()
Home Number:      (905) 5401115
Email:            kolasa@mcmaster.ca
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 101 Merritt  Floor
         7

City:    NORWALK                    State:  CT   Zip:   06851

Country: UNITED STATES

Email:                              URL:

Phone:   (800) 7327031      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 8648086    Contact Type:Complaint     Source: Consumer    TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0605222127138531:I used Movietickets.com to purchase a movie ticket.  Shortly after, on the 26th of each month between 4am and 5am WLI*RESERVATIONREWARDS.CO has been charging me $9 each month.  Movietickets.com is a client of webloyalty.com which is the specific branch of reservationrewards.com that has been stealing from me.  From July '05 - April '06 I have been getting charged by this website for no reason.  As of May 22, '06 I have blocked the ATM card that was used for the charges, and ordered a new one.  I have not recieved my May '06 bank statement, so I have no idea if I've been charged for this month. |

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 05/22/06 |
| Updated By: | | Updated Date: | |

Org Name:        Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              99.00      Payment Method: Not Reported

Agency Contact:   External Agency      Complaint Date:   05/22/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:         LOS ANGELES                State: CA Zip: (b)(6)
Country:      UNITED STATES
Work phone    ()               Ext:
Fax Number:   ()
Home Number: (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 45 Turkey Hill Road

City:    SOUTH WESTPORT              State: CT  Zip:  06880
Country: UNITED STATES
Email:                               URL:
Phone:   ()                   Ext:
**Company Representative**

Rep Name: D'agostino, Vincent        Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        8218505    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:       (Product Name: Hidden Membership in hotels.com transaction  )
                I went to the website hotels.com to make hotel reservations
                for a family funeral.  It appears that you automatically
                "agree" to membership in agreeing to abide by the policies of
                hotels.com's free service.  I then found several monthly
                $10.00 charges for "membership" in "reservation rewards".
                The site is not forthright in informing the user that the
                transaction creates the perpetual fee.  They have purposely
                made the information obsucre to the user knowing that we are
                unlikely to make several clicks away from the hotels.com page
                (trying to get hotel rooms) to get to the webloyalty.com page
                of their corporate site to read the "fine print".
                There is no statement on the site that say's you are signing
                up for a service or that there will be a monthly charge.
                The site is flashy with lots of information and "camoflage"
                to hide the fact of the fee decieving  user inorder to steal
                the fee.  I gave them my credit card number for a hotel
                reservation, not a club membership.  unauthorized charges

Created By:      NSHOUSE                  Created Date:   05/16/06

Updated By:                              Updated Date:

Org Name:        PUBLIC USERS - CIS
Amt Requested:                .00

Amt Paid:                  40.00    Payment Method: Visa Credit Card

Agency Contact:  Internet            Complaint Date:   05/15/06

Initial Contact: Internet Web Site    Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:   (b)(6)
Last name:                                                      First:   (b)(6)

Address:

City:          Marietta                      State: GA Zip:   (b)(6)
Country:       UNITED STATES
Work phone     (b)(6)
Fax Number:
Home Number:
Email:
Age Range:     50 - 59

**Company**

Company:   webloyalty.com
Address:   101 Merrit 7
           Seventh Floor
City:      Norwalk                      State: CT   Zip:
Country:   UNITED STATES
Email:     customerservice@reservationrewa    URL:webloyalty.com dba hotels.com
           rds.com
Phone:     ()                      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 8637633   Contact Type:Complaint      Source:Consumer   TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0605150916557971:I never heard of this company. I called regarding the charge on my bill and they hung up on me.   I then researched the company on the Internet and found that this company makes it's money through fraud and I wnat the charge removed and the company to totally remove all my information from their database. I have just submitted a charge dispute to my credit card company.  Hopefully they will take care of the charge.  But, after researching this company, I feel they are ripping off thousands of consumers and should be held accountable for this deception.  Thank You |

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 05/15/06 |
| Updated By: | | Updated Date: | |

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:               10.00     Payment Method: Not Reported

Agency Contact:  External Agency     Complaint Date:  05/15/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:      MONTGOMERY              State: PA Zip: (b)(6)
Country:   UNITED STATES
Work phone  ()              Ext:
Fax Number: (b)(6)
Home Number:
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7 Floor 7

City:     NORWALK                        State:  CT   Zip:  06851
Country:  UNITED STATES
Email:                                   URL:
Phone:    (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent            Title:

**Associated Company**