# EXHIBIT B
# Part III

Dockets.Justia.com



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 8635600    Contact Type:Complaint        Source:Consumer    TCS? Y |

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0605102248374321:I was signed up for a coupon
service without my knowledge when I bought movie tickets.
Reservation rewards began charging my credit card 9 dollars
per month for the errvice for 5 months.

Created By:       IFCC                    Created Date:   05/10/06
Updated By:                               Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:               45.00         Payment Method: Not Reported

Agency Contact:   External Agency       Complaint Date:  05/10/06


Initial Response:

 Product/Service: Other (Note in Comments)

 Statute/Rule:

 Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:       (b)(6)                         First:(b)(6)

Address:

City:            SOMERVILLE                State: MA Zip:(b)(6)
Country:         UNITED STATES
Work phone       ()                    Ext:
Fax Number:      ()
Home Number:     (b)(6)

Email:

Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 101 Merritt 7

City:    NORWALK                           State: CT   Zip:   06851
Country: UNITED STATES
Email:                                     URL:
Phone:    (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent              Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        8139831    Contact Type:Complaint    Source:Consumer    TCS? N

Comments:      (Product Name: Deceptive practices) After making a recent CC
               purchase att FTD.com an offer came up on the FTD site to save
               $15 on a future purchase.  I clicked that offer and another
               box asked me to put in my email address.  The must have been
               some very fine print somewhere, because FTD passed my CC
               information along to reservation rewards and I had
               unknowingly signed up for a 9.95 per month service.
               According to google, this companies deceptive practices are
               well known.  I was able to get the charges reversed, but this
               practice needs to be stopped.

Created By:    SWOODSON              Created Date:    05/02/06
Updated By:                          Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:              .00
Amt Paid:              9.95    Payment Method: MasterCard Credit Card
Agency Contact:  Internet    Complaint Date:  05/01/06

Initial Contact: Internet Web Site    Transaction Date:


Initial Response:

Product/Service: Every Product\Service Code

Statute/Rule:    Telemarketing Sales Rule

Law Violation:   TSR: Other Deception or Abuse (note in comments)

**Consumer**

Complaining
Company/Org.:
Last name:   (b)(6)                          First:  (b)(6)

Address:

City:        Kansas City                     State: MO Zip:  (b)(6)
Country:     UNITED STATES
Work phone   (b)(6)                Ext:
Fax Number:
Home Number:
Email:
Age Range:   40 - 49



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com / reservationrewards.com

Address: 101 Merrit 7 - 7th Floor

City:    Norwalk                          State:  CT   Zip:   06851

Country: UNITED STATES

Email:                                    URL:webloyalty.com

Phone:   (203) 846-3300        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 8620027    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0605020055497501:On April 10, 2006 I bought an airplane ticket with Priceline.com and for some reason I got signed up with WLI* Reservation Rewards.co. This month this company started to bill me $10.00 on my Amazon Credit Card without permission.  I did a web search on this company and found out that there are hundreds of others just like me who fell victim to the same scam. This is seemingly illegal business practices. |

Created By:    IFCC                          Created Date:    05/02/06
Updated By:                                  Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              10.00       Payment Method: Not Reported

Agency Contact:  External Agency   Complaint Date:   05/02/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)

Address:

City:          SAN JUAN CAPISTRANO         State: CA Zip:  (b)(6)
Country:       UNITED STATES
Work phone     ()                Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 Merritt 7 Floor 7

City:     NORWALK                              State:  CT   Zip:   06851
Country:  UNITED STATES
Email:                                         URL:
Phone:    ()                          Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent              Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 8122261 | Contact Type:Complaint | Source:Consumer   TCS? Y |

Comments:      I made an online purchase at http://www.joann.com/ and
unbeknowst to me, I "signed up" for a "membership" to
Reservations Rewards.  I noticed a $10 debit on my bank
account that I didn't remember making, so called 1-800-732-
7031 and spoke to a man named Robert O. (no last name
provided) who said he would cancel my membership and refund
the $10 to my bank account.  This is a really deceptive
business practice and should be stopped.

| | | | |
|---|---|---|---|
| Created By: | JHART | Created Date: | 04/28/06 |
| Updated By: | | Updated Date: | |

Org Name:      PUBLIC USERS - CIS

Amt Requested:

Amt Paid:               10.00      Payment Method:MasterCard Credit Card

Agency Contact:  Internet       Complaint Date:  04/26/06

Initial Contact: Internet Web Site     Transaction Date:


Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:

Last name:   (b)(6)                              First:  (b)(6)

Address:

City:        Kansas City                  State: MO  Zip: (b)(6)
Country:     UNITED STATES
Work phone   (b)(6)
Fax Number:
Home Number:
Email:
Age Range:    60 - 64



01/17/2007

LMARASCO

**Company**

Company: Webloyalty and Jo-Ann's

Address: 101 Merritt 7, Seventh floor

City:    Norwalk                          State:  CT   Zip:   06851

Country: UNITED STATES

Email:   info@webloyalty.com             URL:http://www.webloyalty.com/about-
                                             customer-loyalty/contact/
                                             http://www.joann.com/

Phone:   (203) 8463300        Ext:

**Company Representative**

Rep Name: O, Robert                       Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 9729503 | Contact Type:Complaint | Source:Consumer   TCS? Y |

Comments: CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0604140605215661:booked rooms for a vacation with priceline.com, They then appeared and said recieve a 10 dollar credit for every booking done.  I booked 6 different nights through out California.  Each time that I thought I was saving 10 bucks I was being charged for it on my debit card. A 10 dollar charge for each transaction.

Created By: IFCC                 Created Date:  04/14/06
Updated By:                        Updated Date:

Org Name:     Internet Fraud Complaint Center
Amt Requested:

Amt Paid:          55.00    Payment Method: Not Reported

Agency Contact:  External Agency     Complaint Date:  04/14/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                First: (b)(6)

Address:

City:       SAN ANTONIO         State: TX Zip: (b)(6)
Country:      UNITED STATES
Work phone      ()            Ext:
Fax Number: (b)(6)
Home Number:
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty INC Reservation Rewards

Address: 45 Turkey Hill Road

City:     SOUTH WESTPORT                    State: CT   Zip:   06880
Country: UNITED STATES
Email:                                       URL:
Phone:   ()                        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent           Title:

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        8036466    Contact Type:Complaint        Source: Consumer    TCS? Y

Comments:       (Product Name: No product. They fraudulently charged my
                credit card) This company charged my credit card once a month
                for 4 months at $9/month with no authorization from me. They
                claimed I signed up for them when I printed a coupon from a
                Time-Life www site, but this is false. I did not sign up for
                them, and never provided them with my credit card number.

Created By:     JHART                       Created Date:   04/13/06
Updated By:                                 Updated Date:
Org Name:       PUBLIC USERS - CIS
Amt Requested:          36.00
Amt Paid:               36.00              Payment Method: Visa Credit Card
Agency Contact: Internet                    Complaint Date:  04/12/06

Initial Contact: Internet (Other)          Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:      (b)(6)                      First:  (b)(6)

Address:

City:           Mariposa                    State: CA Zip:  (b)(6)
Country:        UNITED STATES
Work phone      ()                 Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      30 - 39



01/17/2007

LMARASCO

**Company**

Company: Webloyalty

Address: 101 Merritt Seven, 7th Floor

City:    Norwalk                          State: CT   Zip:   06851
Country: UNITED STATES
Email:                                    URL:www.webloyalty.com
Phone:    ()                      Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        8021331    Contact Type: Complaint    Source: Consumer    TCS? Y

Comments:       (Product Name: charge my credit card without authorization)
                They charged my visa credit card $9 without my authorization.

Created By:     SWOODSON              Created Date:  04/11/06
Updated By:                          Updated Date:
Org Name:       PUBLIC USERS - CIS
Amt Requested:        9.00
Amt Paid:             9.00         Payment Method: Visa Credit Card
Agency Contact: Internet           Complaint Date:  04/10/06

Initial Contact: Unknown           Transaction Date: 04/05/06

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:      (b)(6)                      First:  (b)(6)

Address:

City:           Houston                      State: TX Zip: (b)(6)
Country:        UNITED STATES
Work phone      (b)(6)
Fax Number:
Home Number:
Email:
Age Range:      30 - 39



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC

Address:  45 Turkey Hill Road South

City:     Westport                      State:  CT   Zip:   06880

Country:  UNITED STATES

Email:    info@webloyalty.com           URL:www.Webloyalty.com

Phone:    (203) 8463300        Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent           Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| Ref No.: | 9727440 | Contact Type:Complaint | Source:Consumer | TCS? Y |

Comments: CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0604102155588202:I bought an item from www.bidz.com. After I paid the item using my credit card, I found WebLoyalty.com charged me $9. I did not authorize it. The charge appears as &quot;WLI*RESERVATIONREWARDS.COM(OTHER)&quot;. The amount is small. But what they did is very ugly and illegal. I also found there are many other victims besides me. Please punish them.

Created By:   IFCC                        Created Date:  04/10/06
Updated By:                               Updated Date:

Org Name:    Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              9.00       Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:  04/10/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:   (b)(6)               First:  (b)(6)

Address:

City:        HOUSTON              State: TX Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()            Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: WebLoyalty Inc.

Address: 45 Turkey Hill Road South

City:    WESTPORT                    State:  CT   Zip:   06880
Country: UNITED STATES
Email:                               URL:
Phone:   (203) 8463300       Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent        Title:

**Associated Company**



01/17/2007

LMARASCO

## Transaction

| | |
|---|---|
| Ref No.: | 9725681    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. ICCC Ref # I0604071039133822:On the 16th of every month since september 2005, this company has been charging $9.00 to my credit card account.   I found on the internet that others have also been victimized by the very same company. |

Created By:    IFCC                    Created Date:   04/07/06
Updated By:                           Updated Date:

Org Name:     Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              54.00     Payment Method: Not Reported

Agency Contact:  External Agency     Complaint Date:  04/07/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

## Consumer

Complaining
Company/Org.:
Last name:     (b)(6)                   First: (b)(6)

Address:

City:          CARY                State: NC Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()                  Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty INC Reservation Rewards

Address:  101 merritt 7

City:     7th floor
          NORWALK                        State:  CT   Zip:   06850

Country:  UNITED STATES

Email:                                   URL:

Phone:    (800) 7327031        Ext:

**Company Representative**

Rep Name: D'Agostino, vincent            Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 9725443    Contact Type:Complaint | Source:Consumer | TCS? Y |

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
ICCC Ref # I0604062058563982:I have never given these people
my personal information, they had to have bought it off of
some other company; I don't even know which company, so it's
not like I can stop this from happening again. This abuse of
my credit card started on December 12th of 2005. Since then,
I have tried to get my bank to stop payment ($9.00 every
single month since 12/12/05) but they didn't. I have finally
had enough, but I can't get anyone on the phone at the
company. I have sent them an email requesting a FULL
reimbursement. April 6th, 2006 9:00 pm  I called the
Reservation Rewards company customer service and finally got
someone on the phone. She informed me that they got my
information off of MovieTickets.com after I purchased tickets
online on 11/12/06. She said that I entered a 30 free trial
(which I NEVER did), and after that they begain charging me
every month. I requested that my ?membership? be cancelled
immediately, and she said that she did. She also sent an
email to my AOL account (a sign that the company already had
a file of my personal information because I never gave her my
email address) confirming the cancellation. She asked me if I
had any other questions, I said that I wondered what they
would do about the $45-50 that they took from me without my
authorization; she immediately said that the money would be
credited to my account within 3-5 business days. After that,
the call was ended with her telling me to have a nice day.  I
received the following email:  &quot;This notice confirms
that your membership in Reservation Rewards has been canceled
as of 04/06/2006.   Your cancel confirmation number is:
(b)(6)            We have issued a refund of your membersh

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 04/06/06 |
| Updated By: | | Updated Date: | |
| Org Name: | Internet Fraud Complaint Center | | |
| Amt Requested: | | | |
| Amt Paid: | 50.00 | Payment Method: | Not Reported |
| Agency Contact: | External Agency | Complaint Date: | 04/06/06 |

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                                   First: (b)(6)

Address:

City:        WESTFORD                    State: MA  Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()              Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company:  Webloyalty INC Reservation Rewards
Address:  Webloylty.com INC
          101 Merritt 7 Floor 7
City:     NORWALK                     State: CT   Zip:  06851
Country:  UNITED STATES
Email:                                URL:
Phone:    ()              Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        8400190    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                ICCC Ref # I0603261320123642:Apparently while using some
                beneficial site (unknown site at the moment), I also
                &quot;Agreed&quot; (according to WebLoyalty.com) to their
                service. I never signed up for their service, never received
                e-mails from them and do not want their service. I believe
                the site we used was Fandango and they gave our information
                to this site. We are disputing the charge with the credit
                card company, but when we did a web search for this
                disgusting company, we found that we weren't the only ones
                having issues with them -- take a look at http://adam.rosi-
                kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_
                a_scam.html (the page takes a while to load because there are
                so many complaints)... PLEASE help take this company to task
                and teach them that they shouldn't connive people just to
                drive up business.

Created By:    IFCC                          Created Date:   03/26/06
Updated By:                                  Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              40.00        Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:   03/26/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:  (b)(6)
Last name:                              First:  (b)(6)

Address:

City:          DOWNERS GROVE
Country:       UNITED STATES          State: IL Zip:  (b)(6)
Work phone     ()              Ext:
Fax Number:    ()  (b)(6)
Home Number:
Email:
Age Range:

**Company**

Company: webloyalty.com
Address: 101 Merritt 7
         Seventh floor
City:    NORWALK                  State: CT   Zip:  06851
Country: UNITED STATES
Email:                            URL:
Phone:   (203) 8463300      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          7859516    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:            Mail: The consumer contacted the NY State AG offfice and the
                     complaint was forwarded from them. The consumer purchased 2
                     CD"S on line with his cc number. webloyalty.com charged the
                     consumer 9.00 membership fee without his authorization. No
                     phone, email or age.

Created By:      WFRIDAY               Created Date:    03/17/06
Updated By:                            Updated Date:
Org Name:       TOLL FREE NUMBER AND CONSUMER SENTINEL
Amt Requested:            9.00
Amt Paid:                 9.00    Payment Method:Other Credit Card
Agency Contact:  Mail             Complaint Date:  02/27/06

Initial Contact: Internet Web Site    Transaction Date: 11/24/05

Initial Response:Mail

Product/Service: Shop-at-Home\Catalog Sales

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                         First: (b)(6)

Address:

City:           Staten Island          State: NY Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()                Ext:
Fax Number:     ()
Home Number:    ()
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: PO Box 855

City:    Shelton                              State:  CT   Zip:   06484

Country: UNITED STATES

Email:                                        URL:

Phone:   ()                    Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 7785888    Contact Type:Complaint    Source: Consumer    TCS? Y |
| Comments: | (Product Name: WLI* benefits package) This was an unauthorized transaction on my credit card. I was never asked to pay |
| Created By: | DBRAHLEK    Created Date:    03/06/06 |
| Updated By: | Updated Date: |
| Org Name: | PUBLIC USERS - CIS |
| Amt Requested: | |
| Amt Paid: | 9.00    Payment Method: Visa Credit Card |
| Agency Contact: | Internet    Complaint Date:  03/03/06 |
| Initial Contact: | Unknown    Transaction Date: |

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)              First: (b)(6)
Address:

City:                          State: WI Zip: (b)(6)
Country:    UNITED STATES
Work phone  ()              Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:  30 - 39



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 101 Merritt 7, Seventh floor

City:     Norwalk                                    State:  CT   Zip:   06851

Country:  UNITED STATES

Email:    customerservice@webloyalty.com            URL:http://www.webloyalty.com/

Phone:    (800) 7327031          Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:         8385413    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                ICCC Ref # I060305142348812:Placed order with Staples.com on
                11/4/05  Order number: (b)(6)        Customer number:
                (b)(6)         Saw $9.00 charges on my American Express
                account for: RESERVATIONREWARDS  800-732-7031       CT
                   9.00 888-688-5995  Reference No: 320060360204346570    This
                charged recurred in January and February.   I contacted
                American Express and they refunded the money (wasn't sure if
                I should put $0 above for loss or the amount I lost before
                reporting it), indicating that the fraud department was aware
                of this company.  I also called Reservation Rewards (parent
                company: Webloyalty.com) and asked them not to post anymore
                charges to my account.  I looked online and saw that this is
                a common problem and that it happens when you place orders
                with seemingly reputable companies (in my case Staples) and
                at the end of the order process, you are offered a rebate (I
                do not recall doing this) and when  you click on it, your
                personal information and credit card number is provided to
                Webloyalty. Apparently, in similar cases, Webloyalty claims
                that it has sent confirmation e-mails to your account. I keep
                records of my emails and do not have any such confirmation
                emails.

Created By:      IFCC                      Created Date:  03/05/06
Updated By:                               Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:              27.00    Payment Method: Not Reported

Agency Contact: External Agency    Complaint Date:  03/05/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:        OLNEY                          State: MD  Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                  Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: webloyalty.com
Address: 101 Merritt 7
         Seventh floor
City:    NORWALK                  State: CT  Zip: 06851
Country: UNITED STATES
Email:                            URL:
Phone:   (203) 8463300   Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 7777335    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | (Product Name: Unauthorized $9 per month billings on my credit card) After making an on-line purchase from one of over 100 companies, Webloyalty is given my credit card number.  If I accept a simple offer for a printable $10 certificate for my next purchase, I am secretely signed up for a "service" that costs $9 per month.  This "service" provides NO services what-so-ever.  The $9 per month charges fly below the raydar, so for months I didn't know about them being on my Chase-VISA credit card statements, which can now only be viewed on the internet.  The Webloyalty website says they have "Garanteed Customer Service"  at http://www.webloyalty.com/reward-program-guarantee/graranteed-customer-service/  the list provided is a complete lie. There are no "emails" from them at all. |
| Created By: | DCRASE    Created Date:   03/03/06 |
| Updated By: | Updated Date: |
| Org Name: | PUBLIC USERS - CIS |
| Amt Requested: | .00 |
| Amt Paid: | 27.00    Payment Method: Visa Credit Card |
| Agency Contact: | Internet    Complaint Date:  03/02/06 |
| Initial Contact: | Unknown    Transaction Date: 02/26/06 |

Initial Response:

Product/Service: Buyers Clubs (not travel or lottery)

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                        First: (b)(6)

Address:

City:     Burlingame                State: CA Zip: (b)(6)
Country:  UNITED STATES
Work phone (b)(6)              Ext:
Fax Number:
Home Number:
Email:
Age Range:  50 - 59



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com, WLI* ReservationRewards

Address: 1853 Union Street

City:    San Francisco                      State:  CA   Zip:   94123

Country: UNITED STATES

Email:   bizdev@webloyalty.com              URL:www.webloyalty.com

Phone:   (415) 346-5950        Ext:

**Company Representative**

Rep Name: Fernandes, Richard          Title:

**Associated Company**