# EXHIBIT B
# Part IV

Dockets.Justia.com



01/17/2007

LMARASCO

**Transaction**

Ref No.:          7774794    Contact Type:Complaint      Source:Consumer    TCS? N

Comments:        (Product Name: Shopperdiscountsandawards) All contact has
                 been thru e-mail.  There has been two charges of $10.00 each
                 placed against my bank account. Unknown if thru credit card,
                 electronic transfer or other.  Neither my wife or myself have
                 requested this service.  I noticed the 1st transaction (dated
                 2/23/2006 from wli*reservationrewards 800-732-7031) during an
                 online review of by bank account. I tried calling the number
                 and was asked for a credit card number (Didn't provide)or a
                 membership number (which I didn't have. I then went their web
                 site (found thru web search) and requested cancellation by e-
                 mail (2/27/2006) I received an e-mail stating that my last
                 charge was for 2/27/2006 and membership would be cancelled on
                 2/27/2006 with benefits thru 3/26/2006. Today while reviewing
                 my bank account I noticed a charge for $10.00 dated 2/28/2006
                 from wli*shopperdiscount 800-889-8776.  I don't believe any
                 phone approval was done as all unknown and 800 series phone
                 numbers made to me are screened prior to answering thru an
                 answering machine.

Created By:      RLOPER              Created Date:    03/03/06

Updated By:                          Updated Date:

Org Name:        PUBLIC USERS - CIS

Amt Requested:              .00

Amt Paid:                 20.00      Payment Method: Unknown

Agency Contact:  Internet            Complaint Date:   03/01/06

Initial Contact: Unknown             Transaction Date: 02/27/06

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                                          First: (b)(6)

Address:

City:        Kennewick                      State: WA Zip: (b)(6)
Country:     UNITED STATES
Work phone (b)(6)
Fax Number:
Home Number:
Email:
Age Range:    50 - 59

**Company**

Company:  Webloyalty.com, Inc.

Address:  P.O. Box 855

City:     Shelton                    State: CT   Zip:   06484
Country:  UNITED STATES
Email:    customerservice@shopperdiscount     URL:home.shopperdiscountandrewards.com
          andrewards.com
Phone:    (800) 889-8776        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 7616264    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | (Product Name: internet membership fees) 2 monthly membership charges of $9.00 each were charged to my American Express account. I never joined any online member services or authorized recurring charges. Charges have been disputed with American Express and account number has been changed. |
| | A web search of "shopperdiscount.com" shows this is happening to more than a few people. |
| | Thank you. |

| | | | |
|---|---|---|---|
| Created By: | DBRAHLEK | Created Date: | 02/07/06 |
| Updated By: | | Updated Date: | |
| Org Name: | PUBLIC USERS - CIS | | |
| Amt Requested: | | | |
| Amt Paid: | 18.00 | Payment Method: | American Express Credit Card |
| Agency Contact: | Internet | Complaint Date: | 02/05/06 |
| Initial Contact: | Unknown | Transaction Date: | |

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                    First: (b)(6)

Address:

City:       Woodbridge              State: VA Zip: (b)(6)

Country:    UNITED STATES

Work phone  (b)(6)

Fax Number:

Home Number:

Email: ·

Age Range:  50 - 59



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com DBA shopperdiscount.com

Address: 101 Merritt

Suite 7

City:     Norwalk                    State: CT    Zip:  06851-1060

Country: UNITED STATES

Email:                               URL:shopperdiscount.com

Phone:   (800) 889-8776        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          8345720    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:         CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                  TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                  INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                  ICCC Ref # I0601231407470622:The first charge on my credit
                  card was on December 20, 2005. The only thing I can guess is
                  that it came with the 10$ off pop-up from the moviefone.com
                  purchase for tickets to see Harry Potter. I did not notice
                  the charge due to my mother being in and out of the hospital
                  and me being her primary care person. She passed away on
                  Christmas day and I was dealing with funeral arrangements
                  etc. I noticed that there was a discrepency with my
                  accounting shortly thereafter and discovered yet another
                  charge on my account. I made a phone call and they promised a
                  refund. The refund has not turned up yet but I  have read
                  online that this particular company does refund it just takes
                  it a while. My issue is that they are using misleading
                  advertising. They claim to be giving someone a discount when
                  in fact the person may never even get the discount. The fine
                  print states that the person is being directed to another
                  website however you do not get the &quot;password&quot; and I
                  have no sign of any emails from them outside of the
                  cancelation. They had a survey that my 8 year old filled out.
                  This situation needs to stop. They are a scam and stealing
                  money from people who have not noticed.

Created By:       IFCC                      Created Date:   01/23/06
Updated By:                                 Updated Date:

Org Name:         Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                   18.00          Payment Method: Not Reported

Agency Contact:   External Agency          Complaint Date:  01/23/06


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name: (b)(6)                          First: (b)(6)

Address:

City:        HOUSTON                 State: TX Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                    Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:

**Company**

Company: webloyalty.com

Address: 101 Merritt Seven
         7th Floor
City:    NORWALK                    State: CT   Zip:  06851
Country: UNITED STATES

Email:                              URL:

Phone:   (203) 8463300      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:         7353312    Contact Type:Complaint     Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 I purchased movie tickets through fandango.com. At the end of
                 the  transaction, I was offered $10 off my next purchase, so
                 I clicked the  box. I was signed up for a "Rewards Program"
                 which charges $10 per month.  I noticed the first charge on
                 my online banking page with Wachovia Bank  this morning. I
                 didn't recognize the name "WLI Reservation Rewards" so I  did
                 a google search and was shocked to find they are scamming
                 literally  hundreds of people with this same scam. Here is a
                 link to show you other  victims http://adam.rosi-
                 kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_
                 a_scam.html  This is disgusting, should be illegal and the
                 perpetuators of this scam  should be shut down. They are
                 stealing money from thousands through many  online merchants.
                 This is damaging to consumers across our nation and  internet
                 business as a whole. I sincerely hope something can be done
                 to  stop this activity and prevent others from being hurt. I
                 am lucky because  I only was charged one month. Others were
                 charged for a year before  noticing the unauthorized charges.

Created By:      IFCC                        Created Date:   12/12/05

Updated By:                                  Updated Date:

Org Name:        Internet Fraud Complaint Center

Amt Requested:

Amt Paid:                    10.00     Payment Method: Not Reported

Agency Contact:  External Agency       Complaint Date:  12/12/05

Initial Contact: Internet Web Site     Transaction Date: 11/16/05

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                           First: (b)(6)

Address:

City:      BLAKESLEE                         State: PA Zip: (b)(6)
Country:   UNITED STATES
Work phone    ()                   Ext:
Fax Number:   ()
Home Number: (b)(6)
Email:
Age Range:    30 - 39

**Company**

Company: WebLoyalty aka WLI Reservation Rewards

Address: 45 Turkey Hill Rd

City:    SOUTH WESTPORT                      State: CT   Zip:   06430
Country: UNITED STATES
Email:                                       URL:
Phone:    (800) 7327031          Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:         7345862    Contact Type:Complaint       Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 We had purchased tickets on a website, I believe it was
                 airline tickets  from Expedia.  Without our concent or
                 through unethical practices,  Reservation Rewards signed us
                 up for a monthly "Rewards" program for which  they charged
                 our credit card $9.00 per month.  When I finally found out, I
                  called them, cancelled the program and demanded that they
                 reimburse the  $45.00 that they stole from me.  The way in
                 which they conduct these transactions is very subtle and
                 devious.  This company makes it money in the hopes that
                 people don't notice  that they're being charged.  Even the
                 transaction description on my credit  card statements was
                 cryptic. (b)(6)

Created By:      IFCC                           Created Date:   12/01/05
Updated By:                                     Updated Date:
Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                  45.00    Payment Method: Not Reported
Agency Contact: External Agency     Complaint Date:   12/01/05

Initial Contact: Internet Web Site  Transaction Date: 06/01/05


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name:     (b)(6)                         First:   (b)(6)

Address:

City:          WEST JORDAN                    State: UT  Zip:  (b)(6)
Country:       UNITED STATES
Work phone     ()                    Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     30 - 39

**Company**

Company:  Webloyalty.com, Inc.

Address:  101 Merritt 7, Seventh floor

City:     NORWALK                      State:  CT   Zip:   06851
Country:  UNITED STATES
Email:    customerservice@webloyalty.com    URL:
Phone:    (203) 8463300          Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          7229758    Contact Type:Complaint       Source:Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 On 11/16/05, I noticed that I had a recurring charge on my
                 credit card  statement in the amount of $9. I noticed that I
                 had been charged $9 since  February, 2005. The statement
                 listed the charge from WLI  ReservationRewards.  After a
                 google search, I found that literally thousands of complaints
                 from  others whom were charged the same amount in return for
                 no services  whatsoever.

Created By:      IFCC                          Created Date:   11/17/05
Updated By:                                    Updated Date:

Org Name:        Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                     100.00    Payment Method: Not Reported

Agency Contact:  External Agency       Complaint Date:  11/17/05


Initial Response:

 Product/Service: Other (Note in Comments)

 Statute/Rule:

 Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                                     First:    (b)(6)

Address:

City:            HAYWARD                        State: CA Zip:  (b)(6)
Country:         UNITED STATES
Work phone       ()                    Ext:
Fax Number:      ()
Home Number:  (b)(6)
Email:
Age Range:       30 - 39



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com INC

Address: 101 Merritt
          Floor 7

City:    NORWALK                    State:  CT   Zip:   06851

Country: UNITED STATES

Email:                              URL:

Phone:     ()              Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:      6758944    Contact Type:Complaint      Source:Consumer    TCS? N

Comments:     The consumer visited www.romans.com and then purchased
              clothes from the website. The consumer states that another
              company took her debit info from the romans website and then
              charged her for a purchase. The consumer contacted the
              company which is webloyalty.com and was told that she
              purchased coupons. The consumer disputed and they offered to
              refund her the charge, but the consumer was charged from her
              bank because if NSF. The consumer has no work number.

Created By:    JPENN                        Created Date:   09/19/05
Updated By:                                 Updated Date:
Org Name:      TOLL FREE NUMBER AND CONSUMER SENTINEL
Amt Requested:            9.00

Amt Paid:                 9.00    Payment Method: Bank Account Debit

Agency Contact:  Phone            Complaint Date:

Initial Contact: Internet Web Site    Transaction Date: 08/07/05

Initial Response: Phone: 800/888

Product/Service:  Other (Note in Comments)

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)                        First: (b)(6)

Address:

City:         Fall River                State: MA Zip: (b)(6)
Country:      UNITED STATES
Work phone    ()                Ext:
Fax Number:   ()
Home Number:  (b)(6)
Email:
Age Range:    50 - 59

Page   101 of   184



01/17/2007

LMARASCO

number

**Company**

Company: webloyalty.com

Address: PO Box 855

City:    Shelton                              State:  CT   Zip:   06484
Country: UNITED STATES
Email:                                        URL:
Phone:   ()                        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        6887711    Contact Type:Complaint     Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.

Created By:     IFCC                    Created Date:   09/19/05
Updated By:                             Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              11.00      Payment Method: Not Reported

Agency Contact:  External Agency      Complaint Date:  09/19/05


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:   Not Provided by Org          First:

Address:

City:          CALGARY               State: AB  Zip: (b)(6)
Country:       CANADA
Work phone     ()               Ext:
Fax Number:    ()
Home Number:   ()
Email:
Age Range:     12 and Under
**Company**

Company: webloyalty.com

Address:

City:                            State: CT   Zip:
Country: UNITED STATES
Email:                           URL:
Phone:    ()              Ext:



01/17/2007

LMARASCO

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

| | |
|---|---|
| Ref No.: | 6685597    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | I called them!! @ 1-800-732-7031 at 11:45:28 am |
| | I quickly said that these were unauthorized charges and |
| | Patricia immediatly said she would pay back the money and |
| | cancel my membership.  This is obviously fraud as a real |
| | company would not automatically give back money with no real |
| | explanation or without trying to explain why it is a real |
| | charge.  This was the quickest phone call I have ever had |
| | with a company before, so it seem very fake. |

Created By:       JHART                          Created Date:   09/07/05

Updated By:                                      Updated Date:

Org Name:         PUBLIC USERS - CIS

Amt Requested:              .00

Amt Paid:                 45.00      Payment Method: MasterCard Credit Card

Agency Contact:   Internet          Complaint Date:  09/05/05

Initial Contact: Unknown            Transaction Date: 09/05/05


Initial Response:

Product/Service: Buyers Clubs (not travel or lottery)

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:        (b)(6)                        First:  (b)(6)
Address:

City:             West Lafayette                State: IN Zip: (b)(6)
Country:          UNITED STATES
Work phone        ()                   Ext:
Fax Number:       ()
Home Number:      (b)(6)
Email:
Age Range:        20 - 29



01/17/2007

LMARASCO

**Company**

Company:  WebLoyalty.com and ReservationRewards.com

Address:  101 Merrit 7 - 7th Floor

City:     Norwalk                        State:  CT   Zip:  06851

Country:  UNITED STATES

Email:    domainAdmin@webloyalty.com     URL:weboyalty.com  and
                                             reservationrewards.com

Phone:    (203) 8463300       Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 6569372    Contact Type:Complaint    Source:Consumer    TCS? Y |

Comments:    While ordering software from sonic.com ( hosted by digital
river ), my debit card information was somehow captured by
Webloyalty.com (DBA as reservation rewards ). I am told by
reservation rewards it was by responding yes to a 10 dollar
rebate which I do not remember at the time I was completing
the purchase from Sonic. Currently, I am seeking a refund of
all the charges. I feel that unauthorized charges against my
debit card were initiated by this company without my explicit
and knowledgeable consent. The method of information
acquisition was deceptive and surreptitious. I feel that I
have suffered an invasion of privacy by a third party that
should not have been associated with the purchase I
initiated. I feel this company has acted in a fraudulent and
deceptive manner and illicitly obtained from me. I was
totally unaware of my relationship with this company until I
noticed unexplained charges by WLI reservation rewards on my
bank statement. They need to be stopped.

| | | | |
|---|---|---|---|
| Created By: | DBRAHLEK | Created Date: | 08/15/05 |
| Updated By: | | Updated Date: | |
| Org Name: | PUBLIC USERS - CIS | | |
| Amt Requested: | 9.00 | | |
| Amt Paid: | 36.00 | Payment Method: | Bank Account Debit |
| Agency Contact: | Internet | Complaint Date: | 08/13/05 |
| Initial Contact: | Internet Web Site | Transaction Date: | 08/10/05 |

Initial Response:

Product/Service: Buyers Clubs (not travel or lottery)

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:  (b)(6)                                        (b)(6)
                                              First:
Address:

City:       Dallas                        State: TX Zip:  (b)(6)
Country:    UNITED STATES
Work phone  ()                    Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:    40 - 49

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor

City:    NORWALK                    State:  CT   Zip:   06851
Country: UNITED STATES
Email:                             URL:www.webloyalty.com
Phone:    ((203)) 846-3300     Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        6733381    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                08/10/2005  I checked my online bank (Wells Fargo) statement
                today and  noticed a $9.00 charge to my bank debit card on
                08/07/2005 for WLI  Reservation Rewards.  I never authorized
                this charge.   I called the company at 1800-732-7031, but
                they wanted my debit card  number and other personal
                information.  I gave them my name when I  called, but they
                pressured me so much for the credit card number that I  felt
                uncomfortable and refused. I hung up.   I checked a website
                www.reservationrewards.com and found a cancellation  link--
                which also asked for my credit card information. I decided to
                call  WLI RR again.   I called and selected the automatic
                cancellation link--but again was  asked for credit card
                information and other personal information.  Since  I didn't
                know if this was legit I didn't want to give them all the
                debit  info they needed to make other purchases against my
                account.  I contacted Wells Fargo to investigate the WLI
                charges.  I never signed up for anything from this company.
                I never gave them my  debit card information, for sure.  I
                started searching reading online and  found many people have
                received unauthorized charges from WLI Reservation  Rewards
                by visiting other sites or purchasing goods from other
                companies-- then the debit/credit information somehow is
                grabbed by WLI and they  charge your account for services
                never authorized.   I think WLI Reservation Rewards is using
                fraudulent practices to obtain  debit/credit card information
                and use it for their own purposes. I think  it is a marketing
                scam that uses legitimate businesses to obtain  credit/debit
                card, bank and personal identity information from patrons.

Created By:     IFCC                        Created Date:    08/10/05

Updated By:                                 Updated Date:

Org Name:       Internet Fraud Complaint Center

Amt Requested:

Amt Paid:                    9.00      Payment Method: Not Reported

Agency Contact: External Agency         Complaint Date:   08/10/05

Initial Contact: Internet/E-mail        Transaction Date: 08/07/05

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                                 First: (b)(6)

Address:

City:        SAINT PAUL                  State: MN  Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                    Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:   50 - 59

**Company**

Company:  WebLoyalty.com aka WLI Reservation Rewards

Address:  101 Merritt 7, Seventh Floor

City:     NORWALK                  State: CT  Zip:  06851
Country:  UNITED STATES
Email:    customerservice@reservationrewa   URL:
          rds.com
Phone:    (800) 7327031          Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        6732378    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                April 27, 2005 I placed an on line order to Lane Bryant for
                several items. The reference number on the credit card bill
                for this is (b)(6)         the  amount ordered $45.43.  This bill
                appeared on my may 18, 2005 statement.  On the next credit
                card bill June 22, 2005, there appeared a $9.00 charge  with
                a reference number of Q2SCCRFW WLI*shopperdiscount.  My
                husband did  not notice it when he paid the bill.    Then the
                July 18, 2005 bill came the same company appeared on that
                bill. June 22, reference # 3ZISGYQW  WLI*shopperdiscount
                $9.00.  This time my husband asked me about it.  I didn't
                recognize the name of  the company so I went to the internet
                and asked for  WLI*Shopperdiscount.com and I found more than
                I ever wanted to know.  One complaint after another from
                other persons who had had their idenity  and credit card
                number taken while trying to purchase from all kinds of
                companies on the internet. Companies which are considered
                reputable. I  wrote down over 50 names and found
                shopperdiscount dba several other names  as I listed above. I
                found the corporate name and wrote to the Better  Business
                Bureau in the state of CT.  They have been dealing with  the
                mother company Webloyalty getting promises which they were
                disappointed to  say were not being kept.    The money I lost
                is not much, but after reading four hours of complaints I
                decided that I had time to write state and federal agencies
                and complain.  When I called CITI Bank Card's offices the
                first person I talked to said  she had just received another
                complaint about this company.  I didn't ask  her to pursue my
                charge, but to just cancel my card.  A few days later  CITI
                Bank's Customer Service Fraud Division asked me to s

Created By:     IFCC                    Created Date:  08/09/05

Updated By:                            Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              18.00    Payment Method: Not Reported

Agency Contact: External Agency    Complaint Date:   08/09/05

Initial Contact: Internet Web Site    Transaction Date: 04/27/05

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name:   Not Provided by Org          First:

Address:

City:                                           State: NR Zip:
Country:     LOCATION NOT REPORTED
Work phone   ()                Ext:
Fax Number:  ()
Home Number: ()
Email:
Age Range:
**Company**

Company: Webloyalty.Com. Inc

Address: 101 Merritt Seven, 7th Flor

City:    NORWALK                    State:  CT   Zip:   06851
Country: UNITED STATES
Email:   unk                        URL:
Phone:   (203) 8463300        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 6349819    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | They fraudulently obtained my credit card number and personal information without my knowledge and without my permission. They then billed me $9.00 per month for services they neither described nor delivered for two months until I noticed it on my credit card statement. I consider that Fraud, Theft and Invasion of my Privacy. When I called they falsely stated that they had sent me emails but agreed to credit my account. I have had to cancel my credit card account because they refused to erase it from their files. I do not expect to ever see my money. I today discovered a weblog on this very company's activities while using Google and searching for webloyalty.com. It has comments from many others similarly affected since 2003! Many have filed complaints with the FTC, the BBB and the FBI Internet Fraud Agency. For all we know these scam artists may be funding the next wave or terrorists! Can't our Government get its act together and stop such thievery since they are making millions and only a hundred or so have complained thus far on the web? How many more, I wonder, are being fleeced without knowing it and without any action from the agencies supposedly responsible to stop them? |

| | | | |
|---|---|---|---|
| Created By: | DCRASE | Created Date: | 06/30/05 |
| Updated By: | | Updated Date: | |
| Org Name: | PUBLIC USERS - CIS | | |
| Amt Requested: | 18.00 | | |
| Amt Paid: | 18.00 | Payment Method: | MasterCard Credit Card |
| Agency Contact: | Internet | Complaint Date: | 06/29/05 |
| Initial Contact: | Unknown | Transaction Date: | |

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:    FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:   (b)(6)                          First:   (b)(6)

Address:

City:        Ivyland                         State: PA  Zip:  (b)(6)
Country:     UNITED STATES
Work phone   (b)(6)
Fax Number:
Home Number:
Email:
Age Range:   65 - 69

**Company**

Company: Webloyalty.com INC

Address: 101 Merritt Seven, 7th Floor

City:    Norwalk                     State:  CT   Zip:   06851
Country: UNITED STATES
Email:   bizdev@webloyalty.com       URL:Webloyalty.com
Phone:   (203) 8463300      Ext:

**Company Representative**

Rep Name: Unknown, Unknown          Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 6226275    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | Upon examining my bank account records, it was apparent that a company was withdrawing money from my account without my approval. |
| | It appears that a pop-up or something else that I clicked on authorized them to take money from me.  they apparently got my creditcard info from tigerdirect.com website, so they say. |
| |  I checked the Better Business Beurau and they have extensive complaints on the reservationrewards.com for the same activity, unauthorized money removal (stealing.) Why is this allowed to continue when it is known? |
| | (b)(6) |

| | | | |
|---|---|---|---|
| Created By: | DBRAHLEK | Created Date: | 06/08/05 |
| Updated By: | | Updated Date: | |
| Org Name: | PUBLIC USERS - CIS | | |
| Amt Requested: | .00 | | |
| Amt Paid: | 9.00 | Payment Method: | Bank Account Debit |
| Agency Contact: | Internet | Complaint Date: | 06/07/05 |
| Initial Contact: | Unknown | Transaction Date: | 05/06/05 |

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule: FTC Act Sec 5 (BCP)

Law Violation: Deception/Misrepresentation

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org.: | | | |
| Last name: | (b)(6) | First: | (b)(6) |
| Address: | | | |
| City: | panama city | State: FL Zip: | (b)(6) |
| Country: | UNITED STATES | | |
| Work phone | (b)(6) | | |
| Fax Number: | | | |
| Home Number: | | | |
| Email: | | | |
| Age Range: | 40 - 49 | | |



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor

City:    NORWALK                          State: CT   Zip:  06851
Country: UNITED STATES
Email:   unknown                          URL:http://reservationrewards.com
Phone:   (203) 846-3300      Ext:

**Company Representative**

Rep Name: D'Agostino, Vincent            Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        6329067   Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.

Created By:     IFCC                   Created Date:  05/30/05
Updated By:                            Updated Date:

Org Name:       Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              50.00    Payment Method: Not Reported

Agency Contact:   External Agency    Complaint Date:  05/30/05


Initial Response:

Product/Service: Shop-at-Home\Catalog Sales

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                          First: (b)(6)

Address:

City:           OMAHA                   State: NE Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()                    Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      20 - 29

**Company**

Company:   Webloyalty.com, Inc.

Address:   101 Merritt Seven

           7th Floor
City:      NORWALK              State: CT   Zip:  06851

Country:   UNITED STATES

Email:                          URL:

Phone:     (800) 7327031        Ext:



01/17/2007

LMARASCO

**Company Representative**

**Associated Company**