# EXHIBIT B
# Part V

Dockets.Justia.com



01/17/2007

LMARASCO

**Transaction**

Ref No.:        6328955    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                The end of december, 2004, I purchased an item and when my
                transaction was  finished I was offered free discounts with
                making travel arraingement or  car rental.  I foolishly
                clicked yes but NEVER EVER gave a credit card  number or ANY
                authorization to buy ANYTHING.  I started getting billed $9
                a month for "reservation Rewards"  It took me a while to
                figure out what  was going on and who was responsible but I
                did my research and the are  THOUSANDS of people this
                STEALING company has done his too.  They STEAL  you
                creditcard info from the previous website and run through
                this fee  without EVER getting an autorizaton from the
                consumer.  I was told the  sent me an e-mail saying my "FREE
                TRIAL" was over but it mush have gone  into my spam file, I
                NEVER gave them my credit card number and I am  shocked that
                tey were able to sneak this info from me and that they are
                still in busness doing it to THOUSANDS of people

Created By:     IFCC                          Created Date:   05/29/05
Updated By:                                   Updated Date:
Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                                     Payment Method:
Agency Contact: External Agency               Complaint Date:  05/29/05

Initial Contact: Internet/E-mail              Transaction Date: 05/28/05

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:         (b)(6)                              First:    (b)(6)

Address:

City:         HOLLAND                          State: PA  Zip:   (b)(6)
Country:      UNITED STATES
Work phone    ()                    Ext:
Fax Number:   ()
Home Number:  (b)(6)
Email:
Age Range:    40 - 49
**Company**

Company:  webloyalty.com

Address:  101 merritt Seven, 7th Floor

City:     NORWALK                      State: CT   Zip:   06851
Country:  UNITED STATES
Email:    customerservice@reservationrewa  URL:
          rds.com
Phone:    (203) 8463310         Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:          6152192    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:        I knew nothing about this company untill Friday after getting
                 my credit card bill.  There was a 9.00 payment to
                 "Wli*reservationrewards 800-7327031 Ct" after calling the 800
                 number, and doing a web search I have found uncountable
                 people with the same problem.  This company begins charging
                 my account (I do not know how they got my accont number) with
                 the hope the consumer will not notice a small charge.  When I
                 called the company they said that they sell coupons--
                 something I have no desire to puchase.

Created By:      MPHILLIPS              Created Date:  05/24/05
Updated By:                            Updated Date:
Org Name:        PUBLIC USERS - CIS
Amt Requested:
Amt Paid:              9.00            Payment Method: Visa Credit Card
Agency Contact:  Internet              Complaint Date:  05/22/05

Initial Contact: Unknown               Transaction Date:


Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:    Telemarketing Sales Rule

Law Violation:  TSR: Unauthorized billing

## Consumer

Complaining
Company/Org.: (b)(6)
Last name:                              First: (b)(6)

Address:

City:            Menominee              State: MI Zip: (b)(6)
Country:         UNITED STATES
Work phone       ()              Ext:
Fax Number:      ()
Home Number:   (b)(6)
Email:
Age Range:       50 - 59



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty.com, Inc

Address:  101 Merritt Seven, 7th Floor

City:    Norwalk                          State:  CT   Zip:   06851

Country:  UNITED STATES

Email:                                    URL:

Phone:    (800) 7327031        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        6108823    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:       This company is a travel discount company, but it does it
                subscriptions after you buy off of other sites like
                bizrate.com and other sites. They have been on several of my
                credit cards at several different times, and I think these
                guys have probably quietly bilked me out of $100 - $200 worth
                of monthly $7.00 fees.

                please let me know what happens.
                (b)(6)

Created By:     RLOPER                   Created Date:   05/13/05
Updated By:                             Updated Date:
Org Name:       PUBLIC USERS - CIS
Amt Requested:          7.00
Amt Paid:               7.00    Payment Method: Visa Credit Card
Agency Contact:  Internet       Complaint Date:  05/11/05

Initial Contact: Internet Web Site
                                Transaction Date:

Initial Response:

Product/Service: Travel\Vacations

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:      (b)(6)                   First:  (b)(6)

Address:

City:           San Mateo               State: CA Zip: (b)(6)
Country:        UNITED STATES
Work phone      (b)(6)
Fax Number:
Home Number:
Email:
Age Range:      30 - 39



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com * TRAVELVALUESPLUS.CO

Address: 101 Merritt 7, Seventh floor

City:    Norwalk                          State:  CT   Zip:   06851
Country: UNITED STATES
Email:   bizdev@webloyalty.com            URL:www.webloyalty.com
Phone:   (203) 846-3300        Ext:

**Company Representative**

**Associated Company**

e



01/17/2007

LMARASCO

**Transaction**

| Ref No.: | 6160188 | Contact Type:Complaint | Source:Consumer | TCS? Y |

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
I have had reoccurring charges from this company appearing on
my credit card every 8th of the month September 2004 - May
2005.  The charges are apparently for a rewards program
which I never agreed to participate in.  I am not entirely
sure how this company received my credit card information,
while it appears that the charges started occurring after
one of the following online purchases I made:  Expedia
8/2/2004 or Ticketweb.com on 8/9/2004I have since
cancelled both my credit card and my so called "membership"
with this organization via their website
(www.reservationrewards.com) on 5/10/2005.

| Created By: | IFCC | Created Date: | 05/11/05 |

Updated By:                              Updated Date:

Org Name:     Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              63.00      Payment Method: Not Reported

Agency Contact:  External Agency    Complaint Date:  05/11/05

Initial Contact: Internet Web Site    Transaction Date: 09/08/04


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                                    First: (b)(6)
Address:

City:         SAN FRANCISCO            State: CA Zip: (b)(6)
Country:      UNITED STATES
Work phone    ()              Ext:
Fax Number:   ()
Home Number: (b)(6)
Email:
Age Range:    20 - 29



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor

City:     NORWALK                          State: CT  Zip:  06851
Country: UNITED STATES
Email:                                     URL:
Phone:    (203) 8463300        Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

| Ref No.: | 6080039   Contact Type:Complaint    Source:Consumer    TCS? Y |
|---|---|

Comments:    CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
I went onto my Credit Card site to check to see if I had
recieved a refund Iam expecting when I saw a charge from
Shopper discount & rewards. I then called my credit card
company on 04/12/2005. They tell me that this company has a
popup that if you push the ok button that they sign you up
and the cost is $9.00 dollars a month and Iam not sure when
it happen because on my credit card site  only goes back to
12/10/2004 and they have been charging from then.I pay
online so I do not get a paper statment from them. It was
when I was placing an order to Lane Bryant website when this
happen is what the credit card company said. I then called
said company because the credit card company can not stop
them from charging on it and they then closed the account
and I have never been to shopper discount & reward site
before I got the conformation of closing the account. I feel
this is a violation of my rights and I want my money back
and said company to stop this practice. Popup are comming up
all the time more and more even with blockers but this one
came through and they sign me up when I closed it out. I
think this is stealing and want them to stop this kind of
tactic. Any company that does this.They canceled the
charging but did not close the account. I seen when I got
ahold of the BBB that they have a bad report with them
already. Thanks

| Created By: | IFCC | Created Date: | 04/13/05 |
|---|---|---|---|
| Updated By: | | Updated Date: | |
| Org Name: | Internet Fraud Complaint Center | | |
| Amt Requested: | | | |
| Amt Paid: | 45.00 | Payment Method: Not Reported | |
| Agency Contact: | External Agency | Complaint Date: | 04/13/05 |
| Initial Contact: Phone | | Transaction Date: 04/11/05 | |

Initial Response:

Product/Service: Bus Opps\Franchises\Distributorships

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:        THE DALLES                     State: OR Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:   30 - 39

**Company**

Company: Webloyalty.com,Inc

Address: 6 Corporate Drive, Suite 450

City:    SHELTON                    State: CT   Zip:   06484
Country: UNITED STATES
Email:   mailto:customerservice@shopperd    URL:
         iscountsandrewards.
Phone:   (800) 8898776        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:       5904482    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:      I made a purchse from drugstore.com and then a company called
               Reservation Rewards deducted two $9.00 "fees" directly from
               my checking account. This is a scam, I did not give them
               permission nor did I have any knowlege of this company until
               I noticed the deductions on my checking account and called to
               find out what it was for.  I am sure they are doing this to a
               lot of people. PLEASE STOP THEM.  Thank you.

Created By:    DBRAHLEK              Created Date:  04/04/05
Updated By:                         Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:          18.00
Amt Paid:               18.00       Payment Method: Bank Account Debit
Agency Contact: Internet            Complaint Date:  04/01/05

Initial Contact: Internet (Other)   Transaction Date:

Initial Response:

Product/Service: Unauthorized Debits or Charges for Unknown Products

Statute/Rule:    Telemarketing Sales Rule

Law Violation:   TSR: Other Deception or Abuse (note in comments)

**Consumer**

Complaining
Company/Org.:
Last name:     (b)(6)                       First:  (b)(6)
Address:

City:          Bloomingdale                 State: NY Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()            Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     30 - 39



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com and reservation rewards and drugstore.com

Address: 6 Corporate Drive
         Suite 450
City:    Shelton                    State:  CT   Zip:   06484
Country: UNITED STATES
Email:                              URL:webloyalty.com
Phone:   (800) 732-7031      Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:      5897316    Contact Type:Complaint      Source: Consumer    TCS? Y

Comments:     Consumer is disputing a suspicious charge on her Visa bill.
              CC letter.

Created By:    JBLAND               Created Date:   04/01/05
Updated By:    JBLAND               Updated Date:   04/01/05
Org Name:     Planning and Information- BCP
Amt Requested:           9.00

Amt Paid:                .00    Payment Method: Unknown

Agency Contact: Mail            Complaint Date:  04/01/05

Initial Contact: Mail

                                Transaction Date:

Initial Response:Unknown

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                          First: (b)(6)
Address:

City:         Alexandria           State: VA Zip: (b)(6)
Country:      UNITED STATES
Work phone    ()              Ext:
Fax Number:   ()
Home Number:  ()
Email:
Age Range:



01/17/2007

LMARASCO

**Company**

Company: Webloyalty

Address: 101 Merritt 7
         Seventh Floor
City:    Norwalk                          State: CT    Zip:

Country: UNITED STATES

Email:                                    URL:

Phone:   (203) 8463300       Ext:

**Company Representative**

**Associated Company**

(b)(3):21(f),(b)(6)



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 5492698    Contact Type: Complaint    Source: Consumer    TCS? Y |
| Comments: | My Wells Fargo VISA was billed a $9 charge on Dec 06, 2004 and Jan 05, 2005 without my knowledge, sign-up or acceptance. |
| Created By: | DCRASE    Created Date:  01/10/05 |
| Updated By: | Updated Date: |
| Org Name: | PUBLIC USERS - CIS |
| Amt Requested: | |
| Amt Paid: | 18.00    Payment Method: Visa Credit Card |
| Agency Contact: | Internet    Complaint Date:  01/09/05 |
| Initial Contact: | Unknown    Transaction Date: |

Initial Response:

Product/Service: Buyers Clubs (not travel or lottery)

Statute/Rule:  FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:       Woodinville                State: WA Zip: (b)(6)
Country:    UNITED STATES
Work phone  (b)(6)
Fax Number:
Home Number:
Email:
Age Range:   50 - 59



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor

        (Corporate Offices)

City:     Norwalk,                State:  CT   Zip:  06851

Country: UNITED STATES

Email:                           URL:http://www.webloyalty.com/

Phone:   (800) 7327031     Ext:

**Company Representative**

Rep Name: None, None         Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 5429855 | Contact Type:Complaint | Source:Consumer   TCS? Y |

Comments:   These guys charge people's credit cards without asking for
credit card information.

http://sfgate.com/cgi-
bin/article.cgi?f=/c/a/2004/12/22/BUG16AFEBT1.DTL

Created By:     RLOPER              Created Date:   12/28/04
Updated By:                         Updated Date:
Org Name:       PUBLIC USERS - CIS
Amt Requested:
Amt Paid:                           Payment Method:
Agency Contact: Internet            Complaint Date:  12/26/04

Initial Contact: Internet Web Site   Transaction Date:

Initial Response:

Product/Service: Internet Web Site Design\Promotion

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)                       First:  (b)(6)

Address:

City:         Savannah                State: GA Zip: (b)(6)
Country:      UNITED STATES
Work phone    ()              Ext:
Fax Number:   ()
Home Number:  (b)(6)
Email:
Age Range:    30 - 39



01/17/2007

LMARASCO

**Company**

Company: Webloyalty

Address: 101 Merritt 7

City:       Seventh Floor
Norwalk                              State: CT    Zip:

Country: UNITED STATES

Email:                                              URL:

Phone:   (203) 8463300        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          5402891    Contact Type:Complaint     Source:Consumer    TCS? Y

Comments:         On 11/2/04, I purchased airline tickets from onetravel.com.

On my credit card bill, I noticed a charge for $9 for a transaction on 12/2 posted on 12/5 for "WLI*RESERVATIONREWARDS 800-7327031 CT."

I had no idea what the charge was, and was certain I hadn't signed up for any such program, so I did a web search for the phone number.

Apparently, many others have had the same charge for the same item without ever having ordered it.

I called the company to dispute the charge, and they insisted that I had signed up for some kind of rewards service when I purchased airline tickets.

I said I had never signed up for any such service, but they claimed they had sent three emails confirming the service, which apparently is a monthly subscription for $9 per month which gives you some online discounts.

When I complained that I was sure I had never signed up for any such service, they said that they had "millions of satisfied customers" and that the complaints were just a few.

Since I maintain my own mail server, I searched back over 60 days of logs, and there was no record of any email from this company.

I am thus certain that they never sent any confirmation emails.

Finally, I threatened to contact my state attorney general, and at that point they agreed to refund the $9 and cancel my subscription.

I checked the Connecticut Better Business Bureau website for this company, which goes under a dozen aliases, and saw that there have been many complaints along similar lines. See http://shorl.com/gidripridykehe

I am a computer programmer and IP attorney, and thus I am not a naive Internet consumer. I realize that some people may accidentally sign up for services they didn't intend to purchase, but I am certain that I never did this.

I believe this company is operating fraudulently, and their "millions of satisfied customers" are people who do not scrutinize their credit card bills carefully, since a $9 charge is easy to miss.

Created By:       RLOPER                    Created Date:   12/27/04



01/17/2007

LMARASCO

Updated By:                              Updated Date:

Org Name:      PUBLIC USERS - CIS
Amt Requested:            9.00
Amt Paid:                 9.00    Payment Method: MasterCard Credit Card
Agency Contact:   Internet        Complaint Date:  12/24/04

Initial Contact: Internet Web Site    Transaction Date:

Initial Response:

Product/Service: Travel\Vacations

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)                        First:   (b)(6)

Address:

City:         Roslindale                State: MA Zip: (b)(6)
Country:      UNITED STATES
Work phone    (b)(6)
Fax Number:
Home Number:
Email:
Age Range:    20 - 29

**Company**

Company: WebLoyalty.com aka WLI Reservation Rewards

Address: 101 Merritt Seven, 7th Floor

City:    Norwalk                    State: CT   Zip:   06851
Country: UNITED STATES
Email:   bizdev@webloyalty.com      URL:http://www.webloyalty.com
Phone:   (203) 846           Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        5440132    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
Some time in July 2004, I signed on to use the on-line movie
purchasing service called Fandango.com. They hold my personal
and credit card information on file for every time I purchase
movie tickets from them. Upon buying my first set of tickets
at fandango.com a pop up window came up on my browser
offering me $10 off my next movie tickets purchased at
fandango.com. I had no reason to believe this pop up ad was
not from fandango as it had no details other than the offer
of a future discount at fandango.com. At some point during
this transaction I added my e-mail address so I could get to
the next page of information and then became aware that this
ad was NOT from fandango so I closed the window and never
thought about it again. Low and behold, six months later I
learned that my credit card had been charged an unassuming
$9/month. I never received any e-mails regarding impending or
processed charges from webloyalty.com nor did I ever once
receive an inquiry from them as to why I had not logged into
my so called "membership" for six months. They obviously have
no regard for customer care or trust.While my money was
refunded finally after much discussion with an reservation
rewards operator and subsequent e-mail I sent to their
office, I am very disturbed by the advertising practices and
methods in which reservation rewards/ webloyalty.com obtained
my personal information including my credit card. To simply
say that people should read the fine print is hardly
justification for such deceptive advertising practices. I was
told twice by two different representatives at webloyalty.com
that using my e-mail address twice to sign on was
justification enough for them to start billing my credi

Created By:     IFCC                          Created Date:   12/08/04
Updated By:                                   Updated Date:
Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                      .00            Payment Method: Not Reported
Agency Contact: External Agency              Complaint Date:   12/08/04

Initial Contact: Phone                       Transaction Date: 12/07/04

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: [b)(6]                          First: [b)(6]

Address:

City:          WEST CHESTER                  State: PA  Zip: [b)(6]
Country:       UNITED STATES
Work phone     ()                    Ext:
Fax Number:    ()
Home Number:   [b)(6]
Email:
Age Range:     40 - 49

**Company**

Company:  WebLoyalty.com, Inc

Address:  101 Merritt Seven
          7th Floor
City:     NORWALK                      State: CT   Zip:   06851
Country:  UNITED STATES
Email:    customerservice@reservationrewa  URL:
          rds.com
Phone:    (203) 8463300           Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 5298743    Contact Type:Complaint    Source:Consumer    TCS? Y |

Comments:    After making a purchase on Fandango, an audio file told me I was entitled to 10.00 off my next Fandango purchase if I just clicked "yes" below.  Before clicking "yes," I read the fine print which did -- vaguely -- tell me that I would be charged 9.00 monthly for taking advantage of this "entitlement." This is highly deceptive.

| | | | |
|---|---|---|---|
| Created By: | DBRAHLEK | Created Date: | 11/29/04 |
| Updated By: | | Updated Date: | |

Org Name:    PUBLIC USERS - CIS
Amt Requested:        9.00

Amt Paid:            .00    Payment Method: Not Reported

Agency Contact:  Internet    Complaint Date:  11/27/04

Initial Contact: Internet Web Site    Transaction Date:

Initial Response:

Product/Service: Internet Web Site Design\Promotion

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:    (b)(6)        First:  (b)(6)

Address:

City:        Livermore        State: CA Zip:  (b)(6)
Country:      UNITED STATES
Work phone    ()            Ext:
Fax Number:    ()
Home Number:  (b)(6)
Email:
Age Range:    40 - 49



01/17/2007

LMARASCO

**Company**

Company:  Webloyalty.com (dba Reservation Rewards?)

Address:  101 Merritt 7

City:    Norwalk                          State: CT   Zip:  06851
Country: UNITED STATES
Email:                                    URL:https://one-time-
                                             offer.com/sol3/fandango/sb21316/pro
                                             mo.asp?sid=c6d81a5b7e828836b12693f7
                                             1cd76611&ci=86E6165606CA6181F0A0D0F
                                             19140916BE767574767CB6080F1179747D7
                                             B67787B78C60AC07A7D6474666D7F696C75
                                             D81B12151216161A131FDB57524254535A4
                                             B42554AE52226

Phone:    (203) 846-3300       Ext:
**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        5404743    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
               TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
               INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.

Created By:    IFCC                         Created Date:   11/21/04
Updated By:                                 Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:                 .00       Payment Method: Not Reported

Agency Contact:  External Agency      Complaint Date:  11/21/04


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)                              (b)(6)
Last name:                                  First:

Address:

City:          TOPEKA                    State: KS  Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()              Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     20 - 29

**Company**

Company:  Webloyalty.com, Inc.

Address:  101 Merritt Seven
          7th Floor
City:     NORWALK                    State: CT   Zip:
Country:  UNITED STATES
Email:                               URL:
Phone:    (203) 8463300       Ext:



01/17/2007

LMARASCO

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          5142395    Contact Type: Complaint       Source: Consumer    TCS? Y

Comments:        CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                 TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                 INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                 During a purchase for movie theatre tickets through
                 www.fandango.com on 7/19/04, a pop up appeared asking for me
                 to complete a survey.  In return, I would have access to
                 something called ReservationsRewards. This promotion gave me
                 the impression that it was free in return for the completed
                 survey.  I then was billed on the credit used to purchase the
                 movie tickets $9 in Aug and Sept before I caught this charge.
                 I attempted to contact ReservationsRewards on 9/21/04 using
                 their 800 number listed on the credit card.  I navigated
                 through voice prompts and believed I was getting to a live
                 person when I was disconnected. I called my credit card
                 company on 9/21/04, AT&T Universal, who conferenced AT&T,
                 ReservationsRewards and myself.  I then was able to connect
                 these charges to my movie ticket purchase. I made it clear to
                 the ReservationsRewards representative that this was
                 extremely deceptive.  ReservationsRewards did say they would
                 credit me for the $18.00 and would stop further charges. I
                 did a search on the Internet and have found this company has
                 tricked others in the same way.  The CT BBB has a reported on
                 this company relative to deceptive selling practices at
                 http://www.connecticut.bbb.org/commonreport.html?compid=77000
                 102.

Created By:      IFCC                      Created Date:   09/21/04

Updated By:      .                         Updated Date:

Org Name:        Internet Fraud Complaint Center

Amt Requested:

Amt Paid:                 .00     Payment Method: Not Reported

Agency Contact:  External Agency     Complaint Date:   09/21/04

Initial Contact: Internet Web Site   Transaction Date: 07/19/04

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name: (b)(6)                          First: (b)(6)

Address:

City:          SHERMAN                      State: CT Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()                  Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     50 - 59
**Company**

Company: Webloyalty.com, Inc. ReservationsRewards

Address: 101 Merrit Seven, 7th Flr.

City:    NORWALK                      State: CT   Zip:   06851
Country: UNITED STATES
Email:                                URL:
Phone:   (203) 8463300      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 4748610   Contact Type:Complaint   Source:Consumer   TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. i don't know how they got my debit card number, they had my E-mail address and i had no password to get into the member site, so thsy sent it to me!!  i have asked them to remove my card number from there files! |

| | | | |
|---|---|---|---|
| Created By: | IFCC | Created Date: | 07/07/04 |
| Updated By: | | Updated Date: | |
| Org Name: | Internet Fraud Complaint Center | | |
| Amt Requested: | | | |
| Amt Paid: | 9.00 | Payment Method: Not Reported | |
| Initial Contact: Internet/E-mail | | Transaction Date: 07/06/03 | |

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:

| | | | | |
|---|---|---|---|---|
| Last name: | (b)(6) | First: | (b)(6) | |
| Address: | | | | |
| City: | KAKE | State: AK Zip: | (b)(6) | |
| Country: | UNITED STATES | | | |
| Work phone | () | Ext: | | |
| Fax Number: | () | | | |
| Home Number: | (b)(6) | | | |
| Email: | | | | |
| Age Range: | 65 - 69 | | | |

Page  148  of  184



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address:

City:                                  State:  CT   Zip:

Country:  UNITED STATES

Email:                                 URL:

Phone:    (888) 6885995      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | |
|---|---|
| Ref No.: | 4722337    Contact Type:Complaint    Source: Consumer    TCS? Y |
| Comments: | CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO, TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV. Found unauthorized debit on my credit card statement. Apparently a monthly'membership fee'.  Unrequested, not authorized. |
| Created By: | IFCC                    Created Date:   06/23/04 |
| Updated By: |                         Updated Date: |
| Org Name: | Internet Fraud Complaint Center |
| Amt Requested: | |
| Amt Paid: | 9.00    Payment Method: Not Reported |

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:  (b)(6)                         First:  (b)(6)

Address:

City:        HOUSTON                      State: TX Zip: (b)(6)
Country:     UNITED STATES
Work phone   ()                    Ext:
Fax Number:  ()
Home Number: (b)(6)
Email:
Age Range:   60 - 64



01/17/2007

LMARASCO

**Company**

Company:  WebLoyalty.com, Inc

Address:  101 Merritt 7, Fifth Floor

City:     NORWALK                        State:  CT   Zip:   06851
Country:  UNITED STATES
Email:    customerservice@reservationrewa   URL:
          rds.com
Phone:    ()                    Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        4648026    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
               TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
               INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
               Visited the web site of Half.com, never authorized charge
               which appeared on my credit card statement.

Created By:    IFCC                    Created Date:  06/01/04
Updated By:                            Updated Date:

Org Name:      Internet Fraud Complaint Center
Amt Requested:

Amt Paid:              9.00      Payment Method: Not Reported

Initial Response:

Product/Service: Shop-at-Home\Catalog Sales

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                              First: (b)(6)

Address:

City:          HAYMARKET                State: VA Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()              Ext:
Fax Number:    (b)(6)
Home Number:
Email:
Age Range:     40 - 49
**Company**

Company: WebLoyalty.com

Address: 101 Merritt 7, Seventh floor

City:    NORWALK                State: CT  Zip:  06851
Country: UNITED STATES
Email:                         URL:
Phone:   (203) 9295668    Ext:



01/17/2007

LMARASCO

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        4670462    Contact Type:Complaint    Source: Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                On 5/6/04, I purchased a plane ticket from www.priceline.com.
                When I had completed my transaction from priceline, a window
                popped up and asked if I'd like an extra $20 off of my next
                ticket purchase.  I clicked yes because I frequently purchase
                tickets from priceline.

Created By:     IFCC                    Created Date:    05/31/04
Updated By:                             Updated Date:
Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                9.00    Payment Method: Not Reported
Initial Contact: Internet Web Site    Transaction Date: 05/13/04


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:

Law Violation:

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                      First: (b)(6)

Address:

City:           LADSON              State: SC Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()                  Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      20 - 29



01/17/2007

LMARASCO

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor - Corp

City:    NORWALK                          State:  CT   Zip:   06851

Country: UNITED STATES

Email:                                    URL:

Phone:   (203) 8463300        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:          4350213    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:         On April 21, 2004 I received an email from reservation
                  rewards explaining that my account had been cancelled and my
                  credit card was being refunded. Upon calling the customer
                  service line I was informed the name on the account was
                  Beverly Rohlf, and the charges were being put on the Shady
                  Dell Elementary School Visa. The emails were being sent to
                  me, Carly White, also a school employee. Neither Beverly
                  Rohlf or myself ordered or authorized any charges from
                  Reservation Rewards or any of their affiliate companies to
                  our school credit card. In addition I am still receiving spam
                  mail from this company and am unable to get it stopped.

Created By:    BKEENE                    Created Date:  04/26/04

Updated By:                              Updated Date:

Org Name:      PUBLIC USERS - CIS
Amt Requested:          9.00

Amt Paid:               .00    Payment Method: Visa Credit Card

Agency Contact:  Internet       Complaint Date:  04/22/04

Initial Contact: Internet/E-mail
                                Transaction Date: 04/21/04

Initial Response:

Product/Service: Internet Access Services

Statute/Rule:    CAN-SPAM Act

Law Violation:   SPAM: Other\general annoyance

**Consumer**

Complaining
Company/Org.:
Last name:     (b)(6)                    First:  (b)(6)

Address:

City:          Springfield              State: MO  Zip:  (b)(6)
Country:       UNITED STATES
Work phone     (b)(6)                :
Fax Number:
Home Number:
Email:
Age Range:     20 - 29



01/17/2007

LMARASCO

**Company**

Company: WebLoyalty.com, and Reservation Rewards

Address: 6 Corporate Drive
         Suite 450
City:    Shelton                           State: CT   Zip:   06484
Country: UNITED STATES
Email:   customerservice@reservationrewa   URL:reservationrewards.com
         rds.com
Phone:   (1888) 6885995        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        4350182    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:      (Please keep in mind I am a professional computer programmer
and am generally quite careful about online transactions ¿
making this all the more dangerous for non-savvy internet
consumers)
After ordering business cards on VistaPrint.com at the end of
the transaction there is a continue button labeled something
like "Click here to get your $10.00 credit towards next
purchase" - being busy I just pressed the continue button to
finish my transaction, where the next page says confirm my
email address.  I do so, and all of a sudden I realize my
credit card information and personal information was just
transferred to another site and used to sign me up for
ReservationRewards, what ever that is.  Luckily, I noticed
this and cancelled my ¿new membership¿  After some research
on the internet, many were not so lucky.  If you type
¿webloyalty.com scam internet¿ into Google you will find
similar complaints posted on the net.
It is quite obvious that they use this method in the hope of
catching people off guard.  In all the online purchases I've
made, I've never had my credit card info shuffled from one
site to another!  This is unacceptable and damaging to
internet commerce by eroding the consumer confidence that
online transactions are safe.
Even more interesting - after pressing the back button then
forward again it was going to sign me up for
BuyerAssurance.com using the same stolen credit card
information!  My hunch is it would have signed me up for all
four of their bogus programs charging my credit card monthly
for each!

Created By:    BKEENE                    Created Date:  04/26/04

Updated By:                              Updated Date:

Org Name:      PUBLIC USERS - CIS
Amt Requested:        9.00

Amt Paid:             .00        Payment Method: American Express Credit
                                                 Card

Agency Contact:  Internet          Complaint Date:  04/22/04

Initial Contact: Internet Web Site
                                   Transaction Date:


Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)