# EXHIBIT B
# Part VI

Dockets.Justia.com



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:                              First: (b)(6)

Address:

City:        Boynton Beach           State: FL Zip: (b)(6)
Country:     UNITED STATES
Work phone   (b)(6)
Fax Number:
Home Number:
Email:
Age Range:   30 - 39

**Company**

Company: webloyalty.com
Address: 101 Merritt 7
         7Th Floor
City:    Norwalk                State: FL   Zip:   06851
Country: UNITED STATES
Email:   bizdev@webloyalty.com      URL:http://www.webloyalty.com
Phone:   (203) 846-3300      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        4325220    Contact Type:Complaint      Source:Consumer   TCS? Y

Comments:      CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
               TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
               INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
               In August 2003 I visited Travelocity Web site to purchase 2
               airline tickets to St. Louis.  At the End of my purchase I
               was asked to complete a survey reguarding my experience on my
               most recent purchase with Travelocity.  This is the program
               that hijacked my Credit card information.  At no time was I
               asked nor did I authorize a free trial membership with
               WLI*reservationrewards.com.  Begining on 9/13/2003 and
               continuing each month on the same date my Credit Card was
               billed $7.00, by WLI*reservationrewards.com totally to date
               $49.00.  According to the BBB CT this company was to have
               sent 3 e-mails confirming my free 30 day trial membership. I
               never agreed to said memebership nor recieved any such
               communication from bogus company that scams the public by
               hijacking thier credit card data from reputible company's Web
               sites via survey data which never included any credit card
               data nor request for authorization of continuing charges for
               alleged services.  These associated company's, such as
               Travelocity, Buy.com, Fandango and many others are wanting
               return bussiness and employ this "DATA-Miner", Credit
               Hijacking, survey scam to fleece the public.  I contacted
               USAA Mastercard today,3/30/2004.  They agreed to refund 3 mo.
               of charge, plus $20 ($41 of the $49, filter all future
               charges and block for a period of time.  I appreciate thier
               efforts.  The Customer Service Rep with
               reservationrewards(Rick) agreed to refund the $49 in 3-5
               Bussiness days, cancel my membership, and verify this by e-
               mail.  He confirmed that had gotten my data through
               Travelocity's Web site, had my card number, name address,
               date of birth, and I do not know what else.  None of the data
               he had was authorized by me for use

Created By:    IFCC                         Created Date:   03/30/04
Updated By:                                 Updated Date:
Org Name:      Internet Fraud Complaint Center
Amt Requested:
Amt Paid:                49.00      Payment Method: Not Reported
Initial Contact: Internet Web Site    Transaction Date: 09/13/03


Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:  (b)(6)
Last name: [ (b)(6) ]                    First: [ (b)(6) ]

Address:

City:      DUNCANVILLE                State: TX Zip: [ (b)(6) ]
Country:   UNITED STATES
Work phone   ()                Ext:
Fax Number:  ()
Home Number: [ (b)(6) ]
Email:
Age Range:  50 - 59

**Company**

Company: Webloyalty.com, Inc.

Address: 101 Merritt Seven, 7th Floor

City:      NORWALK                     State: CT   Zip:   06851
Country:   UNITED STATES
Email:     customerservice@webloyalty.com   URL:
Phone:     (203) 8463300        Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        4072762    Contact Type:Complaint        Source:Consumer    TCS? N

Comments:       Consumer was calling to file a complaint against AMEX.
                Consumer states that they had two unauthorised charges from
                webloyalty.com for $7 per month.  Consumer states that it
                took them 6 months to investigate that and they allowed the
                $7 charge to continue every month.  Consumer states that
                although Webloyalty has refunded $21, AMEX states they will
                reimburse him only $14.  Consumer states the other charges
                will rmain on his account.  Consumer had notified AMEX about
                this in June 03.

Created By:     MKATEMA                    Created Date:   03/03/04
Updated By:                                Updated Date:
Org Name:       TOLL FREE NUMBER AND CONSUMER SENTINEL
Amt Requested:         56.00
Amt Paid:              35.00    Payment Method: Unknown
Agency Contact: Phone           Complaint Date:
Initial Contact: Mail
                                Transaction Date: 05/21/03

Initial Response:Mail

Product/Service: Credit Cards

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:      (b)(6)                         First:   (b)(6)
Address:

City:           Canton                                  State: TX Zip: (b)(6)
Country:        UNITED STATES
Work phone      (b)(6)              Ext:
Fax Number:
Home Number:
Email:
Age Range:      50 - 59



**Company**

Company:  AMEX (American Express)

Address:

City:                                            State:  NR   Zip:
Country:  LOCATION NOT REPORTED
Email:                                           URL:
Phone:    (888) Blue741        Ext:

Company:  webloyalty.com

Address:  unknown

City:                                            State:  CT   Zip:
Country:  UNITED STATES
Email:                                           URL:
Phone:    ()                   Ext:

**Company Representative**

**Associated Company**

Company:  AMEX (American Express)

Address:

City:                                            State:  NR   Zip:
Country:  LOCATION NOT REPORTED
Phone:    (888) Blue741        Ext:
Reason:   Other



01/17/2007

LMARASCO

## Transaction

| | |
|---|---|
| Ref No.: | 3535893    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | This company has been charging $7.00 per month to my AMEX credit card. I contacted AMEX each time and had the charge removed. I don't know how this company got my card number. The charges are not authorized. My AMEX credit card has been voided. Please investigate this company. -Thank You |
| Created By: | TLENTON    Created Date:    11/19/03 |
| Updated By: | JOB: Upd_internet_related    Updated Date:    11/20/03 |
| Org Name: | PUBLIC USERS - CIS |
| Amt Requested: | 7.00 |
| Amt Paid: | .00    Payment Method: American Express Credit Card |
| Agency Contact: | Internet    Complaint Date: 10/13/03 |
| Initial Contact: | Internet (Other)    Transaction Date: |

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule: FTC Act Sec 5 (BCP)

Law Violation: Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:

Last name: (b)(6)                        First: (b)(6)

Address:

City:         Henderson             State: NV Zip: (b)(6)

Country:      UNITED STATES

Work phone    ()              Ext:

Fax Number:   (b)(6)

Home Number:

Email:

Age Range:    50 - 59



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 101 Merritt

City:     7th Floor
          Norwalk                      State: CT   Zip:   06851

Country: UNITED STATES

Email:                                 URL:webloyalty.com

Phone:   (203) 846-3300      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:          3504437    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:         Whithout signing-up to any loyalty program, priceline.com
                  gave my details to webloyalty.com who started automatically
                  debiting my account $8/month.  I managed to get a refund, but
                  would nevertheless like to file a complaint.

Created By:       DCRASE                  Created Date:  11/06/03
Updated By:       JOB: Upd_internet_related    Updated Date:  11/07/03
Org Name:         PUBLIC USERS - CIS
Amt Requested:          7.98
Amt Paid:               7.98      Payment Method: Visa Credit Card
Agency Contact:   Internet        Complaint Date:  10/12/03
Initial Contact:  Internet Web Site
                                  Transaction Date:

Initial Response:

Product/Service:  Travel\Vacations

Statute/Rule:     FTC Act Sec 5 (BCP)

Law Violation:    Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:  (b)(6)
Last name:                              First:  (b)(6)

Address:

City:          palo alto               State: CA Zip: (b)(6)
Country:       UNITED STATES
Work phone     (b)(6)
Fax Number:
Home Number:
Email:
Age Range:     30 - 39



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com and priceline.com

Address: 101 Merritt 7, Seventh floor

City:    Norwalk                         State: CT   Zip:   06851
Country: UNITED STATES

Email:   customerservice@webloyalty.com    URL:webloyalty.com and priceline.com

Phone:   (203) 846-3300      Ext:

**Company Representative**

Rep Name: unknown, unknown                Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        3479258    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:       Somewhere, probably imbedded in a legitimate order,
                webloyalty.com claims that I signed up for their "reservation
                discount club".  I do not travel and so would not have done
                such a thing had the offer been made overtly.  I assume there
                was a default 'acceptance' hidden in the fine print.  I have
                contacted them and they will reverse the charges but I feel
                that they are running a scam in which many persons such as I
                will just  go ahead and pay the $7.00.

                I am dissuaded from ordering anything else on the internet.

                I have filed this complaint with Yahoo.com who they have
                referenced.

Created By:     BKEENE                  Created Date:   10/28/03

Updated By:                             Updated Date:

Org Name:       PUBLIC USERS - CIS
Amt Requested:          7.00

Amt Paid:               7.00           Payment Method:MasterCard Credit Card

Agency Contact: Internet               Complaint Date:  10/27/03

Initial Contact: Unknown               Transaction Date: 10/27/03

Initial Response:

Product/Service: Travel\Vacations

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                      First:  (b)(6)

Address:

City:           Columbus                            State: MT Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()              Ext:
Fax Number:     (b)(6)
Home Number:
Email:
Age Range:      65 - 69



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 6 Corporate Dr.
Suite 450
City:    Shelton                    State: CT   Zip:   06484

Country: UNITED STATES

Email:                              URL:webloyalty.com

Phone:    (888) 688-5995      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

## Transaction

Ref No.:        3424179    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:      This company has managed to steal my credit card number
somewhere from the internet and have been making unauthorized
charges ($7 per month for the last 3 months) against my
credit account. I have no contact, no business, no relations,
and received absolutely no service or products whatsoever
from this company. This company operates on a fraudulant
basis and its utter disregard for consumer rights has been
well documented on other complaint forums. The company and
its operational staff should be punished to the fullest
extent of the law.

Created By:    DCRASE                     Created Date:    10/07/03
Updated By:                               Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:        7.00
Amt Paid:             21.00       Payment Method: American Express Credit
                                                  Card
Agency Contact:  Internet         Complaint Date:  10/01/03

Initial Contact: Unknown          Transaction Date:

Initial Response:

Product/Service: Travel\Vacations

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:     (b)(6)                First:  (b)(6)
Address:

City:          San Francisco         State: CA Zip: (b)(6)
Country:       UNITED STATES
Work phone     ()              Ext:
Fax Number:    ()
Home Number:   ()
Email:         (b)(6)
Age Range:     20 - 29



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 101 Merritt 7, Seventh floor

City:     Norwalk                    State: CT   Zip:   06851
Country: UNITED STATES
Email:    bizdev@webloyalty.com       URL:webloyalty.com
Phone:    (203) 846-3300      Ext:

**Company Representative**

Rep Name: N/A, N/A                    Title:

**Associated Company**



01/17/2007

LMARASCO

## Transaction

| | |
|---|---|
| Ref No.: | 3345974    Contact Type:Complaint    Source:Consumer    TCS? Y |
| Comments: | Webloyalty has made charges from my Visa check card for two different promotional programs, ReservationRewards and TravelValuesPlus.  I have contacted Webloyalty and cancelled membership and have the charges reversed, however, my concern is that I did not know I was enrolling in either of these programs.  I've researched this on the Internet and found quite a few stories like mine.  I think Webloyalty and its partners should be investigated for fraudulent activity. |

| | | | |
|---|---|---|---|
| Created By: | RBROWN1 | Created Date: | 09/09/03 |
| Updated By: | CIS1 | Updated Date: | 09/10/03 |
| Org Name: | PUBLIC USERS - CIS | | |
| Amt Requested: | 6.00 | | |
| Amt Paid: | 6.00 | Payment Method: | Visa Credit Card |
| Agency Contact: | Internet | Complaint Date: | 09/06/03 |
| Initial Contact: | Internet Web Site | Transaction Date: | |

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule: FTC Act Sec 5 (BCP)

Law Violation: Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:

| | | | |
|---|---|---|---|
| Last name: | (b)(6) | First: | (b)(6) |
| Address: | | | |
| City: | Anchorage | State: AK Zip: | (b)(6) |
| Country: | UNITED STATES | | |
| Work phone | (b)(6) | : | |
| Fax Number: | | | |
| Home Number: | | | |
| Email: | | | |
| Age Range: | 30 - 39 | | |



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 101 Merritt 7, Seventh floor

City:    Norwalk                          State: CT   Zip:   06851
Country: UNITED STATES
Email:   info@webloyalty.com              URL:www.webloyalty.com
Phone:   (203) 846          Ext:

**Company Representative**

Rep Name: Unknown, Unknown                Title:

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

| | | | |
|---|---|---|---|
| Ref No.: | 3327603 | Contact Type:Request for Information | Source:Consumer    TCS? N |

Comments:

After noticing strange charges to my checking account my bank discovered that a company was automatically debiting my debit card. I never signed up for a program or service and after contacting Webloyalty I was told that someone used my information to sign me up online through either priceline.com or webloyalty.com without my permission. I have had to close all of my banking accounts and credit cards, but I am most concerned that this company allowed such a transaction without verifying the identity of the account. I have never received an email, mail contact or telephone contact to confirm this transaction. I only discovered this fraud after balancing my account. Please help me recover these lost funds and hold this company accountable for their fraudulent activities.

Created By:      DBRAHLEK                Created Date:    09/05/03

Updated By:      CIS1                    Updated Date:    09/06/03

Org Name:        PUBLIC USERS - CIS

Amt Requested:               .00

Amt Paid:                  36.00        Payment Method: Bank Account Debit

Agency Contact:  Internet

                                        Complaint Date:   09/04/03

Initial Contact: Internet (Other)

                                        Transaction Date: 09/03/03

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                                   First: (b)(6)

Address:

City:          Palm Harbor          State: FL  Zip: (b)(6)
Country:       UNITED STATES
Work phone     (b)(6)
Fax Number:
Home Number:
Email:
Age Range:     20 - 29

**Company**

Company: Webloyalty.com a.k.a. Reservation Rewards

Address: 101 Merritt #7

         5th Floor
City:    Norwalk                    State: CT   Zip:  06851
Country: UNITED STATES
Email:   unknown                    URL:www.webloyalty.com
Phone:   (888) 6885995      Ext:

**Company Representative**

Rep Name: unknown, Raul              Title:

**Associated Company**



## Transaction

Ref No.:        3311646    Contact Type:Complaint      Source:Consumer    TCS? Y

Comments:       I have no idea how long this company has been charging my
                credit card.  I did not authorize them to use nor did I
                receive any type of services from them.  I believe they got
                my information fromt he 1800flowers.com website when I
                ordered things- I never gave them any indication that they
                could charge my account- I think they are doing this
                fraudulantly to others after reading about this company
                online. When I tried calling this company the number did not
                work??  I want this company to stop and to refund-this has
                happened to many customers of 1800flowers after I contacted
                them to ask how this company got the information from them

Created By:     SBUSTER                    Created Date:   09/03/03

Updated By:     CIS1                       Updated Date:   09/04/03

Org Name:       PUBLIC USERS - CIS
Amt Requested:        28.00

Amt Paid:             28.00        Payment Method:Visa Credit Card

Agency Contact: Internet           Complaint Date:  08/31/03

Initial Contact: Internet (Other)
                                   Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)

Law Violation:  Deception/Misrepresentation

## Consumer

Complaining
Company/Org.:
Last name:      (b)(6)        First:  (b)(6)

Address:

City:           Anchorage          State: AK Zip: (b)(6)
Country:        UNITED STATES
Work phone      ()                 Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      50 - 59



01/17/2007

LMARASCO

**Company**

Company: webloyalty.com

Address: 101 Merritt 7  Seventh Floor

City:    Norwalk                          State: CT   Zip:   06851
Country: UNITED STATES
Email:   www.webloyalty.com               URL:webloyalty.com
Phone:   (203) 846-3350        Ext:

**Company Representative**

Rep Name: N/A, N/A                         Title:

**Associated Company**



01/17/2007

LMARASCO.GOV

## Transaction

Ref No.:        3370242    Contact Type:Complaint        Source:Consumer    TCS? Y

Comments:       CONTACT SENTINEL@FTC.GOV FOR MORE COMMENT INFORMATION. ALSO,
                TO PREVENT INTERFERENCE WITH PENDING ACTIONS, PRIOR TO ANY
                INVESTIGATIVE ACTION CONTACT THE IFCC AT SEARCH@IFCCFBI.GOV.
                On May 9, 2003, I visited the web site 1-800-FLOWERS and
                ordered some flowers to be sent as gifts.  At that time I was
                offered a 30-day trial membership in a "travel club," Travel
                Values Plus, www.travelvaluesplus.com, also known as WLI
                Travel.  I declined this offer because there is a $7/month
                membership fee attached after the trial period.  I was
                supposed to receive a $100 credit on the 1-800-FLOWERS site
                plus additional discounts for signing up for this travel
                club, but I did not receive this (because I did not sign up
                for it!) On June 10, a debit of $7.00 from WLI Travel Values
                appeared on my debit card.  the charges were coded as POS
                (point of sale, the same code used for debit retail
                purchases) I did not notice it on my statement.  Subsequently
                2 more $7.00 charges appeared--on July 10 and on August 11.
                Early in August I had signed up for Account online, and this
                time I noticed the mystery $7.00 charge on August 12 and sent
                an email to my bank asking about it.  The bank gave me the 1-
                800-number for WLI Travel Values.  I also discovered some web
                postings with complaints from people who had also been
                unwittingly charged for this service.  (See
                http://www.gabandjd.com/yourprivacyisatrisk.html and
                http://www.complaints.com/february2003/complaintoftheday.febr
                uary24.2.htm) .Apparently, according to one of the sites, when
                I made an order at 1-800-FLOWERS, they passed my credit card
                information on to Webloyalty.com, Inc. without my knowledge.
                On August 12, 2003 I called WLI Travel values and demanded a
                cancellation and refund.  I was refunded $7 on August 15,
                2003.  On August 18, 2003, I called again and demanded that
                the rest of the charges be refunded, and they agreed.  In the
                mea

Created By:     IFCC                        Created Date:   08/19/03
Updated By:     CIS1                        Updated Date:   09/17/03
Org Name:       Internet Fraud Complaint Center
Amt Requested:
Amt Paid:              21.00        Payment Method: Not Reported
Initial Contact: Internet Web Site
                                   Transaction Date: 05/09/03

Initial Response:

Product/Service: Other (Note in Comments)

Statute/Rule:



01/17/2007

LMARASCO

Law Violation:

**Consumer**

Complaining
Company/Org.: (b)(6)
Last name:

Address:

First: (b)(6)

City:          NEW BRITAIN
Country:       UNITED STATES          State: CT Zip: (b)(6)
Work phone     ()                Ext:
Fax Number:    ()
Home Number:   (b)(6)
Email:
Age Range:     40 - 49

**Company**

Company: Webloyalty.com, Inc.

Address: 115 Lyons Street

City:    NEW BRITAIN                  State: CT   Zip:   06052
Country: UNITED STATES
Email:   denisemay@yahoo.com         URL:
Phone:   (860) 2232255      Ext:

**Company Representative**

**Associated Company**



01/17/2007

LMARASCO

**Transaction**

Ref No.:        2772679   Contact Type:Complaint      Source:Consumer   TCS? Y
Comments:

I ordered a dozen lacrosse balls online and the company I
ordered it from uses travel value plus supposedly to
determine customer satisfaction with the transaction.
As part of this, they offered a refund on gasoline purchases
for three months, as I recall,not to exceed $10 a month if I
signed up for a FREE discount travel service.
This morning I received an Email (included below) regarding a
seven dollar ($7.00)a month charge to be billed to my
Mastercard starting March 14, 2003.
Also, although all transactions were done online, the only
cancellation provision provided is for me to call them to
cancel.
I believe this is an unfair and deceptive trade practice
prohibited by the FTC.
This is part of the Email I received:

Dear Valued Member,

I hope you're enjoying all your money-saving benefits of
Travel Values Plus! Our records show that your membership is
still active and you're entitled to full access to all of the
benefits.
As a reminder if you are completely satisfied with Travel
Values Plus and want to keep saving, simply do nothing and
your discounts and protection will automatically continue and
your next $7.00  membership fee will be billed by Travel
Values Plus to the credit card you used to join and
authorized Travel Values Plus to use for billing and benefit
processing (MasterCard, Last 4 digits: 7146). Your next
billing date is 3/14/2003 and your membership fee will show
up on your card statement as billed by WLI*TRAVELVALUES 800-
890-4892 CT.

You have our Guarantee. If at anytime you're ever
dissatisfied, simply call Travel Values Plus at 1-800-890-
4892 anytime Monday through Friday 8 AM - 11 PM, Saturday 9
AM - 6 PM and Sunday 9 AM - 5 PM (EST) to cancel your
membership benefits and we will refund any money due you and
owe nothing further. All the money you save is yours to keep!

Sincerely,

Marty Isaac
Vice President
Travel Values Plus

Created By:    DBRAHLEK              Created Date:   03/03/03
Updated By:                         Updated Date:
Org Name:      PUBLIC USERS - CIS
Amt Requested:          .00



01/17/2007

LMARASCO

Amt Paid:                    .00          Payment Method: MasterCard Credit Card

Agency Contact:  Internet              Complaint Date:  02/28/03

Initial Contact: Internet (Other)      Transaction Date: 02/12/03

Initial Response:

Product/Service: Travel\Vacations

Statute/Rule:    FTC Act Sec 5 (BCP)

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:

Last name: (b)(6)                          First: (b)(6)

Address:

City:       Orlando                        State: FL Zip: (b)(6)

Country:    UNITED STATES

Work phone   ()                    Ext:

Fax Number:  ()

Home Number: (b)(6)

Email:

Age Range:  50 - 59

**Company**

Company: Webloyalty.com DBA Travel Values Plus

Address: 101 Merritt 7, Fifth Floor

City:    Norwalk                     State: CT   Zip:   06851

Country: UNITED STATES

Email:   bizdev@webloyalty.com      URL:http://www.travelvaluesplus.com and
                                          webloyalty.com

Phone:   (203) 846-3300     Ext:

**Company Representative**

**Associated Company**

(b)(3):21(f),(b)(6)



01/17/2007

LMARASCO

## Transaction

Ref No.:        2440850    Contact Type:Complaint    Source:Consumer    TCS? Y

Comments:       Webloyalty, as an umbrella for Travel Values and Buyer
                Assurance "companies," among others, surreptitiously inserted
                "agreements" for services into my Classmates.com registration
                process.  Nowhere do I remember agreeing to a payment plan
                that would bill my credit card $72 a month for services.
                Nowhere do I even remember agreeing to the use of and payment
                for these services except as is necessary to sign up for
                Classmates.com.  I was under the impression that these
                services were email/information based, NOT that I was
                agreeing to buy anything.  In addition, as far as I remember,
                it is impossible to sign up for Classmates.com without
                "agreeing" to one of these services.  The "agreement" is such
                that the computer radio button is already checked for you.
                While you can uncheck it, you cannot sign up to Classmates,
                without checking *some* radio button for *some* service.
                Basically, it is very sly marketing embedded into the
                registration at Classmates.com, and as I understand it, it
                has bilked others as well.

Created By:     NSHOUSE                    Created Date:    10/22/02

Updated By:     HBUCKMON                   Updated Date:    10/24/02

Org Name:       PUBLIC USERS - CIS

Amt Requested:          72.00

Amt Paid:               72.00             Payment Method:MasterCard Credit Card

Agency Contact: Internet                  Complaint Date:  10/21/02

Initial Contact: Internet Web Site        Transaction Date:

Initial Response:

Product/Service: Internet Information & Adult Services

Statute/Rule:   FTC Act Sec 5 (BCP)



01/17/2007

LMARASCO

Law Violation:   Deception/Misrepresentation

**Consumer**

Complaining
Company/Org.:
Last name:      (b)(6)                          First:   (b)(6)

Address:

City:           Grand Rapids                    State: MI Zip:  (b)(6)
Country:        UNITED STATES
Work phone      ()                      Ext:
Fax Number:     ()
Home Number:    (b)(6)
Email:
Age Range:      20 - 29

**Company**

Company:  webloyalty.com

Address:  101 Merritt 7 Fifth Floor

City:     Norwalk                    State: CT   Zip:   06851
Country:  UNITED STATES
Email:    bizdev@webloyalty.com      URL:webloyalty.com
Phone:    (203) 8463300        Ext:

**Company Representative**

**Associated Company**



# Office of the Attorney General
## Consumer Complaint Form
### Consumer Complaint and Information Section
### One Ashburton Place
### Boston, MA 02108
### (617) 727-2200   (617) 727-0434 (TTY)



RECEIVED ▮▮▮▮ 2006
OFFICE OF THE ATTORNEY GENERAL
CCIS

**Tom Reilly**
**Attorney General**

**Consumer Information:**

Name: ▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮

City/State/Zip: ▮▮▮▮▮▮▮▮

Daytime Phone: ( ▮▮ ) ▮▮▮▮

**Business/Complaint Against:**

Name: _Webloyalty.com, INC_

Address: _101 Merritt Seven, 7th floor_

City/State/Zip: _Norwalk, CT 06851_

Phone: (_800_) _732 7031_

You are not required to answer but, are you 60 years or older?  yes _____  no _✓_

*If you seek a reasonable accommodation in filing a complaint or with completing this form, please call*
*(617) 727-2200.  If you wish to communicate via TTY service, please check here _____ or call (617) 727-0434.*

**Product/service involved:** _Internet Billing_

Cost of product/service: _O_

Amount paid to date: _$81_

Date of transaction: _$9 per month for 9 months_   Was a contract signed? _NO_

How did you pay for product? cash _____ check _____ credit card _X_ (Debit)  installment plan/loan _____

Was product/service advertised? mail _____ radio/tv _____ newspaper _____ telephone _____ Internet _X_

Have you complained directly to the company: in person _____ by phone _X_ by letter _____

To whom: _WLI CS._   Date: _1/3/06_

What resolution do you seek? _Refund of $45 - they already sent me $36_

**For complaints regarding motor vehicles only, please provide the following information:**

Make/Model: _____ Year: _____ Purchased: new _____ used _____

Vehicle Identification Number (VIN): _____ Date of purchase: _____

*Note: The VIN may be found on your title or registration.*

Mileage at purchase: _____ Current mileage: _____ Purchase price: _____

Total number of business days vehicle has been in the repair shop: _____

**For complaints regarding utilities only, please mark the categories that apply:**
*(For utilities related questions only, please call the Utilities Hotline: 888-514-6277 toll free)*

| | | |
|---|---|---|
| Telephone _____ | Billing _____ | Unauthorized Charges _____ |
| Wireless _____ | Rates _____ | Harassment/Rudeness _____ |
| Electric _____ | DSL _____ | Other _____ |
| Gas _____ | | |

**(please continue →)**

| Have you contacted another agency? _____ <br> If yes, what is the name of the agency? | Have you hired an attorney? ___ NO <br> If yes, what is the attorney's name? |
|---|---|

Please sign the complaint form below after describing your complaint in detail. Include all relevant names and other information, and describe any action you have taken to resolve this dispute and how the business has responded to you. Attach additional pages if necessary. Be sure to include clear copies of receipts, sales contracts, warranties, claim checks and other relevant documentation supporting the facts set forth in this complaint.

**PLEASE SIGN BELOW. KEEP YOUR ORIGINALS - SEND COPIES ONLY.**

On ▅▅▅, 2005, I purchased Movie tickets from the website movietickets.com.

On my most recent credit card bill, I noticed a charge for $9 for a transaction on ▅▅▅2006 posted on ▅▅ for WLI*RESERVATIONREWARDS 800-7327031 CT. I had no idea what the charge was, and was certain I hadn't signed up for any "reservation rewards" program, so I did a web search for the phone number for the item. Apparently, many other people have had the same exact charge for the same item without ever having ordered it.

I called the company to dispute the charge, and they insisted that I had signed up for some kind of rewards service when I purchased movie tickets. I insisted that I had never signed up for any such service, but they claimed they had sent me three emails confirming the service, which apparently is a monthly subscription for $9 per month which gives you discounts on some products or services online. They did. I searched my spam filter to find them, but I still never authorized this service.

When I complained that I was sure I had never signed up for any such service, they said that they had "millions of satisfied customers" and that the complaints were just a few.

Finally, I threatened to contact my state attorney general, and at that point they agreed to refund the $81 and cancel my subscription. They refunded $36.

I work in Information Technology , and thus I am not a naive Internet consumer—while I realize that some people may accidentally sign up for services they didn't intend to purchase, I am certain that I never did this. I believe this company is operating fraudulently, and their "millions of satisfied customers" are people who do not scrutinize their credit card bills carefully, since a $9 charge is easy to miss.

I would like the Consumer Protection division of the Attorney General's Office to look into this problem as I am sure it affects many Massachusetts Citizens.

Please don't hesitate to contact me for more information.

**CONFIDENTIALITY**

Under most circumstances, the text of your complaint will be considered a public record, a copy of which is available to any member of the public upon request. In response to such requests, this Office generally will not disclose your name, address, phone number, or any other information that identifies you and will not disclose this form in response to any request that specifically seeks the complaint submitted by you. Your record in its entirety may, however, be disclosed to law enforcement and regulatory agencies who may assist in resolving your complaint.

Signature: _____     Date: _____ ▅/06

Haverhill

  To: emailcomplaints@ago.state.ma.us
cc:
Subject: Consumer Complaint Form Results

 RECEIVED

2007

OFFICE OF THE ATTORNEY GENERAL
CCIS

2007 06:21 PM

--- Consumer Information
======================================================================

ARE YOU 60 YEARS OR OLDER?:

NAME:

ADDRESS:

CITY:

07·04·5726
RECEIVED
2007
B-  CAT HAN

STATE:

ZIP OR POSTAL CODE:

COUNTRY (IF OUTSIDE THE US):

TELEPHONE:

E-MAIL:

=== Complaint About
======================================================================

NAME OF BUSINESS:
WebLoyalty.com  aka  WLI*ReservationRewards.com

ADDRESS:
P.O. Box 855

CITY:
Shelton

STATE:
CT

ZIP OR POSTAL CODE:
06484

COUNTRY (IF OUTSIDE THE US):

TELEPHONE:
1-800-732-7031

PRODUCT/SERVICE INVOLVED:
discount travel expenses

DATE OF TRANSACTION:
06

HAVE YOU COMPLAINED DIRECTLY TO THE BUSINESS?:
No

WHAT OTHER AGENCIES DID YOU CONTACT?:


HAVE YOU HIRED AN ATTORNEY TO REPRESENT YOU IN THIS MATTER?:
No

WHAT RESOLUTION DO YOU SEEK?:
I would like a refund

PLEASE DESCRIBE YOUR COMPLAINT:
I bought flowers online from FromYouFlowers.com and somehow this
"reservationrewards" scam got my credit card number and has been charging me
$10 a month since Nov. 06.  I researched on the internet and found a website
here...

http://adam.rosi-kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_
a_scam.html

This website has postings of over 1,600 people who are also victims to this
scam!


=== Declaration:
======================================================================
By filling in my name and the date below, I certify that the information I
have provided is true and correct to the best of my knowledge, and I adopt
this as my on-line signature.

NAME:


DECLARED THIS DATE:
2007

 2006

 2006

Attorney General Thomas Reilly
Consumer Complaint Division
One Ashburton Place
Boston, MA 02108

Dear Attorney General Reilly:

I want to let you know about a company that was billing my credit card without my consent. It appeared on my credit card statement as WLI Reservation Rewards in Connecticut, and they billed my account $9 each month for the last four months.

I made some calls and discovered that the company is webloyalty.com. It is located at 6 Corporate Drive, Suite 405, in Shelton, CT 06484. The phone number is 800-732-7031. I called the company and asked why they were billing me. The customer service representative said that I had signed up online for "Reservation Rewards." I use the internet regularly and never did I knowingly sign up for this program. I didn't know that I was a member, and I did not receive any benefit.

It seems that I am not alone. A quick Google search revealed that numerous people feel they have been taken advantage of by webloyalty.com. On rip-off report.com there were 44 entries complaining about the company.

According to the customer service representative that I spoke to, my money is going to be refunded and the membership (that I never signed up for) is being canceled.

I hope there is something you can do to prevent others from having to endure what I have gone through.

Sincerely,



## IC3 COMPLAINT REFERRAL FORM

The following information was provided by the victim and may be
forwarded to the appropriate law enforcement or regulatory agencies.

$20

Complaint ID          I060910053147651
Date of Complaint:    09/10/2006 05:31:14

### Complainant Information

Last Name:            Smith
First Name:           Justin
Middle Name:          Evan
Age Range:            Under 20
Gender:               M
Phone Number.
Email Address:
Street 1:
Suite/Apt/Mail Stop.
City·
Live in City Limits:
County:
State:
State Name:
Zip:
Country:
Country Name·
Has Documents·        ☒
Is Online Fraud       ☐
Local LEA:            Honolulu Police

### Alleged Perpetrator Information

Business Name:        Webloyalty INC Reservation Rewards
Last Name:            D'Agostino
First Name·           Vincent  D'Agostino
Middle Name.          R.
Gender:               M
Phone Number          8007327031
Street 1              101 Merritt 7 7th Floor
City.                 Norwalk
State:                CT
State Name·           Connecticut
Zip:                  06850
Country:              US
Country Name.         United States

### Other Identifiers

URL:                  reservationrewards.com
Other Identifier:     "WLI ReservationR"  appears on bank statements.

**Monetary Loss**

Amount Lost:            20
Used Third Party Service:        ☐
Payment Means:
   Check Debit Card:    ☒

**Incident Info**

Incident Description:  I have never done business with this company, I
noticed in my bank statements that withdrawls have occured a number of
times, so I had my bank file a fraud report. Upon further research I
found that it has happened to many other people as well. They take small
amounts like $10 and hope that they will just slide by unnoticed, I
guess. I can imagine if they do this to thousands of people, they are
really striking it big!! Please make them liable for thier actions!
Justin

Initial Contact Means: Other
Was Unsolicited:       ☒
Prior Relationship:    no prior relationship
Conducted Research:    ☐
Time Passed:           Less than 1 week
Medium Used:
   Other Medium:       ☒

**Contact Info**

Previously Reported To:

## O'Hearne, Carla (ATG)

**From:**     dkmlw@aol.com
**Sent:**     Thursday, August 17, 2006 5:14 PM
**To:**       ATG MI Cyber CRC Manager
**Subject:** Re: A notice from the Washington State Attorney General's Office #59448

Sandra,

Thank you for the information.   I am very curious about the response the company returns to you.  I can tell with you that the response the company provided to the Connecticut Better Business Bureau made false claims about my spouse and my participation in their "service", and the exhibits the company provided to the BBB were generic, and did not even contain our names.

It is obvious to me that the WebLoyalty company is very "skilled" at the methods they use to defraud people.  I am just so thankful the Seattle Times ran the article about companies such as WebLoyalty, so that we became informed and althrough we were scammed for several hundred dollars, we won't be scammed by them further.


Thanks again.

Denise René
206.515.1745


-----Original Message-----
From: CCRCman@ATG.WA.GOV
To: dkmlw@aol.com
Sent: Thu, 17 Aug 2006 2:03 PM
Subject: A notice from the Washington State Attorney General's Office #59448

Thursday, August 17, 2006

Denise  Rene


re: Respondent : webloyalty.com
    File Number : 59448

Dear Sir or Madam:

    The Consumer Protection Division has received an email from webloyalty.com
indicating that your complaint is being reviewed.  A copy of their email has
been attached for your records.

    When the business has completed its investigation and provided us with a
response, we will inform you.

This email transmission is intended only for the addressee shown above. It may
contain information that is privileged, confidential, or otherwise protected
from disclosure. Any review, dissemination, or use of this transmission or its
contents by persons other than the addressee is strictly prohibited. If you have
received this transmission in error, please notify us immediately by response
email at the above address.

4/18/2007

Received Via Internet: **7/30/2006 5:54:45 PM**        Form Type: **eng**        CCRC-CASE#: **59448**

### Consumer Information

Name: **Rene, Denise**
Address: **9132 121st Ave SE**
City: **Newcastle**                State: **WA**                    Zip: **98056-2027**
Day Phone: **2065151745**        Evening Phone: **2065151745**
Email Address: **dkmlw@aol.com**
Age Group (optional):

In order to process your complaint, the Attorney General's Office will send a copy of your complaint to the complained of business. Do you want the Attorney General's Office to send this business a copy of your complaint? **Yes**

I understand that if I answer No, the Attorney General's Office will not process this complaint. Additionally, if I answer Yes, I understand that my complaint and any related documents I have submitted will become "public records." Under state law, public records are subject to public records disclosure requests. Under some circumstances, my complaint and related documents may therefore be seen by other people.

### Business Information

Name of business that I am complaining about: **webloyalty.com**
Address: **101 Merritt Seven, 7th Floor**
City: **Norwalk**                State: **CT**                    Zip: **06851**
Phone: **2039295668x107**        Toll-Free:                    Fax:
E-mail: **Marie.Defelice@webloyalty.com**

Name of owner or manager (if known):
Names and addresses of any other businesses involved in your complaint: reservationrewards.com

Item or service purchased: **buyers protection?**
Cost of item or service: **736.00**        Did you sign a contract? **NO**        Date of transaction: **Feb2002**
Salesperson's name:
Was an advertisement involved?
Date and source of advertisement:

### About Your Complaint

Have you complained to the business? **YES**
If YES, to whom (include position)? **via the Connecticut Better Business Bureau (Ms. Patrica D. Sturm), who was able to get a name and number of a contact at Webloyalty (reservationrewards.com). BBB = Ms. Patricia D. Sturm, Dispute Resolution Specialist, Better Business Bureau, 94 South Turnpike Rd, Wallingford, CT 06492. Webloyalty = Marie DeFelice, Customer Service Manager, Buyer Assurance, 101 Merritt Seven, 7th Floor, Norwalk, CT, 06851. (203)929-5668 ext.107**
What response did you receive? **Ms DeFelice sent a packet to me, including her reply to Ms. Sturm of the better business bureau, making FALSE claims of when supposedly my spouse and I accepted their POP-UP ad offers (which my spouse and I NEVER accept).**
If you have not contacted the business, explain why not:

Have you filed a complaint about this business with the Attorney General's Office before? **No**
If Yes, list the file number assigned to that complaint:

Have you contacted a private attorney? **No**
If YES, identify the name and address of the attorney:
Is there a court or other legal proceeding pending? **No**
If YES, please explain:

Explain your complaint in detail: **Based on a Seattle Times newspaper article http://seattletimes.nwsource.com/html/makeitcount/2003005932_keepyourmoney21.html, we discovered that this company has been scamming us since well Feb 2002. My spouse and I believed the $7.00 and $72.00 charges on our credit card from various WLI\* companies belonged to the other person. WE NEVER sign up for any of these sorts of ridiculous on-line services, and have cancelled many pop-ups. Furthermore, We have done online**

business with many of the companies listed at http://www.cheap56k.com/forums/archive/index.php/t-19269.html for which we have also had to cancel pop-ups. We had NO IDEA that companies like these, would associate themselves with scammers like "Reservation Rewards" (WLI* parent company).

We have since cancelled the credit card (that we have had for 10 years), and had a new one issued, and we have the MBNA CC company working a fraud case against this Reservation Rewards WLI* company. Needless to say, I am absolutely furious with these kinds of companies and hope that they are shut down, or are forced to pay hefty penalties for this fradulent business practice.

Although Mr. Rene and I did sign up at Classmates for a membership, they clicked the "[X]" in the up right corner of the popup to cancel the transaction, as both Mr. and I do not trust even the "cancel" or "No Thanks" options, and assumed that "[X]" (closing) the window would negate any processing. We were sadly wrong, as WLI programmatically changed the POP-UP so that even if a user attempted to close the POP-UP by clicking the "[X]" the POP-UP still processed the transaction as if we picked "Yes". Please refer to the Seattle Times and Washington Post articles, which uncovered this horrible and fraudulent activity.

http://seattletimes.nwsource.com/html/makeitcount/2003005932_keepyourmoney21.html

http://www.washingtonpost.com/wp-dyn/content/article/2006/05/06/AR2006050600160_pf.html

Additionally, Mr. Rene and I have also patronized other companies (Buy.com, expedia.com, half.com, etc.) only to discover they are also companies with which we need to be wary of conducting business, because of their involvement with WLI and their fraudulent business practices.

Furthermore, Ms Marie DeFelice's submission of the Exhibits is laughable, considering the Exhibits she provided, firstly do not even contain our names, nor are any of the options selected. Additionally, we went to the WLI*ReservationRewards web sight as a "test", since they claim our e-mail accounts were sent "confirmation e-mails". We confirmed our suspicions, that neither of our e-mail addresses were known to their system.

Moreover, I am a packrat when it comes to digital or paper information. I have spent the last several weeks unarchiving, restoring and poring through e-mails on my system to find any e-mail from WLI, as Ms. DeFelice claimed. There are no e-mails from her company as she has claimed.

Ms DeFelice claims there was $736 of refunds that were to be returned to our account. WLI sent us a check for only $126. We want a check for the remaining $610 they owe us.

I cannot begin to express how disgusted I am with the business practices these sorts of companies conduct. I can say that we plan to not ever do business with any company that associates with companies like WLI. We are enormously thankful there are resources like the Seattle Times and Washington Post investigative reporters, who discover this sort of fraud and enable unknowing and unaware consumers like Mr. Rene and myself to become educated about this fraudulent conduct, and can in return recover from the abuse/fraud.

One further note, I have also submitted a complaint to the Internet Crime Complaint Center (IC3) and have been issued complaint # I0607302021042041.

Thank you for your time and diligence on this issue, and on our behalf.

What do you think the business should do to resolve your complaint?  (Circle one) **RFD**
Explain if you have circled 'Other':

████████████████████████ Signature ████████████████████████

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I understand that my complaint and the related documents will become a 'public record' and under state law can be subject to a public records disclosure request and thus be seen by other people.

Signature: **Denise K. Rene**                  Date: **30 July 2006**                  Received via the Internet
                                                                                      City and State where signed

| Case#: | RcvDate: | FormType | |
|---|---|---|---|
| 59121 | 7/14/2006 3:48:19 PM | eng | **ONLINE Complaint** |

## CONSUMER INFORMATION

**Name:** Schow, Jo Ann
**Address:** 4306 156th Avenue NE, HH326
**City:** Redmond                                      **State: WA**    **Zip: 98052**
**Phone:** Day: 4254975099        Eveing: 4258696805        E-mail address: nord40@aol.com

**Yes**    In order to process your complaint, the Attorney General's Office will send a copy of your complaint to the complained of business. Do you want the Attorney General's Office to send this business a copy of your complaint?

I understand that if I answer No, the Attorney General's Office will not process this complaint. Additionally, if I answer Yes, I understand that my complaint and any related documents I have submitted will become "public records." Under state law, public records are subject to public records disclosure requests. Under some circumstances, my complaint and related documents may therefore be seen by other people.

OPTIONAL: For our statistics we would appreciate having your age:        **50-59**

## BUSINESS INFORMATION

Name of the business that I am complaining about: **Webloyalty.com, Inc**

Address: **101 Merritt Seven, 7th Floor (Corporate Offices)**

City:     **Norwalk, CT 06851**                              State:        Zip:

Phone:                        Toll Free Number:            E-mail Address:

Name of Owner or Manger (if known):  **Richard Fernandes**

Names and Address of any other business involved in your complaint:

**Choice Hotels**

Item or service purchased: **Hotel Reservation**

Cost of item or Service: **$9/month**        Did You sign a contract? **NO**        Date of transaction: **October 2005**

Salesperson's name:

Was an advertisement involved?  **NO**        Date and source of advertisement:

## ABOUT YOUR COMPLAINT

Have you complained to the business  **YES**        If YES, to whom: (and their position):  **I called customer service - 800 732 7031**

What response did you receive?

**The cancelled my membership**

If you have not contacted the business, explain why not:

Have you filed a complaint about this business with the Attorney General's Office before:    **No**
        If Yes, List the file number assigned to that complaint:

Have you contacted a private attorney?  **No**

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending?  **No**        If YES, please explain:

EXPLAIN YOUR COMPLAINT IN DETAIL:

**This company has you sign up for their program without even knowing about it. They use trickery to get you to sign up rather than being up front about it. I would have never knowlingly signed up for their program because I wouldn't use their service and especially because I wouldn't want them taking $9.00 a month from me.**
**You should have heard about this company before because they have done this to hundreds of thousands of unwilling victims. What they do is theft, pure and simple. If it wasn't they would be upfront about their program and not have to use deceitful and unethical ways to get your money.**

What do you think the business should do to resolve your complaint?  **RFD**

Explain if you have circled other:

**I didn't select other because I do want all of my money refunded but mostly, I want them to stop their deceitful practices.**

## SIGNATURE

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate.

I understand that my complaint and the realted documents will become a "public record" and under state law can be subject to a public records disclosure request and thus seen by other people.

| Jo Ann Schow | July 14, 2006 | Received via the internet |
|---|---|---|
| Signature | Date | City and State where signed |

## AGO Activity Log

| Log#: | Act_Sum: | Letter_#: | Letter Snt Dt: | Evd_Rcvd: | Evdidendce loc: |
|---|---|---|---|---|---|
| 31516 | CR500 called 203-846-3300; Sent R500 to customerservice@webloyalty.com | | 7/17/2006 | | |
| 31517 | R500 mailed as R requested. C informed about the refund. C400 sent. | | | | |
| 31966 | C404 & R710 | | 8/9/2006 | | |

## O'Hearne, Carla (ATG)

| | |
|---|---|
| **From:** | Nord40@aol.com |
| **Sent:** | Wednesday, August 09, 2006 3:06 PM |
| **To:** | ATG MI Cyber CRC 1 |
| **Subject:** | Re: A notice from the Washington State's Attorney General Office #59121 |

Thank you so much for following through on this. I had actually told someone in your office that I had received a complete refund and was happy about that. It's just the method that they use to get people to sign up "trickery" and I agree with everything they said in the letter except for the fact that they are on the up and up.

I can't image anybody would knowingly tell them yes, charge me 9.00 a month so I can have access to coupons to save money. Anyway, their response has been great and I'm happy that as far as I'm concerned, it's resolved.

Thanks for all your help.

Jo Ann