# EXHIBIT B
# Part IX

Dockets.Justia.com

After ordering bussiness cards on vistaprint.com at the end of the transaction there is a continue button labeled something like "Click here to get your $10.00 credit towards next purchase" - being busy I just pressed the continue to finish my transaction, where the next page says confirm my email address. I do so, and all of a sudden I realize my credit card information and personal information was just transfered to another site and used to sign me for ReservationRewards, what ever that is. It is quite obvious, that they use this method in the hope of catching people off guard. In all the online purchases I've made, I've never had my credit card info shuffled from one site to another! This is unacceptable and damaging to internet commerce by eroding the consumer confidence that online transactions are safe. Even more interesting - after pressing the back button then foward again it was going to sign me up for BuyerAssurance.com using the same stolen credit card information! My hunch is it would have signed me up for all four of their bogus programs charging my credit card monthly for each! Please stop these crooks before they sign up more retailers! A funny observation - their WalletSheild service is porportedly for identity theft protection!

Created: Kym Oswald-Korte .. 04/30/2004 12:21:15 PM
Last Edited: Last Edited: Kym Oswald-Korte .. 04/30/2004 12:22:19 PM

**Internet Mail Reply .. Sent**

| | |
|---|---|
| From: | AG@oag.state.fl.us |
| To: | dcurtis@ewol.com |
| Subject: | In reply to your email |
| Date: | 11/17/2006 03:04:56 PM |

The Florida Attorney General's Office is in receipt of your email regarding your concerns with Fandango; WebLoyalty; and WLI*Reservationrewards.com. Attorney General Crist asked that we respond.

This office is concerned about all potentially unfair and deceptive trade practices that may have the tendency or capacity to mislead consumers. We use complaints such as yours to develop information about patterns of business activity which may indicate the need for formal investigation or action by our office to protect the broad public interest. In cases of statewide significance, when substantive evidence is accumulated indicating that a firm is systematically violating Florida law, we may investigate and take action on behalf of the collective legal interests of the people of this state. We will retain your information in our consumer files to help organize our priorities.

The Federal Trade Commission's consumer tips about the Fair Credit Billing Act and Fair Debt Collection Practices Act may be helpful to you as you dispute any charges with your credit card company.

http://www.ftc.gov/bcp/conline/pubs/credit/fdc.htm

http://www.ftc.gov/bcp/conline/pubs/credit/fcb.htm

As you seek to resolve your individual complaint, you may contact Florida's Department of Agriculture and Consumer Services, Division of Consumer Services (DOACS). DACS is the state clearinghouse for consumer complaints and has a voluntary mediation program to assist individual consumers. You may contact DOACS online at:

http://www.800helpfla.com/

Or by mail at: 2005 Apalachee Parkway, Tallahassee, Florida 32399. The telephone number is (850) 488-2221 or toll-free from within Florida (800) 435-7352.

You may also wish to contact the Internet Crime Complaint Center, a combined effort of the National White Collar Crime Center and the FBI to combat Internet fraud, by telephone at (800) 251-7581, or visit that agency's website at:

http://www.ic3.gov

The following websites may be helpful to you:

http://www.ftc.gov/bcp/conline/pubs/credit/billed.htm

http://myfloridalegal.com
(follow the path at Consumer Protection/Protecting Yourself Against Consumer Fraud)

Finally, Florida's Deceptive and Unfair Trade Practices Act provides individuals with a private remedy to bring an action for damages, attorney's fees and court costs. You may wish to consider consulting a private attorney for any legal guidance you may need. If you need help finding a lawyer, The Florida Bar offers a Lawyer Referral Service which you may contact toll-free at (800) 342-8060.

Thank you for taking the time to share your concerns with Attorney General Crist's Office. If you would like to keep current with news on Attorney General Crist's efforts to fight fraud please follow this link and subscribe to the Attorney General's weekly and monthly electronic newsletters:

http://myfloridalegal.com/NewsBrie.nsf/Subscriber

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and fill out the on-line contact form.  Again, thank you for contacting the Office of the Florida Attorney General.

INTERNET COMPLAINT RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 11/14/2006 03:38:01 PM

Dennis Curtis
9348 Spring circle
Port Charlotte, FL 33981
Charlotte
(941) 697-6274
dcurtis@ewol.com


Name/Firm/Company: Fandango / WebLoyalty
Subject/Category: False or Deceptive Trade Practices
Street Address: 101 Merritt Seven, 7th Floor (Corporate Offices)
City: Norwalk
State: CT
ZipCode: 06851

Questions/Comments:
I am a computer programmer and I am not a naive Internet consumer--while I realize that some people may accidentally sign up for services they didn't intend to purchase, I am certain that I never signed up to be charged by WebLoyalty, nor did I authorize Fandango to provide my credit card number to them. I believe this company is operating fraudulently, and their "millions of satisfied customers" are people who do not scrutinize their credit card bills carefully, since a $9 charge is easy to miss.
I would like the Consumer Protection division of the Attorney General's Office to look into this problem as I am sure it affects many Florida Citizens.
I have been getting billed by WLI*RESERVATIONREWARDS for several months and did not know it. I've found that this company has been charging my credit card, $9.00 per month, supplied by Fandango without my knowledge.
I looked on the internet and found this is a scam that is being sued by several states and has a federal lawsuit on it now. I'm sure this company, along with Fandango, are billing many people in the state of Florida (besides me). This is comsumer fraud at it's finest. Fandango and WLI AKA RESERVATIONREWARDS should not be allowed to do business in Florida! I've been ripped off for a lot of money and received nothing in return after being tricked into this national sized scam.
I see on the internet that Massachusetts and Iowa have already filed against this company. Florida should protect the consumers as well.

Created: Becky Kring .. 11/17/2006 02:42:51 PM
Last Edited: Last Edited: Kym Oswald-Korte .. 11/17/2006 02:50:13 PM

**Internet Mail Reply .. Sent**

From:     AG@oag.state.fl.us
To:       **edroyer@floridalawgroup.com**

Subject:  **in response to your email**
Date:     12/15/2006 03:07:31 PM

The Florida Attorney General's Office is in receipt of your email regarding your concerns with Webloyalty.com.  Attorney General Crist asked that we respond.

This office is concerned about all potentially unfair and deceptive trade practices that may have the tendency or capacity to mislead consumers.  We use complaints such as yours to develop information about patterns of business activity which may indicate the need for formal investigation or action by our office to protect the broad public interest.  In cases of statewide significance, when substantive evidence is accumulated indicating that a firm is systematically violating Florida law, we may investigate and take action on behalf of the collective legal interests of the people of this state.

If you or anyone you know has been a victim of these charges, please be aware that  one can work with one's bank to find out about the possibility of having the charges reversed under Federal Regulation "E." If a bank is a member of the National Automated Clearing House Rules Association, that organization's rules permit the reversal of any unauthorized automated clearinghouse transaction if reported within sixty days after the transaction.  More information is available online at:

http://www.nacha.org

Also, as Webloyalty.com is based in the State of Connecticut, you may wish to contact the Connecticut Attorney General's office for any information and/or assistance that office may be able to provide.  You may contact that office at:

55 Elm Street
Hartford, Connecticut 06141-0120
Telephone: (860) 808-5318
Internet:  http://www.ct.gov/ag/

We will retain your information in our consumer files to help organize our priorities.  Thank you for taking the time to share your concerns with Attorney General Crist's Office.  If you would like to keep current with news on Attorney General Crist's efforts to fight fraud please follow this link and subscribe to the Attorney General's weekly and monthly electronic newsletters:

http://myfloridalegal.com/NewsBrie.nsf/Subscriber

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and fill out the on-line contact form.  Again, thank you for contacting the Office of the Florida Attorney General.

INTERNET COMPLAINT RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 12/15/2006
11:12:22 AM

Edward Royer
111 W. Wilder Ave
Tampa, FL 33603
Hillsborough
(813) 288-9525
edroyer@floridalawgroup.com


Name/Firm/Company: Webloyalty.com, inc.
Subject/Category: Internet Transactions
Website: customer-service.shopperdiscountandrewards.com/wli-shopperdiscount-cs.asp

Questions/Comments:
I am a private practice attorney in Tampa. I used to work for the Texas Attorney General in Houston. This
company tacks a $9.00 monthly charge to peoples bank accounts as WLI*Shopperdiscount. I never
signed up with this company or authorized any charges and recently noticed same going back to atleast
June 2006. See the following sites: http://leblog.exuberance.com/2006/03/why_does_wlisho.html
http://www.petitiononline.com/104scam/petition.html There are a lot of vidtims and they need to be
stopped. Please call as I will assist in any possible from the private legal sector.

Created: Dorothea Syleos .. 12/15/2006 02:27:18 PM
Last Edited: Last Edited: Kym Oswald-Korte .. 12/15/2006 02:50:15 PM

**Internet Mail Reply .. Sent**

From:     AG@oag.state.fl.us
**To:**     **mb8888@gmail.com**
bcc:      Luz Puerta/OAG

**Subject:   In reply to your email**
Date:      04/21/2006 10:02:23 AM

The Florida Attorney General's Office is in receipt of your email regarding your concerns with Tiger Direct and Reservation Rewards. Attorney General Crist asked that we respond.

This office uses complaints such as yours to develop information about patterns of business activity which might indicate the need for formal investigation or legal action by our office. We will keep your correspondence for future reference. If a pattern is discovered, what originated as a private dispute between buyer and seller may become a matter of broad public interest and thus warrant the Attorney General's intervention under the state's consumer protection laws.
We are forwarding your correspondence to the Attorney General's Economic Crime section for review. What action, if any, this office may take is unknown at this time. If we need further information we will contact you.

Florida's Department of Agriculture and Consumer Services, Division of Consumer Services (DOACS), is the state clearinghouse for consumer complaints and has a voluntary mediation program to assist individual consumers. You may contact DOACS online at:

http://www.800helpfla.com/

Or by mail at: 2005 Apalachee Parkway, Tallahassee, Florida 32399. The telephone number is (850) 488-2221 or toll-free from within Florida (800) 435-7352.

Regarding unauthorized credit card charges, the Federal Trade Commission's website provides important information about the Fair Credit Billing Act and Fair Debt Collection Practices Act which may prove helpful to you as you dispute the charges with your credit card company.

http://www.ftc.gov/bcp/conline/pubs/credit/fcb.htm

http://www.ftc.gov/bcp/conline/pubs/credit/fdc.htm

http://www.ftc.gov/bcp/conline/edcams/credit/index.html

Florida's Deceptive and Unfair Trade Practices Act provides individuals with a private remedy to bring an action for damages, attorney's fees and court costs. If you need help finding a lawyer, The Florida Bar offers a Lawyer Referral Service which you may contact toll-free at (800) 342-8060. If you cannot afford to hire an attorney, you may be eligible for low cost or pro bono assistance through a local legal aid office. The Florida Bar can assist you with this process.

In addition, the following is a list of agencies which you may wish to contact as you seek to resolve your individual complaint:

Federal Trade Commission
Toll-free: (877) 382-4357
Internet: http://www.ftc.gov

BBB of Southeast Florida (serving Miami, Ft. Lauderdale, West Palm Beach areas)
Phone: (561) 842-1918
Internet: http://www.bbbsoutheastflorida.org

Miami-Dade County - Phone: (305) 375-3677
Internet: http://www.co.miami-dade.fl.us/csd/

Thank you for contacting Attorney General Crist's Office.

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and fill out
the on-line contact form.  Again, thank you for contacting the Office of the Florida Attorney General.

INTERNET COMPLAINT RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 04/19/2006
02:25:12 PM

Milton Browne
3819 Knollwood Dr.
Chattanooga, TN 37415
mb8888@gmail.com


Name/Firm/Company: Tiger Direct & RESERVATION REWARDS
Subject/Category: False or Deceptive Trade Practices
Street Address: 7795 West Flagier St. Ste.35
City: Miami
State: FL
ZipCode: 33144
Phone: (800) 800-8300
Website: www.tigerdirect.com

Questions/Comments:
After making an online purchase from Tiger Direct (computer parts) by credit card, I started receiving a
$9.00 /MO charge on my credit card starting in Feb.'06.
I didn't notice the charge until I received the Mar. statement.
I contacted the RESERVATION REWARDS Co. and was told that they offered the service through Tiger
Direct and that I had subscribed to it, (which I didn't) when I placed my order.
They said that they would cancle the membership and refund a $9.00 charge (which they haven't done).
I contacted Tiger Direct via email and asked how this Co. obtained my credit card # and haven't had a
response.
I contacted my credit card co. and requested a form to dispute the charges by this Co.
They were very familar with the scam; it seems that they have scammed thousands besides myself.
I'm sure you all have had similar complaints and just wanted to do something to maybe warn others about
this fraudulent company.
If any action is possible I would be gratified.
The RESERVATIONREWARDS tel. # is 800-732-7031
They are owned and operated by webloyalty.com
Thank You
Milton Browne

Created: Amanda Morse .. 04/21/2006 09:29:15 AM
Last Edited: Last Edited: Kym Oswald-Korte .. 04/21/2006 09:47:26 AM

**Internet Mail Reply .. Sent**

From:       AG@oag.state.fl.us
To:         patrick@prlafferty.net

Subject:    Internet Transactions
Date:       04/30/2004 01:06:18 PM

Thank you for bringing your complaint to the attention of Florida Attorney General Charlie Crist.  Often it is only through correspondence from concerned and responsible citizens that this office becomes aware of widespread consumer problems.

Complaints are used to develop information about patterns of business activity which might indicate the need for formal investigation or legal action by our office.  We will keep your correspondence for future reference.  If a pattern is discovered, what originated as a private dispute between buyer and seller may become a matter of broad public interest and thus warrant the Attorney General's intervention under the state's consumer protection laws.  Please be aware however, that by law this office cannot offer legal advice to individuals nor act on their behalf.

You may wish to contact the Internet Fraud Complaint Center, a combined effort of the National White Collar Crime Center and the FBI to combat Internet fraud, by telephone at (800) 251-7581, or visit their website at:

www.ifccfbi.gov

The following websites may be helpful to you:

http://www.ftc.gov/bcp/conline/pubs/credit/billed.htm

http://myfloridalegal.com
(follow the path at Consumer Protection/Protecting Yourself Against Consumer Fraud)

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and fill out the on-line contact form.  Thank you for contacting the Office of the Florida Attorney General.


Patrick Lafferty
1506 Siena Ln
Boynton Beach, FL 33436
Palm Beach
(561) 733-1124
patrick@prlafferty.net


Name/Firm/Company: Webloyalty.com
Subject/Category: Internet Transactions
Street Address: 101 Merritt 7, Seventh floor
City: Norwalk
State: CT
ZipCode: 06851
Phone: (203) 846-3300
Website: webloyalty.com, reservationrewards.com, buyerassurance.com, TravelValuesPlus.com, WalletSheild.com

Questions/Comments:

After ordering bussiness cards on vistaprint.com at the end of the transaction there is a continue button labeled something like "Click here to get your $10.00 credit towards next purchase" - being busy I just pressed the continue to finish my transaction, where the next page says confirm my email address. I do so, and all of a sudden I realize my credit card information and personal information was just transfered to another site and used to sign me up for ReservationRewards, what ever that is. It is quite obvious, that they use this method in the hope of catching people off guard. In all the online purchases I've made, I've never had my credit card info shuffled from one site to another! This is unacceptable and damaging to internet commerce by eroding the consumer confidence that online transactions are safe. Even more interesting - after pressing the back button then foward again it was going to sign me up for BuyerAssurance.com using the same stolen credit card information! My hunch is it would have signed me up for all four of their bogus programs charging my credit card monthly for each! Please stop these crooks before they sign up more retailers! A funny observation - their WalletSheild service is porportedly for identity theft protection!

Created: Kym Oswald-Korte .. 04/30/2004 12:21:15 PM
Last Edited: Last Edited: Kym Oswald-Korte .. 04/30/2004 12:22:19 PM



**BILL MCCOLLUM**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**

**Office of Citizen Services**
**The Capitol**
**Tallahassee, Florida 32399-1050**

Telephone (850) 414-3990  SUNCOM 994-3990
FAX (850) 410-1630  SUNCOM 210-1630

July 26, 2006

Ms. Morgan Wiseman
7714 Murcott Circle
Orlando, Florida 32835

Dear Ms. Wiseman:

Thank you for bringing your consumer information regarding movietickets.com and
webloyalty.com to the attention of Florida Attorney General Charlie Crist. Often it is only
through letters from concerned and responsible citizens that this office becomes aware of
consumer problems.

This office is concerned about all potentially unfair and deceptive trade practices that may have
the tendency or capacity to mislead consumers. We use complaints such as yours to develop
information about patterns of business activity which may indicate the need for formal
investigation or action by our office to protect the broad public interest. In cases of statewide
significance, when substantive evidence is accumulated indicating that a firm is systematically
violating Florida law, we may investigate and take action on behalf of the collective legal
interests of the people of this state.

We will retain your information in our consumer files to help this office organize its priorities. If
you would like to keep current with news on Attorney General Crist's efforts to fight fraud please
visit our website and subscribe to the Attorney General's weekly and monthly electronic
newsletters: http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

OCS/lb



**BILL MCCOLLUM
ATTORNEY GENERAL
STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**

Office of Citizen Services
The Capitol
Tallahassee, Florida 32399-1050

Telephone (850) 414-3990  SUNCOM 994-3990
FAX (850) 410-1630  SUNCOM 210-1630

July 25, 2006

Ms. Morgan Wiseman
7714 Murcott Circle
Orlando, Florida 32835

Dear Ms. Wiseman:

Thank you for bringing your complaint regarding movietickets.com to the attention of Florida
Attorney General Charlie Crist. Often it is only through correspondence from concerned and
responsible citizens that this office becomes aware of widespread consumer problems.

We use complaints such as yours to develop information about patterns of business activity
which may indicate the need for formal investigation or action by our office to protect the broad
public interest. In cases of statewide significance, when substantive evidence is accumulated
indicating that a firm is systematically violating Florida law, we may investigate and take action
on behalf of the collective legal interests of the people of this state. However, please be aware
that this office does not mediate individual consumer complaints.

Florida's Department of Agriculture and Consumer Services, Division of Consumer Services
(DACS), is the state clearinghouse for all consumer complaints and has a voluntary mediation
program to assist individual consumers. The mailing address is: 2005 Apalachee Parkway,
Tallahassee, Florida 32399. The telephone number is (850) 488-2221 or toll-free from within
Florida (800) 435-7352. We are also enclosing a list of consumer organizations you may wish to
contact as you seek to resolve your individual complaint.

We appreciate your interest in helping to control the spread of deceptive business practices. If
you would like to keep current with news on Attorney General Crist's efforts to fight fraud please
visit our website and subscribe to the Attorney General's weekly and monthly electronic
newsletters: http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

# ☎ Fraud Hotline Message

Date/Time of Call        ☐ Retrieved from Citizen Services voice mail

08/26/2005  12:20 PM

Caller's Name     ☐ Not Provided    ☐ Spelling Uncertain

| First Name | Middle Initial | Last Name | Suffix |
|---|---|---|---|
| Heather | | Armstrong | |

### Caller's Contact Information

| Daytime Phone Number | Other Phone Number | Email Address |
|---|---|---|
| 850-422-3445 | | |

### Caller's Address

| 2229 Tanglewood Terrace | | | |
|---|---|---|---|
| Tallahassee | Florida | | 32303 |
| Leon County | | | |

### Message

Caller purchased online a pair of shorts online from kingsizedirect.com and somehow in purchasing those shorts managed to sign up for WLI Reservations Rewards. The co. is charging her card $9 here and there whenever they feel like. Caller states she just noticed it today and called the co. dispute the charge. Caller states the 1st option is are you calling about charges. The # to the co. 800-732-7031. Caller states she contacted the co. and they have sent her an email stating they will no longer

### Subject

Miscellaneous

### Comments by AG Staff

I reviewed the BBB's website and noticed the co. was Webloyalty.com, Inc. located at 101 Merritt Seven, 7th Floor (Corporate Offices) Norwalk, CT 06851. I suggested to the caller to dispute w/her bank & provided the # to CT OAG.

### Nature of Business

This company markets its services to the public at the point of purchase or registration on other companies' Web sites. The firm offers its services on a free trial basis for a specified period of time. Consumers who accept free trial memberships, by providing their electronic signature and clicking a "yes" button to accept the offer terms and conditions, must also agree to have their memberships continue on an ongoing basis until such time that the consumers choose to notify the company to cancel their memberships. The company has informed the Better Business Bureau that it sends at least three email notices to each consumer during the free trial period, including a billing reminder message before it bills the first service fee. If the consumer does not cancel his/her membership by the end of the free trial period, the company automatically renews the membership and charges a monthly or an annual fee to the consumer's credit card. The company continues to renew the consumer's membership unless canceled by the consumer.

### Customer Experience

Based on Better Business Bureau files, this company has an unsatisfactory record with the Bureau due to a pattern of complaints concerning deceptive marketing/selling practices and unauthorized charges to consumers' credit cards. Although the company has resolved all complaints brought to its attention by the BBB by canceling consumers' program memberships and by providing refunds, the firm has failed to correct the underlying reasons for the complaints.

During the past fifteen months, the company has been in discussion with the BBB and has attempted to address marketing concerns. The company has modified its marketing materials in an attempt to make clearer to consumers that they are signing up for a fee based program, not just receiving a cash back bonus.

To date, the BBB continues to receive the same patterns of complaint activity.
According to the company, a consumer may cancel the membership either online, by email, or by phoning a toll free number. The company maintains that it has a "no-resell" policy.
If you have a complaint against this company, we suggest that you directly contact the company's customer service department by calling: Travel Values Plus at 1-800-890-4892; Buyer Assurance at 1-800-890-4895; PC Protection Plus at 1-888-688-4525; Reservation Rewards at 1-800-732-7031; Walletshield at 1-800-250-6037; or Member Specials at 1-800-361-1786. The company's customer service department is open: Monday through Friday from 8:00 a.m. to 11:00 p.m. Eastern Standard Time; Saturday from 9:00 a.m. to 6:00 p.m. Eastern Standard Time; and, Sunday from 9:00 a.m. to 5:00 p.m. Eastern Standard Time. If you have e-mail capabilities, the company may be emailed at customerservice@webloyalty.com.
In the event your complaint is not satisfied directly with the company, we suggest that you file a complaint with the Better Business Bureau by completing a complaint form which may be accessed through our Web site at .

Is caller 60 or older? ◯ Yes ◯ No ◯ ?

Assigned to
Adrienne Crawford

Status

| | | |
|---|---|---|
| ☐ 1st Call - No Answer | ☐ 3rd Call - No Answer | ☐ Closed - Provided Information |
| ☐ 1st Call - Left Message | ☐ 3rdCall - Left Message | ☒ Closed - Referred to Outside Agency |
| ☐ 2nd Call - No Answer | ☐ Closed | ☐ Closed - Transferred to Another Agency |
| ☐ 2nd Call - Left Message | ☐ Closed - Unable to Contact | |

Created by Adrienne Crawford on 08/26/2005 12:20:10 PM
Last Updated by Adrienne Crawford on 08/26/2005 12:20:10 PM

# ☎ **Fraud Hotline Message**

Date/Time of Call                                    ☐ Retrieved from Citizen Services voice mail

11/15/2004  03:34 PM

Caller's Name                    ☐ Not Provided    ☐ Spelling Uncertain

| First Name | Middle Initial | Last Name | Suffix |
|------------|----------------|-----------|--------|
| Alison | | Newton | |

Caller's Contact Information

| Daytime Phone Number | Other Phone Number | Email Address |
|----------------------|--------------------|---------------|
| 352-378-5098 | | |

Caller's Address

| Florida |
|---------|

Message

Caller ordered one sweep broom from the internet.  The caller states that since she has ordered the caller states that she has been charged for different type of services, travel clubs, coupon clubs, reservation rewards, etc.  Owned by Web Loyalty, Shelton, Conn.

The caller states that she phoned the company and told them to remove the number from their records and that she was closing the credit card account.  The company is suppose to refund the money and take the card out of the system, and two days later they charged her card again.

This is from the Invention Channel on line.  The caller was told she signed up on the pop up ads.

Subject

| Internet Transactions/Internet Related |
|----------------------------------------|

Comments by AG Staff

| CT OAG, FTC, IFCC, |
|--------------------|
| aka webloyalty |

Is caller 60 or older?  ○ Yes  ● No  ○ ?

Assigned to

| Rhoda Poore |
|-------------|

Status

| | | |
|---|---|---|
| ☐ 1st Call - No Answer | ☐ 3rd Call - No Answer | ☐ Closed - Provided Information |
| ☐ 1st Call - Left Message | ☐ 3rdCall - Left Message | ☒ Closed - Referred to Outside Agency |
| ☐ 2nd Call - No Answer | ☐ Closed | ☐ Closed - Transferred to Another Agency |
| ☐ 2nd Call - Left Message | ☐ Closed - Unable to Contact | |

Created by Rhoda Poore on 11/15/2004 03:34:14 PM
Last Updated by Bethann Api on 04/03/2007 03:39:44 PM

# Consumer Complaint

| | |
|---|---|
| **CONTROL NUMBER** | 2006010024 |
| **TYPE** | 1 |
| **ADVOCATE** | 50 |
| **CONSUMER NAME** | Townley, Ida |
| **CONSUMER ADDRESS** | PO Box 500 |
| **CONSUMER C/S/ZIP** | Dona Ana          NM     88032      COUNTY          7 |

| | |
|---|---|
| **BUSINESS CONTACT** | |
| **BUSINESS ORG** | Webloyalty.com, Inc. |
| **BUSINESS ADDRESS** | 101 Merritt Seven, 7th Floor (Corporte Offices) |
| **BUSINESS C/S/ZIP** | Norwalk          CT     06851      COUNTY |

| | |
|---|---|
| **AMOUNT** | |
| **KEYCODE/SUB** | 262/99 |
| **PRIMARY CASECOD** | 23 |
| **CASEDESC** | INFORMATION REGARDING A COMPANY/SITUATION |
| **COMMENTS** | |
| **PRIMARY RESCODE** | 25 |
| **RESOLDESC** | THIS OFFICE TOOK NO ACTION |
| **COMMENTS** | |
| **AGCODE** | TPL |
| **OPENDATE** | 1/3/2006 |
| **CLOSEDATE** | 1/3/2006 |

Tuesday, January 03, 2006

# Business Report

1/1/1999 *to*

| CONTROL # | ADV | CONSUMER | CITY/STATE | KEY CODE | CASE CODE | CASE CODE | CASE DESCRIPTION | RESOL. AMOUNT | RESOL. CODE | OPEN DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Webloyalty.com, Inc. | | | | | | | | | | |
| 101 Merritt Seven, 7th Floor (Corporte Off | | | Norwalk | CT | | | | | | |
| 2006010024 | JLO | Townley, Ida | Dona Ana | NM | 262/99 | 23 | INFORMATION REGARDING A COM | | 25 | 1/3/2006 |
| | | 1 complaints | | 0 successful | 1 unsuccessful | 0 not mediated | 0 open | | | |

30 December, 2005

Webloyalty.com, Inc.
101 Merritt Seven, 7th Floor (Corporate Offices)
Norwalk, CT 06851

You recently (on 28 November, 2005) charged my credit card $9.00 for services or products I did not order, and do not wish to receive. I did not authorize this charge against my account.

Demand is hereby made for an immediate refund of all charges against my account. Payment in full must be made to me at the address given below within 30 days or further action may be initiated.

Additionally, you are hereby notified that you are not authorized to levy any charges of any kind whatsoever against any credit card, debit card or bank account controlled by me at any time unless such charge is specifically authorized by me in writing, pursuant to the Fair Credit Billing Act.

*Ida Mae Townley*

Ida Townley
P.O. Box 500
Doña Ana, NM 88032

Cc:

Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, D.C. 20580

Hon. Richard Blumenthal
Attorney General
State of Connecticut
P.O. Box 120
Hartford, Connecticut  06141-0120

State of New Mexico
Attorney General's Office
Attn:  Consumer Protection Division
P.O. Drawer 1508
Santa Fe, NM 87504-1508

NOTE:  See other complaints about this company at http://adam.rosi-kessel.org/weblog/the_man/webloyalty_aka_wli_reservations_is_a_scam.html

FROM :                                    FAX NO. :208-674-2089        Jan. 26 2005 09:41PM P1



C O U R T E S Y
**COPY**
FOR YOUR INFORMATION ONLY.

R E C E I V E D
JAN 2 7 2005
OFFICE OF THE
ATTORNEY GENERAL

Office of Attorney General
700 W. Jefferson
PO Box 83720
Boise, Idaho 83720

January 26, 2005

Roy & Kathy Evans
3320 Hwy 95
Parma, Idaho 83660
(208) 674-2089
fax (208) 674-2089

Gentlemen:

Our debit card through Key Bank was twice debited for $10.00 for a total of $20 to a company listed as WLI. The statement shows a purchase date of January 24, 2005 and shows both purchases as being signed purchases. We have not had any contact with this company and have made no purchases from them. We tried to contact this company by telephone and reached their answering machine. The WLI voice recorder said that if we wanted to cancel our purchase contract all we had to do was to press the appropriate key and to leave our debit card. Obviously this company is operating a scam and we are reluctant to give them our debit card one more time. However, we are afraid that if we do not follow their instructions we will receive further debits to our card. We are asking for your advice on this matter.

We looked WLI up on the interned and saw that hundreds of other people are also complaining of being scammed by WLI. The WLI telephone number is: (800)732-7031.

Sincerely,

Roy S. Evans

Web Loyality.Com                    Attn Correspondence
6 corporate Dr                                      Team
Suite 450
Shelton, Ct 06484

**STATE OF NORTH CAROLINA**
**CONSUMER**
**COMPLAINT**

MAIL TO:    CONSUMER PROTECTION
ATTORNEY GENERAL'S OFFICE
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001
TELEPHONE: (919) 716-6000
TOLL-FREE IN NC: (877) 566-7226

## SECTION 1: Your Information

| Mr. Ms. Mrs. _Mr_ | Last name _Newland_ | First name _Allen_ | MI _C_ |
|---|---|---|---|

Mailing address ~~[redacted]~~

| City _Waynesville_ | State _NC_ | Zip code _28786_ | Country, if not US |
|---|---|---|---|

| Day phone number, including area code ~~[redacted]~~ | Evening phone number, including area code ( ) _same_ | Fax number, including area code ~~[redacted]~~ |
|---|---|---|

| County of residence _Haywood_ | E-mail address ~~[redacted]~~ | Cell phone, including area code ( ) _same_ |
|---|---|---|

## SECTION 2: Information About Company Against Which You Are Complaining

Full name of company _Webloyalty / WLI Reservations_

Mailing address _PO Box 855_

| City _Shelton_ | State _CT_ | Zip code _06484_ | Country, if not US |
|---|---|---|---|

Company's internet address (URL) _www.reservationrewards.com_

| Telephone number, including area code (800) 732-7031 | Fax number, including area code ( ) |
|---|---|

## SECTION 3: Complaint Information (complete any blocks which apply to your complaint)

| Product, item, or service involved _Charged $10⁰⁰ with No notice or Authorizath_ | Date of purchase, service, contract _9/1/2006_ |
|---|---|

| Manufacturer or brand | Model |
|---|---|

| Account number | Serial number |
|---|---|

| Did you sign a contract or a lease? Yes ☐ No ☒ | If yes, please give the following ☞ | Starting date | Expiration date |
|---|---|---|---|

| Total amount paid _$10⁰⁰_ | Amount in dispute | How was payment made? ☐ Cash ☐ Check ☐ Credit card ☒ Debit card ☐ Money order ☐ Wire transfer ☐ Finance agreement ☐ Other_____ |
|---|---|---|

| Did you buy an extended service contract? Yes ☐ No ☒ | If yes, name of company responsible for extended service contract or warranty |
|---|---|

## SECTION 4: Information About the Transaction

**How was initial contact made between you and the business?**
☐ Person came to my home
☐ I went to company's place of business
☐ I received a telephone call from business
☐ I telephoned the business
☐ I received information in the mail
☐ I responded to radio/television ad
☐ I responded to printed advertisement
☐ I responded to a Website or e-mail solicitation
☐ I received a fax solicitation
☐ I attended a trade show or convention
☒ Other _No contact_

**Where did the transaction take place?**
☐ At my home
☐ At company's place of business
☐ By mail
☐ Over the phone
☒ Via computer (website or e-mail)
☐ Trade show or hotel
☐ Other _____

_Fraudulent behavior!_
_No authorization!_

## SECTION 5: Details of Complaint (use additional sheets if necessary)

## SECTION 6: Resolution Attempts You Have Made

Have you contacted the company with your complaint? ☒ Yes ☐ No

If yes, name of person most recently contacted
*Neil M*

His/her phone number, incl. area code
(800) 732-2031

Results
*amount refunded*

What result would you consider fair?
*NO! Not authorized for ANYTHING!*

Do you have an attorney in this case? ☐ Yes ☒ No

If yes, name of your attorney

Attorney's number, incl. area code
( )

Has your complaint been heard or is it scheduled to be heard in court? ☐ Yes ☒ No   If yes, where and when?

If already heard, what was the result?

## SECTION 7: Important Information

- Documents provided to this office may be public record.
- In most cases your complaint will be forwarded to the business complained about for response. If the complaint falls within the jurisdiction of another local, state or federal agency, we may refer your complaint to that agency.

- Please be sure to include **copies** of any supporting documents you may have, such as correspondence, contracts, invoices, receipts, etc. Do **not** send originals.
- This office does not have the authority to give private legal advice or provide private legal representation to individual consumers.

## The information I have provided is true and accurate to the best of my knowledge.

Your signature: _____     Date: 9/26/2006

Mail to: NC Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001

My wife and I recently (9/1/2006) had a charge on our DEBIT Account for "WLI Reservation Rewards" of $10.00 and when she contacted the company (9/19/2006) they stated that they gotten our contact and credit information from US Airways.com. We had been there recently and made airline reservations. That's pretty much the only online transaction we've done with our account in a good while.

At that time we insisted that they reverse the charges as they were NOT authorized for this and we had in no way even remotely given them any consent to do this. We haven't even HEARD of this company until it appeared on our bank statement. Neil M. with WLI agreed to the reversal but insisted that we had indeed given then the ok on USAIRWAYS.com when at no time have we EVER agreed to anything, given our information to them or even had ANY contact with them at all.

After we got off the phone I started researching this company online (company name AND phone 1-800-732-7031). It appears this is a HUGE scam that many companies are un-knowingly participating in it. Here is a link to one website that has an extensive amount of information in regards to this scam    http://adam.rosi-kessel.org/weblog/the_man/webtruism_and_wli_reservations_is_a_scam.html

Basically it boils down to the fact that they have acquired my private checking account/debit card information either  through USAirways.com's consent or by other means and made fraudulent charges. It was pure luck that we caught it the first time it happened because after researching it MANY people have not caught it for months. The way it appears on the statement looks "legit" and the amount is small enough to where it slips "under the radar" of many people.  It's a monthly charge that keeps going until someone realizes what they are being charged FOR!

I have been in direct contact with USAirways.com and they are currently doing a full scale internal audit to see what has happened. I was told on the phone yesterday that I would hear something back later this week.

I am including a screen shot of the actual entry on my checking account for your records. Please don't hesitate to contact me for any additional details.

Sincerely,
Allen C Newland
▬▬▬▬▬▬▬

Waynesville, NC 28786
▬▬▬▬▬▬▬

| Effective Date | Transaction Description | Amount |
|---|---|---|
| 09/01/2006 | Withdrawal @ WLI*RESERVATIONREWARDS.CO 3957000000113 800-732-7031 CT US<br>Trace #624322978995 | -$10.00 |



| Field | Value |
|---|---|
| Person | BROCKLEHURST |
| Type | Open Co... |
| Comp Number | 06-11-401 |
| Business | WEBLOYALTY IN C... |
| Special Info | |
| ADV | LBD |
| Call Date | 11/21/2006 |
| Code | 42675 |
| Bus Name | WEBLOYALTY INC |
| Code | 56140 |
| Lname | BROCKLEHURST |
| Fname | HARRY |
| Address1 | PO BOX 885 |
| Address1 | 7 NORTHVIEW RD |
| Address2 | |
| Address2 | |
| City | SHELDON |
| State | CT |
| Zip Code | 06484 |
| Open Date | 11/21/2006 |
| City | HARTLAND |
| State | VT |
| Zip | 05048 |
| Phone | |
| Fax Number | |
| Contact Name | |
| Tickle Date | |
| Email Address | |
| Phone | |
| Trade Code | 50A |
| Practice Code | 403 |
| Practice Code | |
| Found CAP by | Unknown |
| Found Other | |
| Claimed Losses | $25.00 |
| Questionaire | |
| Referred to CAP | |
| Referred To Other | |
| Process Cod | REG |
| Status Code | RES |
| Reviewed By | Laura Dobos |
| Copied To | |
| Referred To 2nd | Referred to 3rd |

**Complaint Description**
DIDN'T AUTHORIZE CHARGES FROM THIS COMPANY.

| Resolution Date | Resolution Description |
|---|---|
| 12/11/2006 | THEY REFUNDED ALL THE MEMBERSHIP FEES. |

**Resolution $**
$25.00

Close Form    Notes    Add Person

Internet    Letters    Add Business

LAURA B. DOBOS



**Comp Code**   06-11-401

**Person**   56140   BROCKLEHU   HARRY

Close Form

Print

**Activity**

| | | | |
|---|---|---|---|
| REG01 | | 11/21/2006 | LBD |
| REG02 | | 11/21/2006 | PFS |
| REG02 | | 12/11/2006 | PFS |
| RES16 | | 12/11/2006 | PFS |

**Notes**

12/1/06 SENT BIZ RESPONSE TO CONSUMER, PFS



**Person** BROCKLEHURST    **Type** Open Co

**Business** WEBLOYALTY IN
C-    **Special Info**

**Comp Number** 06-11-401

**ADV** LBD
LAURA B. DOBOS

**Code** 56140

□ **Internet**

**Add Record**

**Notes**

**Add Person**

**Code** 42675    **Bus Name** WEBLOYALTY INC

**Call Date** 11/21/2006

**Lname** BROCKLEHURST    **Fname** HARRY

**Letters**

**Add Business**

**Address1** PO BOX 885

**Open Date** 11/21/2006

**Address1** 7 NORTHVIEW RD    **Address2**    **Phone**

**Address2**

**Tickle Date**

**City** SHELDON    **State** CT    **Zip Code** 06484

**City** HARTLAND    **State** VT    **Zip** 05048

**Email Address**

**Phone**    **Fax Number**    **Contact Name**

**Found CAP by** Unknown    **Found Other**    **Claimed Losses** $25.00    **Questionaire**

**Trade Code** 50A    **Practice Code** 403    **Practice Code**

**Process Cod** REG    **Status Code** PEN    **Reviewed By** Laura Dobos    **Copied To**

**Referred to** CAP    **Referred To Other**    **Referred To 2nd**    **Referred to 3rd**

**Complaint Description**
DIDNT AUTHORIZE CHARGES FROM THIS COMPANY.

**Resolution Date**    **Resolution Description**

**Resolution $**

| Field | Value |
|---|---|
| Person | HAUMANN |
| Business | WEBLOYALTY.C... |
| Type | Open Co. |
| Comp Number | 06-01-315 |
| | Special Info |
| | Close Form |
| | Notes |
| | Letters |
| | Add Person |
| | Add Business |
| | File Label |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Code | 41149 | | | ADV | ATZ |
| Bus Name | WEBLOYALTY.COM | | | | ANDREA ZUBALS |
| Address1 | 101 MERRITT 7 | | | Call Date | 1/31/2006 |
| Address2 | 7TH FLOOR | | | Open Date | 1/31/2006 |
| City | NORWALK | State | CT | Zip Code | 06851 |
| | | | | Trickle Date | |

| Field | Value |
|---|---|
| Code | 37535 |
| Lname | HAUMANN |
| Fname | JEREMY |
| Address1 | 261 FITCH ROAD |
| Address2 | |
| Phone | (802) 254-8840 |
| City | GUILFORD |
| State | VT |
| Zip | 05301 |
| Email Address | |

| Field | Value | Field | Value |
|---|---|---|---|
| Phone | (800) 732-7031 | Fax Number | |
| Trade Code | 47Z | Practice Code | 410 |
| | | Contact Name | |
| | | Practice Code | |
| Referred to | CAP | Referred To 2nd | |
| Found CAP by | Other | Found Other | |
| Process Cod | REG | Status Code | RES |
| Reviewed By | | Copied To | |
| Referred to 3rd | | Referred To Other | |
| Claimed Losses | $21.00 | Questionaire | |

**Complaint Description**

BUSINESS IS TAKING MONEY OUT OF CONSUMER'S CHECKING ACCOUNT WITHOUT PERMISSION. CONSUMER WANTS ALL FUTURE CHARAGES STOPPED AND A REFUND OF THE MONEY ALREADY TAKEN.

| Resolution Date | Resolution Description |
|---|---|
| 2/17/2006 | COMPANY SAYS THERE WAS ADEQUATE WARNING ABOUT SIGNING UP FOR SERVICE, BUT REFUNDED ALL OF CONSUMER'S MONEY. |

| Resolution $ |
|---|
| $118.00 |



**Comp Code**  06-01-315

**Person**  37535  HAUMANN  JEREMY

Close Form

**Activity**

| | | | |
|---|---|---|---|
| REG01 | | 1/31/2006 | ATZ |
| REG01 | | 1/31/2006 | ATZ |
| REG02 | | 1/31/2006 | ATZ |
| RES16 | | 2/17/2006 | ATZ |

**Notes**

SENT COPY OF BIZ RESPONSE TO CONSUMER 2-6-2006 RAF

1-800-6—~-1424
OUTSIDE CHITTENDEN COUNTY
FAX: (802) 656-1423
TEL: (802) 656-3183
PUBLIC PROTECTION DIVISION
OFFICE OF THE ATTORNEY GENERAL
STATE OF VERMONT



ADDRESS REPLY TO:
CONSUMER ASSISTANCE PROGRAM
206 MORRILL HALL - UVM
BURLINGTON, VERMONT 05405
http://www.atg.state.vt.us

WILLIAM H. SORRELL
ATTORNEY GENERAL

JANET C. MURNANE
DEPUTY ATTORNEY GENERAL

| Person | HAUMANN | | Type | Open Co |
|---|---|---|---|---|

**Business**

| Code | 41149 | Bus Name | WEBLOYALTY.C... | | | Special Info |
|---|---|---|---|---|---|---|

| Bus Name | WEBLOYALTY.COM |
|---|---|

| Address1 | 101 MERRITT 7 |
|---|---|

| Address2 | 7TH FLOOR |
|---|---|

| City | NORWALK | State | CT | Zip Code | 06851 |
|---|---|---|---|---|---|

| Phone | (800) 732-7031 | Fax Number | | Contact Name | |
|---|---|---|---|---|---|

| Trade Code | 47Z | Practice Code | 410 | Practice Code | |
|---|---|---|---|---|---|

| Referred to | CAP | | Referred To 2nd | | Referred to 3rd | | Referred To Other |
|---|---|---|---|---|---|---|

**Complaint Description**

BUSINESS IS TAKING MONEY OUT OF CONSUMER'S CHECKING ACCOUNT WITHOUT PERMISSION. CONSUMER WANTS ALL FUTURE CHARGES STOPPED AND A REFUND OF THE MONEY ALREADY TAKEN.

| Resolution Date | | Resolution Description |
|---|---|---|

| Resolution $ | |
|---|---|

| Comp Number | 06-01-315 |
|---|---|

| ADV | ATZ |
|---|---|
| ANDREA ZUBALS | |

| Call Date | 1/31/2006 |
|---|---|
| Open Date | 1/31/2006 |
| Tickle Date | |

| Found CAP by | Other |
|---|---|

| Process Cod | REG |
|---|---|

| Status Code | PEN |
|---|---|

| Found Other | |
|---|---|

| Email Address | |
|---|---|

| Reviewed By | |
|---|---|

| Copied To | |
|---|---|

| Code | 37535 |
|---|---|

| Lname | HAUMANN |
|---|---|
| Fname | JEREMY |

| Address1 | 261 FITCH ROAD | Address2 | |
|---|---|---|---|

| City | GUILFORD | State | VT | Zip | 05301 |
|---|---|---|---|---|---|

| Phone | (802) 254-8840 |
|---|---|

| Claimed Losses | $21.00 |
|---|---|

| Questionaire | |
|---|---|

Close Form

Notes

Letters

Add Person

Add Business

File Label

# Consumer Claim Form

RECEIVED
JAN 3 0 2005
By_____

Print this form and mail to:

Consumer Assistance Program
206 Morrill Hall, UVM
Burlington, VT 05405

You may contact the office at (802) 656-3183 or 1-800-649-2424

| | |
|---|---|
| Consumer Name | Jeremy F. Hannann |
| Consumer Address | 261 Finch Rd Guilford, VT 05301 |
| Daytime Telephone | 802-254-8840 |

| | |
|---|---|
| Complaint is Against: | webloyalty.com (WLI Reservation Rewards) |
| Company Name | Webloyalty.com (WLI Reservation Rewards) |
| Company Address | 101 Merritt7, Seventh Floor, Norwalk, CT 06851 |
| Company Telephone | 1-800-732-7031 |

**Events as they happened:**
As of 11/28/05 I noticed a charge of $9.00 being taken out of my Debit account by a company that I was unfamiliar with. When I called this company (Webloyalty.com - WLI Reservation Rewards), the company claimed that I was a member. I have no knowledge of requesting this membership and cancelled it immediately. Then on 12/27/05 my account was again billed; when called, the company assured me that all money would be refunded. This has not occurred and again on 1/22/06 $9.00 was removed from my account.

**Relief you desire:**
I desire that all future charges be stopped and that I receive a refund of the money that has been taken out.

Attach copies of any receipts, cancelled checks, contracts, or other documents pertaining to this complaint.

**Haumann VT**

| | |
|---|---|
| **From:** | Jeremy [pslycle@cox.net] |
| **Sent:** | Thursday, December 01, 2005 11:00 AM |
| **To:** | Al and Barbara Haumann |
| **Cc:** | Haumann, Alan |
| **Subject:** | FW: Membership Cancel Confirmation |

I do not believe that I signed up for this service and I am not sure how they got the card info. I did send them an e-mail stating that I want to be removed from their lists and that I shouldn't be charged. The following is what I received in reply.

Jeremy

**From:** Reservation Rewards Customer Service [mailto:customerservice@reservationrewards.com]
**Sent:** Wednesday, November 30, 2005 2:54 PM
**To:** pslycle@cox.net
**Subject:** Membership Cancel Confirmation

This notice confirms that your membership in Reservation Rewards has been canceled as of 11/30/2005.

Your cancel confirmation number is: 10655358.

Please let us know if your request was resolved to your satisfaction. All responses submitted will go to our Customer Service Director for review because your feedback is important to us.

If you would like to provide feedback, please click here.

Sincerely,

The Reservation Rewards Team
customerservice@reservationrewards.com
1-800-732-7031

3000.11-04.v1

1/23/2006