# EXHIBIT B
# Part X

Dockets.Justia.com

Bank of America | Online Banking | Account Activity

# Online Ba

**Bank of America** 〰️ **Higher Standards**

Search · Locations · Mail · Help

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview    Account Activity    Account Summary    Find a Transaction    Open an Account

## Account Activity

Today is Tuesday, January 24, 2006.
You last signed in on January 24, 2006
at 07:33 AM ET.

**Find a Transaction**
Search by :

Check Number

Go

Check Number :

Search

Transactions available from
07/13/2005 to 01/24/2006.

 With a savings account –
your balances could
grow faster.

**Customer Service**

Add Bill Pay
Stop Check Payment
Reorder Checks
Monitor Your Credit Report
Add/Edit Account Nickname
View/Print Paper Statement
Stop/Resume Mailing Paper
Statements **(New)**
Stop sending canceled checks
Update Your E-mail Address
Update Your Street Address and/or
Phone Number
Manage Alerts
Get more from Online Banking
More Services

### CampusEdge checking - 6538

Account: CampusEdge checking - 6538

Available Balance: $13.67
(includes amounts subject to any holds. Learn m

Activity Period: Current Transactions

Transaction Types: All Transactions

### Current Transactions                                        Printabl

**Pending Transactions** [Learn more]

| Transaction ↑ | Debit(-) |
|---|---|
| CHECKCARD PRICE CHOPPER #13 BRATTLEBORO VT ON 01/22    [Learn more] | $15.73 |
| CHECKCARD WLI*RESERVATIONRE 8007327031 CT ON 01/20    [Learn more] | $9.00 |

**Posted Transactions**                    View paper statements · I

| Posting Date ↓ | Transaction | Debit(-) | Credit(+) |
|---|---|---|---|
| 01/23/2006 | CHECKCARD 0121 EXXONMOBIL26 09901430 BRATTLEB VT 24164056022837000002181 | $4.44 | |
| 01/23/2006 | CHECKCARD 0120 DISCOUNT BEVERAGE W BRATTLEBOROVT 24008706022463068020054 | $4.64 | |
| 01/20/2006 | CHECKCARD 0119 BMG MUSIC SERVICE 317-692-9200 IN 24610436019004075444538 | $24.77 | |
| 01/19/2006 | CHECKCARD 0117 GUILFORD STORE GUILFORD VT 24008706018457419000068 | $7.69 | |
| 01/19/2006 | CHECKCARD 0118 BMG MUSIC SERVICE 317-692-9200 IN 24610436018004071546857 | $19.77 | |
| 01/17/2006 | CHECKCARD 0114 PRICE CHOPPER #136 BRATTLEBORO VT 24387756016004067587091 | $3.92 | |
| 01/17/2006 | CHECKCARD 0113 PRICE CHOPPER #136 BRATTLEBORO VT 24387756016004068368590 | $5.87 | |

| 01/17/2006 | Online Banking transfer to Sav 3125<br>Confirmation# 7280818710 | $5.00 | |
| 01/17/2006 | Online Banking payment to CRD 2077<br>Confirmation# 7280700149 | $195.00 | |
| 01/13/2006 | ENO ; DES = DIR DEP ; ID = 000010306<br>EFF DATE: 060113; INDN:<br>HAUMANN,ALAN B | | $300.00 |
| | Beginning Balance as of 01/12/2006 | | |

**Previous Transaction Period**

Printabl

🔒 **Secure Area**

Accounts · Bill Pay & e-Bills · Transfer Funds · Investments · Customer Service
Privacy & Security · Search · Locations · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC.  Equal Housing Lender 🏠
© 2006 Bank of America Corporation. All rights reserved.

Investment products provided by
Banc of America Investment Services, Inc. ®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
| --- | --- | --- |

**Banc of America Investment Services, Inc.** is a registered broker-dealer, member NASD and SIPC and is
a nonbank subsidiary of Bank of America, N.A.

Bank of America | Account Activity - Transaction Details Screen



Online Ba

Search · Locations · Mail · Help

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview      Account Activity      Account Summary      Find a Transaction      Open an Account

## Transaction Detail

| | |
|---|---|
| **Account Type/Number:** | CampusEdge checking-6538 |
| **Type:** | Check Card |
| **Transaction Description:** | CHECKCARD 1125 WLI*RESERVATIONREWARDS. 800-7327031 CT 24142035331978494227780 |
| **Date:** | 11/28/2005 |
| **Reference Number:** | 00091741125 |
| **Amount:** | $9.00 |

Return to Account Activity

🔒 **Secure Area**

Accounts · Bill Pay & e-Bills · Transfer Funds · Investments · Customer Service
Privacy & Security · Search · Locations · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC.  Equal Housing Lender 🏠
© 2006 Bank of America Corporation. All rights reserved.

Webloyalty.com

| COMPLAINT NUMBER | COMPANY NAME | ST | COMPLAINTANT NAME | DATE RECD | SIC CODE | VIOLATION | CLOSING CODE | DATE CLOSED | MONEY RECOVERED |
|---|---|---|---|---|---|---|---|---|---|
| 200519016 | WEBLOYALITY.COM / RESERVATION REWARDS | CT | FRY, BRUCE | 01/03/06 | 6100 | OBTAIN MONEY/FALSE | SUCCESS | 01/24/06 | $18.00 |
| 200411663 | WEBLOYALTY.COM | CT | SULFARO, SUSAN | 08/12/04 | 4820 | OBTAIN MONEY/FALSE | SUCCESS | 09/07/04 | |

Total Records: 2

$18.00

1

Webloyalty.com as 2nd co

| COMPLAINT NUMBER | COMPANY NAME | ST | COMPLAINTANT NAME | DATE RECD | SIC CODE | VIOLATION | CLOSING CODE | DATE CLOSED | MONEY RECOVERED |
|---|---|---|---|---|---|---|---|---|---|
| 200308550 | FLOWERS.COM | NY | ARCALA, BARRY | 06/04/03 | 5958 | SELLING INFO | SUCCESS | 07/16/03 | |

Total Records: 1

1

| | |
|---|---|
| **From:** | "Barry Arcala" <devildog65@wyan.org> |
| **To:** | <miag@michigan.gov> |
| **Date:** | 6/5/03 8:52PM |
| **Subject:** | WLI Reservations Rewards / Flowers.com FRAUD |

At Easter Time I purchased Easter items for my children and grandchildren through Flowers.Com. And, in the last couple of days I have been checking my Bank One checking account / debit card and discovered a $7.00 charge from a company WLI Reservation Rewards which I have no idea what it was for. I did a computer search on "WLI Reservation Rewards" and discovered that this is a scam involving Flowers.Com selling information including my debit card number to WLI Reservation Rewards. I am being charged for a service which I know nothing about or want. When I attempted to contact WLI Reservation Rewards at 1-800-890-4892 the person answering demanded my e-mail address ( devildog65@wyan.org ), which I gave her. Then, the WLI representative demanded to know my debit card number which I did not feel was a wise thing to give up to WLI.

How do I stop these charges to my Bank One checking account / debit card; and how do I get reimbursed for charges already made to my account, and how do I cancel my UNWANTED account with WLI Reservation Rewards?

I need a response immediately since, I am in the process of moving to Arizona by June 15, 2003.

Sincerely,

Barry W. Arcala
2455 Biddle Ave., Apt. #405
Wyandotte, MI 48192-4678

(734) 934-1500

From: "Barry Arcala" <devildog65@wyan.org>
Date: Fri, 06 Jun 2003 20:21:17 -0400
Subject: Fw: Membership Cancel and Refund Confirmation

FYI

I also went to my branch office of Bank One and file a dispute with the debit that WLI made
against my checking account / debit card. And, I canceled my debit card and had Bank One
issue me a new one.

Hopefully, this will stop WLI from fraudulently debiting my checking account. I hope that
words gets out to the general population about this WLI scam and WLI's association with
Flowers.Com.


----- Original Message -----
From: customerservice@reservationrewards.com
To: devildog65@wyan.org
Sent: Friday, June 06, 2003 8:05 PM
Subject: Membership Cancel and Refund Confirmation


Dear Member:

This notice confirms that your membership in Reservation Rewards has been cancelled and we
have issued a refund of your membership fee. This refund will appear as a credit in your credit
card account within the next 3-5 business days.

Your cancel confirmation number is: 5288110.

We are sorry to see you go and hope you reconsider becoming a member again in the future. Any
money you've saved is yours to keep... and thank you for trying our service!

If you have any further questions, please contact us at customerservice@reservationrewards.com
and we'll be happy to help you.
Sincerely,


The Reservation Rewards Team
customerservice@reservationrewards.com
1-888-688-5995

1

From: "Barry Arcala" <devildog65@wyan.org>
Date: Fri, 06 Jun 2003 14:39:20 -0400
Subject: Re: Complaint #: 200308550

I have already contacted Bank One and filed a dispute with this debit to my checking account
and changed my debit card account number.

My temporary mailing address in Tucson, AZ will be:

        Barry W. Arcala
        c/o Mrs. Betty Slaybaugh, EEE Director
        7155 32nd Place
        Tucson, AZ 85710

Thank you for your help; it is highly appreciated.

Sincerely,

Barry W. Arcala
    ----- Original Message -----
    From: cp_email@michigan.gov
    To: devildog65@wyan.org
    Sent: Friday, June 06, 2003 1:54 PM
    Subject: Complaint #: 200308550


    Dear Mr. Arcala:

    Our office has reviewed your complaint against WLI Reservations &
    Flowers.com. I have located addresses for both companies and will contact
    them on your behalf.

    In your complaint, you questioned what your rights were recovering the
    charges already made to your account. When we contact the company, we will
    see if we can get them to voluntarily refund you the money. If they refuse to
    resolve this matter through our office, you may either take them to Small
    Claims Court or consult with a private attorney.

    Since your banking information has been provided to WLI without your
    authorization, you may want to close your current bank account and reopen
    under a new number. This will not only prevent WLI from making further
    withdrawals but will protect you should WLI or Flowers.com give your
    information out to other companies.

    In the meantime, I will fax your complaint to both companies today. Please
    notify our office of your new mailing address once you have moved to Arizona

in case we have trouble contacting you by e-mail.

Sincerely,

Cleo Smith
Complaint Examiner
Office of the Attorney General
Consumer Protection Division

Susan K. Sullaro, JD, FLMI
5334 Bradford Circle
Brighton, MI 48114

(810) 220-7988   Dept. of Attorney General
Consumer Protection Division

August 4, 2004

AUG 1 2 2004

RECEIVED

US Secret Service
Fraud Dept
1000 Patrick McNamara Bldg
477 Michigan Ave
Detroit MI 48226

Dept of Attorney General
Consumer Protection Division
PO Box 30213
Lansing MI 48909

Re:    Unauthorized Charges to Credit Card – Web Loyalty

To Whom It May Concern:

I am writing to complaint about abusive and misleading practices by Web Loyalty, 6 Corporate
Drive, Suite 450, Shelton, CT 06484. This company offers, as a misleading come-on, discounts
on local entertainment as a "thank you" for making travel arrangements on travelocity.com. I
accessed their website once to view the "free" discounts, and was, unknown to me, enrolled in a
monthly service. To date, this company has charged me $84.00 in monthly fees for a service I do
not use, have no use for, and find of no value. I called to complain and was offered a refund of
one month's fee, a paltry $7.00. I protested that their records would clearly show that I have not
used their service since the "free" offer at the beginning. The representative, Don, claimed to not
have that technology. I run a web-based service, and I know that they can tell who is logged to
their site and how long they stay. This technology is standard.

Their practice of luring customers with "free" offers, which are quickly converted to a paying
service is misleading, abusive, violates state advertising laws and federal laws concerning
unauthorized charges. They count on people taking advantage of the "free" look, then neglecting
to ever cancel. How many other consumers are paying for this service and receiving nothing??

I demand a full refund of all fees paid. Your prompt attention to this complaint, and investigation
into these practices is greatly appreciated.

Sincerely,

Susan K. Sulfaro, JD, FLMI

# CP INTERNET WEB COMPLAINT

Date Received: 01/03/2006

CP No. 200519016

Internet ID No. cp66ry990e

Present Status: Open

## Consumer Information

| | |
|---|---|
| Name | FRY, BRUCE |
| Address | 13213 VISCHER RD. |
| City, State, Zip | BROOKLYN    MI    49230 |
| County | JACKSON |
| Home Phone No. | 517 467 7831 |

Work Phone No. 734 439 1511 485

## Primary Company Complained Against

| | |
|---|---|
| Name | WEB LOYALITY.COM (RESERVATION REWARDS) |
| Address | 101 MERRITT #7, 7TH FLOOR |
| City, State, Zip | NORWALK    CT    06851 |
| County | OUT-OF-STATE |
| Company Ph No. | 1800 732-7031 |

Company Fax No.

Company Email

Company Website

## Secondary Company Complained Against

| | |
|---|---|
| Name | BIZ RATE (AFFILIATE OF RESERVATION REWARDS) |
| Address | UNK |
| City, State, Zip | |
| Company Ph No. | UNK |

Company Fax No.

Company Email

## Complaint Information

Did you sign a contract?    n    Y = Yes    N = No

Where did you sign this contract?

Is there a court action pending?    n    Y = Yes    N = No

## Motor Vehicle Warranty Complaint Information

Vehicle Make, Model and Year:

VIN No.:

## Is there additional documentation being forwarded?

How?

N̲⎿_____⏌

## Complaint Detail Information ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Message sent to Hon. Joe Schwarz, US Congress:
The time is past due to reform the laws to protect citizens from the current trend in scams. Thousands of so called "companie
are scamming American citizens out of millions through internet and credit card scams. We were recently scammed by
"Reservation Rewards" @ Web Loyality.Com of 101 Merritt #7, 7th Floor, Norwalk, CT 06851. They obtained our credit card
information from Chadwicks Clothing (a once trusted company) by redeeming a coupon. They charged $18 to my credit card.
the conversation with a supervisor (Jeff Brown @ 1800 732-7031) I discovered that I had been charged $63 by an affiliate
company without specific approval. Last month I investigated almost $200 of charges to my daughters checking account by th
other fraudulent companies. They always have a NEARLY fool proof system which has been devised by a panel of dishonest
attorneys to create legal loopholes.  I have been asked by friends and family to investigate (I'm a former cop and still work in l.
enforcement) six such transactions. Each have the same MO and operate under false identities with a system which makes
tracing a specific person very challenging.  Please help protect Americans from these scams. I would be willing to discuss the
information I have obtained and help shed light on these "criminals".

Complaint: While reviewing our November credit card statement my wife discovered a $9 charge to an unknown source. My v
immediately called to complain and discoverd that Reservation Rewards received our credit card information from Chadwicks
when she redemed a $10 coupon through Chadwicks (on-line) when purshasing some clothing. She demanded an immediate
credit and called Chadwicks to cancel our business with them.  On our next credit card statement, we discovered that here ha
been two $9 charges paid to WLI*Reservation Rewards.  On 1/3/05, I called and talked with "Mia #61060" who ended up hang
up on me.  I called and demanded to speak to a supervisor.  A "Jeff Brown" came on the phone and explained that by entering
our e-mail address into a dialog box twice constituted an electronic signature and therefore an authorization to receive our cre
card information from Chadwicks. I advised him that he was to determine any and all companies and affiliates associated with
his organization who had ever charged my credit card account.  He discovered that "Biz Rate" has previously charged my cred
card for $63. He refused to disclose how Biz Rate obtained my credit card data. He mentioned another company called "Trave
Values Plus" but did not disclose if they had charged my card.  He stated that he would refund my money.  I requested and
obtained the address to Mr. Brown's office (P.O. Box 855, Shelton, CT 06484) and the corporate office as indicated above anc
advised him that I would pursue legal remedy through state and federal resources.  We are tired of being victimized and
scammed by these criminals who think we will continue to sit by whole they steal from us. I think of the thousands of
unsuspecting who don't check their statements or feel that taking action would be usless. I for one am willing to do what ever ii
takes to stop the scams.  I will assit in any way possible and will offer my services to anyone to help them recover THEIR mon
from these crooks.  I look forward to hearing from you, as this matter can no longer be ignored.



**ATTORNEY GENERAL OF MISSOURI**

**JEFFERSON CITY**

65102

JAY NIXON
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

May 26, 2006



RE: Complaint No. CF-2006-09609          Reservation Rewards

Dear ▬▬▬▬▬:

Thank you for providing information about the above-referenced company. Although our office is prohibited by law from acting as your private attorney, we will attempt to assist you by contacting the company and requesting an explanation of the matter you reported. Missouri law does not permit us to represent you in a private dispute, nor does it allow our office to sue solely to recover your losses or damages. Thus, if your complaint can be mediated, our goal is to resolve the complaint through correspondence.

Please be patient and allow a minimum of thirty days for us to obtain a response from the company. If you have additional information, please notify our office in writing at Consumer Complaint Unit, Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65102. Please use the above-referenced complaint number in all correspondence.

Sincerely,

JEREMIAH W. (JAY) NIXON
Attorney General

*Patricia L. Bax*

Patricia L. Bax
Complaint Investigator
Consumer Protection Division

RECEIVED
MAY - 1 2006
MO. ATTORNEY GENERAL

# Consumer Complaint Form



RETURN TO: Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

Missouri Attorney General
Jeremiah W. (Jay) Nixon

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER

YOUR NAME _____  LAST   _____ FIRST   _____ MI

ADDRESS _____  STREET   _____ CITY   _____ STATE   ___ ZIP   _____ COUNTY

HOME PHONE _____   WORK PHONE ( ) none   E-MAIL _____

## COMPANY

MY COMPLAINT IS AGAINST *Webloyalty.com* *101 Merritt, 7th Fl*
Reservation Rewards/JoAnn's   *Norwalk, CT 06851*

ADDRESS Jo-Ann's is 2361 Rosecrans Ave.   El Segundo   CA   90245   Los Angeles
STREET   CITY   STATE   ZIP   COUNTY

PHONE ( )   WEB SITE http://www.joann.com/   E-MAIL _____

PERSON YOU DEALT WITH _____ NAME   _____ TITLE

## PRODUCT OR SERVICE

PRODUCT OR SERVICE DISPUTED somewhere on Jo-Ann's website is "Reservation Rewards" that I did not agree to and

DATE OF TRANSACTION/PURCHASE 03 28 06
(For example: 05 01 00)   MONTH DAY YEAR   AMOUNT PAID $ _____

HOW & WHERE DID YOU LEARN
ABOUT PRODUCT OR SERVICE? _____

## PAYMENT

PAYMENT METHOD ☐CASH ☐CREDIT CARD ☑DEBIT CARD ☐LOAN ☐LAY-AWAY ☐CHECK ☐OTHER

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS? ☐YES ☑NO

Copies of any documents produced for payment (such as contracts, warranties, checks front and back) must be returned with this complaint form.

609609

| **Consumer Complaint Form** | | **Missouri Attorney General's Office** |
| --- | --- | --- |

**BRIEFLY EXPLAIN YOUR COMPLAINT** When I placed an order at http://www.joann.com/, somehow I supposedly signed up for "Reservation Rewards". I noticed a $10.00 debit on my bank account that I did not remember making. I called 1-800-732-7031 and spoke to a man named Robert O. who said he would cancel my "membership" and return the $10 to my bank account. I have since found, by doing online research, that there are many complaints about this company in many different states. Please see documents attached.

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?** Called the company

**HOW DO YOU WANT THIS COMPLAINT RESOLVED?**
☐ REFUND   ☐ REPAIR   ☐ DELIVER PRODUCT   ☐ PERFORM SERVICE   ☐ REPLACE/TRADE
☑ OTHER  I would like the atty general to make this practice illegal in Missouri.

**HAVE YOU BEEN SUED OR FILED A LAWSUIT ABOUT THIS COMPLAINT?**   ☑ NO   ☐ YES

NAME OF ANY AGENCY CONTACTED

AGENCY ADDRESS

**BY FILING THIS COMPLAINT, I UNDERSTAND THAT:**
The Attorney General is not my private attorney, but enforces state consumer protection laws;
I will testify in court to the facts stated in this complaint; and
A copy of this complaint will be provided to the merchant against whom I am filing this complaint.

**I ATTEST TO THE ACCURACY OF STATEMENTS MADE IN THIS COMPLAINT:**

04/26/2006

Transactions

Page 1 of 1

| 04/24/2006 | DBT CRD 0118 04/24/06 9787<br>WLI*RESERVATIONREWARDS<br>800-732-7031 CT | (10.00) AD | 127.13 |

*from my bank account at Blue Ridge Bank & Trust*

*ProQuest*

« Back to Document View

Databases selected: ProQuest Newspapers, ABI/INFORM Global, Research Library

# San Francisco Chronicle

## New way to make you pay; [FINAL Edition]

*David Lazarus*. **San Francisco Chronicle**. San Francisco, Calif.: Dec 22, 2004. pg. C.1

| | |
|---|---|
| Subjects: | Privacy, Spinoffs, Loyalty programs, Fees & charges, Credit cards, Electronic commerce |
| Companies: | Webloyalty.com, IAC-InterActiveCorp (Sic:551112, 561510, 561599, 812990, 522291 ) |
| Author(s): | David Lazarus |
| Document types: | Commentary |
| Column Name: | *LAZARUS AT LARGE* |
| Section: | *BUSINESS* |
| Publication title: | San Francisco Chronicle. San Francisco, Calif.: Dec 22, 2004. pg. C.1 |
| Source type: | Newspaper |
| ProQuest document ID: | 769420441 |
| Text Word Count | 838 |
| Document URL: | http://proquest.umi.com/pqdweb?did=769420441&sid=1&Fmt=3&clientId=12035&RQT=309&VName=PQD |

**Abstract** (Document Summary)

Hotels.com is one of about 70 Internet heavyweights affiliated with Webloyalty, including travel service Priceline.com, movie- ticket vendor Fandango.com and shopping site Half.com.

Webloyalty's [Rick Fernandes] countered that many consumers are grateful for the convenience of not having to re-enter their billing information.

Webloyalty sends e-mails to subscribers before a 30-day trial period ends alerting them that billing is about to begin. But Fernandes acknowledged that many people might overlook such messages as spam.

**Full Text** (838 words)

Copyright Hearst Communications Inc., Hearst Newspapers Division Dec 22, 2004

David Lazarus' column appears Wednesdays, Fridays and Sundays. He also can

Think your credit card number is safe even when you aren't asked to submit it while registering for something on the Net? Think again.

E-commerce giant IAC/InterActive made waves Tuesday when it announced the spin-off of its high-profile travel properties, including Hotels.com. They'll be part of a separate entity under the Expedia moniker.

For its part, Hotels.com is partnered with a Connecticut direct- marketing firm called Webloyalty.com.

Hotels.com is one of about 70 Internet heavyweights affiliated with Webloyalty, including travel service Priceline.com, movie- ticket vendor Fandango.com and shopping site Half.com.

And here's where consumers may want to sit up and take notice.

Webloyalty is able to obtain people's credit card numbers directly from many of its partners and will charge monthly fees for a service some people might not realize they've signed up for.

Once movie tickets are purchased at Fandango.com, for example, a link is presented to a special reward. That link leads to a page on Webloyalty's site promising $10 off your next Fandango purchase plus other discounts.

All you have to do is provide your e-mail address.

A Google search turns up dozens of people who say that they never meant to join Webloyalty's "reservation rewards" program.

These people subsequently discovered that the company was deducting between $7 and $9 a month from their credit cards even though they didn't think they'd signed up for the rewards plan.

Rick Fernandes, Webloyalty's chief exec, acknowledged that numerous people complain that they never intended to enroll in his company's program.

"But we deal with millions of consumers a year," he told me. "Even though the number of complaints seems large, it's actually a small percentage."

Fernandes said privately held Webloyalty has 1.3 million members and sees about $100 million a year in revenue.

"The great, great majority of people who join have no issue with what's going on," he said.

Be that as it may, he confirmed that arrangements exist with at least half of Webloyalty's 70 corporate clients to obtain consumers' credit card numbers without the individual being asked to provide it.

again provide their credit card number along with other personal information.

Hotels.com insisted that its customers must understand clearly what they were getting themselves into.

"We think the best way to offer a service like this is to have customers give their credit card information themselves," said Andrea Riggs, a spokeswoman for IAC, Hotels.com's parent.

But for many other Webloyalty clients, including Fandango.com, customers are asked only to submit their e-mail address twice as a form of electronic signature.

The fine print of Webloyalty's verbiage-heavy solicitation says charges "will automatically continue for just $9 a month billed by Reservation Rewards to the credit card or deducted from the debit card information you used at CLIENT today."

In slightly less awkward words, submitting your e-mail address will result in Webloyalty obtaining your credit card number from Fandango or another client and beginning the monthly billing process.

Consumer advocates say this is a system virtually guaranteed to cause people to unwittingly be charged for services they had no intention of paying for.

"There's no reasonable way to induce people to pay for something without specifically asking them to provide their billing information," said Gail Hillebrand, a senior attorney with Consumers Union in San Francisco.

Webloyalty's Fernandes countered that many consumers are grateful for the convenience of not having to re-enter their billing information.

"There are people who are happy they don't have to put in their credit card number again," he said. "They just want to click."

Webloyalty sends e-mails to subscribers before a 30-day trial period ends alerting them that billing is about to begin. But Fernandes acknowledged that many people might overlook such messages as spam.

"There's that chance," he said. "I understand it."

For this reason, Fernandes said, Webloyalty's policy is to refund money to anyone who asks. The number to call is (800) 732-7031.

The catch, of course, is that it's up to consumers to spot the monthly charge on their credit card statements and go to the trouble of chasing after some company they might not recall dealing with.

"There are some people who don't read any of the details and just click 'yes' and become members," Fernandes said. "We try to do what we can do to help them."

Document View

are asked up front for their billing info, thus assuring that they know they're making a financial commitment?

Femandes said no. "There are some people who are confused," he said. "There are many more who are not."

But he did have this to add: "People need to make sure they know what they're reading. Read the details of what you're signing up for."

He's right about that much at least.

Copyright © 2006 ProQuest Information and Learning Company. All rights reserved.
**Terms and Conditions**

**Text-only interface**



Rip-off Report.com - badbusinessbureau.com

Page 1 of 3



...by consumers, for consumers

**RIP-OFF** Don't let them get away v
Make sure they make the Rip

a service of
**badbusinessbureau.com** Report .com

Submitted:
**1/20/2005
6:51:50 PM**
Modified:
**1/20/2005
6:52:00 PM**

Category:
**Corrupt Companies**

# Reservation Rewards Webloyalty ripoff Internet

Company
## Reservation Rewards
Address:
**reservationrewards.com
Internet
U.S.A.**
Phone:

Fax: -

**We were victims of this scam. My wife shopped at joanns.com and got signed up for this service of highly dubious value.**

**We filed a report with our state consumer affairs office and got a response from reservation rewards attorney.**

**You can read how the scam works elsewhere on this site but I suggest you contact your state consumer affairs to require reservation rewards to pay the attorney everythime they have to write a 10 page response like they did in our case.**

## Washington DC 20005

**attention steven lieberman**

**I contacted my US senator and asked that they consider making it unlawful for these kinds of things to happen. Senators react to numbers so you all need to contact yours to create the critical mass needed for them to act.**

**Jim**
**Helena, Montana**
**U.S.A.**

Company Search

**If you would like to see more Rip-off Reports™ on Reservation Rewards, please use the search box below**

| Reservation Rewards | Search |

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED! HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them

Rip-off Report.com - badbusinessbureau.com                          Page 3 of 3

report only.
or
***If you are also a victim of the same company or
person,
**YOU NEED TO FILE YOUR OWN RIP-OFF
REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Feel free to send us       Technical questions      Best if viewed with      Having trouble
suggestions and            can be addressed to      Netscape 4, Internet     searching or filing a
comments to our            our webmaster.           Explorer 4, or AOL       report? It may be a
editorial staff.                                    4.0. Support for         browser problem.
                                                    JavaScript is needed     See our FAQ for help
                                                    to submit and search
                                                    for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) |
Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED
Magedson - Founder Rip-off Report.com

 **U.S. PIRG**    **Ed Mierzwinski's Consumer Blog**

About Us · How To a Campaign · Membership · News Room · Reports · Congressional Scorecard

Sign up for issue updates   X | e-mail address |   X | State ▾ |   XX   Sign Up

## U.S. PIRG Consumer Blog

« Locked In A Cell--New PIRG cell phone report | Main | PIRG Opposes Wal-Mart Entry Into Banking »

**August 11, 2005**

### Web Firms Sharing Credit Card Numbers

Last night, we appeared in a DC Fox-5 (WTTG) investigative story (transcript) exposing how web sites share credit card numbers with third parties and the third parties bill the credit cards for products the consumer didn't knowingly order. It's an old scam that's moved from telemarketers to the Internet.

According to the story, one of the victims bought a ticket from Ticketmaster.Com, then clicked on a "Rewards" popup, looked at the site that appeared -- thought "No Thanks" -- and then left it. Some time later she found that her credit card had been billed. In small print on the first site, she'd allegedly "agreed" that if she clicked the popup her credit card would be billed for a trial offer for a $7/month club under terms described partly on the screen. The small print, supposedly buttressed by more small print in the "Privacy Policy" and "Terms and Conditions" pages apparently told her that Ticketmaster could share her credit card information with the rewards firm if she used the site to buy a ticket. Two other victims had stories about other web merchants in the Fox piece, called "Terms and Conditions."

Identical scandals associated with so-called "free-to-pay" scams by telemarketers (some obtaining the information not from merchants but, incredibly, from regulated banks), resulted in hefty regulatory activity. "Free-to-pay" means a trial offer-- where you must cancel your credit card within a certain period of time or you are billed. The problem is exacerbated where a consumer hasn't given out his credit card number in the first place and is unaware that the telemarketer has it. State Attorneys General call this "pre-acquired account telemarketing" and it turns a purchase upside down. If you haven't given out a credit card

After pressure was brought by state Attorneys General (their comments), the Federal Trade Commission amended the Telemarketing Sales Rule (TSR) prohibiting telemarketers from billing consumer credit cards in a similar way. The telemarketers are now required to ask consumers to read back at least part of their credit card number as a way of documenting that they have actually agreed to a transaction.

As the AGs argued in their comments to FTC: "The essential characteristic of [preacquired account telemarketing]is the ability of the telemarketer to charge the consumer's account without traditional forms of consent."

So, in its final rule, the FTC said the following, for telemarketers:

"(i) In any telemarketing transaction involving preacquired account information and a free-to-pay conversion feature, the seller or telemarketer must: (A) obtain from the customer, at a minimum, the last four (4) digits of the account number to be charged;(B) obtain from the customer his or her express agreement to be charged for the goods or services and to be charged using the account number..."

**Now we need a similar rule for the web that is based on real understanding and real consent, not simple clicking.**

Posted by Ed Mierzwinski at August 11, 2005 04:17 PM

----------------------------------------------------------------

## Comments

I ordered flowers on the FTB.Com site. The next thing you know I was a member of Reservation Rewards.com. They charged my credit card $10.00. I cancelled (which was easy) but they would not refund the $10.00. I called FTB. They said they could do nothing – that I apparently checked a box signing up. That I don't remember.

Posted by: Don Laurila at February 4, 2006 12:29 PM

I'm furious at the info I've found on this and the fact that nothing has already been done! Just found out I've been charged $10 for 5 months for Reservation Rewards after signing up for Classmates.com. I called the RR customer service # and got a robotic idiot on the other end who gave me the typical "it isn't policy to return it all, but we'll go ahead and do it" that I've read so much about tonight. I also wrote Classmates and expressed my disgust with them as well as demanded my membership be cancelled and my money from THEM refunded as well. How can they possibly parter with these people? Webloyalty is the parent company of Reservation Rewards. Increased in revenue by 56% in one year...No FREAKIN WONDER!!!!! People don't even know they are being charged. And people ... what



ATTORNEY GENERAL OF MISSOURI

JEFFERSON CITY

65102

May 3, 2004

JAY NIXON
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321



RE: Complaint No. CF-2004-03034          Reservation Rewards

Dear ▮▮▮▮▮▮▮

    Thank you for providing information about the above-referenced company. Although our office is prohibited by law from acting as your private attorney, we will attempt to assist you by contacting the company and requesting an explanation of the matter you reported. Missouri law does not permit us to represent you in private disputes, nor does it allow our office to sue solely to recover your losses or damages. Thus, if your complaint can be mediated, our goal is to resolve the complaint through correspondence.

    Please be patient and allow a minimum of 30 days for us to obtain a response from the company. If you have additional information, please notify our office in writing at Consumer Complaint Unit, Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65102. Please use the above-referenced complaint number in all correspondence.

                Sincerely,

                JEREMIAH W. (JAY) NIXON
                Attorney General

                Margie LaMarre
                Complaint Investigator
                Consumer Protection Division



# Consumer Complaint Form

Missouri Attorney General Jay Nixon                    Call toll-free: 1-800-392-8222

If you believe you have been defrauded, please complete (print legibly or type), sign and mail this form to:
Missouri Attorney General's Office
Consumer Protection Division
PO Box 899
Jefferson City, MO 65102

## INFORMATION ABOUT CONSUMER

☐ Mr.    ☑ Mrs.    ☐ Ms.



| | |
|---|---|
| Your name (last, first, MI) | ██████████████ |
| Street address | ██████████████ |
| City | ██████ |
| State | ████ |
| Zip | ████ |
| County | ████ |
| Home phone | ██████████ |
| Work phone | ████ |
| E-mail address | ██████████ |

## INFORMATION ABOUT COMPANY

| | |
|---|---|
| Name of company that complaint is against | Reservation Rewards. |
| Street address | Was online in Junk Mail |
| City | |
| State | |
| Zip | |
| County | |
| Company phone | 1-888-688 5995 |
| Web site | reservationrewards. Com |
| E-mail address | Customresvice @ reservationawards. Com |

0303¹

Consumer Complaint Form

Page 2 of 4

| | |
|---|---|
| Person you dealt with | Did Not identify himself |
| Person's title | Unkown. |

## INFORMATION ABOUT PRODUCT OR SERVICE

| | |
|---|---|
| Product or service disputed | Unknown |
| Date of transaction/purchase (MM-DD-YY) | 2/18/04  First Seen on online Bankin. |
| Amount paid | 9:00 |
| How & where did you learn about product or service? | On 2/18 - Went online to Bank. |

## INFORMATION ABOUT PAYMENT

How did you pay?  ☐ Cash  ☐ Loan  ☐ Check
                  ☐ Credit card  ☐ Lay-away  ☒ Other
                  ☐ Debit card

Did you sign a contract, warranty agreement or similar papers  ☐ Yes  ☒ No

Copies of any documents (such as contracts, warranties and checks — front and back) produced for payment must be returned with this complaint form.

## OTHER INFORMATION ABOUT COMPLAINT

**Briefly describe your complaint:**

This Co. Withdrew money from My checking account. ā Check plus Card I did not Give Card no. or permission to do so.

When I ask where he got the Number. He stammered and said I gave it. I did Not.

**What action have you taken to resolve this complaint?**

I went to Co. by using Telephone number The Bank had. I was not pleased with Answer. I Cancelled Bank Card Alerted Bank (Central) Reported to AH. Genera

**How do you want this complaint resolved?**

[X] Refund
[ ] Repair
[ ] Deliver product
[ ] Perform service

[ ] Replace/trade
[X] Other: Would like to know how it was done

**Have you been sued or filed a lawsuit about this complaint:**

[X] No
[ ] Yes

If yes, name of any agency contacted:

Agency address:

The Co. Agree to Cancel and refund my money

**VERIFICATION BY YOU**

**By filing this complaint, I understand that:**
The Attorney General is not my private attorney, but enforces state consumer protection laws;
I will testify in court to the facts stated in this complaint; and
A copy of this complaint will be provided to the merchant against whom I am filing this complaint.

**I attest to the accuracy of statements made in this complaint:**

Consumer Complaint Form

**Your signature** 

Date _Feb. 23, 2004_

Home | State homepage | Contact us | Statutes | Site map | Privacy policy | No Call | Find your legislator

Updated: March 21, 2003