# EXHIBIT B
# Part XI

Dockets.Justia.com

**Pauline Duncan**

**From:** customerservice@reservationrewards.com
**Sent:** Friday, February 20, 2004 9:35 AM
**To:** ▓▓▓▓▓▓▓
**Subject:** Membership Cancel and Refund Confirmation

Dear Member:

This notice confirms that your membership in Reservation Rewards has been cancelled and we have issued a refund of your membership fee. This refund will appear as a credit in your credit card account within the next 3-5 business days.

Your cancel confirmation number is: ▓▓▓▓▓▓

We are sorry to see you go and hope you reconsider becoming a member again in the future. Any money you've saved is yours to keep... and thank you for trying our service!

Please let us know if your request was resolved to your satisfaction. All responses submitted will go to our customer service director for review because your feedback is important to us.

If you would like to provide feedback, please click here. http://www.member-center.com/feedback/feedback.asp?tid=7192264

Sincerely,

The Reservation Rewards Team customerservice@reservationrewards.com
1-888-688-5995





*217348*

# WWW  Consumer Complaint Form

ComplaintKey:    32,679                Complaint Date:  8/14/2002

Name:           **Gail D. Jere**                          e-mail  gjere@dworken-bernstein.com
Address:        **2550 Church St.**
City/State/Zip: **Avon, OH  44011**
County:         **Lorain**
Home Phone:     **440-934-4620**        Business Phone:  **216-861-4211**

Complaint Name:  **travel-values.com**
Address:         **101 MERRITT 7, 5th flr**
City/State/Zip:  **NORWALK, CT 06851**
County:
Phone:           **800·889·8776**
Product Service:  **travel service**
Date of Trans:
Ad Attracted:    **No**   When:                          Where:
Sales Person:                                            Signed Contract: **No**    MakingPayments:
Amount Paid:     **$48.00**                              
                                     Total Cost: **unknown**
Dates Complained: **08/12/02**                           Whom did you complain  **Amanda with Customer Service**
Contacted Agency: **No**
Agency Description:

Private Attorney:  **No**
Name:                                                    Phone:
Address:
City/State/Zip:
Over 60:

Complaint:

   In May of 2002 I ordered flowers for my mother online at 1-800-Flowers.com.  I considered 1-800-Flowers.com to be a
   reputable business as my husband and mother had previously used their services.  Apparently when I received my
   confirmation of my order, I was automatically enrolled in a discount travel service called travel-values.com for 90 days.  I
   have never used their service.  After 90 days, they took money out of my checking account, based on information provided
   to them by 1-800-Flowers.com.  So far, the amount is $48.00.  I have contacted Travel-values.com at 1-800-889-8746 and
   advised them that I did not order anything from them and was told that they would close my account with them and credit
   my checking account the $48.00, however, this unexpected expense has now cost me an additional $30.00 in bank charges
   because I did not have enough fund in my account to cover this charge.  I never gave information to Travel-values.com and
   have never used their service.  I have not yet received any credit from them.  1-800-Flowers.com did not have authority
   from me to give out my personal financial information.  If, by accepting confirmation of my order with them, I somehow
   gave them authorization to release personal financial information, It would have been done deceptively.  I would
   appreciate any assistance in this matter, and, moreover, I would like to see that this does not happen to any other consumer
   in the future.  Thank you.

Satisfactory Solution:

   I would like the refund of my money as well as any bank charges resulting from their unauthorized withdraw of funds
   from my checking account.

RECEIVED

SEP 6 20...

ATTORNEY GENERAL
CONSUMER PROTECTION

Gene Anstaett

771 Halle Dr.

Fayetteville, Ohio 45118

August 22, 2005

291316

[stamp, rotated:] ATTORNEY GENERAL
CONSUMER PROTECTION
SEP 6 2005
RECEIVED

Hi Scott:

I faxed you a note Friday. Well anyway getting to this $79.98 disputed adjustment which was charged back to my account. WLI Reservation rewards company got into our bank account for three months and took out $9.00 each month which we had no knowledge of until we looked at our bank account on the internet. When we took the deal we only gave our Capital account number to them. We then when to our bank and ask who was the people taking out the money without our okay (they had our banking tract number we found out). The bank was going to press charges against them. They told me to connect them 1 800-732-7031 and tell them what we had told the bank that we never gave them permission to take the money out of our account and how did they get the tracking number for our account ( the bank is still investigating this still). I told them that if they didn't put the money back in I was going to sue them. They did put it back (but the question is how did they get the tracking number for our account).

We have thought about this for a long time and I'm going to see a lawyer about this and also, I'm thanking about suing Capital for the aggravation over this $79.98 if you want to be a part of this company keeping on doing business with them. How many other people have they done this to. We are going to sent this letter to the Attorney General of Ohio for investigation of this company.

Thank you,

Gene Anstaett

Cell phone # 1-513-875-3148    Faxed to you  1-888-435-4217

Consumer Protection- Online Complaint Form                                        Page 1 of 1

H0226544

|  | Consumer Protection Division<br>Complaint Form Report |
|---|---|
| **ATTORNEY GENERAL OF TEXAS**<br>GREG ABBOTT | Today's Date: 11/28/2006 9:23:31<br>Date filed: 11/25/2006 |

## Consumer's Information:

Name: Jigish Parikh
Address: 11602 Dorrance Lane

City, State, Zip: Stafford, TX, 77477
County: Fort_Bend

Home Phone: 973-931-3172
Work Phone:
Age: 20-
Supporting documents will be sent by: E-Mail

## Business or individual complaint is filed against:

Business: WEBLOYALTY.COM
Address: 101 MERRITT 7 STE 7

City, State, Zip: NORWALK, CT, 06851
County: Fort_Bend

Phone: 800-889-8776
Contact person at business:
Website or E-mail address:

First contacted via: I responded to a Web site or e-mail
solicitation
   (other):
Solicitation in other language?
Where transaction took place: Other
   (other): There was no transaction done by me.
Transaction Date(s):

Contract Signed?
Original Amount: 10 $
Amount paid: 0$
Payment Method:
Date of Payment:

Complained to business? No
If so, when? 11/25/06
Business' response? Did not answer the phone call.
Have you contacted another agency or attorney about this complaint? No
Name and Address of agency or attorney?

What action was taken by this agency or attorney?

Description of complaint:
I receieve 10 $ charge on my American Express gold card. I did not even visit the company website. I do not know how they got my credit card number. I have already talked to my creditor and they have assured me to look in to the fraud and reimburse my 10 $ on my card. I believe this should not go unnoticed hence is this complaint. Thank you.

Transaction Details

<u>Learn how to dispute a charge</u>

Rewards Plus Gold Card - 93002  Transaction Detail

| | |
|---|---|
| Transaction Date: | 11/21/2006 |
| Post Date: | 11/21/2006 |
| Transaction Description: | SHOPPERDISCOUNT.COM 800-889-8776    CT |
| | 800-889-8776 |
| Charge: | $10.00 |
| Merchant Address: | WEBLOYALTY.COM |
| | 101 MERRITT 7 STE 7 |
| | NORWALK CT 06851-1060 |
| | USA |
| Merchant Type: | SERVICE INTRNT VOL |
| Doing Business As: | SHOPPERDISCOUNT.COM |

<u>Back to Top</u>

If you wish to dispute this charge, close this window, and click on the Dispute a Charge/Check Dispute Status link on your statement.

S206236

# Texas Office of the Attorney General
## Consumer Protection Mediation Docket Summary

## Complaint Information

**Complaint:** 206236    *Updated by mep1 on 03/22/2006 @ 09:50 AM*    **Analyst:** Mary Ellen Perez – San Antonio

**Age Category:** Under 65

**Method:** Postal Mail-Complaint Form

**Status:** Closed

**Substatus:** Non-mediated

**Restitution:** $0.00

**Sup Docs:** No

**Referral:**
By Agency:
Address:
To Agency: Attorney General of Connecticut
Address: Complaint Center , Hartford, CT  06106
Referral: 03/22/2006

**Dates:**
Acknowledged: 00/00/0000    Received: 03/10/2006
Closed: 03/21/2006    Retention: 04/01/2008
Opened: 00/00/0000

**Summary:** R debited C's account w/out authorization.

## Complainant Information

**Consumer:** Bruce McMeans    **Type:** Consumer

**Address:** 303 River Road
La Vernia, TX  78121

**Phone Home:** 210-471-1496
**Work** 210-805-5507

## Respondent Information

**Company:** Web Loyalty.com Inc.  -  Primary

**SIC:** 4193 - Internet Sales

**Summary:**

**Contact:** None provided  -  Primary
**Title:**
**Branch:**
**Address:** 101 Merritt 7, Seventh Floor
Norwalk, CT  06851

**Phone:** 203-846-3300
**Fax:**

3206236

## Texas Office of the Attorney General
### Consumer Protection Mediation Docket Summary

## Correspondence Information

Letter: 404    Referral to Another Agency

Comment:

    Name: Bruce McMeans

    Type: Consumer

    Printed: 03/22/2006    Response: 00/00/0000    Send: 03/23/2006    Tickle: 00/00/0000

    Comment:

Consumer Protection- Online Complaint Form



RECEIVED

MAR 1 0 2006

OFFICE OF THE ATTORNEY GENERAL
CONSUMER DIV/SAN ANTONIO

## Consumer Protection Division
## Complaint Form Report

Today's Date: 3/9/2006 8:43:13
Date filed: 3/6/2006

**ATTORNEY GENERAL OF TEXAS**
**GREG ABBOTT**

### Consumer's Information:
Name: Bruce McMeans
Address: 303 River Road

City, State, Zip: La Vernia, TX, 78121
County: Wilson

Home Phone: 210-471-1469
Work Phone: 210-805-5507
Age: 30-
Supporting documents will be sent by: US_Mail

### Business or individual complaint is filed against:
Business: Web Loyalty . com Inc.
Address: 101 Merritt 7, Seventh floor

City, State, Zip: Norwalk, CT, 06851
County: Not In Texas

Phone: 203-846-3300
Contact person at business: None
Website or E-mail address:

First contacted via: Other
  (other): I notice that I was being charged $9.00 per month
Solicitation in other language?
Where transaction took place: Other
  (other): Electronic withdrawn from my account
Transaction Date(s): every month for the last 2 years

Contract Signed?
Original Amount:
Amount paid: $216
Payment Method: Cash
Date of Payment:

Complained to business? No
If so, when?
Business' response?
Have you contacted another agency or attorney about this complaint? No
Name and Address of agency or attorney?

What action was taken by this agency or attorney?

### Description of complaint:
I noticed a $9 charge on my last monthly statement. From "WLI rapid rewards" I investigated and found out that it may have come from a membership at classmates.com or fandango.com when I signed up with them. But I do not remember authorizing them to take out any money out of my checking account. I believe the company is disceptive and may be bilking millions from unsuspecting persons.

| Print Record | Go To Last | Save Record | Find Record | | | |
|---|---|---|---|---|---|---|
| Add New Record | Go to Previous Record | Go to Next Record | | QUIT | **CONTACT NUMBER** | 16130 | DONNA ONLY |

## INITIAL INTAKE DATA-MUST BE COMPLETED

DATE OF CONTACT 10/4/2006  SENIOR ○  INITIALS DD

REFERRED BY SELF                    LEMON LAW OR AUTO? ☐

NOT TELEMARKETING ☑

NOT CONSUMER PROT-REFER TO

CATEGORY INTERNET - AUCTIONS, EBAY, SALES

WAS TTY DEAF RELAY SYSTEM USED? ☐

## CONSUMER/CALLER INFO

FIRST NAME BECKY        LAST NAME RUFF

BUSINESS

THIS PERSON CALLED FOR CONSUMER

ADDRESS 309 WASHINGTON

CITY ANACONDA        ST MT        ZIP 59711

PHONE (406) 563-9373        WORK PHONE

CELL                    EMAIL BeckyRuff1952@aol.com

## ACTION

INFO SENT DATE 10/4/2006

TLMKTNG REG/INFO REQUESTED ☐

TLMKTNG APPLICATION SENT ☐

COMPLAINT SENT ⊙   # OF 1

OTHER INFO SENT

ALSO REPORTED TO

PREVENTIVE SAVINGS

REPORTED FROM WEBSITE OR DIRECTED TO WEBSITE ⊙

## FOLLOW UP

FOLLOW UP NEEDED ○

FOLLOW UP DATE        FOLLOW UP BY

WHAT FOLLOW UP

## NO FURTHER CONTACT NEEDED ⊙

## COMPANY/BUSINESS COMPLAINED ABOUT

CO NAME SHOPPER DISCOUNTS & REWARDS

COMPANY DBA DR. LEONARDS

REP

ADDRESS

CITY        ST        ZIP

PHONE (800) 732-7031    X        2ND PHONE

EMAIL OR WEB ADDRESS www.onlinevaluepack.com

## COMPLAINT INFO

INVESTIGATOR

DATE COMPLAINT RECEIVED FROM CONSUMER

DATE COMPLAINT SENT TO COMPANY

DATE ADDITIONAL LETTER SENT

2ND LETTER SENT DATE

PREVENTIVE SAVINGS

3RD LETTER SENT CERTIFIED DATE

MONETARY LOSS

ATTORNEY REFERRED DATE

MONEY RECOVERED

DATE RECOVERED

DATE - COMPANY RESPONSE

DATE COMPLAINT CLOSED

INVESTIGATION PENDING ○

COMPLAINT SUMMARY

INVESTIGATION COMPLETE ○

### SUMMARY/ COMMENTS

Consumer emailed Cort and Cort directed her to her website for a complaint as follows:
-----Original Message----- From: Jensen, Cort Sent: Wednesday, October 04, 2006 9:54 AM To: 'BeckyRuff1952@aol.com' Cc: Van Nice, Thea; Frohreich, Carrie; Truax, Michelle Subject: RE: Website Comment        The Montana Consumer Protection Office, located under the Attorney General, would love to have you fill out a complaint so we can get more information on this company. Hopefully, we will be able to stop this from happening to other people with your help. You can fill out the complaint form online at http://doj.mt.gov/consumer/consumer/consumercomplaint/complaintform.pdf or call 1-800-481-6896 to talk to one of our investigators. Thank you for taking the time to contact us, Cort Jensen, Assistant Attorney General  Montana Department of Justice

-----Original Message----- From: BeckyRuff1952@aol.com [mailto:BeckyRuff1952@aol.com] Sent: Friday, September 15, 2006 11:09 AM To: Schweitzer, Brian; GOV Constituent Services Subject: Website Comment  FormMail submitted from governor.mt.gov  Name:  Email: BeckyRuff1952@aol.com Subject: Website Comment  recipientid: 1 FirstName: Becky LastName: Ruff  Street: 309 Washington  Street2: City: Anaconda State: MT ZipCode: 5971 Phone: 406-563-9373 Email: BeckyRuff1952@aol.com  Comments: This company attached a cookie to my Dr. Leonard's payment page....and automatically withdrew from my bank account....

I have resolution, but I can't help but wonder how many others are having automatic withdrawals from their bank accounts without noticing....be advised that the telephone number is "inaccessible from Anaconda, Montana - going to the loan officer's desk at my bank, she connected me to another # (1-800-732-7031. Thank you for your time...This is for information only....I never joined this "program" and was unable to cancel online because I had no membership number.

This notice confirms that your Membership in Shopper Discounts & Rewards has been canceled as of 09/15/2006. Your cancel confirmation number is: 13801916.
We have issued a refund of your Membership fee. This refund will appear as a credit to your account within the next 3-5 business days.

| Print Record | Go To Last | Save Record | Find Record | QUIT | CONTACT NUMBER | 7550 | DONNA ONLY |
|---|---|---|---|---|---|---|---|
| Add New Record | Go to Previous Record | Go to Next Record | | | | | |

## INITIAL INTAKE DATA-MUST BE COMPLETED

DATE OF CONTACT  2/10/2004  SENIOR ○  INITIALS  DM

REFERRED BY  ATTORNEY GEN  LEMON LAW OR AUTO? ☐

NOT TELEMARKETING ☑

NOT CONSUMER PROT-REFER TO

CATEGORY  UNKNOWN

WAS TTY DEAF RELAY SYSTEM USED? ☐

## CONSUMER/CALLER INFO

FIRST NAME  CANDY    LAST NAME  RANDALL

BUSINESS

THIS PERSON CALLED FOR CONSUMER

ADDRESS  904 IDLEWILDE COURT

CITY  HELENA    ST  MT    ZIP  59601

PHONE  (406) 439-7970    WORK PHONE

CELL    EMAIL

## ACTION

INFO SENT DATE  2/10/2004

TLMKTNG REG/INFO REQUESTED ☐

TLMKTNG APPLICATION SENT ☐

COMPLAINT SENT ◉   # OF  1

OTHER INFO SENT

ALSO REPORTED TO

PREVENTIVE SAVINGS

REPORTED FROM WEBSITE OR DIRECTED TO WEBSITE ○

## FOLLOW UP

FOLLOW UP NEEDED ○

FOLLOW UP DATE    FOLLOW UP BY

WHAT FOLLOW UP

## NO FURTHER CONTACT NEEDED ◉

## COMPANY/BUSINESS COMPLAINED ABOUT

CO NAME  RESERVATION REWARDS

COMPANY DBA

REP

ADDRESS  6 CORPORATE DRIVE SUITE 450

CITY  SHELTON    ST  CT    ZIP  06484

PHONE  (800) 688-5995    X    2ND PHONE

EMAIL OR WEB ADDRESS

## COMPLAINT INFO

INVESTIGATOR

DATE COMPLAINT RECEIVED FROM CONSUMER

DATE COMPLAINT SENT TO COMPANY

DATE ADDITIONAL LETTER SENT

2ND LETTER SENT DATE

PREVENTIVE SAVINGS

3RD LETTER SENT CERTIFIED DATE

MONETARY LOSS

ATTORNEY REFERRED DATE

MONEY RECOVERED

DATE RECOVERED

DATE - COMPANY RESPONSE

DATE COMPLAINT CLOSED

INVESTIGATION PENDING ○

COMPLAINT SUMMARY

INVESTIGATION COMPLETE ○

SUMMARY/ COMMENTS

Attorney General forwarded attached email to us. Company somehow got consumer's checking account number and charged her $7.00 out of her checking account. Company never had consumer's authorization.

| Print Record | Go To Last | Save Record | Find Record | | |
|---|---|---|---|---|---|
| Add New Record | Go to Previous Record | Go to Next Record | | QUIT | |

**CONTACT NUMBER**   10957   DONNA ONLY

## INITIAL INTAKE DATA-MUST BE COMPLETED

DATE OF CONTACT `3/31/2005`  SENIOR ○   INITIALS `DD`

REFERRED BY `SELF`        LEMON LAW OR AUTO? ☐

NOT TELEMARKETING ☑

NOT CONSUMER PROT-REFER TO

CATEGORY `INTERNET - AUCTIONS, EBAY, SALES`

WAS TTY DEAF RELAY SYSTEM USED? ☐

### CONSUMER/CALLER INFO

FIRST NAME `ANNA`   LAST NAME `REBERG`

BUSINESS

THIS PERSON CALLED FOR CONSUMER

ADDRESS

CITY          ST        ZIP

PHONE          WORK PHONE

CELL          EMAIL

### ACTION

INFO SENT DATE

TLMKTNG REG/INFO REQUESTED ☐

TLMKTNG APPLICATION SENT ☐

COMPLAINT SENT ○   # OF

OTHER INFO SENT

ALSO REPORTED TO

PREVENTIVE SAVINGS   `$200.00`

REPORTED FROM WEBSITE OR DIRECTED TO WEBSITE ○

### FOLLOW UP      FOLLOW UP NEEDED ○

FOLLOW UP DATE        FOLLOW UP BY

WHAT FOLLOW UP

### NO FURTHER CONTACT NEEDED ◉

## COMPANY/BUSINESS COMPLAINED ABOUT

CO NAME `WLI RESERVATION REWARDS`

COMPANY DBA

REP

ADDRESS

CITY        ST      ZIP

PHONE        X      2ND PHONE

EMAIL OR WEB ADDRESS

### COMPLAINT INFO          INVESTIGATOR

DATE COMPLAINT RECEIVED FROM CONSUMER       DATE COMPLAINT SENT TO COMPANY

DATE ADDITIONAL LETTER SENT        2ND LETTER SENT DATE

PREVENTIVE SAVINGS   `$200.00`   3RD LETTER SENT CERTIFIED DATE

MONETARY LOSS         ATTORNEY REFERRED DATE

MONEY RECOVERED

DATE RECOVERED        DATE - COMPANY RESPONSE

DATE COMPLAINT CLOSED        INVESTIGATION PENDING ○

COMPLAINT SUMMARY       INVESTIGATION COMPLETE ○

SUMMARY/ COMMENTS

Consumer has an unauthorized charge of $200.00 drawn against her debit card.  She called phone number on statement and they said she signed up for it on the internet.  She said she did not.  Consumer will have bank do ACH reversal and get new account

65191

APRIL 23, 2003

CHARLES MCGINNIS
50 BENTLEY LANE
PORT DEPOSIT, MD. 21904
410 939-8688

DEAR CONSUMER PROTECTION

I HAVE A PROBLEM WITH
CAPITAL ONE VISA THAT I CAN'T
SEEM TO SOLVE. A LITTLE OVER A
MONTH AGO I STARTED GETTING A
CHARGE FOR SIX DOLLARS ON MY
ACCOUNT FOR WLI TRAVEL VALUES.
I HAVE NO IDEA HOW IT HAS GOTTEN
ON MY ACCOUNT BUT I CAN'T STOP
THE CHARGE FROM COMING BACK EACH MONTH.
I CALLED CAPITAL ONE ABOUT THE
PROBLEM WITH THIS CHARGE (TRAVEL VALUES)
AND THEY SAID THEY WOULD TAKE IT
OFF MY BILL. I SPOKE WITH
SHAWN WHO IDENTIFIED HIMSELF
AS EMPLOYEE # 0321. SHAWN
ADVISED ME TO CALL TRAVEL VALUES
TO STOP ANY FURTHER CHAGE CHARGES.
I CALLED TRAVE VALUES AT 800-890-4892
AND SPOKE TO ROBERT C. ROBERT C.
CLAIMS HE HAS NO RECORDS OF

ANY CHARGES BEING PLACED ON MY ACCOUNT, SINCE I HAD NO LUCK WITH CAPITAL ONE ABOUT GETTING THIS CHARGE OFF MY ACCOUNT I DECIDED TO CLOSE THE ACCOUNT BY TRANSFERRING THE BALANCE TO ANOTHER CREDIT CARD AND SIGNING PAPER WORK TO CLOSE THE CAPITAL ONE ACCOUNT. CAPITAL ONE REFUSES TO CLOSE THE ACCOUNT LIKE I HAVE REQUESTED. TO MAKE A LONG STORY SHORT I HAVE THE FOLLOWING COMPLAINTS AGAINST CAPITAL ONE.

1) CONTINUING TO PLACE A $6.00 CHARGE ON MY ACCOUNT AFTER I CALLED TO INDICATE I NEVER PURCHASED ANYTHING AT TRAVEL VALUES.

2) CAPITAL ONE REFUSES TO CLOSE MY ACCOUNT AS I REQUESTED (EVEN AFTER BEING PAID OFF TO A BALANCE OF ZERO)

3) I HAVE BEEN FORCED TO PAY $6.00 CHARGES SO I CAN AVOID ANY LATE FEES.

THANK YOU

Charles McGinnis

CHARLES McGINNIS
50 BENTLEY LANE
PORT DEPOSIT, MD. 21904
410 939-8688 EVENING
410 790-9253 DAY CELL

P.S. ENCLOSED IS A COPY OF A
LETTER I RECEIVED FROM CAPITAL ONE.
I RECEIVED THIS LETTER SEVERAL DAYS
AFTER SPEAKING TO SHAWN (EMPLOYEE # 0321).
IF CAPITAL ONE WOULD TAKE THE CHARGES
FROM TRAVEL VALUES OFF MY ACCOUNT
LIKE THEY SAID THEY WOULD MY
BALANCE WOULD BE ZERO.

THANK YOU
Charles McGinnis

NOTE: A COPY OF THIS LETTER WILL
BE SENT TO CAPITAL ONE.



**Capital One Services, Inc.**
P.O. Box 26030
Richmond, VA  23260-6030

RIVERSIDE VENDING                                                    March 11, 2003
CHARLES B MCGINNIS
50 BENTLEY LN
PORT DEPOSIT MD  21904

RE: 4115071926043600
CREDITOR:  Capital One, F.S.B.

Dear RIVERSIDE VENDING,

Thank you for your recent inquiry to the Card Center.

Per your request, we have designated the above account to be closed when it reflects a zero balance.
As of 03/11/2003, your account reflects a balance of $6.00.

Please be advised that this balance may not be the payoff amount for your account.  Please contact
our office for the payoff amount.

If you have any further questions, please contact our office.

Very Truly Yours,

Peter A. Schnall
Executive Vice President

ESPECIALLY FOR CAPITAL ONE® CARDHOLDERS

567700-01


**Capital**One®
what's in your wallet?™

## Save 10%


**HICKORY FARMS®**

Respond today! You'll save 10%
and have Hickory Farms
delivered right to your door!

## RIVERSIDE VENDING-
## Save on all of the Hickory Farms products
## you know and love without leaving home!

For over 50 years, Hickory Farms has been a tradition in gift giving. That's
because they offer the freshest, most innovative gourmet specialty foods,
plus timeless classics. And their delicious assortments of award-winning
products are easy to give and always delicious to receive.

### Simply visit www.hickoryfarms.com
### or call toll free 1-800-288-7327

Please mention the offer code H24EANV4 to get this discount.
This offer expires 06/30/03.

**Capital**One®
Small Business Services

PLATINUM VISA ACCOUNT
4115-0719-2604-3600

JAN 17 - FEB 16, 2003
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $.00 |
| Payments, Credits and Adjustments | $.00 |
| Transactions, including Monthly Bills | $6.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $6.00 |
| Minimum Amount Due | $6.00 |
| Payment Due Date | March 15, 2003 |
| | |
| Total Credit Line | $500 |
| Total Available Credit | $494.00 |
| Credit Line for Cash | $500 |
| Available Credit for Cash | $494.00 |

### At your service

To call Customer Relations or to report a lost or stolen card:
### 1-800-867-0904

Visit www.capitalone.com today to manage your account online
and receive valuable offers.

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85184
Richmond, VA 23285-5184

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

### Payments, Credits and Adjustments

### Monthly Bills and Related Expenses

| 1 | 20 JAN | WLI*TRAVELVALUES 800-890-4892 CT | $6.00 |
|---|---|---|---|

Register today at www.capitalone.com to access your account online. Your FREE access will allow
you to pay your bill online, check your balance and view your statement. It's quick, easy and
secure!

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04145% F | 15.13% | $.00 |
| CASH | $.00 | .04145% F | 15.13% | $.00 |

ANNUAL PERCENTAGE RATE applied this period                    0.00%

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT.  ▼

bu4911

565100-01

# Protect your greatest investment—your small business.
## Here's how Payment Protection can help!



- **pays the minimum monthly payment** on your Visa® Business account if you are hospitalized, become temporarily disabled due to an accident or illness, or experience a hardship such as a natural disaster or theft.
- **pays off your account**, up to $10,000, in the event of death or permanent disability.
- **costs just $0.79** per $100 of your monthly balance.
- *ENROLL TODAY!*

*See reverse for enrollment information ——>*



PLATINUM VISA ACCOUNT
4115-0719-2604-3600

FEB 17 – MAR 16, 2003
Page 1 of 1

### Account Summary

| | |
|---|---|
| Previous Balance | $6.00 |
| Payments, Credits and Adjustments | $6.00 |
| Transactions, including Monthly Bills | $6.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $6.00 |
| Minimum Amount Due | $6.00 |
| Payment Due Date | April 16, 2003 |
| | |
| Total Credit Line | $500 |
| Total Available Credit | $494.00 |
| Credit Line for Cash | $500 |
| Available Credit for Cash | $494.00 |

### Payments, Credits and Adjustments

| 1 | 17 FEB | CREDIT ADJUSTMENT | $6.00- |
|---|---|---|---|

### Monthly Bills and Related Expenses

| 2 | 19 FEB | WLI*TRAVELVALUES 800-890-4892 CT | $6.00 |
|---|---|---|---|

Your request to close your account has been received. Your account will be closed when it reaches a $0 balance. Until then, you will continue to receive statements and must continue to make payments. All terms and conditions of the account will apply while a balance remains. Please remember to cut your cards and cancel all charges which automatically bill to your account.

Register today at www.capitalone.com to access your account online. Your FREE access will allow you to pay your bill online, check your balance and view your statement. It's quick, easy and secure!

### At your service

To call Customer Relations or to report a lost or stolen card:

**1-800-867-0904**

Visit www.capitalone.com today to manage your account online and receive valuable offers.

| Send payments to: | Send inquiries to: |
|---|---|
| Attn: Remittance Processing | |
| Capital One Services | Capital One Services |
| P.O. Box 85184 | P.O. Box 85015 |
| Richmond, VA 23285-5184 | Richmond, VA 23285-5015 |

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04134% F | 15.09% | $.00 |
| CASH | $.00 | .04134% F | 15.09% | $.00 |

| ANNUAL PERCENTAGE RATE applied this period | 0.00% |
|---|---|

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT.  ▼

4/6/1

# Capital One
**Small Business Services**

PLATINUM VISA ACCOUNT
4115-0719-2604-3600

MAR 17 - APR 16, 2003
Page 1 of 1

## Account Summary

| | |
|---|---|
| Previous Balance | $6.00 |
| Payments, Credits and Adjustments | $6.00 |
| Transactions, including Monthly Bills | $6.00 |
| Finance Charges | $.00 |
| | |
| New Balance | $6.00 |
| Minimum Amount Due | $6.00 |
| Payment Due Date | May 16, 2003 |
| | |
| Total Credit Line | $500 |
| Total Available Credit | $494.00 |
| Credit Line for Cash | $500 |
| Available Credit for Cash | $494.00 |

## At your service

To call Customer Relations or to report a lost or stolen card:
**1-800-867-0904**

Visit www.capitalone.com today to manage your account online and receive valuable offers.

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85184
Richmond, VA 23285-5184

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

## Payments, Credits and Adjustments

| 1 | 24 MAR | PAYMENT RECEIVED - THANK YOU | $6.00- |
|---|---|---|---|

## Monthly Bills and Related Expenses

| 2 | 21 MAR | WLITRAVELVALUES 800-890-4892 CT | $6.00 |
|---|---|---|---|

Your request to close your account has been received. Your account will be closed when it reaches a $0 balance. Until then, you will continue to receive statements and must continue to make payments. All terms and conditions of the account will apply while a balance remains. Please remember to cut your cards and cancel all charges which automatically bill to your account.

Auto Rental Insurance: Coverage for collision damage or theft with card purchase of rental.* Purchase Security with Extended Protection: 90-day theft or damage protection on most card purchases and doubles the manufacturer's written U.S. warranty up to one year on warranties of three years or less.* Go to www.visa.com/benefits or call 1-800-955-7070 now for complete benefit information. *Certain restrictions and conditions apply.

Register today at www.capitalone.com to access your account online. Your FREE access will allow you to pay your bill online, check your balance and view your statement. It's quick, easy and secure!

## Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04132% F | 15.08% | $.00 |
| CASH | $.00 | .04132% F | 15.08% | $.00 |

ANNUAL PERCENTAGE RATE applied this period                     0.00%

▼   PLEASE RETURN PORTION BELOW WITH PAYMENT.   ▼

# Capital One

0000000 7 4115071926043600 16 0006000006000006002

| | | |
|---|---|---|
| New Balance | | $6.00 |
| Minimum Amount Due | | $6.00 |
| Payment Due Date | | May 16, 2003 |
| | | |
| Total enclosed | $ | |
| Account Number: | | 4115-0719-2604-3600 |

*Please print mailing address and/or e-mail changes below using blue or black ink.*

Street _____ Apt. #
City _____ State ___ ZIP
Home Phone _____ Alternate Phone
Email Address

Capital One, F.S.B.
P.O. Box 85184
Richmond, VA 23285-5184



#9010710579103873# MAIL ID NUMBER
RIVERSIDE VENDING
CHARLES B MCGINNIS
50 BENTLEY LN
PORT DEPOSIT MD 21904-1473

014692
052086

*Please write your account number on your check or money order made payable to Capital One, F.S.B. and mail in the enclosed envelope.*

RECEIVED

AUG 1 8 2003

SALISBURY-CPD

August 3, 2003

Charles B. McGinnis

Case Number# 65191-ES-526

65191-ES-526

Dear Consumer Protection,

I am still receiving charges from Travel Values Plus on my Capital One account. Like I explained before I never ordered anything from Travel Values or recieved anything from Travel Values other than a bill on my credit card. Some how Travel values got my credit card number and are putting charges on my account. This is a credit card theft being done by Travel Values and I am suprised Capital One cuntinues to accept these fraudulent charges.

Also, I am sending the refund check of $30.00 payable to Riverside Vending back to Capital One. Since the charges are false I paid the bill from my personal account. The refund check should be payable to Charles B. McGinnis. I am paying this bill to Capital One under protest and expect to be reimbursed after this matter is resolved.

I read over the paperwork about the explanation from Travel Values and what concerns me is they have not given any verification of my E-mail address or screen name.

Also, Capital One refuses to close this account as I have requested numerous times.It would be nice if someone from Capital One would call me and discuss this matter.

THANK YOU
Charles B. McGinnis

*5322'1*

## IFCC COMPLAINT REFERRAL FORM

The following information was provided by the victim and may be
forwarded to the appropriate law enforcement or regulatory
agencies.

Credit/Debit Cards
$0.00

Complaint ID:          IO1121822215269
Date of Complaint:     12/18/01 10:21:00 PM

### Complainant Information

Last Name:             Vik
First Name:            John
Date of Birth:         06/18/1953
Business:              N
Gender:                M
Phone Number:          6173475068
Email Address:         sverige334@prodigy.net
Street 1:              po 858
City:                  westford
Live in City Limits:   Y
State:                 MA
State Name:            Massachusetts
Zip:                   01886
Country:               USA
Country Name:          United States of America
Has Documents          N
Is Online Fraud:       Y
Local LEA:             ?? police dept.
Contact Information:   sverige334@prodigy.net

### Alleged Perpetrator Information

Business:              Y
Business Name:         ShoppersDiscount.com
URL:                   ShoppersDiscount.com
Gender:                U
Phone Number:          8884011369
Email Address:         doesn't work
Street 1:              4501 forbes blvd
City:                  lanham
State:                 MD
State Name:            Maryland
Zip:                   20706
Country:               USA
Country Name:          United States of America

### Additional Complaint Information

Complaint Information:      This company said if I didn't cancel
the
account I had with them they
would charge my credit card with a payment in 30 days. They don't
answer the phone to cancel it, and their website doesn't work so
you