# EXHIBIT B
# Part XII

Dockets.Justia.com

can't cancel it. They gave my credit card numbe rout to other
companies and I have numerous other companies doing the same
thing.
They have no right to give my credit card number to anyone. I
believe
this is a scam. I am getting numerous other bills now for this.
This
company should not be able to access my credit card in the first
place. These companies are trying to make unauthorized charges. I
contacted my credit card company about this. It is Fleet. I spoke
with employee 4202. This is fraud in my opinion. Thses peolpe
have
devised a way to access credit cards without authorization.
Thank-
you. My primary concern is these people are giving out my credit
card
number to other companies. You can't speak with this company
because
they either don't answer the phone or their website doesn't work.

**Additional Information**


**Loss Information**

Item Description:
These people took my credit card
number
and gave it to other people.
Contact Information:
This company said if I didn't cancel the account I had
with
them they
would charge my credit card with a payment in 30 days. They don't
answer

the phone to cancel it, and their website doesn't work so you
can't
cancel
it. They gave my credit card numbe rout to other companies and I
have
numerous other companies doing the same thing. They have no right
to
give
my credit card number to anyone. I believe this is a scam. I am
getting
numerous other bills now for this. This company should not be
able to
access my credit card in the first place. These companies are
trying to
make unauthorized charges. I contacted my credit card company
about
this.
It is Fleet. I spoke with employee 4202. This is fraud in my
opinion.
Thses peolpe have devised a way to access credit cards without
authorization. Thank-you. My primary concern is these people are
giving

out my credit card number to other companies

**Loss**

```
Contact Description:   Phone
Contact Date:          11/25/2001
Amount Lost:           $0.00
```

*5/8/9*

RECEIVED
OF THE ATTY ...AL
2003 NOV 15 ...

Celeste M. Baines
959 Iglehart Ave.
St. Paul, MN 55104
(651) 646-3068

November 12, 2002

Consumer Protection Div.
Atty. Generals Office
200 St. Paul Place
Baltimore, MA 21202

Dear Consumer Protection,

This letter is in regard to a company in Maryland called:

**Shoppers Discount/EMI Corp.
4501 Forbes Blvd.
Lanham, MA 20706
1-888-238-0640**

On my last billing statement of my visa charge account I was billed $96.00. I contacted Shoppers Discount at 1-888-238-0640 to inquire regarding this charge. I was told by a representative (Kimba/Jeri), that it was a membership fee. I indicated that I **NEVER** signed-up for this membership and asked how they obtained my credit card information. I was told that through the internet I had signed-up, I **NEVER** gave any **authorization** to Shoppers Discount to become a member or charge my account any fees. On October 29, 2002, I requested that my charge account be credited back the $96.00, to date my account has not been credited. I inquired as to when the account would be credited and have been told that within 7 to 10 working days and possibly 1 to 2 billing cycles, which means 30 or 60 days. I was given two different cancellation numbers: **041276344** and **W1ppi00042** and contacted my visa account company to dispute the $96.00 charge. The Shoppers Discount representative directed me to give these numbers to credit card company to verify the dispute of this charge; visa will not take any action until they here from Shoppers Discount. Due to the $96.00 **unauthorized** charge to my account I have been charged $25.00 for OVERLIMIT FEE and $25.00 for PAST DUE FEE, putting me out $146.00.

      The website address for Shoppers Discount that I was given over the phone by a representative is: www.shopersdiscount.com    . Enclosed is a copy of my billing statement, their web page, which would not print, and other consumer complaints regarding Shoppers Discount unauthorized charges to unsuspecting consumers, and information about how they purchase lists with consumer information. I am extremely concerned as to how Shoppers Discount obtained my name, address, and visa account information.

      Thank you in advance for your assistance in addressing this matter. I can be reached at (651) 646-3068 if you have any questions. Please help to stop Shoppers Discount from scamming other consumers.

Sincerely,

*Celeste M. Baines*

Celeste M. Baines


cc:  Shoppers Discount/EMI Corp.
     4501 Forbes Blvd.
     Lanham, MA 20706
     1-888-238-0640

# Capital One

SEP 21 - OCT 20, 2002
Page 1 of

VISA ACCOUNT

*[handwritten: Reversed back to my account 0412-16344 → Jeri]*
*[handwritten: Disp charge]*

**Payments, Credits and Adjustments**

Your scheduled payment has not been received. Please remit the amount due appearing on this statement. If you have already made your payment, please accept our thanks.

*[handwritten: Kimba called 10-29-02]*

| Account Summary | |
|---|---|
| Previous Balance | $358.09 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $146.00 |
| Finance Charges | $6.14 |
| New Balance | $510.23 |
| Minimum Amount Due | $110.23 |
| Payment Due Date | November 20, 2002 |
| Total Credit Line | $400 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $400 |
| Available Credit for Cash | $.00 |

**Transactions**

| | | | |
|---|---|---|---|
| 1 | 24 SEP | SHOPPERS DISCOUNT 888-238-0640 | $96.00 |
| 2 | 25 SEP | OVERLIMIT FEE | 25.00 |
| 3 | 20 OCT | PAST DUE FEE *credited* | 25.00 |

*[handwritten: Call 11-17-02]*
*[handwritten: 7-10 day]*
*[handwritten: Authorize charge]*
*[handwritten: Customer Relations Cindy]*

**At your service**
To call Customer Relations or to report a lost or stolen card:
**1-800-903-3637**

For free online account service and special customer offers, log on to:
www.capitalone.com

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 60000
Seattle, WA 98190-6000

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

*[handwritten: Evan]*
*[handwritten: Nov 17 200 st Paul Plaza 30 days Billing error cancellation # WIPP100042]*
*[handwritten: Atty Gen. 1 877 261 8807 (410)576-6550 Consumer Protection Div.]*
*[handwritten: Atty Gen. Maryland]*
*[handwritten: Evan 27 W 8 File a Complaint EMI Corp 4501 Forbes Blvd Lanham MA 30 1-888-238-0640]*

Please see reverse side for important information

**Finance Charges**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $469.02 | .04362% F | 15.92% | |
| CASH | $.02 | .04362% F | 15.92% | |

15

ANNUAL PERCENTAGE RATE applied this period

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT. ▼

12080M

# Capital One

0000000 0-

| | |
|---|---|
| New Balance | $510.23 |
| Minimum Amount Due | $110.23 |
| Payment Due Date | November 20, 2002 |
| Total enclosed | $ |

Please print address changes below using blue or black ink.

Street _____ Apt #
City _____ State ZIP
Home Phone _____ Alternate Phone



Capital One Services
P.O. Box 60000
Seattle, WA 98190-6000

#9029393172756113# MAIL ID NUMBER
CELESTE M BAINES
959 IGLEHART AVE
SAINT PAUL MN 55104-5427

012080

Please write 4121-7414-9168-6205 on your check or money order made payable to Capital One Services and mail in the enclosed envelope.



*Shoppers Discount Webpage*
*\* Would not print*

*Other Web Complaints about Shoppers Discount Website http://www.consumeraffairs.com/scam_derts/shoppe ... html.

## Shoppers Discount

**Susan of Orange Park, FL, writes:**
I was billed $96.00 on my visa from **shoppers discount** club on 11/22/00. A representative said they were working in conjuction with Atlantic Communications that give them my credit card number to purchase something I did not give authorization for nor was contacted for anything at all. I have no idea how Atlantic Communications got my credit card number and then sold it to **Shoppers Discount** Club.

When I contacted **Shoppers Discount** Club they told me that they used to conduct business with Atlantic Communications as a telemarketing company who contacts people for them but I had no such contact. As a matter of fact when I spoke to the representative at **Shoppers Discount** Club she could not access me at my present address on their system until I give her my credit card number. I believe they obtained my credit card number from my old address in California, but I moved 9 months ago to Florida.

I am still trying to figure out how Atlantic Communications got my credit card number. I never purchased anything on line. I have done catalog purchases before, that is the only explanation I can see. This is shocking to me. My Visa company is issuing me a new card and **shoppers Discount** club is crediting my account. But the big question again is how can I safeguard myself?

**Rebecca of Decatur, GA, writes:**
My checking account was deducted $96.00 for a service that I did not authorize. I did an internet search for **Shoppers Discount** and

October 3 2002



the first thing that came up was a complaint on this very site, almost identical to the one I'm describing here. Meanwhile, I could not find any contact information for customer service for **Shoppers Discount**. Fortunately, my bank was able to provide me with a phone number. Upon calling I was told that when I purchased a cleaning product called Zap (an 800 number on TV) that I had also signed up for this "service" for a free 30-day trial period, at the end of which I was to call and cancel if I was not interested in continuing this or my account would be billed $96 for a membership. I received no paperwork regarding this at all.

Your E-mail Address

Sign Me Up



I can't even recall any information verbally when I purchased the Zap cleaning product that I would be getting this "trial membership," no less an automatic deduction from my account. As I had approximately $100 less in my checking account than previously thought, I ended up being overdrawn and had two $28 charges placed on me by my friends at the bank (Wachovia). I am out $142 and have nothing to show for it. **Shoppers Discount** said they would refund the $96, and if I faxed them my transaction register from the bank, they would determine if I went into the hole based on their $96 charge, and then consider if I should be refunded the $56 charged to me by the bank. But I will not be faxing any information regarding my financial situation to this company at all.

*Wise decision.*



ATTORNEY GENERAL ELIOT SPITZER
STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF CONSUMER FRAUDS AND PROTECTION
Statler Towers, 107 Delaware Avenue, 4th Floor
Buffalo, NY 14202-3473
Tel. (716) 853-8404   Fax (716) 853-8414

# COMPLAINT FORM

Consumer Hotline   For Hearing Impai
1 (800) 771-7755   TDD (800) 788-98
http://www.oag.state.ny.us

1. PLEASE BE SURE TO COMPLAIN TO THE COMPANY OR INDIVIDUAL **BEFORE** FILING.
2. PLEASE **TYPE** OR PRINT CLEARLY IN DARK INK.
3. YOU MUST COMPLETE THE **ENTIRE** FORM. INCOMPLETE OR UNCLEAR FORMS WILL BE RETURNED TO YOU.
4. MAKE SURE YOU ENCLOSE **COPIES** OF IMPORTANT PAPERS CONCERNING YOUR TRANSACTION.

## CONSUMER

- YOUR NAME: LaRae G. Burdick
- HOME TELEPHONE NUMBER: 716 465 7711
- STREET ADDRESS: 1539 Bailey Ave
- BUSINESS TELEPHONE NUMBER:
- CITY/TOWN: Buffalo
- COUNTY: Erie
- STATE: NY
- ZIP: 14212

## COMPLAINT

- NAME OF SELLER OR PROVIDER OF SERVICES: Shoppers Discount
- STREET ADDRESS: 4501 Forbes Blvd
- CITY/TOWN: Lanham
- STATE: MD
- ZIP: 20706
- TELEPHONE NUMBER: 1-888 238 0640
- NAME OF OTHER SELLER OR PROVIDER OF SERVICES:
- DATE OF TRANSACTION: 8/13/02
- COST OF PRODUCT OR SERVICE: $96.00
- HOW PAID: Other — debit card
- DID YOU SIGN A CONTRACT? No
- WAS PRODUCT OR SERVICE ADVERTISED? Yes
- WHERE WAS IT ADVERTISED? T.V. under Richard Simmons
- DATE ADVERTISED: in June
- TYPE OF COMPLAINT: Money taken out acc. causing overdraws on Account
- DATE YOU COMPLAINED TO THE COMPANY OR INDIVIDUAL: By Telephone
- PERSON CONTACTED: no name
- NATURE OF RESPONSE: Will send money back
- HAS MATTER BEEN SUBMITTED TO ANOTHER AGENCY OR ATTORNEY? No
- IS COURT ACTION PENDING? No

## ADDITIONAL INFORMATION

- MANUFACTURER OF PRODUCT:
- PRODUCT MODEL OR SERIAL NUMBE:
- ADDRESS:
- WARRANTY EXPIRATION DATE:
- DID BUSINESS ARRANGE FINANCING? No

PLEASE DESCRIBE COMPLAINT ON REVERSE SIDE

CNS 001BF (10/01)

BRIEFLY DESCRIBE YOUR COMPLAINT  I never order product, they said they sent me, coupons & letter. I never recived. When I order the tapes, I told them to send any of the things they were trying to sell me, in flires (letter or information and I would look over) never order anything. They over drew my bank account 29.50 every five days from Aug 14. App 5 X. Also they hit me again in Sep. for B last'n Go which I had canceld on 9/9. When I called 516-937-7240 They told me to keep product (a dietary suppement) I had recived and would reinburst the money - this cause a $95.00 over drawn, as of now no repayment recive.

WHAT FORM OF RELIEF ARE YOU SEEKING? (e.g., exchange, repair or money back. etc.)  repayment for over drawn charges from Bank

WHO REFERRED YOU TO THIS OFFICE?  I

### READ THE FOLLOWING BEFORE SIGNING BELOW

PLEASE ATTACH TO THIS FORM **PHOTOCOPIES** of any papers involved (contracts, warranties, bills received, canceled check correspondence, etc.). **DO NOT SEND ORIGINALS.**

NOTE: In order to resolve your complaint, we may send a copy of this form to the person or firm about whom you are complainin

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing law s design to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal righ or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the busine or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

I also understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/ Section 210.45 of the Penal Law.

Signature: Va Ja Gene Burdick                Date: 12/17/02

### HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?

Return to:    Office of the Attorney General
              Bureau of Consumer Frauds and Protection
              Statler Towers, 107 Delaware Avenue, 4th Floor
              Buffalo, NY 14202-3473

**LEONARD R. LABAGH, P. C.**
Attorney at Law
501 North Eighth Street, Suite 408
P. O. Box 1448
Fairfield, Iowa 52556-9020
(641) 472-6808 • Fax: (641) 472-6002
e-mail – labagh@iowatelecom.net

June 13, 2003

Iowa Attorney General Protection Division
1305 East Walnut Street
Des Moines, IA 50319

Reservation Rewards
101 Merritt 7, fifth Floor
Norwalk, CT 06851

Priceline.com (address unknown)

Dear Priceline.com, Reservation Rewards and Iowa Attorney General:

On April 28, 2003, I went online to Priceline.com to reserve a hotel room at a discount. I gave Priceline.com my personal information and charged the discounted room on my American Express credit card.

On June 12, 2003, I received my American Express statement, a copy is enclosed, reflecting a Reservation Rewards Subscription of $7.00 for May 5 and $7.00 for June 4. I did not order this subscription and called Reservation Rewards ("RR") regarding the error. I was advised by RR that when I contacted Priceline.com, I signed up for this service. I told them I did not sign up for this service and wanted it cancelled immediately. RR advised that they would cancel my subscription and chargeback the June 4, 2003 charge, but not the May 5, 2003 charge, i.e. I would be charged $7.00 for something I did not order.

My concern is not the $7.00, however, I do take exception to the blatant misuse of the information I gave Priceline.com. It would appear that Princeline.com has given my personal information to Reservation Rewards.

The fact that this subscription did not show up on my credit card until June and there were two months charges is very suspicious in light of the fact that RR would only refund one month's charge. As you know, many people do not check their credit card charges closely and even if they do catch the erroneous subscription, RR keeps $7.00. I would appreciate the Iowa Attorney General's office looking into this matter.

Thank you for your assistance in this matter.

Sincerely,

Leonard R. Labagh

## CONSUMER

| | |
|---|---|
| From: | chcofiowa@mchsi.com |
| Sent: | Tuesday, June 07, 2005 2:21 PM |
| To: | consumer@ag.state.ia.us |
| Subject: | AG Office Consumer Complaint Form |

```
Below is the result of your feedback form.  It was submitted by
 (chcofiowa@mchsi.com) on Tuesday, June 7, 2005 at 14:20:49
---------------------------------------------------------------------------

name: JULIE GEPPERT

address: 325 SW BELL

city: DES MOINES

state: IA

zipcode: 50315

homephone: 515-975-1746

age: 55

respname: Reservation Rewards

respaddr: Unknown

respstate: CT

respphone: 800-732-7031

product: Illegal Bank withdrawl

contatty: No

comments: I noticed a debt for 9.00 from my checking account on 6/6/05.  I called the
bank, Commercial Federal this am 6/7/05 and they told me it was the above mentioned
company that withdrew from my account without my permission.  I called this company and
they told me in order to cancel they needed my full name and address and the cc number I
used when signing up, which I never signed up with any rewards company.  I refused and
hung up. Please help!

submit: Send in the complaint

---------------------------------------------------------------------------

HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; .NET CLR 1.1.4322)
```

1

## AG CONSUMER

**Sent:** Wednesday, December 14, 2005 1:04 PM  
**To:** AG CONSUMER  
**Subject:** AG Office Consumer Complaint Form

Below is the result of your feedback form. It was submitted by (aedwards@iastate.edu) on Wednesday, December 14, 2005 at 13:03:58
-------------------------------------------------------------------

name: Ashley Edwards

address: 125 N. Franklin Ave

city: Ames

state: IA

zipcode: 50014

workphone: 641-485-4589

age: 23

respname: Reservation Rewards

respaddr: PO Box 855

respcity: Shelton

respstate: CT

respzip: 06484

respphone: 18007327031

howpay: Check Card-Visa

contbus: No

contatty: No

resolvefair: This company should be notified of fraud and that what they are doing is very unfair to many people.

comments: I realized that my checking account has had unatherized electronic withdrawls for the amount of $9 for the past two months. I called the company that my bank said was making these tranactions and they said that I signed up for their "automatic rewards" when I was purchasing a gift on PetCo.com. I signed up for no such "rewards" and have been charged a total of $18 from these people. I think it is very unfair for companies such as PetCo to give out such valuable information such as Credit Card information for someone. When calling the Reservation Rewards company they said that they will credit my account for the charges they've made. But someone should really be aware of what they are doing to comsumers.
Thank you!

submit: Send in the complaint

-------------------------------------------------------------------

HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)

1

# AG CONSUMER

| | |
|---|---|
| Sent: | Wednesday, December 28, 2005 9:28 AM |
| To: | AG CONSUMER |
| Subject: | AG Office Consumer Complaint Form |

Below is the result of your feedback form. It was submitted by
(RBloomq993@aol.com) on Wednesday, December 28, 2005 at 09:28:17
-----------------------------------------------------------------------

name: Robert Bloomquist

address: 2817 Capitol Ave

city: Des Moines

state: IA

zipcode: 50317

homephone: 515-262-3025

workphone: 515-557-2757

age: 55

respname: Reservation Rewards

respaddr: PO Box 855

respcity: Shelton

respstate: CT

respzip: 06484

respphone: 800-732-7031

product: unknown product

amtpurch: $9.00

amtpaid: $9.00

howpay: debit card

contbus: Yes

contatty: No

resolvefair: They need to refund my money and stop this scam. Since it is a small amount of money, a lot of consumers get charged and don't even know it!

comments: They have been charging my account an unauthorized fee of $9.00 a month. A quick search of the web turned up 1000's of complaints for this company! Here's how it works - shopping cart providers (like VirtualCart) have an agreement with this company (Webloyalty, aka WLI Reservations Rewards) whereby when a customer gets to the confirmation page of a transaction in a store that uses a VirtualCart shopping cart, they see a little box saying: "Your purchase is complete. Click here to claim your $10 Cash Back Reward on your next purchase!"

It looks, for all intents and purposes, as though it's part of the store that you're on but underneath the "Continue" button that you can click, in small print, it says "By clicking above, you can claim your reward from the reward provider, Reservation Rewards."

1

It basically banks on the assumption that customers trust the site they're on, THINK they're getting $10 back from that store, and so they click on it. Once you click on it, it pulls your credit card information from the site you just used, and signs you up for this "Rewards" program!

submit: Send in the complaint

------------------------------------------------------------------------

HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; .NET CLR 1.0.3705)

March 1, 2006

MS BARBARA BLAKE, INVESTIGATOR
CONSUMER PROTECTION DIVISION
STATE OF IOWA DEPARMENT OF JUSTICE
HOOVER BUILDING 1305 E WALNUT
DES MOINES IA  50319

RE: Robert Bloomquist, File #2006-62827

Dear Ms Blake,

Thank you for your investigation into the matter regarding webloyalty.com.  I have several problems with their response.

The response appears to be a form letter response, indicating that they have had several problems with this in the past and now respond with pre-packaged brochure to each complaint.  My name did not even appear on the exhibits they provided.

My main complaint is that I did not receive any of the emails they purported to send, and the fine print on the offer is too hard and complicated to read.  I believe the fact that they will be pulling in your bank and credit card information should be proximately displayed, and the fact that they will be debiting your account should be proximately displayed.  The activity as they do it is misleading and should not be allowed to continue.

Sincerely,

Robert L Bloomquist

# Consumer Protection Complaint Form

Tom Miller
Attorney General of Iowa
515-281-5926
515-281-6771 fax

Consumer Protection Division
Hoover State Office Building
1305 E. Walnut, Des Moines, Iowa 50319
e-mail: consumer@ag.state.ia.us
www.IowaAttorneyGeneral.org

**Instructions. To help us handle your complaint —**
1. Please print or type. Answer all questions fully and correctly.
2. Please mail in **photocopies** of all documents that may relate to your complaint claim (contracts, advertisements, correspondence, proof of payment, etc.).
3. Return the information to the Consumer Protection Division (address above).
4. You may also file a complaint online. Be sure to also mail in all relevant documents.

**PLEASE NOTE IMPORTANT "OPEN RECORDS" INFORMATION ON THE BACK OF THIS FORM.**

Your name and address: Mr. Mrs. (Ms.) (Please circle one)   Name of business or person the complaint is against:

NAME: Nicole D. Stutzman
ADDRESS: 1800 Watrous Ave. 14A
CITY: Des Moines   STATE: IA   ZIP: 50315
WORK PHONE NUMBER: (515) 281-6371
HOME PHONE NUMBER: (515) 556-5672
CELL PHONE #:
E-MAIL ADDRESS: nstutzm@ag.state.ia.us

NAME: Reservation Rewards
ADDRESS: P.O. Box 855
CITY: Shelton   STATE: CT   ZIP: 06484
PHONE: (800) 732-7031
CELL PHONE #:
E-MAIL ADDRESS: Customerservice@reservationrewards.com

FOR MOTOR VEHICLE COMPLAINTS, LIST VEHICLE IDENTIFICATION # (VIN) ___

Product or service involved: ___   Product New or used? ___
Date of purchase or contract: ___   Amount of purchase or contract: ___
Actual amount paid: $20.00   How paid (check, (credit card), etc.): debit card
Have you contacted the business or person? No ___ Yes ✓  Please explain in the summary.
Have you contacted an attorney? No ✓ Yes ___ When: ___ Name: ___
What do you think should be done to resolve your complaint fairly? I should be refunded

**Summary of your complaint** — Please print or type. Use back or additional paper if necessary.

I purchased movie tickets from Fandango.com. After making my purchase w/my Visa debit card, I was forwarded to another web site which offered me free movie tickets. I did not provide this site w/my bank account information. As I was completing basic contact info. I discovered that there was a fee involved

I understand that the Attorney General's Office is not my private attorney but represents the public in enforcing laws designed to protect consumers from misleading or unlawful business practices. I also understand I may contact a private attorney for legal advice. **Please sign here.**

Signature ___   Date ___

*Over, please.*

CPK-016455

## Stutzman, Nicole [AG]

**To:** customerservice@reservationrewards.com

**Subject:** a debit from my account

I did not knowingly sign up for your services or provide you with my bank account information. However, a withdrawal was just made from my checking account in the amount of $10.00 in the months of Feb and March (I will need to look into my records to verify the months previous) and I would like to stop any further withdrawals from taking place. I did not authorize these withdrawals in the first place and would like to be refunded back my money. I will be contacting my state attorney general's office if this matter is not handled to my satisfaction. I would also like to know when I supposedly signed up for your services and provided you with my information. Your immediate response is requested in this matter.

*Nicole Stutzman*
*Iowa Attorney General's Office*
*Crime Victim Assistance Division*
*321 E 12th Street, Room 018*
*Des Moines, IA  50319*
*(515)281-6371*

3/15/2006

## AG CONSUMER

**From:** AG Webteam
**Sent:** Tuesday, May 09, 2006 8:42 AM
**To:** AG CONSUMER
**Subject:** FW: Reservation Rewards

---

**From:** Robert Helle [mailto:rjhelle@iaisrr.com]
**Sent:** Tuesday, May 09, 2006 7:48 AM
**To:** AG Webteam
**Subject:** Reservation Rewards

Mr. Miller:

I would like to bring to your attention what I consider a scam.

I was checking my credit card statement on-line yesterday when I came across a charge for $9.00 from a company called Reservation Rewards. Their phone number is 800-732-7031. I called the number and spoke to a customer service rep. Apparently when I ordered some computer equipment through Tiger Direct, I some how automatically signed up for Reservation Rewards, at a cost of $9.00 per month. I had no idea I had done that. When I questioned the CSR about the charge, she suggested that I cancel the "service", which I did. They would not refund my money.

I can just imagine the amount of money these people are making from unsuspecting people who order items from Tiger Direct only to discover that they also ordered Reservation Rewards without their knowledge. They charged me $9.00. What if they are doing the same thing to 1000 people, 10,000 people. I'm sure they are happy to "cancel" the service. How about refunding the money? To me this whole process smells of a scam.

I am not going to go to court over $9.00, maybe that is what Reservation Rewards is banking on, but I just wanted to bring this to your attention. It may not be illegal but in my book it sure is unethical.

Thank you for your time.


Robert J. Helle
Director of MIS
Iowa Interstate Railroad LTD
5900 6th Street SW
Cedar Rapids, Iowa 52404
rjhelle@iaisrr.com
319 298-5412

5/9/2006