IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. MDL 07-01820<br><br>Lead Case: 06-11620-JLT |

## **SCHEDULING ORDER FOR RULE 16 CONFERENCE**

Counsel for the parties had a conference before the Special Master on August 21, 2007, and the Special Master adopted the following Scheduling Order.

1.     The Special Master determined to take no action on Defendants' pending motion for summary judgment pursuant to Rule 56 (Docket Entry 56). After appropriate discovery has been taken, Defendants may renew the current motion for summary judgment or file an amended motion for summary judgment at their discretion.

2.     The Special Master ordered the parties to meet and confer as required by Fed. R. Civ. P. Rules 26(f) and D. Mass. L.R. 16.1. The parties shall submit their Rule 26(f) Statement on or before Thursday, September 20, 2007.

3.     The Special Master will hold the Scheduling Conference pursuant to Fed. R. Civ. P. 16 and L.R. 16.1 on Thursday, September 27, 2007, at 10 a.m. Further information regarding the courtroom in which the conference will be held will be provided.

Dated: August 21, 2007

*Gael Mahony*

Gael Mahony, Special Master

# 4745997_v1