FILED
IN CLERKS OFFICE
2007 SEP 10 P 1:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET 07-01820<br><br>Lead Case: 06-11620-JLT |

### MOTION TO ADMIT CHARLES D. MARSHALL *PRO HAC VICE*

NOW COMES Andrew J. Garcia, attorney for the Plaintiff in the above-captioned action and hereby moves this Honorable Court to grant Charles D. Marshall's Application for Leave to Practice, *Pro Hac Vice* before this Court in the above-captioned action. As grounds in support of this motion, counsel states:

1. Charles D. Marshall is a member of the Law Firm Green Welling, LLP of San Francisco, California.

2. Charles D. Marshall is in good standing in all jurisdictions in which he has been admitted and there are no disciplinary proceedings against him. He has familiarized himself with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. I am a member of the Bar of the U.S. District Court for the District of Massachusetts and am an attorney licensed in the Commonwealth of Massachusetts. There are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted.

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation    Doc. 68

WHEREFORE, counsel hereby requests that this Court grant Charles D. Marshall Application for Leave to Practice, *Pro Hac Vice*.

Respectfully submitted,

Andrew J. Garcia MA BBO# 559084
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)
agarcia@phillipsgarcia.com