In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation        Doc. 68 Att. 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET 07-01820<br><br>Lead Case: 06-11620-JLT |

### APPLICATION AND CERTIFICATION TO BE ADMITTED BEFORE THE COURT *PRO HAC VICE*

NOW COMES Charles D. Marshall, a member of the firm of Green Welling, LLP and hereby applies for admission before this Court, *pro hac vice*. In support of this application, the Applicant certifies as follows:

1. I am a member in good standing of the Bar of the State of California and in every jurisdiction in which I have been admitted to practice.

2. I certify that there are no disciplinary proceedings against me pending in the jurisdiction of California or any jurisdiction in which I have been admitted to practice.

3. I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

1

I HEREBY CERTIFY that the information contained herein is true and accurate this 23 day of August, 2007.

_____
Charles D. Marshall
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cdm@classcounsel.com

2