# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET 07-01820<br><br>Lead Case: 06-11620-JLT |

## APPLICATION AND CERTIFICATION TO BE ADMITTED BEFORE THE COURT *PRO HAC VICE*

NOW COMES Robert S. Green, a member of the firm of Green Welling, LLP and hereby applies for admission before this Court, *pro hac vice*. In support of this application, the Applicant certifies as follows:

1.     I am a member in good standing of the Bar of the State of California and in every

In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation                                         Doc. 69 Att. 1

jurisdiction in which I have been admitted to practice.

2.     I certify that there are no disciplinary proceedings against me pending in the jurisdiction of California or any jurisdiction in which I have been admitted to practice.

3.     I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Andrew J. Garcia, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

1

I HEREBY CERTIFY that the information contained herein is true and accurate

this _30_ day of July, 2007.

Robert S. Green
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cdm@classcounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by

U.S. Mail this 6th day of September, 2007, to the following:

John J. Regan
Gabrielle R. Wolohojian
WILMER CUTLER PICKERING
HALE & DORE, LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Fax:    617-526-5000

_____
Andrew J. Garcia, BBO # 559084
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
N. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)