**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN (admitted *pro hac vice*)
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.com

David J. George
Stuart A. Davidson
**COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: dgeorge@csgrr.com
Email: sdavidson@csgrr.com

[Additional Counsel Listed on Signature Page]
Attorneys for *Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-1820<br><br>Lead Case: 06-11620-JLT<br><br>**LOCAL RULE 16.1(D)(3) CERTIFICATION**<br><br>Date: September 27, 2007<br>Time: 10:00 a.m.<br>Courtroom: TBA<br><br>Before: Special Master Mr. Gael Mahony |

The plaintiffs and their undersigned counsel hereby certify that they have conferred:

(a) with a view establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

-1-
LOCAL RULE 16.1(D)(3) CERTIFICATION

Dockets.Justia.com

Dated: September ____, 2007                     _____
                                                Kim Crouse, Plaintiff

Dated: September ____, 2007                     _____
                                                Joe Kuefler, Plaintiff

Dated: September ____, 2007                     _____
                                                Alcides Melo, Plaintiff

Dated: September ____, 2007                     _____
                                                Monica Staaf, Plaintiff

Dated: September 19, 2007                       Respectfully Submitted,

                                                **WEXLER TORISEVA WALLACE LLP**


                                                By _____
                                                     MARK J. TAMBLYN

                                                1610 Arden Way, Suite 290
                                                Sacramento, California 95815
                                                Tel: (916) 568-1100
                                                Fax: (916) 568-7890

                                                Kenneth A. Wexler
                                                **WEXLER TORISEVA WALLACE LLP**
                                                55 West Monroe Street, Suite 3300
                                                Chicago, Illinois 60603
                                                Tel: (312) 346-2222
                                                Fax: (312) 346-0022

                                                David J. George
                                                Stuart A. Davidson
                                                **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
                                                120 East Palmetto Park Road, Suite 500
                                                Boca Raton, FL 33432
                                                Tel: (561) 750-3000
                                                Fax: (561) 750-3364

Dated: September _19_, 2007        _____
                                                      Kim Crouse, Plaintiff

Dated: September ____, 2007        _____
                                                      Joe Kuefler, Plaintiff

Dated: September ____, 2007        _____
                                                      Alcides Melo, Plaintiff

Dated: September ____, 2007        _____
                                                      Monica Staaf, Plaintiff

Dated: September _19_, 2007        Respectfully Submitted,

**WEXLER TORISEVA WALLACE LLP**

By _____
     MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Tel: (916) 568-1100
Fax: (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022

David J. George
Stuart A. Davidson
**COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

-2-
LOCAL RULE 16.1(D)(3) CERTIFICATION

Dated: September ___, 2007

Kim Crouse, Plaintiff

Dated: September 19, 2007

_[signature]_
Joe Kuefler, Plaintiff

Dated: September ___, 2007

Alcides Melo, Plaintiff

Dated: September ___, 2007

Monica Staaf, Plaintiff

Dated: September 19, 2007

Respectfully Submitted,

**WEXLER TORISEVA WALLACE LLP**

By _[signature]_
MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Tel: (916) 568-1100
Fax: (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022

David J. George
Stuart A. Davidson
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

-2-
LOCAL RULE 16.1(D)(3) CERTIFICATION

Dated: September ____, 2007

_____
Kim Crouse, Plaintiff

Dated: September ____, 2007

_____
Joe Kuefler, Plaintiff

Dated: September 19, 2007

_____[signature]_____
Alcides Melo, Plaintiff

Dated: September ____, 2007

_____
Monica Staaf, Plaintiff

Dated: September 19, 2007

Respectfully Submitted,

**WEXLER TORISEVA WALLACE LLP**

By _____[signature]_____
MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Tel: (916) 568-1100
Fax: (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022

David J. George
Stuart A. Davidson
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

-2-

LOCAL RULE 16.1(D)(3) CERTIFICATION

Dated: September ___, 2007

_____
Kim Crouse, Plaintiff

Dated: September ___, 2007

_____
Joe Kuefler, Plaintiff

Dated: September ___, 2007

_____
Alcides Melo, Plaintiff

Dated: September 19, 2007

*/s/ Monica Staaf*
Monica Staaf, Plaintiff

Dated: September 19, 2007

Respectfully Submitted,

**WEXLER TORISEVA WALLACE LLP**

By _/s/ Mark J. Tamblyn_
MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Tel: (916) 568-1100
Fax: (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022

David J. George
Stuart A. Davidson
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

-2-
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Charles M. McCallum
R. Brent Irby
**McCALLUM HOAGLUND COOK & IRBY LLP**
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Tel: (205) 824-7767
Fax: (205) 824-7768

Robert S. Green
Charles D. Marshall
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Tel: (415) 477-6700
Fax: (415) 477-6710

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David J. George
David J. George

## Mailing Information for a Case 1:06-cv-11620-JLT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan J. Brown**
  ethan.brown@lw.com
- **Stuart A. Davidson**
  sdavidson@lerachlaw.com,e_file_fl@lerachlaw.com
- **Andrew J. Garcia**
  agarcia@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **David J. George**
  dgeorge@lerachlaw.com,e_file_fl@lerachlaw.com
- **Eric A. Lee**
  lee@leeamlaw.com,leeamlawecf@gmail.com,zallen@leeamlaw.com
- **Joan S. Mitrou**
  Joan.Mitrou@wilmerhale.com
- **Carlin J Phillips**
  cphillips@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **John J. Regan**
  john.regan@wilmerhale.com
- **Mark J. Tamblyn**
  mjt@wtwlaw.us
- **Kenneth A. Wexler**
  kaw@wtwlaw.us,ecf@wtwlaw.us,ehs@wtwlaw.us,amn@wtwlaw.us
- **Gabrielle R. Wolohojian**
  gabrielle.wolohojian@wilmerhale.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.


**C. Nichole Gifford**
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005

**Michael L. Greenwald**

-2-
**JOINT REPORT RE MEETING OF COUNSEL PURSUANT TO RULES 16 AND 26(f) OF THE FED. R. CIV. P.**

**Error! Unknown document property name.**

Coughlin Stoia Geller Rudman & Robbins LLP
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

**Steven Lieberman**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005

**Mark R. Miller**
Wexler, Toriseva, Wallace
One North LaSalle Street
Suite 2000
Chicago, IL 60602

**Anne M. Sterba**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005

**Nathan L. Walker**
Wilmer, Cutler, Pickering, Hale & Dorr
1117 California Ave.
Palo Alto, CA 94304

**Gael Mahony, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116

**Dan Hampton, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116