UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re WEBLOYALTY.COM, INC., MARKETING PRACTICES AND SALES PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1:07-md-01820-JLT<br><br>NOTICE OF CHANGE OF FIRM NAME |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) | |

Dockets.Justia.com

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: October 11, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE (*Admitted Pro Hac Vice*)
STUART A. DAVIDSON (*Admitted Pro Hac Vice*)
MARISA N. DEMATO
JAMES L. DAVIDSON


*/s/ David J. George*
David J. George
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
(561) 750-3364 (facsimile)

*Proposed Co-Lead Counsel for Plaintiffs and the Class*

**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN (*Admitted Pro Hac Vice*)
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: 916/568-1100
916/568-7890 (fax)

- 1 -

**WEXLER TORISEVA WALLACE LLP**
KENNETH A. WEXLER (*Admitted Pro Hac Vice*)
MARK R. MILLER
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: 312/346-2222
312/346-0022 (fax)

*Proposed Co-Lead Counsel for Plaintiffs
and the Class*

**PHILLIPS & GARCIA, LLP**
CARLIN J. PHILLIPS
ANDREW J. GARCIA
13 Ventura Drive
North Dartmouth, MA  02747
Telephone:  508/998-0800
508/998-0919 (fax)

*Proposed Liaison Counsel for Plaintiffs and the
Class*

**LEE & AMTZIS, P.L.**
ERIC A. LEE
GINA GREENWALD
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone:  561/ 981-9988
561/981-9980 (fax)

**McCALLUM HOAGLUND COOK
   & IRBY LLP**
CHARLES M. MCCALLUM
R. BRENT IRBY
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Telephone: 205/824-7768
205/824-7767 (fax)

                                                             **GREEN WELLING LLP**
                                                             ROBERT S. GREEN
CHARLES D. MARSHALL
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: 415/477-6700
415/477-6710 (fax)
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ *David J. George*
                                        David J. George

# Mailing Information for a Case 1:07-md-01820-JLT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan J. Brown**
  ethan.brown@lw.com
- **Stuart A. Davidson**
  sdavidson@csgrr.com,e_file_fl@csgrr.com
- **Andrew J. Garcia**
  agarcia@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **David J. George**
  dgeorge@csgrr.com,e_file_fl@csgrr.com
- **Eric A. Lee**
  lee@leeamlaw.com,leeamlawecf@gmail.com,zallen@leeamlaw.com
- **Joan S. Mitrou**
  Joan.Mitrou@wilmerhale.com
- **Carlin J Phillips**
  cphillips@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **John J. Regan**
  john.regan@wilmerhale.com
- **Mark J. Tamblyn**
  mjt@wtwlaw.us
- **Kenneth A. Wexler**
  kaw@wtwlaw.us,ecf@wtwlaw.us,ehs@wtwlaw.us,amn@wtwlaw.us
- **Gabrielle R. Wolohojian**
  gabrielle.wolohojian@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005

Robert S. Green
Green Welling LLP
Suite 2750
595 Market Street
San Francisco, CA 94105
```

**Michael L. Greenwald**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

**Steven Lieberman**
Rothwell, Figg, Ernst, & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005

**Charles D. Marshall**
Green Welling LLP
Suite 2750
595 Market Street
San Francisco, CA 94105

**Mark R. Miller**
Wexler, Toriseva, Wallace
One North LaSalle Street
Suite 2000
Chicago, IL 60602

**Anne M. Sterba**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005

**Nathan L. Walker**
Wilmer, Cutler, Pickering, Hale & Dorr
1117 California Ave.
Palo Alto, CA 94304

**Gael Mahony, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116

**Dan Hampton, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116