UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-01820<br><br>Lead Case: 06-11620-JLT |

## NOTICE OF FIRM ADDRESS CHANGE

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Chicago, Illinois office of the firm Wexler Toriseva Wallace LLP has changed its address. The telephone and facsimile numbers remain the same. Please update your service list to include the following address for the firm's Chicago office:

**WEXLER TORISEVA WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603

Dated: October 12, 2007

Respectfully submitted,

WEXLER TORISEVA WALLACE LLP

By: /s/ Mark J. Tamblyn

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.com

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wtwlaw.com

1

2

## Certificate of Service

      I, Mark J. Tamblyn, hereby certify that a true and accurate copy of the above document has been filed and served through the Court's electronic filing system, this 12th day of October, 2007.

                                                /s/ Mark J. Tamblyn

2