## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM, INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-1820<br><br>Lead Case: 06-11620-JLT<br><br>**JOINT MOTION TO ESTABLISH DATE FOR ANSWER TO SECOND AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules for the U.S. District Court for the District of Massachusetts ("Local Rule 16.1"), the Parties respectfully submit the following Joint Motion to Establish Date for Answer to Second Amended Consolidated Complaint:

1.       On February 15, 2007, the Judicial Panel on Multidistrict Litigation (the "Panel") consolidated four existing class actions and transferred them to this Court.

2.       On September 11, 2007, a tag-along action styled DeDomenico vs. Webloyalty.com, Inc., et. al., Case No. 07-CA-11696 JLT was filed in this judicial district (the "Tag-Along Action").  Due to the fact that the Tag-Along Action was filed in the same district that the four consolidated class actions have been transferred to, the Panel is not required to issue a conditional transfer order transferring the tag-along action.

3.       On November 1, 2007, Paula DeDomenico, Plaintiff in the Tag-Along Action, filed a motion seeking consolidation of the Tag-Along Action with this proceeding, a copy of which is attached hereto as Exhibit "A"

4.       Co-Counsel for Defendants in the Tag-Along Action are also co-counsel for Defendants in this action.

5.       Pursuant to agreement of the Parties, Plaintiffs in this action will file their Second Amended Consolidated Complaint on November 9, 2007.

Dockets.Justia.com

6.      The parties have further agreed, subject to court approval, that Defendants shall file their Answer to Plaintiffs' Second Amended Consolidated Complaint by November 27, 2007.

WHEREFORE, the Parties respectfully request that this Court enter an Order setting a date of November 27, 2007 for the filing of Defendants' Answer to Plaintiffs' Second Amended Consolidated Complaint, and grant any other and further relief that this Court deems just and proper.

Dated:  November 1, 2007              Respectfully submitted,

                                      **COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP**


                                      By:    /s/ *David J. George*
                                          DAVID J. GEORGE

                                      **COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP**
                                      Stuart A. Davidson
                                      James L. Davidson
                                      120 E. Palmetto Park Road, Suite 500
                                      Boca Raton, FL  33432-4809
                                      Tel:  (561) 750-3000
                                      Fax:  (561) 750-3364
                                      E-mail: dgeorge@csgrr.com

                                      Mark J. Tamblyn
                                      **WEXLER TORISEVA WALLACE LLP**
                                      1610 Arden Way, Suite 290
                                      Sacramento, CA  95815
                                      Tel:  (916) 568-1100
                                      Fax:  (916) 568-7890

                                      Kenneth A. Wexler
                                      **WEXLER TORISEVA WALLACE LLP**
                                      55 West Monroe Street, Suite 3300
                                      Chicago, IL  60603
                                      Tel:  (312) 346-2222
                                      Fax:  (312) 346-0022

Charles A. McCallum, III
R. Brent Irby
**McCALLUM HOAGLUND COOK & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, AL  35216
Tel:  (205) 824-7767
Fax:  (205) 824-7768

Eric A. Lee
Gina Greenwald
**LEE & AMTZIS, P.L.**
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Tel:  (561) 981-9988
Fax:  (561) 981-9980

Robert S. Green
Charles D. Marshall
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA  94105
Tel:  (415) 477-6700
Fax:  (415) 477-6710

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

Dated:  November 1, 2007        **WILMER CUTLER PICKERING HALE
AND DORR LLP**


By:  ___/s/Gabrielle R. Wolohojian_____
        GABRIELLE R. WOLOHOJIAN, BBO #555704

**WILMER CUTLER PICKERING HALE
AND DORR LLP**
John J. Regan, BBO #415120
Joan S. Mitrou, BBO #664499
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
E-mail: gabrielle.wolohojian@wilmerhale.com

Steven Lieberman, *pro hac vice*
Anne M. Sterba, *pro hac vice*
C. Nichole Gifford, *pro hac vice*
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
1425 K Street, N.W., Suite 800
Washington, D.C.  20005
Tel:  (202) 783-6040
Fax:  (202) 783-6031

*Attorneys for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David J. George
David J. George

# Mailing Information for Case 1:06-cv-01820-JLT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan J. Brown**
  ethan.brown@lw.com

- **Stuart A. Davidson**
  sdavidson@csgrr.com,e_file_fl@csgrr.com

- **Andrew J. Garcia**
  agarcia@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com

- **David J. George**
  dgeorge@csgrr.com,e_file_fl@csgrr.com

- **Eric A. Lee**
  lee@leeamlaw.com,leeamlawecf@gmail.com,zallen@leeamlaw.com

- **Joan S. Mitrou**
  Joan.Mitrou@wilmerhale.com

- **Carlin J Phillips**
  cphillips@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com

- **John J. Regan**
  john.regan@wilmerhale.com

- **Mark J. Tamblyn**
  mjt@wtwlaw.com

- **Kenneth A. Wexler**
  kaw@wtwlaw.com,ecf@wtwlaw.com,ehs@wtwlaw.com,amn@wtwlaw.com

- **Gabrielle R. Wolohojian**
  gabrielle.wolohojian@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**C. Nichole Gifford**
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005
ngifford@rfem.com

**Steven Lieberman**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
slieberman@rfem.com

**Mark R. Miller**
Wexler, Toriseva, Wallace
One North LaSalle Street
Suite 2000
Chicago, IL 60602
mrm@wtwlaw.com

**Anne M. Sterba**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
asterba@rfem.com

**Nathan L. Walker**
Wilmer, Cutler, Pickering, Hale & Dorr
1117 California Ave.
Palo Alto, CA 94304
nathan.walker@wilmerhale.com

**Gael Mahony, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
gael.mahony@hklaw.com

**Dan Hampton, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
dan.hampton@hklaw.com