In Re: Webloyalty.com, Inc., Marketing and Sales Practices Litigation — Doc. 77 Att. 1
Case 1:07-md-01820-JLT   Document 77-2   Filed 11/01/2007   Page 1 of 13
Case 1:07-cv-11696-JLT   Document 2   Filed 11/01/2007   Page 1 of 7

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paula DeDomenico, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br><br>WEBLOYALTY.COM, INC., a Connecticut Corporation, KRAFT FOODS INC., a Virginia Corporation and VICTOR TH. ENGWALL & CO., INC., a Delaware Corporation d/b/a/ GEVALIA,<br><br>           Defendants. | Case No. 07-CA-11696 JLT |

**MOTION TO TRANSFER TAG-ALONG CASE TO EXISTING MULTIDISTRICT LITIGATION PROCEEDING**

COMES NOW the Plaintiff Paula DeDomenico ("Plaintiff" or "DeDomenico"), individually and on behalf of all others similarly situated, and moves this Court to transfer this case to the case styled *In Re Webloyalty.com, Inc., Marketing Practices and Sales Practices Litigation*, MDL 07-01820, Lead Case: 06-11620-JLT currently pending before this Court (the "MDL Matter"). In support of this Motion, DeDomenico states as follows:

    1.    On September 11, 2007, DeDomenico filed a Class Action Complaint ("Complaint") against Defendants Webloyalty.Com, Inc. ("Webloyalty"), Kraft Foods Inc. ("Kraft") and Victor Th.

Engwall & Co., Inc. ("Victor") (collectively, "Defendants") as a result of becoming unwillingly subscribed to Webloyalty's "Reservation Rewards" membership program.

2.  DeDomenico's Complaint alleges that through partnerships it creates with retailers, including Victor and Kraft (commonly referred to by Webloyalty as "e-tailers" or "retail partners"), Webloyalty uniformly sells memberships – by unilaterally "subscribing" consumers without their knowledge or consent – in sham programs such as "Reservation Rewards" for which it charges members a monthly fee, typically between $7.00 and $10.00 per month.

3.  In the MDL Matter, four Plaintiffs, on behalf of a class of similarly situated individuals, have filed a Consolidated Amended Complaint against Webloyalty and certain other retailer defendants alleging factually identical claims against Webloyalty and those defendants as the claims alleged in DeDomenico's Complaint. Thus, this case is a tag-along action to the MDL Matter.[1]

4.  As such, DeDomenico respectfully requests that this Court enter an Order transferring the above-styled litigation into the MDL Matter. Undersigned counsel represents DeDomenico as well as all of the other plaintiffs named in the Consolidated Amended Complaint in the MDL Matter.

5.  Rule 7.5 of the Rules of the Panel on Multidistrict Litigation (the "Panel") provides that potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions. Further, undersigned counsel has contacted the clerk's office for the Panel and has been provided with the document

---

[1] Attached hereto as Exhibit "A" is the Judicial Panel on Multidistrict Litigation's Order of February 15, 2007 which consolidated the original four actions and transferred them to this Court.

attached as Exhibit "B" indicating that that no transfer is necessary from the Panel to this Court with regards to DeDomenico's Complaint.

6.   Gabrielle Wolohojian, Esq., co-counsel for all defendants in the MDL Matter has represented to undersigned counsel that she shall also serve as co-counsel for all defendants in this action. Ms. Wolohojian has accepted service of process for all defendants in this case.

7.   The undersigned had conferred with counsel for defendants regarding the relief sought herein. Defendants consent to the transfer and consolidation of this case.

WHEREFORE, DeDomenico respectfully requests that this Court enter an Order transferring the above-styled litigation into the MDL Matter, and granting any other and further relief that this Court deems just and proper.

Dated: November 1, 2007                    Respectfully submitted,

**PHILLIPS & GARCIA, LLP**
CARLIN J. PHILLIPS
ANDREW J. GARCIA

_/s/Andrew J. Garcia_
Andrew J. Garcia
13 Ventura Drive
North Dartmouth, MA  02747
Telephone: 508/998-0800
508/998-0919 (fax)

*Proposed Liaison Counsel for Plaintiff and the Class*

**COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP**
DAVID J. GEORGE (*Admitted Pro Hac Vice*)
STUART A. DAVIDSON (*Admitted Pro Hac Vice*)
MARISA N. DEMATO
JAMES L. DAVIDSON
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone: 561/750-3000
(561) 750-3364 (fax)

*Proposed Co-Lead Counsel for Plaintiff and the Class*

**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: 916/568-1100
916/568-7890 (fax)

**WEXLER TORISEVA WALLACE LLP**
KENNETH A. WEXLER
MARK R. MILLER
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312/346-2222
312/346-0022 (fax)

*Proposed Co-Lead Counsel for Plaintiff and the Class*

**LEE & AMTZIS, P.L.**
ERIC A. LEE
GINA GREENWALD
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561/981-9988
561/981-9980 (fax)

**McCALLUM HOAGLUND COOK & IRBY LLP**
CHARLES M. MCCALLUM
R. BRENT IRBY
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Telephone: 205/824-7768
205/824-7767 (fax)

**GREEN WELLING LLP**
ROBERT S. GREEN
CHARLES D. MARSHALL
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415/477-6700
415/477-6710 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Andrew J. Garcia*
Andrew J. Garcia

# Mailing Information for a Case 1:06-cv-11696-JLT

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan J. Brown**
  ethan.brown@lw.com
- **Stuart A. Davidson**
  sdavidson@csgrr.com,e_file_fl@csgrr.com
- **Andrew J. Garcia**
  agarcia@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **David J. George**
  dgeorge@csgrr.com,e_file_fl@csgrr.com
- **Eric A. Lee**
  lee@leeamlaw.com,leeamlawecf@gmail.com,zallen@leeamlaw.com
- **Joan S. Mitrou**
  Joan.Mitrou@wilmerhale.com
- **Carlin J Phillips**
  cphillips@phillipsgarcia.com,info@phillipsgarcia.com,dmedeiros@phillipsgarcia.com
- **John J. Regan**
  john.regan@wilmerhale.com
- **Mark J. Tamblyn**
  mjt@wtwlaw.com
- **Kenneth A. Wexler**
  kaw@wtwlaw.com,ecf@wtwlaw.com,ehs@wtwlaw.com,amn@wtwlaw.com
- **Gabrielle R. Wolohojian**
  gabrielle.wolohojian@wilmerhale.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**C. Nichole Gifford**
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 800
1425 K Street, N.W.
Washington, DC 20005
ngifford@rfem.com

**Steven Lieberman**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
slieberman@rfem.com

**Mark R. Miller**
Wexler, Toriseva, Wallace
One North LaSalle Street
Suite 2000
Chicago, IL 60602
mrm@wtwlaw.com

**Anne M. Sterba**
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
asterba@rfem.com

**Nathan L. Walker**
Wilmer, Cutler, Pickering, Hale & Dorr
1117 California Ave.
Palo Alto, CA 94304
nathan.walker@wilmerhale.com

**Gael Mahony, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
gael.mahony@hklaw.com

**Dan Hampton, Esq.**
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
dan.hampton@hklaw.com

# EXHIBIT "A"

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1820*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE WEBLOYALTY.COM, INC., MARKETING AND SALES PRACTICES LITIGATION*

*BEFORE WM. TERRELL HODGES,* CHAIRMAN, D. LOWELL JENSEN,* J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

    This litigation consists of the four actions listed on Schedule A and pending in two districts as follows: three actions in the District of Massachusetts and one action in the Central District of California. Plaintiffs in the three Massachusetts actions move the Panel, pursuant to 28 U.S.C. § 1407, for centralization of the litigation in the District of Massachusetts. Common defendant Webloyalty, Inc. (Webloyalty), the web retailer defendants[1] in each action and the California plaintiff[2] agree that Section 1407 centralization in the District of Massachusetts is appropriate.

    On the basis of the papers filed and the hearing held (without oral argument), the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the District of Massachusetts will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions are brought as putative nationwide class actions raising common questions of fact and law against defendants allegedly engaged in a scheme to defraud consumers whose personal and/or credit card information was accessed by Webloyalty during online transactions (with the defendant web retailer(s) involved in each action) as part of Webloyalty's Reservation Rewards or other programs.[3] Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    The Panel is persuaded that the District of Massachusetts is an appropriate transferee district for this litigation. Webloyalty is headquartered nearby and it is likely to be the source of a substantial number

---

[*] Judges Hodges and Jensen took no part in the decision of this matter.

[1] Fandango, Inc. d/b/a Fandango.com and Priceline.com, Inc. d/b/a Priceline.com are each a defendant in one Massachusetts action. Affiliated web retailer defendants in the other Massachusetts action are Nelson Shane Garrett and Maxim O. Khokhlov d/b/a JustFlowers.com and GiftBasketsASAP.com. Valueclick, Inc. d/b/a 123inkjets.com is the web retailer defendant in the California action.

[2] Plaintiff initially opposed centralization, but, on January 4, 2007, notified the Panel that he now supports centralization in the Massachusetts forum.

[3] Travel Values Plus, Shopper Discounts & Rewards, Buyer Assurance and WalletShield.

- 2 -

of witnesses and documents subject to discovery. All parties agree that this district is an appropriate forum for conducting Section 1407 proceedings.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on Schedule A and pending in the Central District of California is transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Joseph L. Tauro for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

/s/ J. Frederick Motz
J. Frederick Motz
Acting Chairman

# SCHEDULE A

<u>MDL-1820 -- In re Webloyalty.com, Inc., Marketing and Sales Practices Litigation</u>

    <u>Central District of California</u>

*Alcides Melo v. Webloyalty.com, Inc., et al.*, C.A. No. 2:06-6329

    <u>District of Massachusetts</u>

*Joe W. Kuefler v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11620
*Kim Crouse v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11834
*Monica Staaf v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11835

# EXHIBIT "B"

**Judicial Panel on Multidistrict Litigation – Case Listing Report**

Report is Ordered by District and Case #
Printed on 10/17/2007
Page 1

Docket: 1820 - IN RE: Webloyalty.com, Inc., Marketing and Sales Practices Litigation
Status: Transferred on 02/15/2007
Transferee District: MA   Judge: Tauro, Joseph L.
Transferee District Master Docket No.: 1:07-md-01820-JLT

| Civil Action/ Type | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | | | | | | | |
| 2-06-6329 | Melo v. Webloyalty.com, Inc., et al. | Fischer | | Motion | 11/07/2006 | 2007-10437 | Transfer | 02/15/2007 | Admin. Closed | 03/21/2007 |
| **MASSACHUSETTS** | | | | | | | | | | |
| 1-06-11620 | Kuefler v. Webloyalty.com, Inc., et al. | Tauro | | Motion | 11/07/2006 | | NTN | 02/15/2007 | | |
| 1-06-41834 | Crouse v. Webloyalty.com, Inc., et al. | Tauro | | Motion | 11/07/2006 | | NTN | 02/15/2007 | Admin. Closed | 03/21/2007 |
| 1-06-11835 | Staaf v. Webloyalty.com, Inc, et al. | Tauro | | Motion | 11/07/2006 | | NTN | 02/15/2007 | Admin. Closed | 03/21/2007 |
| 1-07-11696 | DeDomenico v. Webloyalty.com, Inc., et al. | Tauro | | XYZ Case | 09/12/2007 | | NTN | 09/12/2007 | | |

**REPORT SUMMARY and FILTERS**
Docket: 1820 - Webloyalty.com, Inc., Marketing and SP
For All Cases                              There are 5 Cases on this Report

4 XYZ Actions           1 Transferred Actions
0 Suspense Actions      3 Terminated Actions