# WILMERHALE

**Gabrielle R. Wolohojian**

+1 617 526 6167 (t)
+1 617 526 5000 (f)
gabrielle.wolohojian@wilmerhale.com

November 7, 2007

**By E-mail, First Class Mail, and ECF System**

Gael Mahony, Esq.
Daniel Hampton, Esq.
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

Re: <u>In re WebloyaltyMarketing and Sales Practices Litigation, MDL No. 07-01820 – JLT</u>

Dear Messrs. Mahony and Hampton:

I am writing to follow up on the conversation Mr. George, Mr. Regan and I had with Mr. Hampton last Thursday.

The parties are jointly requesting that certain changes be made to the Scheduling Order that was entered on October 30, 2007. The parties' joint proposed revision is enclosed, both as a clean copy and blacklined for your convenience. The parties request that the revised order be entered to supersede the previous one.

Please do not hesitate to let me know should you wish to receive further information or have any questions.

Sincerely,

*/s/ Gabrielle Wolohojian*

Gabrielle R. Wolohojian

cc: David George, Esq. (by email)
    Mark Tamblyn, Esq. (by email)
    John Regan, Esq. (by email)
    Steve Lieberman, Esq. (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Baltimore   Beijing   Berlin   Boston   Brussels   London   New York   Oxford   Palo Alto   Waltham   Washington

Dockets.Justia.com