# IN THE UNITED STATES
# DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM. INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-1820<br><br>Lead Case No. 06-11620-JLT |

## ORDER RE JOINT MOTION TO ESTABLISH DATE OF NOVEMBER 27, 2007 FOR ANSWER TO SECOND AMENDED CONSOLIDATED COMPLAINT

The Joint Motion to Establish Date of November 27, 2007 For Answer to Second Amended Consolidated Complaint is hereby **ALLOWED**.

Dated: November 9, 2007

_____
Gael Mahony, Special Master

# 4929042_v1