IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: WEBLOYALTY.COM. INC. MARKETING AND SALES PRACTICES LITIGATION | MDL No. 07-1820<br><br>Lead Case No. 06-11620-JLT |

### ORDER RE MOTION TO FILE JOINT STATUS REPORT UNDER SEAL

The Motion to File Joint Status Report Under Seal dated December 15, 2008, is hereby **ALLOWED**.

Dated:  December 15, 2008

_____
Gael Mahony, Special Master

# 5898638_v1